IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC, and J-SQUARED TECHNOLOGIES (OREGON) INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) Civ. No. 04-960-SLR ) ) ) ) |

O R D E R

At Wilmington this 13th day of April, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that said motion to dismiss (D.I. 10) is granted as to plaintiffs' claims under the Arizona Consumer Protection Act and for punitive damages, and denied as to plaintiffs' claims of equitable estoppel and negligent misrepresentation.

_____
United States District Judge