| | | |
|---|---|---|
| PHILADELPHIA<br>ATLANTA<br>CHARLOTTE<br>CHERRY HILL<br>CHICAGO<br>DALLAS<br>LAS VEGAS<br>LONDON<br>LOS ANGELES | <br>**COZEN**<br>**O'CONNOR**<br>ATTORNEYS | NEW YORK<br>NEWARK<br>SAN DIEGO<br>SAN FRANCISCO<br>SEATTLE<br>WASHINGTON, DC<br>WEST CONSHOHOCKEN<br>WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

June 1, 2005

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax 866.776.8911
dfelice@cozen.com

*Via Hand Delivery*
Chief Judge Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:   ***J-Squared Technologies, Inc., et al. v. Motorola, Inc.,***
        **C.A. No. 04-960-SLR**

Dear Chief Judge Robinson:

Pursuant to Your Honor's Order for Scheduling Conference dated of April 19, 2005, attached please find counsel's proposed scheduling order for the above-captioned matter. The telephonic scheduling conference is set for Friday, June 3, 2005 at 9:00 a.m.

If Your Honor has any questions or concerns about this matter, counsel is available at Your Honor's convenience.

Respectfully,

David A. Felice

David A. Felice

DAF/sjr
Attachment

cc:   Clerk of Court (*via ECF*)
        William W. Bowser, Esquire (*via ECF*)
        Kevin F. Berry, Esquire
        Sean J. Bellew, Esquire

WILM1\30622\1 153371.000