IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                Plaintiffs,<br><br>     v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No.04-CV-960-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION OF
## CORY A. TALBOT, ESQUIRE, TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned counsel moves the admission *pro hac vice* of Cory A. Talbot, Esquire, to represent Defendant Motorola in this matter.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ William W. Bowser
                William W. Bowser, Esquire (Bar I.D. 2239)
                The Brandywine Building
                1000 West Street, 17th Floor
                P.O. Box 391
                Wilmington, Delaware 19899-0391
                Telephone: (302) 571-6601
                Facsimile: (302) 576-3282
                wbowser@ycst.com
                Attorneys for Defendants

DATED:     June 3, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Cory A. Talbot, Esquire, is GRANTED.

DATE:_____    _____
                         Judge Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) |
| Plaintiffs, | ) C.A. No.04-CV-960-SLR ) ) |
| v. | ) ) ) |
| MOTOROLA, INC., a Delaware corporation. | ) ) ) ) |
| Defendant. | ) |

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*** 

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Cory A. Talbot, Esquire
Lewis and Roca LLP
40 N. Central Avenue, Suite 1900
Phoenix, AZ 84004
(602) 262-5337 (Telephone)
(602) 734-3865 (Telecopier)
ctalbot@lrlaw.com
Arizona Bar I.D. 020702

DATE   June 3, 2005