IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>      Plaintiffs,<br>  v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

  I, William W. Bowser, Esquire, hereby certify that on this 29th day of June 2005, copies of **Defendant's Initial Rule 26(a) Disclosure Statement** and this Notice of Service were served upon the following counsel:

    David Allan Felice   (By Hand Delivery)
    Cozen & O'Connor
    Chase Manhattan Centre
    1201 North Market, Suite 1400
    Wilmington, DE 19801

    Kevin F. Barry (By First Class Mail)
    Cozen & O'Connor
    1900 Market Street
    Philadelphia, PA 19103

    YOUNG CONAWAY STARGATT & TAYLOR, LLP


    /s/ William W. Bowser
    ―――――――――――――――――――
    William W. Bowser, Esquire (Bar I.D. 2239)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, Delaware  19801
    Telephone: (302) 571-6601
    Facsimile: (302) 576-3282
    Email: wbowser@ycst.com

    Attorneys for Defendant


Dated:  June 29, 2005

**CERTIFICATE OF SERVICE**

I, William W. Bowser, Esquire, hereby certify that on this 29th day of June 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, and I further certify that I caused the same to be hand delivered to the following counsel of record:

> David Allan Felice
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 29th day of June 2005, I mailed by United States Postal Service the **Notice of Service** to the following non-registered participant:

> Kevin F. Barry
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com

Attorneys for Defendant

Dated:  June 29, 2005