IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, </br>　　　　　　Plaintiffs, </br>　　v. </br>MOTOROLA, INC., a Delaware corporation. </br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-CV-960-SLR |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 7th day of July 2005, copies of **Defendant's First Supplemental Initial Rule 26(a) Disclosure Statement** and this Notice of Service were served upon the following counsel:

>David Allan Felice   (By Hand Delivery)
>Cozen & O'Connor
>Chase Manhattan Centre
>1201 North Market, Suite 1400
>Wilmington, DE 19801

>Kevin F. Barry (By First Class Mail)
>Cozen & O'Connor
>1900 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP


>/s/ William W. Bowser
>William W. Bowser, Esquire (Bar I.D. 2239)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware  19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com
>Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I, William W. Bowser, Esquire, hereby certify that on this 7th day of July 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, and I further certify that I caused the same to be hand delivered to the following counsel of record:

>David Allan Felice
>Cozen & O'Connor
>Chase Manhattan Centre
>1201 North Market, Suite 1400
>Wilmington, DE 19801

I further certify that on this 7th day of July 2005, I mailed by United States Postal Service the **Notice of Service** to the following non-registered participant:

>Kevin F. Barry
>Cozen & O'Connor
>1900 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ William W. Bowser
>_____
>William W. Bowser, Esquire (Bar I.D. 2239)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com
>Attorneys for Defendant