IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and<br><br>J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA, INC., a Delaware corporation<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-960-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that:

1. On June 29, 2005, *Plaintiffs J-Squared Technologies, Inc.'s and J-Squared Technologies (Oregon), Inc.'s Initial Disclosures Pursuant to Rule 26* were served upon Defendant;

2. On July 7, 2005, *Plaintiff J-Squared Technologies, Inc.'s First Set of Interrogatories Directed to Defendant* and *Plaintiff J-Squared Technologies, Inc.'s First Set of Requests for Production to Defendant Motorola, Inc.* were served upon Defendant; and

3.   On July 7, 2005, *Plaintiff J-Squared Technologies (Oregon), Inc.'s First Set of Interrogatories Directed to Defendant Motorola, Inc.* were served upon Defendant.

Dated: July 7, 2005

*David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
   *Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2000
Facsimile:  (215) 665-2013

WILM1\30929\1 153371.000