## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on July 7, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| William W. Bowser<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Randy Papetti<br>Lewis and Roca LLP<br>40 N. Central Avenue<br>Phoenix, AZ 85004 |

*/s/ David A. Felice*
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com