IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| | ) | |
| MOTOROLA, INC., a Delaware | ) | |
| corporation. | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on the 14th day of

September 2005 copies of **Defendant's Response to Plaintiff J-Squared Technologies,**

**(Oregon) Inc.'s First Set of Interrogatories** and that on the 15th day of September 2005

this **Notice of Service** were served upon the following counsel:

David Allan Felice (By Hand Delivery)
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market, Suite 1400
Wilmington, DE 19801

Kevin F. Barry (By First Class Mail)
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com
Attorneys for Defendant