IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br> v. <br><br> MOTOROLA, INC., a Delaware corporation. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-CV-960-SLR <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on the 14th day of September 2005 copies of **Defendant's Response to Plaintiff J-Squared Technologies, Inc.'s First Set of Interrogatories** and that on the 15th day of September 2005 this **Notice of Service** were served upon the following counsel:

> David Allan Felice (By First Class Mail)
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801
>
> Kevin F. Barry (By First Class Mail)
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103
>
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ William W. Bowser
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601
> Facsimile: (302) 576-3282
> Email: wbowser@ycst.com
> Attorneys for Defendant