IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, </br></br>                    Plaintiffs,</br>     v.</br></br>MOTOROLA, INC., a Delaware corporation.</br>                    Defendant. | )</br>)</br>)</br>)</br>)</br>) C.A. No. 04-CV-960-SLR</br>)</br>)</br>)</br>) |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on the 14th day of September 2005 copies of **Defendant's Response to Plaintiff J-Squared Technologies, Inc.'s First Set of Requests for Production of Documents** and that on the 15th day of September 2005 this **Notice of Service** were served upon the following counsel:

    David Allan Felice (By First Class Mail)
    Cozen & O'Connor
    Chase Manhattan Centre
    1201 North Market, Suite 1400
    Wilmington, DE 19801

    Kevin F. Barry (By First Class Mail)
    Cozen & O'Connor
    1900 Market Street
    Philadelphia, PA 19103

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ William W. Bowser
    _____
    William W. Bowser, Esquire (Bar I.D. 2239)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6601
    Facsimile: (302) 576-3282
    Email: wbowser@ycst.com
    Attorneys for Defendant