IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and<br><br>J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>MOTOROLA, INC., a Delaware corporation<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-960-SLR<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two (2) true and correct copies of the *Notice of Deposition of Julie Blair* were served upon the following counsel in the manner indicated on October 7, 2005:

*VIA HAND DELIVERY*
William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

*VIA FEDERAL EXPRESS*
Randy Papetti
Cory Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004

Dated: October 7, 2005

_____
Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013