## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on October 7, 2005, served the *Notice of Service*

*of the Notice of Deposition of Julie Blair* on the following parties as indicated:

| *VIA HAND DELIVERY* | *VIA FEDERAL EXPRESS* |
|---|---|
| William W. Bowser | Randy Papetti |
| Young Conaway Stargatt & Taylor | Cory Talbot |
| The Brandywine Building | Lewis and Roca LLP |
| 1000 West Street, 17th Floor | 40 N. Central Avenue |
| Wilmington, DE 19801 | Phoenix, AZ 85004 |

Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013