IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and | ) ) ) | |
| J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) | C.A. No. 04-960-SLR |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| MOTOROLA, INC., a Delaware corporation | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that  two (2) true and correct copies of the *Notice of Deposition of Dana Huth* were served upon the following counsel in the manner indicated on October 7, 2005:

*VIA HAND DELIVERY*
William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

*VIA FEDERAL EXPRESS*
Randy Papetti
Cory Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004

Dated:  October 7, 2005

Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013

WILM1\32205\1 153371.000