IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>    Plaintiffs,<br> v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

  I, William W. Bowser, Esquire, hereby certify that on October 7, 2005, copies of **Defendant's First Set of Interrogatories, Requests for Admissions, and Requests for Production to J-Squared Technologies (Oregon), Inc.** were served upon the following counsel:

  David Allan Felice, Esquire (By First Class Mail)
  Cozen & O'Connor
  Chase Manhattan Centre
  1201 North Market, Suite 1400
  Wilmington, DE 19801

  Kevin F. Barry, Esquire (By First Class Mail)
  Cozen & O'Connor
  1900 Market Street
  Philadelphia, PA 19103

  YOUNG CONAWAY STARGATT & TAYLOR, LLP

  /s/ William W. Bowser
  ―――――――――――――――――
  William W. Bowser, Esquire (Bar I.D. 2239)
  The Brandywine Building, 17th Floor
  1000 West Street
  Wilmington, Delaware  19801
  Telephone: (302) 571-6601
  Facsimile: (302) 576-3282
  Email: wbowser@ycst.com
  Attorneys for Defendant

Dated:  October 7, 2005

**CERTIFICATE OF SERVICE**

    I, William W. Bowser, Esquire, hereby certify that on October 7, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice, Esquire
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801

    I further certify that on October 7, 2005, I mailed by United States Postal Service the **Notice of Service** to the following non-registered participant:

> Kevin F. Barry, Esquire
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building
1000 West Street
Wilmington, Delaware  19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com

Dated:  October 7, 2005