## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on October 24, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>William W. Bowser
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

I further certify that on October 24, 2005, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

>Randy Papetti
>Cory Talbot
>Lewis and Roca LLP
>40 N. Central Avenue
>Phoenix, AZ 85004

>/s/ David A. Felice
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013

WILM1\32428\1 153371.000