IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and<br><br>J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>MOTOROLA, INC., a Delaware corporation<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-960-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the undersigned will take the depositions upon oral examination of **Dennis Robinson** and **Nina Guibor**, pursuant to Rule 30 of the Federal Rules of Procedure on **Tuesday, November 8, 2005, beginning at 9:30 a.m.** These depositions will take place at the offices of Lewis and Roca, 40 North Central Avenue, Phoenix, Arizona before an officer authorized to take such depositions. The depositions shall continue from day to day until completed, and they will be videotaped and simultaneously recorded by stenographic means.

Dated: October 25, 2005

                                                 /s/ David A. Felice
                                            Sean J. Bellew (#4072)
                                            David A. Felice (#4090)
                                            Cozen O'Connor
                                            1201 North Market Street, Suite 1400
                                            Wilmington, DE 19801
                                            Telephone: (302) 295-2000
                                            Facsimile: (302) 295-2013
                                               *Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

WILM1\32430\1 153371.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on October 25, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>William W. Bowser
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

I further certify that on October 25, 2005, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

>Randy Papetti
>Cory Talbot
>Lewis and Roca LLP
>40 N. Central Avenue
>Phoenix, AZ 85004

>David A. Felice (#4090)