IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>            Plaintiffs,<br>    v.<br><br>MOTOROLA, INC., a Delaware corporation,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

**JOINT STIPULATION AND ORDER TO AMEND DISCOVERY CUTOFF**

The parties hereby stipulate, subject to approval of the Court, to amend the deadline imposed in paragraph 2(b) of the Court's June 3, 2005, Scheduling Order (D.I. 24). That paragraph provides, "All discovery shall be commenced in time to be completed by December 1, 2005." The parties stipulate that all discovery shall be commenced in time to be completed by February 15, 2006. All other dates set out in the Court's June 3, 2005, Scheduling Order remain unchanged.

            YOUNG CONAWAY STARGATT & TAYLOR, LLP
            /s/ William W. Bowser

            William W. Bowser (Bar I.D. 2239)
            The Brandywine Building
            1000 West Street, 17th Floor
            Wilmington, Delaware 19801
            Telephone: (302) 571-6601; Facsimile: (302) 576-3282
            OF COUNSEL:
            Randy Papetti, Richard A. Halloran, Cory A. Talbot
            Lewis and Roca LLP
            40 N. Central Avenue
            Phoenix, Arizona 85004
            Telephone: (602) 262-5311
            Attorneys for Defendant

        COZEN O'CONNOR
        /s/ Sean J. Bellew
_____

Sean J. Bellew (Bar I.D. 4072)
David A. Felice (Bar I.D. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000; Facsimile: (302) 295-2013
OF COUNSEL:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Attorneys for Plaintiff

IT IS SO ORDERED this ____ day of _____, 2005.

_____
Chief Judge Sue L. Robinson