IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>　　　　　　Plaintiffs,<br>　　v.<br>MOTOROLA, INC., a Delaware corporation.<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION

　　PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Jeffrey Gibson, pursuant to Rule 30 of the Federal Rules of Procedure on Tuesday, November 28, 2005, at 9:00 a.m.  This deposition will take place at the offices of Cozen O'Connor, 1201 North Market Street, Suite 1400, Wilmington, Delaware, before an officer authorized to take such depositions.  The deposition will be recorded by stenographic means and may be recorded by videotape.  The deposition shall continue from day to day until completed.

　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　　/s/ William W. Bowser

　　　　　　　　　　　　William W. Bowser (Bar I.D. 2239)
　　　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　　　1000 West Street
　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　Telephone: (302) 571-6601; Facsimile: (302) 576-3282
　　　　　　　　　　　　OF COUNSEL:
　　　　　　　　　　　　Randy Papetti, Richard A. Halloran, Cory A. Talbot
　　　　　　　　　　　　Lewis and Roca LLP
　　　　　　　　　　　　40 N. Central Avenue
　　　　　　　　　　　　Phoenix, Arizona 85004
　　　　　　　　　　　　Telephone: (602) 262-5311
　　　　　　　　　　　　Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br>           Plaintiffs, <br>     v. <br><br> MOTOROLA, INC., a Delaware corporation. <br>           Defendant. | ) ) ) ) ) ) )   C.A. No. 04-CV-960-SLR ) ) ) ) |

## CERTIFICATE OF SERVICE

      I, William W. Bowser, Esquire, hereby certify that on this 10th day of November 2005, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801

      I further certify that on this 10th day of November 2005, I mailed by United States Postal Service the **Notice of Deposition** to the following non-registered participant:

> Kevin F. Barry
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
_____
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware  19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com