IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>               Plaintiffs,<br>    v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

       PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Steve Bloome, pursuant to Rule 30 of the Federal Rules of Procedure on Tuesday, November 29, 2005, at 9:00 a.m. This deposition will take place at the offices of Cozen O'Connor, 1201 North Market Street, Suite 1400, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means and may be recorded by videotape. The deposition shall continue from day to day until completed.

                                            YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                            /s/ William W. Bowser

                                            William W. Bowser (Bar I.D. 2239)
                                            The Brandywine Building, 17th Floor
                                            1000 West Street
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 571-6601; Facsimile: (302) 576-3282
                                            OF COUNSEL:
                                            Randy Papetti, Richard A. Halloran, Cory A. Talbot
                                            Lewis and Roca LLP
                                            40 N. Central Avenue
                                            Phoenix, Arizona 85004
                                            Telephone: (602) 262-5311
                                            Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

      I, William W. Bowser, Esquire, hereby certify that on this 10th day of November 2005, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        David Allan Felice
        Cozen & O'Connor
        Chase Manhattan Centre
        1201 North Market, Suite 1400
        Wilmington, DE 19801

      I further certify that on this 10th day of November 2005, I mailed by United States Postal Service the **Notice of Deposition** to the following non-registered participant:

        Kevin F. Barry
        Cozen & O'Connor
        1900 Market Street
        Philadelphia, PA 19103

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ William W. Bowser
        William W. Bowser, Esquire (Bar I.D. 2239)
        1000 West Street
        Wilmington, Delaware  19801
        Telephone: (302) 571-6601
        Facsimile: (302) 576-3282
        Email: wbowser@ycst.com