IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>     Plaintiffs,<br>v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Michael Nykoluk, pursuant to Rule 30 of the Federal Rules of Procedure on Thursday, December 1, 2005, at 9:00 a.m. This deposition will take place at the offices of Cozen O'Connor, 1201 North Market Street, Suite 1400, Wilmington, Delaware, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means and may be recorded by videotape. The deposition shall continue from day to day until completed.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser

William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
OF COUNSEL:
Randy Papetti, Richard A. Halloran, Cory A. Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>     Plaintiffs,<br>  v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

  I, William W. Bowser, Esquire, hereby certify that on this 10th day of November 2005, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801

  I further certify that on this 10th day of November 2005, I mailed by United States Postal Service the **Notice of Deposition** to the following non-registered participant:

> Kevin F. Barry
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ William W. Bowser
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> 1000 West Street
> Wilmington, Delaware  19801
> Telephone: (302) 571-6601
> Facsimile: (302) 576-3282
> Email: wbowser@ycst.com