IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff J-Squared Technologies, (Oregon) Inc.'s Responses to Defendant's Requests for Admission* were served upon the following parties:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004

Dated: November 14, 2005

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
*Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2000
Facsimile:  (215) 665-2013

WILM1\32648\1 153371.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on November 14, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004

/s/ David A. Felice
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
E-mail: dfelice@cozen.com

WILM1\32648\1 153371.000