IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| | ) | |
| MOTOROLA, INC., a Delaware | ) | |
| corporation. | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on November 18, 2005,

copies of **Defendant's Supplemental Response to Plaintiff J-Squared Technologies,**

**Inc.'s First Set of Interrogatories** were served upon the following counsel:

David Allan Felice, Esquire (By First Class Mail)
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market, Suite 1400
Wilmington, DE 19801

Kevin F. Barry, Esquire (By First Class Mail)
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on November 21, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice, Esquire
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on November 21, 2005, I mailed by United States Postal Service the **Notice of Service** to the following non-registered participant:

> Kevin F. Barry, Esquire
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ William W. Bowser
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> The Brandywine Building
> 1000 West Street
> Wilmington, Delaware  19801
> Telephone: (302) 571-6601
> Facsimile: (302) 576-3282
> Email: wbowser@ycst.com