IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation, <br><br> Defendant. | C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Procedure, the undersigned will take the deposition upon oral examination of **Larry Terry** on **Monday, December 12, 2005 at 9:30 a.m.** This deposition will take place at the offices of Cozen O'Connor, One Queen Street East, Suite 2000, Toronto, Canada, before an officer authorized to take such deposition. The deposition shall continue from day to day until completed, and it will be videotaped and simultaneously recorded by stenographic means.

Dated: November 21, 2005

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

WILM1\32736\1 153371.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on November 21, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> William W. Bowser
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

I further certify that on November 21, 2005, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

> Randy Papetti
> Cory Talbot
> Lewis and Roca LLP
> 40 N. Central Avenue
> Phoenix, AZ 85004

> David A. Felice (#4090)
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013