IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                  Plaintiffs,<br>    v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

        I, William W. Bowser, Esquire, hereby certify that on November 29, 2005, copies of **Defendant's Supplemental Response to Plaintiff J-Squared Technologies Inc.'s First Set of Requests for Production of Documents** were served upon the following counsel:

        David Allan Felice, Esquire (By First Class Mail)
        Cozen & O'Connor
        Chase Manhattan Centre
        1201 North Market, Suite 1400
        Wilmington, DE 19801

        Kevin F. Barry, Esquire (By First Class Mail)
        Cozen & O'Connor
        1900 Market Street
        Philadelphia, PA 19103

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ William W. Bowser
        William W. Bowser, Esquire (Bar I.D. 2239)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6601
        Facsimile: (302) 576-3282
        Email: wbowser@ycst.com
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I, William W. Bowser, Esquire, hereby certify that on November 29, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    David Allan Felice, Esquire
    Cozen & O'Connor
    Chase Manhattan Centre
    1201 North Market, Suite 1400
    Wilmington, DE 19801

    I further certify that on November 29, 2005, I mailed by United States Postal Service the **Notice of Service** to the following non-registered participant:

    Kevin F. Barry, Esquire
    Cozen & O'Connor
    1900 Market Street
    Philadelphia, PA 19103

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ William W. Bowser
    ―――――――――――――――――――――
    William W. Bowser, Esquire (Bar I.D. 2239)
    The Brandywine Building
    1000 West Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6601
    Facsimile: (302) 576-3282
    Email: wbowser@ycst.com