IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>    Plaintiffs,<br> v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on November 29, 2005, copies of **Defendant's Third Supplemental Response to Plaintiff J-Squared Technologies Inc.'s First Set of Interrogatories** were served upon the following counsel:

>David Allan Felice, Esquire (By First Class Mail)
>Cozen & O'Connor
>Chase Manhattan Centre
>1201 North Market, Suite 1400
>Wilmington, DE 19801
>
>Kevin F. Barry, Esquire (By First Class Mail)
>Cozen & O'Connor
>1900 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ William W. Bowser
>William W. Bowser, Esquire (Bar I.D. 2239)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware  19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com
>Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, William W. Bowser, Esquire, hereby certify that on November 30, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>David Allan Felice, Esquire
>Cozen & O'Connor
>Chase Manhattan Centre
>1201 North Market, Suite 1400
>Wilmington, DE 19801

I further certify that on November 30, 2005, I mailed by United States Postal Service the **Notice of Service** to the following non-registered participant:

>Kevin F. Barry, Esquire
>Cozen & O'Connor
>1900 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ William W. Bowser
>William W. Bowser, Esquire (Bar I.D. 2239)
>The Brandywine Building
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com