# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a    :
Canadian corporation, and J-SQUARED    :
TECHNOLOGIES (OREGON), INC., an    :
Oregon corporation,    :
    :
          Plaintiffs,    :
    :
         v.    :    Civil Action No. 04-960-SLR
    :
MOTOROLA, INC., a Delaware    :
corporation,    :
    :
          Defendant.    :

## ORDER

At Wilmington this **13**th day of **December, 2005**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, January 10, 2006 beginning at 9:00 a.m. has been rescheduled to **Thursday, June 22, 2006 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, June 12, 2006.** All other provisions of the Court's June 21, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE