**CERTIFICATE OF SERVICE**

I, Sean J. Bellew, do hereby certify that on December 22, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>William W. Bowser
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

I further certify that on December 22, 2005, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

>Randy Papetti
>Cory Talbot
>Emily Cates
>Lewis and Roca LLP
>40 N. Central Avenue
>Phoenix, AZ  85004

>/s/ Sean J. Bellew
>Sean J. Bellew (No. 4072)