IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>    Plaintiffs,<br> v.<br>MOTOROLA, INC., a Delaware corporation.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## **RENOTICE OF DEPOSITION**

  PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Michael Nykoluk, pursuant to Rule 30 of the Federal Rules of Procedure on Wednesday, February 1, 2006, at 2:00 p.m.  This deposition will take place at the offices of Perley-Robertson, Hill & McDougall, LLP, 90 Sparks Street, 4th Floor, Ottowa, Ontario K1P 1E2, before an officer authorized to take such depositions.  The deposition will be recorded by stenographic means and may be recorded by videotape.  The deposition shall continue from day to day until completed.

       YOUNG CONAWAY STARGATT & TAYLOR, LLP
       /s/ William W. Bowser
       _____
       William W. Bowser (Bar I.D. 2239)
       The Brandywine Building, 17th Floor
       1000 West Street
       Wilmington, Delaware 19801
       Telephone: (302) 571-6601; Facsimile: (302) 576-3282
       OF COUNSEL:
       Randy Papetti, Richard A. Halloran, Cory A. Talbot
       Lewis and Roca LLP
       40 N. Central Avenue
       Phoenix, Arizona 85004
       Telephone: (602) 262-5311
       Attorneys for Defendant

DATED:  January 18, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>              Plaintiffs,<br>   v.<br>MOTOROLA, INC., a Delaware corporation.<br>              Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

      I, William W. Bowser, Esquire, hereby certify that on this 18th day of January 2006, I electronically filed a true and correct copy of the foregoing **Renotice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        David Allan Felice
        Cozen & O'Connor
        Chase Manhattan Centre
        1201 North Market, Suite 1400
        Wilmington, DE 19801

      I further certify that on this 18th day of November 2005, I mailed by United States Postal Service the **Renotice of Deposition** to the following non-registered participant:

        Kevin F. Barry
        Cozen & O'Connor
        1900 Market Street
        Philadelphia, PA 19103

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ William W. Bowser
        William W. Bowser, Esquire (Bar I.D. 2239)
        1000 West Street
        Wilmington, Delaware  19801
        Telephone: (302) 571-6601
        Facsimile: (302) 576-3282
        Email: wbowser@ycst.com