IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-960-SLR |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| MOTOROLA, INC., a Delaware corporation | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 13, 2006, true and correct copies of *Plaintiff J-Squared Technologies, Inc.'s Second Set of Interrogatories Directed to Defendant (Nos. 21-25), Plaintiff J-Squared Technologies (Oregon), Inc.'s Second Set of Interrogatories Directed to Defendant (Nos. 3-19), Plaintiffs' First Request for Admissions Directed to Plaintiff* and *Plaintiff J-Squared Technologies (Oregon), Inc.'s First Set of Requests for Production Directed to Defendant* were served upon the following parties via the manners indicated:

**Via Hand Delivery**
William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Facsimile**
Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com

WILM1\33340\1 153371.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com

WILM1\33340\1 153371.000