IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that a copy of the *Subpoena* (a copy of which, along with proof of service, is attached hereto as Exhibit "A") was served on the 30th day of January, 2006 upon the following entity calling for its production of documents on or before February 8, 2006 at 9:00 a.m. in the above-captioned matter:

        Avnet, Inc.
        c/o CT Corporation System
        111 8th Avenue
        New York, NY 10011

Dated: February 3, 2006

                                          /s/ David A. Felice
                                        Sean J. Bellew (#4072)
                                        David A. Felice (#4090)
                                        Cozen O'Connor
                                        1201 North Market Street, Suite 1400
                                        Wilmington, DE 19801
                                        Telephone: (302) 295-2000
                                        Facsimile: (302) 295-2013
                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, David A. Felice, do hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>William W. Bowser
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

I further certify that on February 3, 2006, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

>Randy Papetti
>Cory Talbot
>Emily Cates
>Lewis and Roca LLP
>40 N. Central Avenue
>Phoenix, AZ  85004

_____
David A. Felice (4090)