IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., | : | |
| J-SQUARED TECHNOLOGIES (OREGON) INC., | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-960-SLR |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| MOTOROLA, INC., | : | |
| | : | Filed Under Seal |
| Defendant. | : | |

**<u>SEALED DOCUMENT</u>**