IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on February 24, 2006, copies of **Defendant's Response to Plaintiff J-Squared Technologies Inc.'s Second Set of Interrogatories (NOS. 21-25)** were served, as indicated by the attached Certificate of Service, upon the following counsel:

>David Allan Felice, Esquire (By First Class Mail)
>Cozen & O'Connor
>Chase Manhattan Centre
>1201 North Market, Suite 1400
>Wilmington, DE 19801
>
>Kevin F. Barry, Esquire (By First Class Mail)
>Cozen & O'Connor
>1900 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ William W. Bowser
>William W. Bowser, Esquire (Bar I.D. 2239)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com
>Attorneys for Defendant

DATED:   February 27, 2006

## CERTIFICATE OF SERVICE

I, Cory A. Talbot, do hereby certify that on February 24, 2006, true and correct copies of Defendant's Response to Planitiff J-Squared Technologies, Inc.'s Second Set of Interrogatories were caused to be served upon counsel of record at the following addresses as indicated:

Via U.S. Mail:

David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

_____
Cory A. Talbot

17117771.1