IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| | ) | |
| MOTOROLA, INC., a Delaware corporation. | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on February 24, 2006, copies

of **Defendant's Response to Plaintiff J-Squared Technologies (Oregon), Inc.'s Second Set of**

**Interrogatories (NOS. 3-19[sic])**were served, as indicated by the attached Certificate of Service,

upon the following counsel:

David Allan Felice, Esquire (By First Class Mail)
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market, Suite 1400
Wilmington, DE 19801

Kevin F. Barry, Esquire (By First Class Mail)
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com
Attorneys for Defendant

DATED:       February 27, 2006

## CERTIFICATE OF SERVICE

I, Cory A. Talbot, do hereby certify that on February 2‑7, 2006, true and correct copies of Defendant's Response to Planitiff J-Squared Technologies, (Oregon) Inc.'s Second Set of Interrogatories were caused to be served upon counsel of record at the following addresses as indicated:

Via U.S. Mail:

David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

_____
Cory A. Talbot

1711775.1