IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

　　　　I, William W. Bowser, Esquire, hereby certify that on February 24, 2006, copies of **Defendant's Response to Plaintiff's Request for Admission** were served, as indicated by the attached Certificate of Service, upon the following counsel:

　　　　David Allan Felice, Esquire (By First Class Mail)
　　　　Cozen & O'Connor
　　　　Chase Manhattan Centre
　　　　1201 North Market, Suite 1400
　　　　Wilmington, DE 19801

　　　　Kevin F. Barry, Esquire (By First Class Mail)
　　　　Cozen & O'Connor
　　　　1900 Market Street
　　　　Philadelphia, PA 19103

　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　/s/ William W. Bowser
　　　　William W. Bowser, Esquire (Bar I.D. 2239)
　　　　The Brandywine Building, 17th Floor
　　　　1000 West Street
　　　　Wilmington, Delaware 19801
　　　　Telephone: (302) 571-6601
　　　　Facsimile: (302) 576-3282
　　　　Email: wbowser@ycst.com
　　　　Attorneys for Defendant

DATED:　　　February 27, 2006

## CERTIFICATE OF SERVICE

I, Cory A. Talbot, do hereby certify that on February 24, 2006, true and correct copies of Defendant's Response to Planitiffs' Request for Admissions were caused to be served upon counsel of record at the following addresses as indicated:

Via U.S. Mail:

David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

_____
Cory A. Talbot