IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on February 24, 2006, copies of **Defendant's Response to Plaintiff J-Squared Technologies (Oregon), Inc.'s First Set of Requests for Production of Documents** were served, as indicated by the attached Certificate of Service, upon the following counsel:

> David Allan Felice, Esquire (By First Class Mail)
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801
>
> Kevin F. Barry, Esquire (By First Class Mail)
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　/s/ William W. Bowser
　　　　William W. Bowser, Esquire (Bar I.D. 2239)
　　　　The Brandywine Building, 17th Floor
　　　　1000 West Street
　　　　Wilmington, Delaware 19801
　　　　Telephone: (302) 571-6601
　　　　Facsimile: (302) 576-3282
　　　　Email: wbowser@ycst.com
　　　　Attorneys for Defendant

DATED:　　February 27, 2006

## CERTIFICATE OF SERVICE

I, Cory A. Talbot, do hereby certify that on February 24, 2006, true and correct copies of Defendant's Response to Planitiff J-Squared Technologies, (Oregon) Inc.'s First Set of Requests for Production were caused to be served upon counsel of record at the following addresses as indicated:

Via U.S. Mail:

David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

_____
Cory A. Talbot

1711776.1