IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| | ) | |
| MOTOROLA, INC., a Delaware corporation. | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on March 1, 2006, copies of **Defendant's Second Set of Interrogatories, Requests for Admissions, and Requests for Production to J-Squared (Oregon), Inc. and Certificate of Service** were served upon the following counsel:

> David Allan Felice, Esquire (By Hand Delivery)
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801
>
> Kevin F. Barry, Esquire (By First Class Mail)
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ William W. Bowser
> ―――――――――――――――――――
> William W. Bowser, Esquire (Bar I.D. 2239)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601
> Facsimile: (302) 576-3282
> Email: wbowser@ycst.com
> Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on March 1, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice, Esquire
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on March 1, 2006, I mailed by United States Postal Service the foregoing **Notice of Service** to the following non-registered participant:

> Kevin F. Barry, Esquire
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ William W. Bowser
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> The Brandywine Building
> 1000 West Street
> Wilmington, Delaware  19801
> Telephone: (302) 571-6601
> Facsimile: (302) 576-3282
> Email: wbowser@ycst.com