IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES (OREGON) INC., | : <br> : <br> : <br> : | |
| Plaintiffs, | : | C.A. No. 04-960-SLR |
| v. | : <br> : | JURY TRIAL DEMANDED |
| MOTOROLA, INC., | : <br> : | |
| Defendant. | : | |

### JOINT STIPULATION AND ORDER TO FURTHER AMEND EXPERT DISCLOSURE DEADLINES

The parties hereby stipulate and agree, subject to the Court's approval, that the expert disclosure deadlines addressed in paragraph 2(g) of the Court's June 3, 2005, Scheduling Order (as amended by stipulation) be further amended as follows: an extension to March 8, 2006 for the expert disclosures and to April 10, 2006 for the rebuttal expert disclosures. All other dates set out in the Court's Scheduling Order (as amended) remain unchanged.

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

_____
William W. Bowser (#2239)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
*Attorneys for Defendant*

IT IS SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson

WILM1\33805\1 153371.000