IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., J-SQUARED TECHNOLOGIES (OREGON) INC., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-960-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| MOTOROLA, INC., | : : | |
| Defendant. | : | |

### ORDER

WHEREAS, the Court having heard Plaintiffs' Motion to Compel (the "Motion"); and

WHEREAS, the Court having heard Defendant's response in opposition thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED and Defendant is required to respond to the interrogatories and produce the requested documents within ten (10) days of this Order.

_____
United States District Judge

WILM1\33735\1 153371.000