# Exhibit I

## EXHIBIT I

### Spreadsheets Conveying Factual Data

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MCG000796 - 0996 | Undated | | MR 2004 projection with new analysis perf criterial.xls prepared at counsel's request | Work Product | Withheld #13 |
| 2. | MCG001892 | 01/22/04 | 5:09 p.m. | Email from Julie Blair to David Bensted, John Garner Re: MR_Summary_infor.xls - updated | Attorney/Client | Withheld |
| 3. | MCG001926 - 2125 | Undated | | MR 2004 projection with new analysis perf criterial.xls prepared at request of counsel | Work Product | Withheld |
| 4. | MCG002458 – 2653 | Undated | | Excel MR 2004 projection with new analysis perf criteria.xls created at direction of counsel | Work Product | Withheld |
| 5. | MCG002772 – 2971 | Undated | | MR 2004 projection with new analysis perf criteria.xls created at direction of counsel | Work Product | Withheld |
| 6. | MCG003195 – 3386 | Undated | | MR 2004 projection with new analysis perf criteria.xls created at direction of counsel | Work Product | Withheld |
| 7. | MCG003612 – 3821 | | | MR 2004 projection with new analysis perf criteria.xls prepared at direction of counsel | Work Product | Withheld |
| 8. | MCG006222 – 6437 | 3/23/04 | | MR 2004 projection with new analysis perf criteria.xls prepared at direction of counsel | Work Product | Withheld |
| 9. | MOT 00862 | Undated | | Spreadsheet of MR Summary Info. | Work Product | Withheld |
| 10. | MOT 00865 – 878 | Undated | | MR 2004 Projection with new analysis per criteria – XLS | Work Product | Withheld |
| 11. | MOT 00880 – 893 | Undated | | MR 2004 Projection with New Analysis Perf. Criteria – XLS | Work Product | Withheld |
| 12. | MOT 00898 | Undated | | MR Summary Info. – XLS | Work Product | Withheld |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13. | MOT 00909 – 922 | Undated | | MR 2004 Projection with New Analysis Perf. Criteria 1-XLS | Work Product | Withheld |
| 14. | MOT 00938 – 956 | Undated | | Crawford MR 2004 Projection with New Analysis Perf. Criteria – XLS | Work Product | Withheld |
| 15. | MOT 00966 – 983 | Undated | | Manufacturer Rep Data for 2004 (MR 20041.XLS) | Work Product | Withheld |
| 16. | MOT 01622 – 1633 | Undated | | Workbook MR 2004 project with new analysis perf criteria.xls prepared at counsel's request | Work Product | Withheld |
| 17. | MOT 02915 – 03114 | Undated | | Excel Spreadsheet – MR Projections prepared at counsel's request | Work Product | Withheld |
| 18. | MOT 03144 – 03343 | Undated | | Excel Spreadsheet – MR Projections prepared at counsel's request | Work Product | Withheld |
| 19. | MOT 03388 – 03579 | Undated | | Excel Spreadsheet – MR Projections prepared at counsel's request | Work Product | Withheld |
| 20. | MOTJ 01242 | 1/22/04 | | Spreadsheet MR – Summary_info.xls prepared at counsel's request | Work Product | Withheld |
| 21. | MOTJ 01244-1253 | 1/22/04 | | Workbook re: MR 2004 projection with new analysis perf criteria.xls, Hi_Lo summary prepared at counsel's request | Work Product | Withheld |
| 22. | MOTJ 01317 | 1/26/04 | | Spreadsheet MR_Summary_info.xls prepared at counsel's request | Work Product | Withheld |
| 23. | MOTJ 01575-1581 | 2/3/04 | | Workbook MR 2004 projection with new analysis perf criteria.xls prepared at counsel's request with handwritten notes of counsel Randy Papetti | Work Product | Withheld |
| 24. | MOTJ 01659 | Undated | | Spreadsheet Crawford MR 2004 projection with new analysis perf | Work Product | Withheld |

WILM1\33623\1 153371.000

| | | | | criteria.xls prepared at counsel's request | | |
|---|---|---|---|---|---|---|
| 25. | MOTJ 01661 | Undated | | Spreadsheet Crawford MR 2004 projection with new analysis perf criteria.xls prepared at counsel's request | Work Product | Withheld |
| 26. | MOTJ 01664-1665 | Undated | | Spreadsheet MR 2004 projection.xls prepared at counsel's request | Work Product | Withheld |
| 27. | MOT02512 - 02517 | Undated | | Spreadsheet depicting performance analysis | Unknown | Redacted |

WILM1\33623\1 153371.000

# Exhibit J

## EXHIBIT J

### Pre-Termination Internal Motorola Communications Concerning Manufacturer's Representatives' Performance

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MCG002154 | 1/22/04 | 5:39 p.m. | Email from John Garner to David Bensted, Michael Annes, Kevin Parslow, Nina Guibor, Kim Crawford, Steven Machernis, Julie Blair Re: Manufacturer's Rep Agreement Issues | Attorney/Client | Withheld |
| 2. | MCG002456 – 2457 | 1/22/04 | 5:36 p.m. | Email from Julie Blair to Kevin Parslow, Steven Machernis, Kim Crawford cc: Nina Guibor, David Bensted, John Garner Re: MR Financial Analysis & Performance Data Request | Attorney/Client | Withheld |
| 3. | MCG009662 – 9663 | Undated | | Analysis of status of manufacturing representatives prepared at direction of counsel | Work Product | Withheld |
| 4. | MCG009665 – 9666 | Undated | | Analysis of status of manufacturing representatives prepared at direction of counsel. | Work Product | Withheld |
| 5. | MOT 00769 – 00770 | 1/7/04 | 9:23 a.m. | E-mail string from Julie Blair to David Bensted re MR performance data question | Work Product | Withheld |
| 6. | MOT 00771 – 00772 | 1/7/04 | 1:54 p.m. | E-mail string from David Bensted to Kevin Parslow, Kim Crawford, Steven Machernis, Nina Guibor, Julie Blair cc: Barry Medintz, Sue Hamlett re: MR performance data question | Attorney/client | Withheld |
| 7. | MOT 01357 – 01379 | 02/03/04 | 11:47 p.m. | Email from Julie Blair to Kim Crawford re: Updated MR spreadsheet (Spreadsheet attached) | Work Product | Withheld |
| 8. | MOT 01429 – 01447 | 2/6/04 | 11:30 a.m. | Email from Julie Blair to Kim Crawford re: Most updated MR summary file with performance | Work Product | Withheld |

| | | | | | | |
|---|---|---|---|---|---|---|
| ███████████████████████████████████████ | | | | | | |
| | | | | data (Spreadsheet attached) | | |
| 9. | MOT 01452 – 01473 | 2/13/04 | 6:27 a.m. | Email from Kim Crawford to Dana Huth, cc: Julie Blair and Steven Machernis, re MR diligence and performance analysis (Spreadsheet attached) | Work Product | Withheld |
| 10. | MOT 01478 - 01479 | 2/16/04 | 9:17 a.m. | Email string from Julie Blair to Steven Machernis, cc: Kim Crawford Re: Manufacturer representatives status | Work Product | Withheld |
| 11. | MOT 01492 – 01492 | 2/19/04 | 7:31 a.m. | Email string from Nina Guibor to Dana Huth, cc: Trevor Zillwood and Julie Blair Re: Manufacturer representatives status | Work Product | Withheld |
| 12. | MOT 02643 | 1/22/04 | 4:09 p.m. | E-mail from Julie Blair to David Bensted; John Garner Re: MR Summary Spreadsheet – Updated | Attorney/Client Work Product | Withheld |
| 13. | MOT 02672 – 02673 | 1/22/04 | 4:18 p.m. | E-mail string from Julie Blair to Kevin Parslow; Steven Machernis; Kim Crawford cc: Nina Guibor; David Bensted; John Garner Re: MR Financial Analysis & Performance Data Request | Attorney/Client | Withheld |
| 14. | MOT 02674 – 02675 | 1/22/04 | 4:36 p.m. | E-mail string from Julie Blair to Kevin Parslow; Steven Machernis; Kim Crawford cc: Nina Guibor; David Bensted; John Garner Re: MR Financial Analysis & Performance Data Request created at counsel's request | Attorney/Client | Withheld |
| 15. | MOT 02676 – 02871 | Undated | | MR Financial Analysis & Performance Data Request prepared at counsel's request | Work Product | Withheld |
| 16. | MOTJ 00190 – 00191 | 1/29/04 | 12;21 a.m. | Email string to Julie Blair, cc: Kim Crawford, Nina Guibor from Dennis Robinson re mr performance data prepared for legal counsel | Work Product | Withheld |
| 17. | MOTJ 00192 – | | | Performance Analysis | Work Product | Withheld |

2

WILM1\33623\1 153371.000

| | | | | | | |
|---|---|---|---|---|---|---|
| | 00195 | | | | | |
| 18. | MOTJ 01254 | 1/22/04 | 5:18 p.m. | Email to Kevin Parslow, Steve Machernis, Kim Crawford, cc: Nina Guibor, David Bensted, John Garner re: MR Financial Analysis & Performance Data Request prepared at counsel's request | Attorney/Client Work Product | Withheld |
| 19. | MOTJ00563 | 1/--/04 | 12:27 p.m. | Email from David Bensted to Jamie Nevarez re: MRAs | None | Produced in illegible form |

WILM1\33623\1 153371.000

# Exhibit K

# Exhibit K

## Pre-Termination Internal Motorola Communications

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MCG000782 - 0783 | 01/20/04 | 5:32 p.m. | Email from Michael Annes to John Garner re: MR – documentation of contract review | Attorney/Client | Redacted |
| 2. | MCG001684 | 02/02/04 | 1:28 p.m. | Email from Steven Machernis to John Garner, David Bensted Re: MCG MR Review – J - Squared Correspondence | Attorney/Client | Withheld |
| 3. | MCG001876 | 01/27/04 | 2:03 p.m. | Email from John Garner to David Bensted Re: MR Contracts | Attorney/Client | Withheld |
| 4. | MCG001925 | 1/28/04 | 12:00 p.m. | Email from Julie Blair to John Garner, David Bensted, Nina Guibor, Kim Crawford, Steve Machernis, Kevin Parslow, Michael Annes, Janie Nevarez Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 5. | MCG002156 | 1/21/04 | 5:39 p.m. | Email from David Bensted to Michael Annes, John Garner Re: Manufacturing Representative Program | Attorney/Client | Withheld |
| 6. | MCG002227 | 1/29/04 | 12:07 p.m. | Email from Janie Nevarez to John Garner, cc to David Bensted RE: Contracts to Lewis and Roca | Attorney/Client | Withheld |
| 7. | MCG002228 | 1/29/04 | 8:44 a.m. | Email from Janie Nevarez to John Garner, cc to David Bensted RE: Contracts to Lewis and Roca | Attorney/Client | Withheld |
| 8. | MCG002230- 2231 | 1/28/04 | 7:16 p.m. | Email from John Garner to Janie Nevarez, cc to David Bensted RE: | Attorney/Client | Withheld |
| 9. | MCG002232- 2233 | 1/29/04 | 1:07 p.m. | Email from John Garner to Janie Nevarez, cc to David Bensted RE: | Attorney/Client | Withheld |
| 10. | MCG002711 – 2723 | 2/3/04 | 6:01 p.m. | Email from David Bensted to Julie Blair, John Garner cc: Michael Annes, Kim Crawford, Nina | Attorney/Client | Withheld |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Guibor, Steven Machernis, Kevin Parslow Re: Manufacturer Reps – next steps? | | | |
| 11. | MCG002752 – 2759 | 2/2/04 | | Email from John Garner to Julie Blair Re: RE: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 12. | MCG003176 - 3182 | 2/2/04 | 1:27 p.m. | Email from John Garner to David Bensted Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 13. | MCG003427 – 3430 | 1/28/04 | 7:12 p.m. | Email from John Garner to Julie Blair cc: David Bensted,Nina Guibor, Kim Crawford, Steven Machernis, Kevin Parslow, Michael Annes, Janie Nevarez Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 14. | MCG003863 – 3864 | Undated | | Analysis of termination prepared by counsel | Work Product | Withheld |
| 15. | MOT 00789 – 00790 | 1/15/04 | | Email string from David Bensted to Julie Blair re: Mfg Rep termination letter and legal advice | Work Product | Withheld |
| 16. | MOT 00904 – 906 | 1/23/04 | 3:06 p.m. | E-mail string from Julie Blair to David Bensted re Manufacturer's Rep. Agreement issues | Work Product | Withheld |
| 17. | MOT 00994 – 00997 | Undated | | MCG Rep Status | Work Product | Withheld |
| 18. | MOT 01004 – 01007 | Undated | | MCG Mfg. Rep. Response status | Work Product | Withheld |
| 19. | MOT 01008 | 4/5/04 | 3:26 p.m. | E-mail from Steven Machernis to Dana Huth, cc Kim Crawford re Mfg. Rep. status | Work Product | Withheld |
| 20. | MOT 01009 – 1012 | Undated | | MCG Mfg. Rep. Response status | Work Product | Withheld |
| 21. | MOT 01352 – 01356 | 2/2/04 | 4:51 p.m. | Email string from Julie Blair to Kim Crawford Re: Manufacturer representatives | Work Product | Withheld |
| 22. | MOT 01505 – | 2/24/04 | 12:14 | Email string from Dana Huth to | Work Product | Withheld |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 01506 | | p.m. | Julie Blair Re: Final review of letters | | |
| 23. | MOT 01507 – 01509 | 2/24/04 | 12:22 p.m. | Email string fro Dana Huth to Julie Blair Re: Letters final review | Work Product | Withheld |
| 24. | MOT 01510 – 01513 | 2/24/04 | 1:52 p.m. | Email string from Julie Blair to Kim Crawford and Steve Machernis Re: Letters final review | Work Product | Withheld |
| 25. | MOT 01526 – 01527 | 2/26/04 | 3:18 p.m. | Email string from Julie Blair to Kim Crawford Re: Final notices and conversation | Work Product | Withheld |
| 26. | MOT 02549 - - 02550 | 1/16/04 | 4:34 p.m. | Email string from Julie Blair to Nina Guibor; Kevin Parslow; Steven Machernis; Kim Crawford; David Bensted; Sue Hamlett; Barry Medintz. Cc: Michael Annes Re: New MR Strategy | Attorney Client | Withheld |
| 27. | MOT 03143 | 1/28/04 | 11:00 a.m. | E-mail from Julie Blair to John Garner cc: David Bensted; Nina Guibor; Kim Crawford; Steven Machernis; Kevin Parslow; Michael Annes: Janie Navarez; Re: Manufacturer's Reps. – Next Steps | Attorney/Client | Withheld |
| 28. | MOT 03372 – 03375 | 1/28/04 | 6:12 p.m. | E-mail string from John Garner to Julie Blair cc: David Bensted; Nina Guibor; Kim Crawford; Steven Machernis; Janie Navarez Re: Manufacturer Reps – Next Steps | Work Product | Withheld |
| 29. | MOT 3372 – 03375 | 1/28/04 | 6:12 p.m. | E-mail string from John Garner to Julie Blair cc: David Bensted; Nina Guibor; Kim Crawford; Steven Machernis; Janie Navarez Re: Manufacturer Reps – Next Steps | Attorney/Client | Withheld |
| 30. | MOT 03380 – 03381 | 1/28/04 | 12:01 p.m. | E-mail string from Julie Blair to John Garner cc: David Bensted; Nina Guibor; Kim Crawford; Steven Machernis; Kevin Parslow; Michael Annes; Janie Navarez Re: | Attorney/Client | Withheld |

3

| | | | | Manufacturer Reps – Next Steps | | |
|---|---|---|---|---|---|---|
| 31. | MOT 03594 – 03599 | 1/30/04 | 3:54 p.m. | E-mail string from Kim Crawford to David Bensted cc: John Garner Re: Manufacturer Reps – Next Steps | Attorney/Client | Withheld |
| 32. | MOT 03663 – 03670 | 02/03/04 | 5:01 p.m. | E-mail string from Bensted to Julie Blair cc: Michael Annes; Kim Crawford; Nina Guibor; Steven Machernis; Kevin Parslow Re: Manufacturer Reps – Next Steps | Attorney/Client Work Product | Withheld |
| 33. | MOT 07520 – 07521 | 1/16/04 | 5:34 p.m. | E-mail from Julie Blair to Nina Guibor; Kevin Parslow; Steven Machernis; Kim Crawford; David Bensted; Sue Hamlet; Barry Medintz re: NEW MR Strategy | Attorney/Client Work Product | Withheld |
| 34. | MOTJ 00563 | 1/23/04 | 12:27 p.m. | Email to Janie Nevarez, cc: Patricia Witman, Florence Rodriguez from David Bensted re: MRAs | Attorney/Client Work Product | Withheld |
| 35. | MOTJ 00564 | 1/23/04 | | MR Summary Info | Work Product | Withheld |
| 36. | MOTJ 01354-1364 | 1/28/04 | | Worksheets re: analysis prepared at counsel's request with handwritten attorney notes by John Garner | Work Product | Withheld |
| 37. | MOTJ 01377-1378 | 1/20/04 | | Handwritten attorney notes of John Garner | Work Product | Withheld |
| 38. | MOTJ 01383 | Undated | | Handwritten attorney notes of John Garner | Work Product | Withheld |
| 39. | MOTJ 01397-1399 | 2/3/04 | | Attorney notes by John Garner | Work Product | Withheld |
| 40. | MOTJ 01407 | 2/4/04 | | Handwritten attorney notes from John Garner | Work Product | Withheld |
| 41. | MOTJ 01408 | 2/2/04 2/3/04 | | Handwritten attorney notes from John Garner | Work Product | Withheld |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2/4/04 | | | | |
| 42. | MOTJ 01447-1448 | Undated | | Summary of analysis with attorney handwritten attorney notes from John Garner | Work Product | Withheld |
| 43. | MOTJ 01662-1663 | Undated | | PowerPoint presentation re Manufacturers Representatives Engagement Analysis prepared at counsel's request | Work Product | Withheld |

5

# Exhibit L

## EXHIBIT L

## Pre-Termination Communications with Outside Counsel

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MCG000686 - 691 | 02/01/04 | 11:51 p.m. | Email from Kim Crawford to John Garner, David Bensted, Julie Blair, Nina Guidor, Steven Machernis, Kevin Parslow cc: Michael Annes, Randy Papetti Re: Crawford_J2NW Correspondence | Attorney/Client | Withheld |
| 2. | MCG002669 – 2677 | 2/4/04 | 12:35 p.m. | Email from Kim Crawford to Randy Papetti, Julie Blair, John Garner, Kim Crawford cc: David Bensted, Kevin Parslow, Michael Annes, Nina Guibor, Steven Machernis Re: Manufacturer Reps – next steps? | Attorney/Client | Withheld |
| 3. | MCG002678- 2686 | 2/4/04 | 11:58 a.m. | Email from Randy Papetti to Julie Blair, John Garner, Kim Crawford cc: David Bensted, Kevin Parsolw, Michael Annes, Nina Guibor, Steven Machernis Re: Manufacturer Reps – next steps? | Attorney/Client | Withheld |
| 4. | MCG002687 – 2694 | 2/4/04 | 11:13 a.m. | Email from Randy Papetti to Julie Blair, John Garner, Kim Crawford cc: cc: David Bensted, Kevin Parslow, Michael Annes, Nina Guibor, Steven Machernis Re: Manufacturer Reps – next steps? | Attorney/Client | Withheld |
| 5. | MCG002695 – 2702 | 2/4/04 | 10:48 a.m. | Email from Julie Blair to Randy Papetti, John Garner cc: David Bensted, Kevin Parslow, Kim Crawford, Michael Annes, Nina Guibor, Steven Machernis Re: Manufacturer Reps – next steps? | Attorney/Client | Withheld |
| 6. | MCG002703 – 2710 | 2/4/04 | 10:11 a.m. | Email from Randy Papetti to Julie Blair, John Garner cc: David Bensted, Kevin Parslow, Kim Crawford, Michael Annes, Nina Guibor, Steven Machernis Re: | Attorney/Client | Withheld |

| | | | | Manufacturer Reps – next steps? | | |
|---|---|---|---|---|---|---|
| 7. | MCG002724 – 2735 | 2/3/04 | 5:56 p.m. | Email from Julie Blair to John Garner, Randy Papetti cc: Michael Annes, David Bensted, Kim Crawford, Nina Guibor, Steven Machernis, Kevin Parslow Re: Manufacturer Reps – next steps? | Attorney/Client | Withheld |
| 8. | MCG002739 - 2741 | 2/3/04 | 8:42 p.m. | Email from Kim Crawford to John Garner,David Bensted, Julie Blair, Nina Guibor, Steven Machernis, Kevin Parslow, Randy Papetti cc: Michael Annes Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 9. | MCG002742 – 2744 | 2/2/04 | 8:24 p.m. | Email from John Garner to John Garner, David Bensted, Julie Blair, Kim Crawford, Nina Guibor, Steven Machernis, Kevin Parslow, Randy Papetti cc: Michael Annes Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 10. | MCG002760 – 2771 | 2/2/04 | 5:50 p.m. | Email from Julie Blair to John Garner, David Bensted, Kim Crawford, Nina Guibor, Steven Machernis, Kevin Parslow cc: Michael Annes, Randy Papetti Re: Manufacturer Reps – next steps | Attorney Client | Withheld |
| 11. | MCG002972 | 2/2/04 | 5:25 p.m. | Email from John Garner to David Bensted, Julie Blair, Kim Crawford, Nina Guibor, Steven Machernis, Kevin Parslow cc: Michael Annes, Randy Papetti Re: RE: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 12. | MCG002979 – 2985 | 2/2/04 | 3:09 p.m. | Email from Randy Papetti to David Bensted cc: John Garner, Michael Annes, Steven Machernis Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 13. | MCG002986 – 2992 | 2/2/04 | 1:50 p.m. | Email from David Bensted to Randy Papetti cc: Michael Annes, John Garner, Steven Machernis | Attorney/Client | Withheld |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Re: Manufacturer Reps – next steps | | |
| 14. | MCG003183 – 3188 | 2/2/04 | 11:46 a.m. | Email from David Bensted to Randy Papetti cc: Michael Annes, -A19923 John Garner, -WJG005 Kim Crawford, -SCN105 Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 15. | MCG003189 – 3194 | 2/1/04 | 10:11 p.m. | Email from Kim Crawford to David Benstad, Julie Blair, Kim Crawford, Nina Guibor, Steve Machernis, Kevin Parslow, John Garner cc: Michael Annes, Randy Papetti Re: Crawford Inputs – Manufacturer Reps | Attorney/Client | Withheld |
| 16. | MCG003401 – 3406 | 2/1/04 | 10:51 p.m. | Email from Kim Crawford to David Benstad, Julie Blair, Kim Crawford, Nina Guibor, Steve Machernis, Kevin Parslow, John Garner cc: Michael Annes, Randy Papetti Re: Crawford_J2NW Correspondence | Attorney/Client | Withheld |
| 17. | MCG003421 – 3426 | 1/30/04 | 4:30 p.m. | Email from John Garner to David Bensted, Julie Blair, Crawford Kim, Nina Guibor, Steven Machernis, Kevin Parslow cc: Michael Annes, Randy Papetti Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 18. | MCG003431 – 3440 | 2/4/04 | 1:29 p.m. | Email from John Garner to Kim Crawford, Randy Papetti, Julie Blair, cc to David Bensted, Kevin Parslow, Michael Annes, Nina Guibor, Steve Machernis RE: Manufacturer Reps – next steps? | Attorney/Client | Withheld |
| 19. | MCG003441 – 3444 | 2/4/04 | 9:34 a.m. | Email from John Garner to Crawford Kim cc: Randy Papetti, David Bensted Re: Manufacturer Reps – next steps | Attorney/Client | Withheld |
| 20. | MCG003824 – 3826 | 1/30/04 | 11:47 a.m. | Email from Randy Papetti to John Garner, cc to David Bensted, Michael Annes Re: FW: Manufacturer Reps – next steps | Attorney/Client | Withheld |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 21. | MCG003862 | 2/6/04 | 10:28 a.m. | Email from Randy Papetti to David Bensted, Jule Blair, John Garner, Kevin Parslow, Kim Crawford,Michael Annes, Nina Guibor, Steven Machernis Re: Summary of Analysis | Attorney Client | Withheld |
| 22. | MOT 02906 – 02908 | 1/30/04 | 10:47 a.m. | E-mail string from Randy Papetti to John Garner re: Manufacturer Reps – Next Steps | Attorney/Client | Withheld |
| 23. | MOT 02909 – 02912 | 1/29/04 | 7:04 p.m. | E-mail string from John Garner to Randy Papetti cc: David Bensted; Michael Annes Re: Manufacturer Reps. – Next Steps | Attorney/Client | Withheld |
| 24. | MOT 03376 – 03379 | 1/30/04 | 3:30 p.m. | E-mail string from John Garner to Julie Blair; Kim Crawford; Nina Guibor; Steven Machernis; Kevin Parslow cc: Michael Annes & Randy Papetti Re: Manufacturer Reps – Next Steps | Attorney/Client | Withheld |
| 25. | MOT 03600 – 03606 | 02/03/04 | 4:56 p.m. | E-mail string from Julie Blair to John Garner; Randy Papetti cc: Michael Annes; David Bensted; Kim Crawford; Nina Guibor; Steven Machernis; Kevin Parslow Re: Manufacturer Reps – Next Steps | Attorney/Client | Withheld |
| 26. | MOT 03607 – 03614 | 2/4/04 | 9:11 a.m. | E-mail string from Randy Papetti to Julie Blair; John Garner cc: David Bensted; Kevin Parslow; Kim Crawford; Michael Annes; Nina Guibor & Steven Machernis Re: Manufacturer Reps – next Steps | Attorney/Client | Withheld |
| 27. | MOT 03631 – 03632 | 2/16/04 | 9:07 a.m. | E-mail string from Steven Machernis to Julie Blair cc: David Bensted; John Garner; Randy Papetti; Kevin Parslow; Dana Huth; Nina Guibor; Kim Crawford Re: Manufacturer Rep Status | Attorney/Client | Withheld |
| 28. | MOTJ 01471 | 2/27/04 | 6:24 | Email string to Kim Crawford, | Attorney/Client | Withheld |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | p.m. | Randy Papetti, Dana Huth, David Bensted, Julie Blair, John Garner, Keivin Parslow, Nina Guibor, Trevor Zillwood from Steven Machernis re: J2 Northwest – Contact Feedback | | |
| 29. | MOTJ 01472 | 2/26/04 | 2:47 p.m. | Email to Randy Papetti, Dana Huth, David Bensted, Julie Blair, JOhn GArner, Kevin PArslow, Kim Crawford, Nina Guibor, Steve Machernis, Trevor Zillwood, cc:  Kim Crawford from Kim Crawford re: J2 Northwest – Contact Feedback | Attorney/Client | Withheld |
| 30. | MOTJ   01629-1633 | 2/2/04 | 4:52 p.m. | Email string to John Garner, David Bensted, Julie Blair, Nina Guibor, Steve Machernis, Kevin Parslow, cc to Michael Annes, Randy Papetti from Kim Crawford re: Crawford Inputs-Manufacturer Reps | Attorney/Client  Work Product | Redacted 1629  Withheld 1630-1633 |
| 31. | MOTJ   01634-1641 | 2/4/04 | 10:13 a.m. | Email string to Randy Papetti, Julie Blair, John Garner, cc: David Bensted, Kevin Parslow, Kim Crawford, Michael Annes, Nina Guibor, Steve Machernis from Kim Crawford re: Manufacturer Reps – next steps? | Attorney/Client  Work Product | Redacted 1634  Withheld 1635-1641 |

# Exhibit M

## EXHIBIT M

## Draft Termination Letters

| | | | | | |
|---|---|---|---|---|---|
| 1. | MCG000709 - 710 | Undated | | Draft Letter termination to J - Squared (Oregon) from Randy Papetti | Work Product | Withheld |
| 2. | MCG000785 | Undated | | Draft letter terminating prepared by legal department | Work Product | Withheld |
| 3. | MCG001555 - 1556 | Undated | | Draft termination letters prepared by counsel | Work Product | Withheld |
| 4. | MCG001672 - 1673 | Undated | | Draft termination letter prepared by counsel | Work Product | Withheld |
| 5. | MCG001884 - 1885 | Undated | | Draft termination letter prepared by counsel | Work Product | Withheld |
| 6. | MCG002660 | Undated | | Draft termination letter to JST and JSO | Work Product | Withheld |
| 7. | MCG003855 – 3856 | Undated | | Draft termination letter to J-Squared (Canada) | Work Product | Withheld |
| 8. | MCG006453 – 6454 | 3/2/04 | | Draft termination letters to J-Squared Technologies and J-Squared Technologies (Oregon) prepared by counsel | Work Product | Withheld |
| 9. | MOT 00800 | 1/14/05 | | Draft letter to manufacturer representatives | Work Product | Withheld |
| 10. | MOT 00833 | 1/14/05 | | Draft letter to manufacturer representatives | Work Product | Withheld |
| 11. | MOT 00836 | 1/20/04 | | Draft letter to manufacturer representatives | Work Product | Withheld |
| 12. | MOT 00859 | 1/21/04 | | Draft letter to manufacturer sales representatives | Work Product | Withheld |
| 13. | MOT 02641 | Undated | | Draft termination letter prepared at counsel's direction | Work Product | Withheld |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14. | MOT 03626 – 03627 | Undated | | Draft Termination Letters prepared at counsel's request | Work Product | Withheld |
| 15. | MOTJ 00237 – 00238 | 2/17/04 | | Draft letters to J-Squared | Work Product | Withheld |
| 16. | MOTJ 01450-1451 | 2/17/04 | | Draft letters prepared by counsel | Work Product | Withheld |
| 17. | MOTJ 01460-1461 | 2/26/04 | | Draft letters prepared by counsel | Work Product | Withheld |

WILM1\33623\1 153371.000

# Exhibit N

## EXHIBIT N

### Communications Concerning Raytheon Canada

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MOTJ 01527 | 4/20/04 | 10:55 a.m. | Email to Steve Machernis, cc Randy Papetti, John Garner from Julie Blair re: Raytheon Canada | Attorney/Client | Redacted |
| 2. | MOTJ 01528 | 4/20/04 | 1:15 p.m. | Email string to Julie Blair, cc Randy Papetti, John Garner from Steve Machernis re: Raytheon Canada | Attorney/Client | Withheld |
| 3. | MOTJ 01529-1531 | 4/20/04 | 1:40 p.m. | Email string to Steve Machernis, cc Randy Papetti, John Garner from Steve Machernis re: Raytheon Canada | Attorney/Client | Redacted |
| 4. | MOTJ 01532 | 4/20/04 | 2:41 p.m. | Email string to Julie Blair, cc Randy Papetti, Steve Machernis from John Garner re: Raytheon Canada | Attorney/Client | Withheld |
| 5. | MOTJ 01533 | 4/20/04 | 2:46 p.m. | Email string to Julie Blair, cc Randy Papetti, John Garner from Steve Machernis re: Raytheon Canada | Attorney/Client | Withheld |
| 6. | MOTJ 01534 | 4/20/04 | 3:34 p.m. | Email string to Julie Blair, Steve Machernis, cc John Garner from Randy Papetti re: Raytheon Canada | Attorney/Client | Withheld |

# Exhibit O

## EXHIBIT O

### Internal Motorola Communications Concerning Commissions

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MCG003507 – 3508 | 2/16/04 | 11:30 p.m. | Email from Julie Blair to John Garner Re: RE Question regarding current MR payment | Attorney/Client | Withheld |
| 2. | MOT 01231 – 01252 | 5/19/04 | 2:19 p.m. | E-mail from Julie Blair to Steven Machernis Re: March commission data for all manufacturer representatives and attached commission payments | Work Product | Withheld |

# Exhibit P

## EXHIBIT P

## Communications with Outside Counsel Concerning Commissions

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MCG003509 – 3510 | 2/16/04 | 11:29 p.m. | Email from John Garner to Julie Blair, Dana Huth cc: Kim Crawford, Lisa Whitfield, Nina Guibor, Randy Papetti Re: Question regarding current MR payment | Attorney/Client | Withheld |
| 2. | MCG003511 | 2/16/04 | 11:16 a.m. | Email from Julie Blair to Dana Huth cc: Crawford Kim, Lisa Whitfield, Nina Guibot, Randy Papetti, John Garner Re: Question regarding current MR payment | Attorney/Client | Withheld |
| 3. | MCG003512 – 3514 | 2/18/04 | 6:52 p.m. | Email from Randy Papetti to Julie Blair, John Garner cc: Kim Crawford, Lisa Whitfield Re: Question regarding current MR payment | Attorney/Client | Withheld |
| 4. | MCG003563 | 5/19/04 | 4:22 p.m. | Email from Julie Blair to Randy Papetti, John Garner cc: Steven Machernis Re: final commissions for 5 of 9 MRs | Attorney/Client | Withheld |
| 5. | MCG004314 | 5/19/04 | 4:36 p.m. | Email from Julie Blair to John Garner, Randy Papetti, cc to Steve Machernis Re: Final commissions for 5 of 9 MRs | Attorney/Client | Withheld |
| 6. | MCG005096 | 8/10/04 | 9:16 a.m. | Email from Julie Blair to Steven Machernis cc: Randy Papetti, Tom Nallen Re: June MR commissions computed | Attorney/Client | Withheld |
| 7. | MOT 01834 – 01836 | Undated | n/a | Attachments – Spreadsheet and draft letter | Attorney work product | Withheld |
| 8. | MOT 01839 – 01842 | Undated | n/a | Attachment – Draft Status Report | Attorney/client Attorney work product | Withheld |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | MOT 01846 – 01847 | 3/23/04 | n/a | Attachments – Projection Reports | Attorney/Client | Withheld |
| 10. | MOT 07580 – 07582 | 2/17/04 | 6:52 p.m. | E-mail from Randy Papetti to Julie Blair; John Garner; Kim Crawford; Lisa Whitfield re: Question re: current MR payment | Attorney/Client | Withheld |
| 11. | MOTJ 01547 | 5/19/04 | 4:24 p.m. | Email to John Garner, Randy Papetti, cc Steve Machernis from Julie Blair re: final commissions for 5 of 9 MRs | Attorney/Client | Withheld |
| 12. | MOTJ 01548 | 5/19/04 | 5:02 p.m. | Email to Julie Blair, John Garner, cc Steve Machernis from Randy Papetti re: final commissions for 5 of 9 MRs | Attorney/Client | Withheld |
| 13. | MOTJ 01549 | 5/19/04 | 5:23 p.m. | Email string to Randy Papetti, John Garner, cc Steve Machernis re: final commissions for 5 of 9 MRs | Attorney/Client | Withheld |
| 14. | MOTJ 01592-1593 | 3/23/04 | 11:55 a.m. | Email to Randy Papetti, Steve Machernis, Kim Crawford, cc Dana Huth, Tom Nallen, John Garner from Julie Blair re: Manuf Rep – Current Action Status – Impact on Commissions | Attorney/Client Work Product | Withheld |
| 15. | MOTJ 01604 | 5/19/04 | 2:24 p.m. | Email to John Garner, Randy Papetti, cc Steve Machernis from Julie Blair re: final commissions for 5 of 9 MRs | Attorney/Client | Withheld |

# Exhibit Q

# EXHIBIT Q

## Miscellaneous Communications

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | MCG - 001259 - 1260 | 02/28/04 | 8:57 a.m. | Email from Kim Crawford to Steven Machernis, Papetti Randy, Dana Huth, David Bensted, Julie Blair, John Garner, Kevin Parslow, Nina Guibor, Trevor Zillwood Re: FW: News Hits the Streets: Motorola Acts on Rep firm terminations | Attorney/Client | Redacted |
| 2. | MCG002353 | 4/7/04 | 10:28 p.m. | Email from Julie Blair to John Garner RE: Letters from Manufacturer's Reps | Attorney/Client | Withheld |
| 3. | MCG002355 – 2358 | Undated | | Analysis of responses to terminations prepared by counsel | Work Product | Withheld |
| 4. | MCG002359 | 4/5/04 | | Email from Steve Machernis to Dana Huth Re: Mfg Rep Status conveying communications with counsel | Work Product | Withheld |
| 5. | MCG002360-2363 | Undated | | Analysis of responses to terminations prepared by counsel | Work Product | Withheld |
| 6. | MOT 03709 – 03710 | 2/28/04 | 7:57 a.m. | E-mail string from Kim Crawford to Steven Machernis; Randy Papetti; Dana Huth; David Bensted; Julie Blair; John Garner; Kevin Parslow; Nina Guibor; Trevor Zillwood Re: News Hits the Streets – Motorola Acts on Rep Firm Terminations | Attorney/Client | Withheld |
| 7. | MOTJ 01453 | 2/20/03 | | Letterhead with signatory | Work Product | Withheld |

# Exhibit R

REDACTED

# Exhibit S

From: Kolaga Jeanne-MCG32018
Sent: 1/14/2003 1:54:41 PM (Central Time)
To: MCG-SALES NAMBDMs
CC: Holt Paul-LPH001
Attachments: Perf stds Exhibit 4.doc, Rep Agmt Final.ZIP
Subject: Performance Standards for Reps

Hi All:

Redacted-Not
Relevant

Per Kevin Parslow's request, performance standards will be included in all
future rep contracts as Exhibit 4 (Kim...we'll need to add this to the █████
contract when we renegotiate it in April and Ed K. - we'll need to add these as
an addendum to the J-Squared contract).

The attached is a baseline set of standards that Ed Helder and I worked on
(thanks Ed!).    I wanted to get this out there for you all to take a look at
and provide your feedback.    Again, the intention is that for each rep signed,
Design Win and Territory growth goals are determined by the BDM and added as
Exhibit 4 to the contract.    I've also attached a copy of the generic rep
contract.

Feedback, suggestions, etc. are welcomed.

Thanks,
Jk

MOTJ 01014

# Exhibit 4

## Performance Standards

### A) New Design Wins

**Design Win:** Defined as a) a new customer buys MCG product or b) an existing MCG customer buys new product.

**Design Win Revenue Baseline:** Defined as a) Military/Aerospace Opportunities - $100K Annual and b) Other - $250K Annual.

**Target Account/Program:** Defined as suspect account or program with profile fitting MCG product and services. Program may or may not be funded and MCG product may or may not be a fit.

**Uncommitted Account/Program:** Defined as a funded program with assigned personnel working design requirements and possible solutions where MCG has an opportunity to be a supplier of products and/or services.

**Committed Account/Program:** Defined as a funded program where customer has purchased MCG product for development specific to the program.

| | Q1 | Q2 | Q3 | Q4 | Q5 | Comments |
|---|---|---|---|---|---|---|
| Targets | 3 | 5 | 8 | 9 | 11 | Target opptys are cumulative. Some move to uncommitted |
| Uncommitted | | | 1 | 1 | 1 | 1 | Uncommitted opptys are cumulative. Some move to committed |
| Committed | | | 1 | 2 | 3 | New committed opptys |
| Total New Rev - Mil/Aero | | | $100K | $200K | $300K | |
| Total New Rev - Other | | | $250K | $500K | $750K | |

### Territorial Development

A. In conjunction with MCG participate/promote a minimum of four public seminars per year.

B. In conjunction with Motorola and Distribution, participate in a minimum of one territory specific sales promotion per year.

C. Support Motorola's efforts at shows with promotion and personnel attendance.

D. Submit monthly account update reports on lead follow up, account calls and other pertinent activity.

E. Insure all sales personnel receive a minimum of 24 hours of training on MCG products and services. This may include recorded webinars and/or live training presented by Motorola.

MOTJ 01015

From: Bensted David-G19500
Sent: 4/18/2003 10:43:13 AM (Mountain Time)
To: Watts Marc-BLUW124
CC: Hamlett Sue-P25026
Subject: FW: MR contracts on hold per Kevin Parslow

Marc,

Please below directive from Kevin Parslow.

Additionally, I have received the original ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Agreement with Approval Record for signature. As you will note in the email
below, the above referenced agreement is on hold until we receive direction
from Mr. Parslow.

Also, in an effort to expedite the review and approval/signature process,
please send soft copies of the Agreement and Approval Record to those
"Reviewers or Designees" that are identified on the Approval Record (excluding
the V.P./General Manager) as being required to sign with the instruction:

Please review and provide recommended changes or comments to the Agreement, or
sign the Approval Record authorizing the release of the Representative
Agreement. Forward the recommended changes or comments to the undersigned and
the MCG Contracts department or send the signed hardcopy Approval Record to the
MCG Contracts department.

This process will enable those with signature authority to review, modify,
and/or approve the Agreement in parallel, thereby saving a lot of time chasing
down signatures or making adhoc changes.

Let me know what you think.

Regards,


David J. Bensted
Contract Manager
Motorola Computer Group
2900 S. Diablo Way, DW103
Tempe, Arizona U.S.A. 85282

Phone: 602.438.3830
Fax: 602.437.6246


-----Original Message-----
From: Hamlett Sue-P25026
Sent: Monday, April 07, 2003 3:45 PM
To: Bensted David-G19500
Subject: FW: MR contracts on hold per Kevin Parslow
Importance: High


FYI

*******************************



MOT 02357

Sue Hamlett
Manager, Group Contracts and
    Legal Support
Motorola Computer Group
2900 S. Diablo Way, DW103
Tempe, Arizona U.S.A. 85282

Phone: 602.438.3794
Fax:      602.437.6246
Mobile: 602.228.9789
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

-----Original Message-----
From:  Blair Julie-C17394
Sent: Monday, April 07, 2003 3:45 PM
To: Hamlett Sue-P25026; Nevarez Janie-MCX1677
Subject: MR contracts on hold per Kevin Parslow

Sue/Janie, Nina just spoke with Kevin and he asked us to inform you that no
more Manufacturer Rep contracts (███████████████) should be executed
until further notice from him. He wants to complete a review of the situation
before we make any more commitments. He said he would communicate to Paul's
team today, but wanted to let you know right away as we believe you are the
control point for the documents. Thanks, Julie

MOT 02358

# Exhibit T

REDACTED

# Exhibit U

REDACTED

# Exhibit V

REDACTED

# Exhibit W

REDACTED