IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC.,      :
J-SQUARED TECHNOLOGIES (OREGON)    :
INC.,                              :
                                   :
          Plaintiffs,              :
                                   :     C.A. No. 04-960-SLR
     v.                            :
                                   :
MOTOROLA, INC.,                    :     JURY TRIAL DEMANDED
                                   :
          Defendant.               :

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on March 3, 2006, true and correct copies of *Plaintiffs'*

*Second Set of Requests for Admission Directed to Defendant* were served upon the following

party via hand delivery:

> William W. Bowser
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801


David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
E-mail: dfelice@cozen.com

WILM1\33845\1 153371.000