IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., | : | |
| J-SQUARED TECHNOLOGIES (OREGON) | : | |
| INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-960-SLR |
| v. | : | |
| | : | |
| MOTOROLA, INC., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on March 3, 2006, true and correct copies of *Plaintiffs'*

*Second Set of Requests for Admission Directed to Defendant* were served upon the following

party via hand delivery:

> William W. Bowser
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com

WILM1\33845\1 153371.000