IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., : <br> J-SQUARED TECHNOLOGIES (OREGON) : <br> INC., : <br>  : <br> Plaintiffs, : <br>  : <br> v. : <br>  : <br> MOTOROLA, INC., : <br>  : <br> Defendant. : | C.A. No. 04-960-SLR <br><br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION AND ORDER TO AMEND BRIEFING
DEADLINES RE PLAINTIFFS' MOTION TO COMPEL**

The parties hereby stipulate and agree, subject to the Court's approval, that Defendant Motorola, Inc., has through and including March 13, 2006, to respond to Plaintiffs' Motion to Compel. (D.I. 76). Plaintiffs will, thereafter, file their Reply in Support of Plaintiffs' Motion to Compel, if any, on or before March 23, 2006.

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

_____
William W. Bowser (#2239)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
*Attorneys for Defendant*

IT IS SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson