IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br>  Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation, <br><br>  Defendant. | C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Procedure, the undersigned will take the deposition upon oral examination of **Wendy Vittori** on **Wednesday, March 29, 2006 at 9:30 a.m.** This deposition will take place at the offices of Lewis and Roca, 40 North Central Avenue, Phoenix, Arizona, before an officer authorized to take such deposition. The deposition shall continue from day to day until completed, and it will be videotaped and simultaneously recorded by stenographic means.

Dated: March 8, 2006

                                                  Sean J. Bellew (#4072)
                                                David A. Felice (#4090)
                                                Cozen O'Connor
                                                1201 North Market Street, Suite 1400
                                                Wilmington, DE 19801
                                                Telephone: (302) 295-2000
                                                Facsimile: (302) 295-2013
                                                *Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> William W. Bowser
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

> David A. Felice (#4090)
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013
> dfelice@cozen.com

Wilm1\33890\1 153371.000