IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a )
Canadian corporation, and J-SQUARE )
TECHNOLOGIES (OREGON) INC., an )
Oregon corporation, )
                              Plaintiffs, )
                    v. )            C.A. No. 04-CV-960-SLR
                              )
MOTOROLA, INC., a Delaware )
corporation. )
                              Defendant. )

## SECOND RENOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition

upon oral examination of Michael Nykoluk, pursuant to Rule 30 of the Federal Rules of

Procedure on Tuesday, March 21, 2006, at 2:00 p.m.  This deposition will take place at

the offices of J-Squared Technologies, Inc., 4015 Carling Avenue, Suite 101, Kanata,

Ontario K2K 2A3, before an officer authorized to take such depositions.  The deposition

will be recorded by stenographic means and may be recorded by videotape.  The

deposition shall continue from day to day until completed.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser

William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
OF COUNSEL:
Randy Papetti, Richard A. Halloran, Cory A. Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:        March 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a )
Canadian corporation, and J-SQUARE )
TECHNOLOGIES (OREGON) INC., an )
Oregon corporation, )
                                Plaintiffs, )
                      v. )     C.A. No. 04-CV-960-SLR
MOTOROLA, INC., a Delaware )
corporation. )
                       Defendant. )

## CERTIFICATE OF SERVICE

       I, William W. Bowser, Esquire, hereby certify that on this 10th day of

March 2006, I electronically filed a true and correct copy of the foregoing **Second**

**Renotice of Deposition** with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following

counsel of record:

                       David Allan Felice
                       Cozen & O'Connor
                       Chase Manhattan Centre, 1201 North Market, Suite 1400
                       Wilmington, DE 19801

       I further certify that on this 10th day of March 2006, I mailed by United

States Postal Service the **Second Renotice of Deposition** to the following non-registered

participant:

                       Kevin F. Barry
                       Cozen & O'Connor
                       1900 Market Street
                       Philadelphia, PA 19103

                       YOUNG CONAWAY STARGATT & TAYLOR, LLP

                       /s/ William W. Bowser
                       William W. Bowser, Esquire (Bar I.D. 2239)
                       1000 West Street
                       Wilmington, Delaware  19801
                       Telephone: (302) 571-6601
                       Facsimile: (302) 576-3282
                       Email: wbowser@ycst.com