IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>                Plaintiffs,<br>v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

## **SECOND RENOTICE OF DEPOSITION**

      PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Jeffrey Gibson, pursuant to Rule 30 of the Federal Rules of Procedure on Wednesday, March 22, 2006, at 9:00 a.m.  This deposition will take place at the offices of J-Squared Technologies, Inc., 4015 Carling Avenue, Suite 101, Kanata, Ontario K2K 2A3, before an officer authorized to take such depositions.  The deposition will be recorded by stenographic means and may be recorded by videotape.  The deposition shall continue from day to day until completed.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP
                /s/ William W. Bowser

                William W. Bowser (Bar I.D. 2239)
                The Brandywine Building, 17th Floor
                1000 West Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6601; Facsimile: (302) 576-3282
                OF COUNSEL:
                Randy Papetti, Richard A. Halloran, Cory A. Talbot
                Lewis and Roca LLP
                40 N. Central Avenue
                Phoenix, Arizona 85004
                Telephone: (602) 262-5311
                Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>        Plaintiffs,<br>  v.<br>MOTOROLA, INC., a Delaware corporation.<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-CV-960-SLR<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 10th day of March 2006, I electronically filed a true and correct copy of the foregoing **Second Renotice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen & O'Connor
> Chase Manhattan Centre, 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 10th day of March 2006, I mailed by United States Postal Service the **Second Renotice of Deposition** to the following non-registered participant:

> Kevin F. Barry
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com