Case 1:04-cv-00960-SLR   Document 95-3   Filed 03/13/2006   Page 1 of 4

# EXHIBIT
# No. 2

1719101_1.DOC

# Cates, Emily

| | |
|---|---|
| **From:** | Bellew, Sean [SBellew@cozen.com] |
| **Sent:** | Tuesday, February 21, 2006 7:16 PM |
| **To:** | Cates, Emily; Felice, David A. |
| **Cc:** | Talbot, Cory; Papetti, Randy; Bowser, William; Patrick, SherryAnn; Berry, Kevin F. |
| **Subject:** | RE: J-Squared v. Motorola - Draft of Motion to Compel |

Emily -

    Sorry for the delay in getting back to you. I was out for the holiday yesterday and am just getting a chance to respond to your e-mails.

    We intend to file the Motion. These issues have been outstanding for some time now, and the courtesy of granting Motorola additional time to address them is likely to prejudice our clients -- which has been the case with previous courtesies. We will file the Motion, but we invite a response from Motorola to avoid the Court having to decide the Motion. If an agreement is reached after the Motion is filed, we can simply withdraw it at that point.

    Feel free to call me if you would like to discuss.

---

From: Cates, Emily [mailto:ECates@lrlaw.com]
Sent: Tue 2/21/2006 7:33 PM
To: Felice, David A.; Bellew, Sean
Cc: Talbot, Cory; Papetti, Randy; Bowser, William; Patrick, SherryAnn
Subject: RE: J-Squared v. Motorola - Draft of Motion to Compel


Sean and David,

I haven't heard back from you in response to my e-mail below. As I indicated, Randy and Cory are out of the office most of the week.
Accordingly, we will get you our response on Friday. Thank you.


Emily

-----Original Message-----
From: Cates, Emily

Sent: Monday, February 20, 2006 4:15 PM
To: 'Felice, David A.'; Bellew, Sean
Cc: Talbot, Cory; Papetti, Randy; Bowser, William; Patrick, SherryAnn
Subject: RE: J-Squared v. Motorola - Draft of Motion to Compel

Sean and David,

We received your draft motion to compel. We are looking into the issues you raised and ask that you give us until Friday to respond, as Randy and Cory are out of the office most of the week. Let me know. Thank you.

Emily

-----Original Message-----
From: Felice, David A. [mailto:DFelice@cozen.com]
Sent: Friday, February 17, 2006 5:04 PM
To: Cates, Emily

1

Cc: Talbot, Cory; Papetti, Randy; Bowser, William; Bellew, Sean
Subject: J-Squared v. Motorola - Draft of Motion to Compel

Emily:

Pursuant to D. Del. LR 7.1, we are providing you with a draft copy of Plaintiffs' motion to compel. A final version of this motion may have revisions, but the requested documents and information should remain the same.


Please review this motion to determine whether Motorola will voluntarily produce the documents and/or information requested. Please provide me with your response by Wednesday at 4:00 pm EST. Thank you and have a good weekend.

David

David A. Felice
Cozen O'Connor
1201 North Market Street
Wilmington, Delaware 19801
302-295-2011 (voice)
866-776-8911 (direct fax)


------------------------------------------------------------

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
------------------------------------------------------------

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.


------------------------------------------------------------

----
For more information about Lewis and Roca LLP, please go to www.lewisandroca.com.

    Phoenix       (602) 262-5311
    Tucson        (520) 622-2090
    Las Vegas     (702) 949-8200
    Albuquerque   (505) 764-5400

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail by return E-Mail or by telephone.

In accordance with Internal Revenue Service Circular 230, we advise you that if this email contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.