# EXHIBIT
# No. 3



Cory A. Talbot
40 North Central Avenue
Suite 1900
Phoenix, Arizona 85004-4429

Direct Dial: 602.262-5362
Direct Fax: 602.734-3905
CTalbot@lrlaw.com
Admitted in: Arizona

Our File Number: 23897-00071

*Via Federal Express*

October 4, 2005

David A. Felice, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE  19801-1147

> Re:   *Motorola, Inc. adv. J-Squared Tech, Inc.*
>        *C.A. No. 04-960 SLR*

Dear David:

Motorola is producing additional documents identified on Exhibit A, attached hereto. The majority of documents are produced on the enclosed CD and a few, those with redactions, have been produced in hard copy.  All should be treated as confidential pursuant to the Stipulated Protective Order.  A supplemental privilege log is forthcoming.

Best regards,

LEWIS AND ROCA LLP

Cory A. Talbot

CAT:ppn
Enclosures:   *Documents per Exhibit A*

cc:   William W. Bowser, Esq.
      Randy S. Papetti, Esq.

1675100.1

| EXHIBIT A | | | | | |
|-----------|--|--|--|--|--|

## MOTOROLA DOCUMENTS PRODUCED 10/04/05

### REDACTED DOCUMENTS PRODUCED IN PAPER

| Beginning Doc # | Ending Doc # | Custodian | Beginning Doc # | Ending Doc # | Custodian |
|-----------------|--------------|-----------|-----------------|--------------|-----------|
| MCG000089 | MCG000089 | Huth | MCG009689 | MCG009690 | Watts |
| MCG004897 | MCG004899 | Blair | MCG009733 | MCG009746 | Watts |
| MCG005169 | MCG005169 | Blair | MCG011009 | MCG011010 | Terry |
| MCG006438 | MCG006447 | Blair | MCG011333 | MCG011336 | Terry |
| MCG007843 | MCG006845 | Blair | MCG011268 | MCG011269 | Terry |
| MCG007927 | MCG007927 | Whitfield | MCG011340 | MCG011342 | Terry |
| MCG007935 | MCG007937 | Whitfield | MCG012008 | MCG012012 | Terry |
| MCG007949 | MCG007960 | Whitfield | MCG012107 | MCG012109 | Terry |
| MCG008099 | MCG008100 | Pedigrew | MCG012164 | MCG012185 | Terry |

### DOCUMENTS PRODUCED ON CD

| Beginning Doc # | Ending Doc # | Custodian | Beginning Doc # | Ending Doc # | Custodian |
|-----------------|--------------|-----------|-----------------|--------------|-----------|
| MCG000096 | MCG000097 | Huth | MCG009261 | MCG009262 | Pettigrew |
| MCG000692 | MCG000693 | Garner | MCG009263 | MCG009265 | Pettigrew |
| MCG000694 | MCG000697 | Garner | MCG009266 | MCG009269 | Pettigrew |
| MCG000698 | MCG000699 | Garner | MCG009270 | MCG009271 | Pettigrew |
| MCG001608 | MCG001610 | Garner | MCG009272 | MCG009312 | Pettigrew |
| MCG001611 | MCG001611 | Garner | MCG009313 | MCG009313 | Pettigrew |
| MCG001613 | MCG001618 | Garner | MCG009314 | MCG009374 | Pettigrew |
| MCG001623 | MCG001623 | Garner | MCG009375 | MCG009477 | Pettigrew |
| MCG001624 | MCG001642 | Garner | MCG009478 | MCG009479 | Pettigrew |
| MCG001685 | MCG001685 | Garner | MCG009480 | MCG009481 | Pettigrew |
| MCG001686 | MCG001686 | Garner | MCG009482 | MCG009483 | Pettigrew |
| MCG001687 | MCG001688 | Garner | MCG009484 | MCG009485 | Pettigrew |
| MCG001689 | MCG001699 | Garner | MCG009486 | MCG009486 | Pettigrew |
| MCG001700 | MCG001701 | Garner | MCG009487 | MCG009488 | Pettigrew |
| MCG001702 | MCG001702 | Garner | MCG009489 | MCG009490 | Pettigrew |
| MCG001703 | MCG001704 | Garner | MCG009491 | MCG009492 | Pettigrew |
| MCG002214 | MCG002218 | Garner | MCG009493 | MCG009494 | Pettigrew |
| MCG002994 | MCG002994 | Garner | MCG009495 | MCG009496 | Pettigrew |
| MCG002995 | MCG002995 | Garner | MCG009497 | MCG009497 | Pettigrew |
| MCG002998 | MCG003008 | Garner | MCG009498 | MCG009499 | Pettigrew |
| MCG003009 | MCG003010 | Garner | MCG009500 | MCG009501 | Pettigrew |
| MCG003011 | MCG003011 | Garner | MCG009502 | MCG009504 | Pettigrew |
| MCG003413 | MCG003414 | Garner | MCG009505 | MCG009505 | Pettigrew |
| MCG003859 | MCG003860 | Garner | MCG009506 | MCG009506 | Pettigrew |
| MCG004594 | MCG004636 | Garner | MCG009569 | MCG009621 | Nallen |
| MCG004637 | MCG004667 | Garner | MCG009685 | MCG009685 | Nallen |
| MCG004813 | MCG004813 | Blair | MCG009686 | MCG009686 | Nallen |
| MCG004814 | MCG004830 | Blair | MCG009688 | MCG009688 | Nallen |
| MCG004831 | MCG004831 | Blair | MCG009691 | MCG009710 | Watts |
| MCG004832 | MCG004832 | Blair | MCG009711 | MCG009732 | Watts |

| | | | | | | |
|---|---|---|---|---|---|---|
| MCG004833 | MCG004839 | Blair | | MCG009767 | MCG009767 | Terry |
| MCG004840 | MCG004841 | Blair | | MCG009768 | MCG009768 | Terry |
| MCG004842 | MCG004848 | Blair | | MCG009769 | MCG009769 | Terry |
| MCG004849 | MCG004849 | Blair | | MCG009770 | MCG009770 | Terry |
| MCG004850 | MCG004856 | Blair | | MCG009771 | MCG009773 | Terry |
| MCG004857 | MCG004858 | Blair | | MCG009774 | MCG009774 | Terry |
| MCG004859 | MCG004865 | Blair | | MCG009775 | MCG009775 | Terry |
| MCG004866 | MCG004869 | Blair | | MCG009776 | MCG009776 | Terry |
| MCG004870 | MCG004872 | Blair | | MCG009777 | MCG009777 | Terry |
| MCG004873 | MCG004874 | Blair | | MCG009778 | MCG009778 | Terry |
| MCG004875 | MCG004876 | Blair | | MCG009779 | MCG009779 | Terry |
| MCG004877 | MCG004892 | Blair | | MCG009780 | MCG009780 | Terry |
| MCG004893 | MCG004893 | Blair | | MCG009781 | MCG009781 | Terry |
| MCG004894 | MCG004896 | Blair | | MCG009782 | MCG009782 | Terry |
| MCG004900 | MCG004900 | Blair | | MCG009783 | MCG009783 | Terry |
| MCG004901 | MCG004916 | Blair | | MCG009784 | MCG009784 | Terry |
| MCG004917 | MCG004917 | Blair | | MCG009785 | MCG009792 | Terry |
| MCG004918 | MCG004921 | Blair | | MCG009793 | MCG009795 | Terry |
| MCG004922 | MCG004923 | Blair | | MCG009796 | MCG009797 | Terry |
| MCG004924 | MCG004925 | Blair | | MCG009798 | MCG009798 | Terry |
| MCG004926 | MCG004926 | Blair | | MCG009799 | MCG009800 | Terry |
| MCG004927 | MCG004932 | Blair | | MCG009801 | MCG009801 | Terry |
| MCG004933 | MCG004933 | Blair | | MCG009802 | MCG009802 | Terry |
| MCG004934 | MCG004939 | Blair | | MCG009803 | MCG009803 | Terry |
| MCG004940 | MCG004942 | Blair | | MCG009804 | MCG009804 | Terry |
| MCG004943 | MCG004944 | Blair | | MCG009805 | MCG009880 | Terry |
| MCG004945 | MCG004954 | Blair | | MCG009881 | MCG009882 | Terry |
| MCG004955 | MCG004955 | Blair | | MCG009883 | MCG009926 | Terry |
| MCG004956 | MCG004965 | Blair | | MCG009927 | MCG009928 | Terry |
| MCG004966 | MCG004967 | Blair | | MCG009929 | MCG009929 | Terry |
| MCG004968 | MCG004970 | Blair | | MCG009930 | MCG009945 | Terry |
| MCG004971 | MCG004971 | Blair | | MCG009946 | MCG009947 | Terry |
| MCG004972 | MCG004973 | Blair | | MCG009948 | MCG009949 | Terry |
| MCG004974 | MCG004976 | Blair | | MCG009950 | MCG009953 | Terry |
| MCG004977 | MCG004977 | Blair | | MCG009954 | MCG010007 | Terry |
| MCG004978 | MCG004981 | Blair | | MCG010008 | MCG010008 | Terry |
| MCG004982 | MCG004984 | Blair | | MCG010009 | MCG010062 | Terry |
| MCG004985 | MCG004986 | Blair | | MCG010063 | MCG010063 | Terry |
| MCG004987 | MCG004987 | Blair | | MCG010064 | MCG010083 | Terry |
| MCG004988 | MCG004988 | Blair | | MCG010084 | MCG010132 | Terry |
| MCG004989 | MCG005004 | Blair | | MCG010133 | MCG010133 | Terry |
| MCG005005 | MCG005006 | Blair | | MCG010134 | MCG010135 | Terry |
| MCG005007 | MCG005007 | Blair | | MCG010136 | MCG010137 | Terry |
| MCG005008 | MCG005010 | Blair | | MCG010138 | MCG010155 | Terry |
| MCG005011 | MCG005012 | Blair | | MCG010156 | MCG010156 | Terry |
| MCG005013 | MCG005016 | Blair | | MCG010157 | MCG010209 | Terry |
| MCG005017 | MCG005017 | Blair | | MCG010210 | MCG010211 | Terry |
| MCG005018 | MCG005036 | Blair | | MCG010212 | MCG010212 | Terry |
| MCG005037 | MCG005037 | Blair | | MCG010213 | MCG010213 | Terry |
| MCG005038 | MCG005038 | Blair | | MCG010214 | MCG010216 | Terry |
| MCG005039 | MCG005039 | Blair | | MCG010217 | MCG010218 | Terry |
| MCG005040 | MCG005064 | Blair | | MCG010219 | MCG010219 | Terry |

1675104

| | | | | | | |
|---|---|---|---|---|---|---|
| MCG005065 | MCG005065 | Blair | | MCG010220 | MCG010220 | Terry |
| MCG005066 | MCG005066 | Blair | | MCG010221 | MCG010223 | Terry |
| MCG005067 | MCG005091 | Blair | | MCG010224 | MCG010225 | Terry |
| MCG005092 | MCG005094 | Blair | | MCG010226 | MCG010228 | Terry |
| MCG005097 | MCG005149 | Blair | | MCG010229 | MCG010230 | Terry |
| MCG005160 | MCG005161 | Blair | | MCG010231 | MCG010233 | Terry |
| MCG005162 | MCG005163 | Blair | | MCG010234 | MCG010234 | Terry |
| MCG005167 | MCG005168 | Blair | | MCG010235 | MCG010235 | Terry |
| MCG005170 | MCG005171 | Blair | | MCG010236 | MCG010237 | Terry |
| MCG005172 | MCG005172 | Blair | | MCG010238 | MCG010238 | Terry |
| MCG005173 | MCG005175 | Blair | | MCG010239 | MCG010240 | Terry |
| MCG005176 | MCG005178 | Blair | | MCG010241 | MCG010242 | Terry |
| MCG005179 | MCG005181 | Blair | | MCG010243 | MCG010243 | Terry |
| MCG005182 | MCG005183 | Blair | | MCG010244 | MCG010244 | Terry |
| MCG005184 | MCG005196 | Blair | | MCG010245 | MCG010248 | Terry |
| MCG005197 | MCG005207 | Blair | | MCG010249 | MCG010250 | Terry |
| MCG005208 | MCG005208 | Blair | | MCG010251 | MCG010254 | Terry |
| MCG005209 | MCG005211 | Blair | | MCG010255 | MCG010255 | Terry |
| MCG005212 | MCG005214 | Blair | | MCG010256 | MCG010256 | Terry |
| MCG005215 | MCG005216 | Blair | | MCG010257 | MCG010259 | Terry |
| MCG005217 | MCG005227 | Blair | | MCG010260 | MCG010260 | Terry |
| MCG005228 | MCG005238 | Blair | | MCG010261 | MCG010265 | Terry |
| MCG005239 | MCG005240 | Blair | | MCG010266 | MCG010270 | Terry |
| MCG005241 | MCG005242 | Blair | | MCG010271 | MCG010274 | Terry |
| MCG005243 | MCG005244 | Blair | | MCG010275 | MCG010275 | Terry |
| MCG005245 | MCG005245 | Blair | | MCG010276 | MCG010276 | Terry |
| MCG005246 | MCG005249 | Blair | | MCG010277 | MCG010277 | Terry |
| MCG005250 | MCG005251 | Blair | | MCG010278 | MCG010280 | Terry |
| MCG005252 | MCG005253 | Blair | | MCG010281 | MCG010281 | Terry |
| MCG005254 | MCG005258 | Blair | | MCG010282 | MCG010283 | Terry |
| MCG005259 | MCG005259 | Blair | | MCG010284 | MCG010285 | Terry |
| MCG005260 | MCG005262 | Blair | | MCG010286 | MCG010287 | Terry |
| MCG005263 | MCG005264 | Blair | | MCG010288 | MCG010289 | Terry |
| MCG005265 | MCG005266 | Blair | | MCG010290 | MCG010291 | Terry |
| MCG005267 | MCG005271 | Blair | | MCG010292 | MCG010293 | Terry |
| MCG005272 | MCG005275 | Blair | | MCG010294 | MCG010337 | Terry |
| MCG005276 | MCG005278 | Blair | | MCG010338 | MCG010339 | Terry |
| MCG005279 | MCG005280 | Blair | | MCG010340 | MCG010341 | Terry |
| MCG005281 | MCG005282 | Blair | | MCG010342 | MCG010345 | Terry |
| MCG005283 | MCG005283 | Blair | | MCG010346 | MCG010349 | Terry |
| MCG005284 | MCG005284 | Blair | | MCG010350 | MCG010351 | Terry |
| MCG005285 | MCG005285 | Blair | | MCG010352 | MCG010366 | Terry |
| MCG005286 | MCG005287 | Blair | | MCG010367 | MCG010368 | Terry |
| MCG005288 | MCG005288 | Blair | | MCG010369 | MCG010369 | Terry |
| MCG005289 | MCG005290 | Blair | | MCG010370 | MCG010370 | Terry |
| MCG005291 | MCG005293 | Blair | | MCG010371 | MCG010372 | Terry |
| MCG005294 | MCG005295 | Blair | | MCG010373 | MCG010381 | Terry |
| MCG005296 | MCG005300 | Blair | | MCG010382 | MCG010382 | Terry |
| MCG005301 | MCG005302 | Blair | | MCG010383 | MCG010388 | Terry |
| MCG005303 | MCG005304 | Blair | | MCG010389 | MCG010389 | Terry |
| MCG005305 | MCG005307 | Blair | | MCG010390 | MCG010391 | Terry |
| MCG005308 | MCG005309 | Blair | | MCG010392 | MCG010393 | Terry |

1675104

| | | | | | |
|---|---|---|---|---|---|
| MCG005310 | MCG005312 | Blair | MCG010394 | MCG010394 | Terry |
| MCG005313 | MCG005314 | Blair | MCG010395 | MCG010395 | Terry |
| MCG005315 | MCG005317 | Blair | MCG010396 | MCG010398 | Terry |
| MCG005318 | MCG005318 | Blair | MCG010399 | MCG010400 | Terry |
| MCG005319 | MCG005320 | Blair | MCG010401 | MCG010402 | Terry |
| MCG005321 | MCG005324 | Blair | MCG010403 | MCG010417 | Terry |
| MCG005948 | MCG005971 | Blair | MCG010418 | MCG010433 | Terry |
| MCG005972 | MCG006024 | Blair | MCG010434 | MCG010442 | Terry |
| MCG006025 | MCG006049 | Blair | MCG010443 | MCG010443 | Terry |
| MCG006050 | MCG006060 | Blair | MCG010444 | MCG010445 | Terry |
| MCG006061 | MCG006100 | Blair | MCG010446 | MCG010446 | Terry |
| MCG006101 | MCG006111 | Blair | MCG010447 | MCG010447 | Terry |
| MCG006112 | MCG006142 | Blair | MCG010448 | MCG010448 | Terry |
| MCG006143 | MCG006168 | Blair | MCG010449 | MCG010451 | Terry |
| MCG006195 | MCG006197 | Blair | MCG010452 | MCG010454 | Terry |
| MCG006198 | MCG006200 | Blair | MCG010455 | MCG010456 | Terry |
| MCG007718 | MCG007721 | Whitfield | MCG010457 | MCG010460 | Terry |
| MCG007719 | MCG007722 | Whitfield | MCG010461 | MCG010480 | Terry |
| MCG007723 | MCG007726 | Whitfield | MCG010481 | MCG010488 | Terry |
| MCG007727 | MCG007729 | Whitfield | MCG010489 | MCG010489 | Terry |
| MCG007730 | MCG007731 | Whitfield | MCG010490 | MCG010491 | Terry |
| MCG007732 | MCG007732 | Whitfield | MCG010492 | MCG010492 | Terry |
| MCG007733 | MCG007733 | Whitfield | MCG010493 | MCG010494 | Terry |
| MCG007734 | MCG007736 | Whitfield | MCG010495 | MCG010495 | Terry |
| MCG007737 | MCG007738 | Whitfield | MCG010496 | MCG010571 | Terry |
| MCG007739 | MCG007740 | Whitfield | MCG010572 | MCG010572 | Terry |
| MCG007741 | MCG007741 | Whitfield | MCG010573 | MCG010574 | Terry |
| MCG007742 | MCG007742 | Whitfield | MCG010575 | MCG010576 | Terry |
| MCG007743 | MCG007743 | Whitfield | MCG010577 | MCG010577 | Terry |
| MCG007744 | MCG007744 | Whitfield | MCG010578 | MCG010578 | Terry |
| MCG007745 | MCG007750 | Whitfield | MCG010579 | MCG010580 | Terry |
| MCG007751 | MCG007755 | Whitfield | MCG010581 | MCG010583 | Terry |
| MCG007756 | MCG007756 | Whitfield | MCG010584 | MCG010585 | Terry |
| MCG007757 | MCG007760 | Whitfield | MCG010586 | MCG010586 | Terry |
| MCG007761 | MCG007764 | Whitfield | MCG010587 | MCG010587 | Terry |
| MCG007765 | MCG007767 | Whitfield | MCG010588 | MCG010588 | Terry |
| MCG007768 | MCG007768 | Whitfield | MCG010589 | MCG010589 | Terry |
| MCG007769 | MCG007769 | Whitfield | MCG010590 | MCG010590 | Terry |
| MCG007770 | MCG007770 | Whitfield | MCG010591 | MCG010610 | Terry |
| MCG007771 | MCG007772 | Whitfield | MCG010611 | MCG010623 | Terry |
| MCG007773 | MCG007774 | Whitfield | MCG010624 | MCG010624 | Terry |
| MCG007775 | MCG007785 | Whitfield | MCG010625 | MCG010644 | Terry |
| MCG007786 | MCG007796 | Whitfield | MCG010645 | MCG010657 | Terry |
| MCG007797 | MCG007798 | Whitfield | MCG010658 | MCG010659 | Terry |
| MCG007799 | MCG007800 | Whitfield | MCG010660 | MCG010661 | Terry |
| MCG007801 | MCG007802 | Whitfield | MCG010662 | MCG010662 | Terry |
| MCG007803 | MCG007803 | Whitfield | MCG010663 | MCG010664 | Terry |
| MCG007804 | MCG007816 | Whitfield | MCG010665 | MCG010666 | Terry |
| MCG007840 | MCG007840 | Whitfield | MCG010667 | MCG010668 | Terry |
| MCG007841 | MCG007842 | Whitfield | MCG010669 | MCG010669 | Terry |
| MCG007846 | MCG007846 | Whitfield | MCG010670 | MCG010670 | Terry |
| MCG007847 | MCG007847 | Whitfield | MCG010671 | MCG010672 | Terry |

1675104

| | | | | | |
|---|---|---|---|---|---|
| MCG007848 | MCG007849 | Whitfield | MCG010673 | MCG010674 | Terry |
| MCG007850 | MCG007852 | Whitfield | MCG010675 | MCG010675 | Terry |
| MCG007853 | MCG007854 | Whitfield | MCG010676 | MCG010676 | Terry |
| MCG007855 | MCG007857 | Whitfield | MCG010677 | MCG010737 | Terry |
| MCG007858 | MCG007859 | Whitfield | MCG010738 | MCG010738 | Terry |
| MCG007860 | MCG007860 | Whitfield | MCG010739 | MCG010741 | Terry |
| MCG007861 | MCG007861 | Whitfield | MCG010742 | MCG010743 | Terry |
| MCG007862 | MCG007862 | Whitfield | MCG010744 | MCG010744 | Terry |
| MCG007863 | MCG007863 | Whitfield | MCG010745 | MCG010746 | Terry |
| MCG007864 | MCG007864 | Whitfield | MCG010747 | MCG010748 | Terry |
| MCG007865 | MCG007868 | Whitfield | MCG010759 | MCG010759 | Terry |
| MCG007869 | MCG007869 | Whitfield | MCG010760 | MCG010761 | Terry |
| MCG007882 | MCG007882 | Whitfield | MCG010762 | MCG010762 | Terry |
| MCG007883 | MCG007887 | Whitfield | MCG010763 | MCG010763 | Terry |
| MCG007888 | MCG007888 | Whitfield | MCG010775 | MCG010776 | Terry |
| MCG007889 | MCG007894 | Whitfield | MCG010777 | MCG010779 | Terry |
| MCG007928 | MCG007929 | Whitfield | MCG010780 | MCG010782 | Terry |
| MCG007930 | MCG007930 | Whitfield | MCG010783 | MCG010785 | Terry |
| MCG007931 | MCG007934 | Whitfield | MCG010786 | MCG010787 | Terry |
| MCG007938 | MCG007939 | Whitfield | MCG010788 | MCG010788 | Terry |
| MCG007940 | MCG007941 | Whitfield | MCG010789 | MCG010789 | Terry |
| MCG007942 | MCG007943 | Whitfield | MCG010790 | MCG010790 | Terry |
| MCG007944 | MCG007945 | Whitfield | MCG010791 | MCG010791 | Terry |
| MCG007946 | MCG007947 | Whitfield | MCG010792 | MCG010792 | Terry |
| MCG007948 | MCG007948 | Whitfield | MCG010793 | MCG010793 | Terry |
| MCG008094 | MCG008094 | Pettigrew | MCG010794 | MCG010794 | Terry |
| MCG008096 | MCG008096 | Pettigrew | MCG010795 | MCG010795 | Terry |
| MCG008097 | MCG008097 | Pettigrew | MCG010796 | MCG010798 | Terry |
| MCG008098 | MCG008098 | Pettigrew | MCG010799 | MCG010799 | Terry |
| MCG008101 | MCG008101 | Pettigrew | MCG010800 | MCG010803 | Terry |
| MCG008102 | MCG008102 | Pettigrew | MCG010804 | MCG010804 | Terry |
| MCG008103 | MCG008103 | Pettigrew | MCG010805 | MCG010805 | Terry |
| MCG008104 | MCG008105 | Pettigrew | MCG010806 | MCG010807 | Terry |
| MCG008106 | MCG008107 | Pettigrew | MCG010808 | MCG010808 | Terry |
| MCG008108 | MCG008110 | Pettigrew | MCG010809 | MCG010811 | Terry |
| MCG008111 | MCG008113 | Pettigrew | MCG010812 | MCG010813 | Terry |
| MCG008114 | MCG008116 | Pettigrew | MCG010814 | MCG010816 | Terry |
| MCG008117 | MCG008119 | Pettigrew | MCG010817 | MCG010818 | Terry |
| MCG008120 | MCG008120 | Pettigrew | MCG010819 | MCG010820 | Terry |
| MCG008121 | MCG008121 | Pettigrew | MCG010821 | MCG010822 | Terry |
| MCG008122 | MCG008122 | Pettigrew | MCG010823 | MCG010824 | Terry |
| MCG008123 | MCG008123 | Pettigrew | MCG010825 | MCG010828 | Terry |
| MCG008124 | MCG008124 | Pettigrew | MCG010832 | MCG010832 | Terry |
| MCG008125 | MCG008125 | Pettigrew | MCG010833 | MCG010833 | Terry |
| MCG008126 | MCG008126 | Pettigrew | MCG010834 | MCG010834 | Terry |
| MCG008127 | MCG008127 | Pettigrew | MCG010835 | MCG010835 | Terry |
| MCG008128 | MCG008128 | Pettigrew | MCG010836 | MCG010836 | Terry |
| MCG008129 | MCG008129 | Pettigrew | MCG010837 | MCG010838 | Terry |
| MCG008130 | MCG008131 | Pettigrew | MCG010839 | MCG010840 | Terry |
| MCG008132 | MCG008132 | Pettigrew | MCG010841 | MCG010841 | Terry |
| MCG008133 | MCG008133 | Pettigrew | MCG010842 | MCG010842 | Terry |
| MCG008134 | MCG008134 | Pettigrew | MCG010843 | MCG010843 | Terry |

1675104

| | | | | | |
|---|---|---|---|---|---|
| MCG008135 | MCG008136 | Pettigrew | MCG010845 | MCG010845 | Terry |
| MCG008137 | MCG008137 | Pettigrew | MCG010846 | MCG010846 | Terry |
| MCG008138 | MCG008138 | Pettigrew | MCG010847 | MCG010848 | Terry |
| MCG008139 | MCG008139 | Pettigrew | MCG010849 | MCG010849 | Terry |
| MCG008140 | MCG008140 | Pettigrew | MCG010850 | MCG010850 | Terry |
| MCG008141 | MCG008142 | Pettigrew | MCG010851 | MCG010852 | Terry |
| MCG008143 | MCG008144 | Pettigrew | MCG010853 | MCG010853 | Terry |
| MCG008145 | MCG008145 | Pettigrew | MCG010854 | MCG010854 | Terry |
| MCG008146 | MCG008146 | Pettigrew | MCG010855 | MCG010856 | Terry |
| MCG008147 | MCG008147 | Pettigrew | MCG010857 | MCG010857 | Terry |
| MCG008148 | MCG008149 | Pettigrew | MCG010858 | MCG010858 | Terry |
| MCG008150 | MCG008151 | Pettigrew | MCG010859 | MCG010860 | Terry |
| MCG008152 | MCG008152 | Pettigrew | MCG010861 | MCG010861 | Terry |
| MCG008153 | MCG008153 | Pettigrew | MCG010862 | MCG010862 | Terry |
| MCG008154 | MCG008236 | Pettigrew | MCG010863 | MCG010868 | Terry |
| MCG008237 | MCG008270 | Pettigrew | MCG010869 | MCG010871 | Terry |
| MCG008271 | MCG008271 | Pettigrew | MCG010872 | MCG010874 | Terry |
| MCG008272 | MCG008272 | Pettigrew | MCG010875 | MCG010877 | Terry |
| MCG008273 | MCG008273 | Pettigrew | MCG010878 | MCG010879 | Terry |
| MCG008274 | MCG008274 | Pettigrew | MCG010880 | MCG010880 | Terry |
| MCG008275 | MCG008275 | Pettigrew | MCG010881 | MCG010881 | Terry |
| MCG008276 | MCG008276 | Pettigrew | MCG010882 | MCG010883 | Terry |
| MCG008277 | MCG008277 | Pettigrew | MCG010884 | MCG010884 | Terry |
| MCG008278 | MCG008279 | Pettigrew | MCG010885 | MCG010886 | Terry |
| MCG008280 | MCG008281 | Pettigrew | MCG010887 | MCG010891 | Terry |
| MCG008282 | MCG008282 | Pettigrew | MCG010892 | MCG010892 | Terry |
| MCG008283 | MCG008283 | Pettigrew | MCG010893 | MCG010893 | Terry |
| MCG008284 | MCG008284 | Pettigrew | MCG010894 | MCG010894 | Terry |
| MCG008285 | MCG008285 | Pettigrew | MCG010895 | MCG010895 | Terry |
| MCG008286 | MCG008287 | Pettigrew | MCG010896 | MCG010899 | Terry |
| MCG008288 | MCG008288 | Pettigrew | MCG010900 | MCG010902 | Terry |
| MCG008289 | MCG008289 | Pettigrew | MCG010903 | MCG010904 | Terry |
| MCG008290 | MCG008291 | Pettigrew | MCG010905 | MCG010906 | Terry |
| MCG008292 | MCG008292 | Pettigrew | MCG010907 | MCG010908 | Terry |
| MCG008293 | MCG008294 | Pettigrew | MCG010909 | MCG010909 | Terry |
| MCG008295 | MCG008296 | Pettigrew | MCG010910 | MCG010911 | Terry |
| MCG008297 | MCG008297 | Pettigrew | MCG010912 | MCG010913 | Terry |
| MCG008298 | MCG008298 | Pettigrew | MCG010914 | MCG010915 | Terry |
| MCG008299 | MCG008299 | Pettigrew | MCG010916 | MCG010916 | Terry |
| MCG008300 | MCG008300 | Pettigrew | MCG010917 | MCG010917 | Terry |
| MCG008301 | MCG008301 | Pettigrew | MCG010918 | MCG010918 | Terry |
| MCG008302 | MCG008302 | Pettigrew | MCG010919 | MCG010920 | Terry |
| MCG008303 | MCG008303 | Pettigrew | MCG010921 | MCG010922 | Terry |
| MCG008304 | MCG008306 | Pettigrew | MCG010923 | MCG010924 | Terry |
| MCG008307 | MCG008309 | Pettigrew | MCG010925 | MCG010927 | Terry |
| MCG008310 | MCG008310 | Pettigrew | MCG010928 | MCG010929 | Terry |
| MCG008311 | MCG008313 | Pettigrew | MCG010930 | MCG010930 | Terry |
| MCG008314 | MCG008315 | Pettigrew | MCG010931 | MCG010932 | Terry |
| MCG008316 | MCG008317 | Pettigrew | MCG010933 | MCG010934 | Terry |
| MCG008318 | MCG008320 | Pettigrew | MCG010935 | MCG010935 | Terry |
| MCG008321 | MCG008321 | Pettigrew | MCG010936 | MCG010939 | Terry |
| MCG008322 | MCG008322 | Pettigrew | MCG010940 | MCG010941 | Terry |

1675104

| | | | | | |
|---|---|---|---|---|---|
| MCG008323 | MCG008323 | Pettigrew | MCG010942 | MCG010942 | Terry |
| MCG008324 | MCG008325 | Pettigrew | MCG010943 | MCG010944 | Terry |
| MCG008326 | MCG008327 | Pettigrew | MCG010945 | MCG010945 | Terry |
| MCG008328 | MCG008328 | Pettigrew | MCG010946 | MCG010948 | Terry |
| MCG008329 | MCG008330 | Pettigrew | MCG010949 | MCG010951 | Terry |
| MCG008331 | MCG008331 | Pettigrew | MCG010952 | MCG010953 | Terry |
| MCG008332 | MCG008332 | Pettigrew | MCG010954 | MCG010954 | Terry |
| MCG008333 | MCG008335 | Pettigrew | MCG010955 | MCG010955 | Terry |
| MCG008336 | MCG008336 | Pettigrew | MCG010956 | MCG010957 | Terry |
| MCG008337 | MCG008337 | Pettigrew | MCG010958 | MCG010959 | Terry |
| MCG008338 | MCG008338 | Pettigrew | MCG010960 | MCG010961 | Terry |
| MCG008339 | MCG008341 | Pettigrew | MCG010962 | MCG010962 | Terry |
| MCG008342 | MCG008343 | Pettigrew | MCG010963 | MCG010964 | Terry |
| MCG008344 | MCG008344 | Pettigrew | MCG010965 | MCG010966 | Terry |
| MCG008345 | MCG008346 | Pettigrew | MCG010967 | MCG010967 | Terry |
| MCG008347 | MCG008348 | Pettigrew | MCG010968 | MCG010968 | Terry |
| MCG008349 | MCG008350 | Pettigrew | MCG010969 | MCG010970 | Terry |
| MCG008351 | MCG008351 | Pettigrew | MCG010971 | MCG010972 | Terry |
| MCG008352 | MCG008352 | Pettigrew | MCG010973 | MCG010973 | Terry |
| MCG008353 | MCG008353 | Pettigrew | MCG010974 | MCG010974 | Terry |
| MCG008354 | MCG008355 | Pettigrew | MCG010975 | MCG010975 | Terry |
| MCG008356 | MCG008356 | Pettigrew | MCG010976 | MCG010978 | Terry |
| MCG008357 | MCG008357 | Pettigrew | MCG010979 | MCG010981 | Terry |
| MCG008358 | MCG008358 | Pettigrew | MCG010982 | MCG010984 | Terry |
| MCG008359 | MCG008413 | Pettigrew | MCG010985 | MCG010985 | Terry |
| MCG008414 | MCG008437 | Pettigrew | MCG010986 | MCG010986 | Terry |
| MCG008438 | MCG008457 | Pettigrew | MCG010987 | MCG010989 | Terry |
| MCG008458 | MCG008490 | Pettigrew | MCG010990 | MCG010990 | Terry |
| MCG008491 | MCG008491 | Pettigrew | MCG010991 | MCG010993 | Terry |
| MCG008492 | MCG008492 | Pettigrew | MCG010994 | MCG010996 | Terry |
| MCG008493 | MCG008495 | Pettigrew | MCG010997 | MCG010997 | Terry |
| MCG008496 | MCG008496 | Pettigrew | MCG010998 | MCG011000 | Terry |
| MCG008497 | MCG008497 | Pettigrew | MCG011001 | MCG011002 | Terry |
| MCG008498 | MCG008499 | Pettigrew | MCG011003 | MCG011003 | Terry |
| MCG008500 | MCG008501 | Pettigrew | MCG011004 | MCG011004 | Terry |
| MCG008502 | MCG008502 | Pettigrew | MCG011005 | MCG011005 | Terry |
| MCG008503 | MCG008503 | Pettigrew | MCG011006 | MCG011006 | Terry |
| MCG008504 | MCG008505 | Pettigrew | MCG011007 | MCG011007 | Terry |
| MCG008506 | MCG008507 | Pettigrew | MCG011008 | MCG011008 | Terry |
| MCG008508 | MCG008509 | Pettigrew | MCG011011 | MCG011012 | Terry |
| MCG008510 | MCG008510 | Pettigrew | MCG011013 | MCG011014 | Terry |
| MCG008511 | MCG008518 | Pettigrew | MCG011015 | MCG011020 | Terry |
| MCG008519 | MCG008519 | Pettigrew | MCG011021 | MCG011022 | Terry |
| MCG008520 | MCG008520 | Pettigrew | MCG011023 | MCG011023 | Terry |
| MCG008521 | MCG008521 | Pettigrew | MCG011024 | MCG011024 | Terry |
| MCG008522 | MCG008523 | Pettigrew | MCG011025 | MCG011025 | Terry |
| MCG008524 | MCG008525 | Pettigrew | MCG011026 | MCG011027 | Terry |
| MCG008526 | MCG008526 | Pettigrew | MCG011028 | MCG011028 | Terry |
| MCG008527 | MCG008527 | Pettigrew | MCG011029 | MCG011029 | Terry |
| MCG008528 | MCG008529 | Pettigrew | MCG011030 | MCG011032 | Terry |
| MCG008530 | MCG008531 | Pettigrew | MCG011033 | MCG011033 | Terry |
| MCG008532 | MCG008534 | Pettigrew | MCG011034 | MCG011035 | Terry |

1675104

| | | | | | |
|---|---|---|---|---|---|
| MCG008535 | MCG008535 | Pettigrew | | MCG011036 | MCG011037 | Terry |
| MCG008536 | MCG008537 | Pettigrew | | MCG011038 | MCG011041 | Terry |
| MCG008538 | MCG008539 | Pettigrew | | MCG011042 | MCG011045 | Terry |
| MCG008540 | MCG008541 | Pettigrew | | MCG011046 | MCG011046 | Terry |
| MCG008542 | MCG008543 | Pettigrew | | MCG011047 | MCG011048 | Terry |
| MCG008544 | MCG008545 | Pettigrew | | MCG011049 | MCG011049 | Terry |
| MCG008546 | MCG008546 | Pettigrew | | MCG011050 | MCG011051 | Terry |
| MCG008547 | MCG008548 | Pettigrew | | MCG011052 | MCG011053 | Terry |
| MCG008549 | MCG008549 | Pettigrew | | MCG011054 | MCG011055 | Terry |
| MCG008550 | MCG008551 | Pettigrew | | MCG011056 | MCG011057 | Terry |
| MCG008552 | MCG008552 | Pettigrew | | MCG011058 | MCG011061 | Terry |
| MCG008553 | MCG008553 | Pettigrew | | MCG011062 | MCG011064 | Terry |
| MCG008554 | MCG008554 | Pettigrew | | MCG011065 | MCG011067 | Terry |
| MCG008556 | MCG008556 | Pettigrew | | MCG011068 | MCG011069 | Terry |
| MCG008557 | MCG008557 | Pettigrew | | MCG011070 | MCG011072 | Terry |
| MCG008558 | MCG008560 | Pettigrew | | MCG011073 | MCG011074 | Terry |
| MCG008561 | MCG008561 | Pettigrew | | MCG011075 | MCG011076 | Terry |
| MCG008562 | MCG008563 | Pettigrew | | MCG011077 | MCG011077 | Terry |
| MCG008564 | MCG008565 | Pettigrew | | MCG011078 | MCG011079 | Terry |
| MCG008566 | MCG008570 | Pettigrew | | MCG011080 | MCG011080 | Terry |
| MCG008571 | MCG008573 | Pettigrew | | MCG011081 | MCG011082 | Terry |
| MCG008574 | MCG008575 | Pettigrew | | MCG011083 | MCG011083 | Terry |
| MCG008576 | MCG008577 | Pettigrew | | MCG011084 | MCG011084 | Terry |
| MCG008578 | MCG008580 | Pettigrew | | MCG011085 | MCG011089 | Terry |
| MCG008581 | MCG008581 | Pettigrew | | MCG011090 | MCG011092 | Terry |
| MCG008582 | MCG008582 | Pettigrew | | MCG011093 | MCG011094 | Terry |
| MCG008583 | MCG008584 | Pettigrew | | MCG011095 | MCG011096 | Terry |
| MCG008585 | MCG008587 | Pettigrew | | MCG011097 | MCG011097 | Terry |
| MCG008588 | MCG008589 | Pettigrew | | MCG011098 | MCG011098 | Terry |
| MCG008590 | MCG008591 | Pettigrew | | MCG011099 | MCG011104 | Terry |
| MCG008592 | MCG008592 | Pettigrew | | MCG011105 | MCG011106 | Terry |
| MCG008593 | MCG008594 | Pettigrew | | MCG011107 | MCG011107 | Terry |
| MCG008595 | MCG008595 | Pettigrew | | MCG011108 | MCG011221 | Terry |
| MCG008601 | MCG008601 | Pettigrew | | MCG011222 | MCG011223 | Terry |
| MCG008602 | MCG008602 | Pettigrew | | MCG011224 | MCG011225 | Terry |
| MCG008603 | MCG008603 | Pettigrew | | MCG011226 | MCG011226 | Terry |
| MCG008604 | MCG008605 | Pettigrew | | MCG011227 | MCG011228 | Terry |
| MCG008606 | MCG008607 | Pettigrew | | MCG011229 | MCG011230 | Terry |
| MCG008608 | MCG008608 | Pettigrew | | MCG011231 | MCG011231 | Terry |
| MCG008609 | MCG008609 | Pettigrew | | MCG011233 | MCG011233 | Terry |
| MCG008610 | MCG008611 | Pettigrew | | MCG011234 | MCG011234 | Terry |
| MCG008612 | MCG008613 | Pettigrew | | MCG011235 | MCG011236 | Terry |
| MCG008614 | MCG008615 | Pettigrew | | MCG011237 | MCG011237 | Terry |
| MCG008616 | MCG008616 | Pettigrew | | MCG011238 | MCG011238 | Terry |
| MCG008617 | MCG008617 | Pettigrew | | MCG011239 | MCG011239 | Terry |
| MCG008618 | MCG008619 | Pettigrew | | MCG011240 | MCG011240 | Terry |
| MCG008620 | MCG008622 | Pettigrew | | MCG011241 | MCG011242 | Terry |
| MCG008623 | MCG008625 | Pettigrew | | MCG011243 | MCG011243 | Terry |
| MCG008626 | MCG008626 | Pettigrew | | MCG011244 | MCG011252 | Terry |
| MCG008627 | MCG008627 | Pettigrew | | MCG011253 | MCG011258 | Terry |
| MCG008628 | MCG008630 | Pettigrew | | MCG011259 | MCG011259 | Terry |
| MCG008631 | MCG008633 | Pettigrew | | MCG011260 | MCG011262 | Terry |

1675104

| | | | | | |
|---|---|---|---|---|---|
| MCG008634 | MCG008636 | Pettigrew | MCG011263 | MCG011264 | Terry |
| MCG008637 | MCG008640 | Pettigrew | MCG011265 | MCG011265 | Terry |
| MCG008641 | MCG008641 | Pettigrew | MCG011266 | MCG011267 | Terry |
| MCG008642 | MCG008642 | Pettigrew | MCG011270 | MCG011271 | Terry |
| MCG008643 | MCG008643 | Pettigrew | MCG011272 | MCG011272 | Terry |
| MCG008644 | MCG008661 | Pettigrew | MCG011273 | MCG011275 | Terry |
| MCG008662 | MCG008666 | Pettigrew | MCG011276 | MCG011279 | Terry |
| MCG008667 | MCG008667 | Pettigrew | MCG011280 | MCG011282 | Terry |
| MCG008668 | MCG008669 | Pettigrew | MCG011283 | MCG011285 | Terry |
| MCG008670 | MCG008670 | Pettigrew | MCG011286 | MCG011287 | Terry |
| MCG008671 | MCG008671 | Pettigrew | MCG011288 | MCG011288 | Terry |
| MCG008672 | MCG008672 | Pettigrew | MCG011289 | MCG011289 | Terry |
| MCG008673 | MCG008675 | Pettigrew | MCG011290 | MCG011291 | Terry |
| MCG008676 | MCG008677 | Pettigrew | MCG011292 | MCG011292 | Terry |
| MCG008678 | MCG008678 | Pettigrew | MCG011293 | MCG011294 | Terry |
| MCG008679 | MCG008679 | Pettigrew | MCG011295 | MCG011295 | Terry |
| MCG008680 | MCG008680 | Pettigrew | MCG011298 | MCG011299 | Terry |
| MCG008681 | MCG008683 | Pettigrew | MCG011300 | MCG011300 | Terry |
| MCG008684 | MCG008684 | Pettigrew | MCG011301 | MCG011301 | Terry |
| MCG008685 | MCG008685 | Pettigrew | MCG011302 | MCG011302 | Terry |
| MCG008686 | MCG008686 | Pettigrew | MCG011303 | MCG011303 | Terry |
| MCG008687 | MCG008687 | Pettigrew | MCG011304 | MCG011304 | Terry |
| MCG008688 | MCG008688 | Pettigrew | MCG011305 | MCG011307 | Terry |
| MCG008689 | MCG008690 | Pettigrew | MCG011308 | MCG011308 | Terry |
| MCG008691 | MCG008691 | Pettigrew | MCG011309 | MCG011325 | Terry |
| MCG008692 | MCG008693 | Pettigrew | MCG011326 | MCG011327 | Terry |
| MCG008694 | MCG008695 | Pettigrew | MCG011328 | MCG011328 | Terry |
| MCG008696 | MCG008698 | Pettigrew | MCG011329 | MCG011329 | Terry |
| MCG008699 | MCG008702 | Pettigrew | MCG011330 | MCG011331 | Terry |
| MCG008703 | MCG008703 | Pettigrew | MCG011332 | MCG011332 | Terry |
| MCG008704 | MCG008704 | Pettigrew | MCG011337 | MCG011339 | Terry |
| MCG008705 | MCG008705 | Pettigrew | MCG011343 | MCG011343 | Terry |
| MCG008706 | MCG008708 | Pettigrew | MCG011344 | MCG011345 | Terry |
| MCG008709 | MCG008711 | Pettigrew | MCG011346 | MCG011347 | Terry |
| MCG008712 | MCG008714 | Pettigrew | MCG011348 | MCG011348 | Terry |
| MCG008715 | MCG008715 | Pettigrew | MCG011349 | MCG011349 | Terry |
| MCG008716 | MCG008717 | Pettigrew | MCG011350 | MCG011350 | Terry |
| MCG008718 | MCG008718 | Pettigrew | MCG011351 | MCG011366 | Terry |
| MCG008719 | MCG008720 | Pettigrew | MCG011367 | MCG011368 | Terry |
| MCG008721 | MCG008721 | Pettigrew | MCG011369 | MCG011371 | Terry |
| MCG008722 | MCG008724 | Pettigrew | MCG011372 | MCG011374 | Terry |
| MCG008725 | MCG008727 | Pettigrew | MCG011375 | MCG011377 | Terry |
| MCG008728 | MCG008730 | Pettigrew | MCG011378 | MCG011379 | Terry |
| MCG008731 | MCG008733 | Pettigrew | MCG011380 | MCG011380 | Terry |
| MCG008734 | MCG008736 | Pettigrew | MCG011381 | MCG011381 | Terry |
| MCG008737 | MCG008737 | Pettigrew | MCG011382 | MCG011390 | Terry |
| MCG008738 | MCG008746 | Pettigrew | MCG011391 | MCG011391 | Terry |
| MCG008747 | MCG008747 | Pettigrew | MCG012001 | MCG012001 | Terry |
| MCG008748 | MCG008749 | Pettigrew | MCG012002 | MCG012002 | Terry |
| MCG008750 | MCG008751 | Pettigrew | MCG012003 | MCG012004 | Terry |
| MCG008752 | MCG008753 | Pettigrew | MCG012005 | MCG012006 | Terry |
| MCG008754 | MCG008756 | Pettigrew | MCG012013 | MCG012014 | Terry |

1675104

| | | | | | |
|---|---|---|---|---|---|
| MCG008757 | MCG008758 | Pettigrew | MCG012015 | MCG012015 | Terry |
| MCG008759 | MCG008759 | Pettigrew | MCG012016 | MCG012016 | Terry |
| MCG008760 | MCG008762 | Pettigrew | MCG012017 | MCG012017 | Terry |
| MCG008763 | MCG008765 | Pettigrew | MCG012018 | MCG012019 | Terry |
| MCG008766 | MCG008768 | Pettigrew | MCG012021 | MCG012022 | Terry |
| MCG008769 | MCG008771 | Pettigrew | MCG012023 | MCG012023 | Terry |
| MCG008772 | MCG008774 | Pettigrew | MCG012024 | MCG012024 | Terry |
| MCG008775 | MCG008776 | Pettigrew | MCG012025 | MCG012027 | Terry |
| MCG008777 | MCG008778 | Pettigrew | MCG012028 | MCG012028 | Terry |
| MCG008779 | MCG008779 | Pettigrew | MCG012034 | MCG012034 | Terry |
| MCG008780 | MCG008781 | Pettigrew | MCG012035 | MCG012035 | Terry |
| MCG008782 | MCG008782 | Pettigrew | MCG012036 | MCG012036 | Terry |
| MCG008783 | MCG008784 | Pettigrew | MCG012083 | MCG012083 | Terry |
| MCG008785 | MCG008787 | Pettigrew | MCG012084 | MCG012084 | Terry |
| MCG008788 | MCG008970 | Pettigrew | MCG012085 | MCG012085 | Terry |
| MCG008971 | MCG009005 | Pettigrew | MCG012086 | MCG012086 | Terry |
| MCG009006 | MCG009006 | Pettigrew | MCG012087 | MCG012087 | Terry |
| MCG009007 | MCG009007 | Pettigrew | MCG012088 | MCG012101 | Terry |
| MCG009008 | MCG009077 | Pettigrew | MCG012102 | MCG012104 | Terry |
| MCG009078 | MCG009126 | Pettigrew | MCG012105 | MCG012105 | Terry |
| MCG009127 | MCG009136 | Pettigrew | MCG012106 | MCG012106 | Terry |
| MCG009137 | MCG009141 | Pettigrew | MCG012110 | MCG012118 | Terry |
| MCG009142 | MCG009142 | Pettigrew | MCG012119 | MCG012119 | Terry |
| MCG009143 | MCG009144 | Pettigrew | MCG012120 | MCG012158 | Terry |
| MCG009145 | MCG009151 | Pettigrew | MCG012159 | MCG012159 | Terry |
| MCG009152 | MCG009153 | Pettigrew | MCG012186 | MCG012187 | Terry |
| MCG009154 | MCG009155 | Pettigrew | MCG012188 | MCG012190 | Terry |
| MCG009156 | MCG009157 | Pettigrew | MCG012191 | MCG012192 | Terry |
| MCG009158 | MCG009159 | Pettigrew | MCG012201 | MCG012202 | Terry |
| MCG009160 | MCG009161 | Pettigrew | MCG012205 | MCG012205 | Terry |
| MCG009162 | MCG009163 | Pettigrew | MCG012207 | MCG012207 | Terry |
| MCG009164 | MCG009164 | Pettigrew | MCG012208 | MCG012227 | Terry |
| MCG009165 | MCG009166 | Pettigrew | MCG012230 | MCG012230 | Terry |
| MCG009167 | MCG009167 | Pettigrew | MCG012231 | MCG012231 | Terry |
| MCG009168 | MCG009168 | Pettigrew | MCG012232 | MCG012233 | Terry |
| MCG009169 | MCG009171 | Pettigrew | MCG012234 | MCG012235 | Terry |
| MCG009172 | MCG009172 | Pettigrew | MCG012236 | MCG012237 | Terry |
| MCG009173 | MCG009174 | Pettigrew | MCG012238 | MCG012238 | Terry |
| MCG009175 | MCG009177 | Pettigrew | MCG012239 | MCG012239 | Terry |
| MCG009178 | MCG009184 | Pettigrew | MCG012240 | MCG012240 | Terry |
| MCG009185 | MCG009190 | Pettigrew | MCG012241 | MCG012241 | Terry |
| MCG009191 | MCG009195 | Pettigrew | MCG013162 | MCG013175 | Terry |
| MCG009196 | MCG009199 | Pettigrew | MCG013176 | MCG013296 | Terry |
| MCG009200 | MCG009206 | Pettigrew | MCG013297 | MCG013316 | Terry |
| MCG009207 | MCG009208 | Pettigrew | MCG013317 | MCG013317 | Terry |
| MCG009209 | MCG009212 | Pettigrew | MCG013318 | MCG013337 | Terry |
| MCG009213 | MCG009216 | Pettigrew | MCG013338 | MCG013391 | Terry |
| MCG009217 | MCG009219 | Pettigrew | MCG013392 | MCG013416 | Terry |
| MCG009220 | MCG009220 | Pettigrew | MCG013417 | MCG013430 | Terry |
| MCG009221 | MCG009222 | Pettigrew | MCG013431 | MCG013432 | Terry |
| MCG009223 | MCG009229 | Pettigrew | MCG013433 | MCG013433 | Terry |
| MCG009230 | MCG009231 | Pettigrew | MCG013434 | MCG013448 | Terry |

1675104

| | | | | | | |
|---|---|---|---|---|---|---|
| MCG009232 | MCG009233 | Pettigrew | | MCG013465 | MCG013481 | Terry |
| MCG009234 | MCG009235 | Pettigrew | | MCG013482 | MCG013483 | Terry |
| MCG009236 | MCG009237 | Pettigrew | | MCG013484 | MCG013485 | Terry |
| MCG009238 | MCG009240 | Pettigrew | | MCG013486 | MCG013494 | Terry |
| MCG009241 | MCG009242 | Pettigrew | | MCG013495 | MCG013496 | Terry |
| MCG009243 | MCG009244 | Pettigrew | | MCG013504 | MCG013504 | Terry |
| MCG009245 | MCG009246 | Pettigrew | | MCG013505 | MCG013505 | Terry |
| MCG009247 | MCG009248 | Pettigrew | | MCG013506 | MCG013525 | Terry |
| MCG009249 | MCG009250 | Pettigrew | | MCG013526 | MCG013527 | Chin |
| MCG009251 | MCG009252 | Pettigrew | | MCG013528 | MCG013529 | Chin |
| MCG009253 | MCG009253 | Pettigrew | | MCG013530 | MCG013531 | Chin |
| MCG009254 | MCG009254 | Pettigrew | | MCG013532 | MCG013533 | Chin |
| MCG009255 | MCG009256 | Pettigrew | | MCG013534 | MCG013535 | Chin |
| MCG009257 | MCG009257 | Pettigrew | | MCG013536 | MCG013538 | Chin |
| MCG009258 | MCG009259 | Pettigrew | | | | |
| MCG009260 | MCG009260 | Pettigrew | | | | |

1675104