# EXHIBIT
# No. 4

**Donna Howell**

| | |
|---|---|
| **From:** | Blair Julie-C17394 [J.Blair@motorola.com] |
| **Sent:** | Tuesday, April 20, 2004 5:49 PM |
| **To:** | Claude Langlois; Steve Blomme |
| **Cc:** | Machernis Steven-QVCL80 |
| **Subject:** | JSquared CAN data.xls |

Claude/Steve,
Attached is the contract to date data, with the current payment detail highlighted. This file now includes the adjustment for the Raytheon Canada issue that you raised. We have finally determined that it was the result of receiving a New York shipping address on this activity from our distributor and apologize for the length of time it has taken to resolve it. The end customer code now reflect the proper Canadian ship to address, so it will be included going forward.

The $1843 check request has already been processed, if you haven't received it already, you should receive it no later than 4/28. I am processing the check for $66k this week, so you should receive it within 2 weeks at the latest.

I want to thank Steve M. for his efforts with the distributor to resolve this issue.

Regards,
Julie