# EXHIBIT
# No. 5

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON



**COZEN**
**O'CONNOR**
ATTORNEYS

RECEIVED
*1 - 23 - 6*
By R. Papetti

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

January 17, 2006

**Sean J. Bellew**
Direct Phone 302.295.2026
Direct Fax    302.295.2013
sbellew@cozen.com

**VIA FACSIMILE AND US MAIL**

Randy Papetti, Esquire
Lewis & Roca, LLP
40 N. Central Avenue
Phoenix, AZ 85004

**Re:**    *J-Squared Technologies, Inc., et al. v. Motorola Inc.*
        **C.A. No. 04-960-SLR**

Dear Randy:

Enclosed please find an executed *Understanding and Agreement Regarding "Confidential" Discovery Information* for each of the following: West Coast Reps., Inc. (Walter C. Reynolds); R.T. Technology (Joseph J. Palermino, Jr.); and G.L. Williams Associates, Inc. (Mark Gernhardt and Scott Williams). As you know, we have contacted these entities in our investigation of J-Squared Technologies, Inc.'s and J-Squared Technologies (Oregon), Inc's claims against Motorola.

These entities and their principals have information relevant to this litigation. In this connection, we intend to provide them with certain information discovered in this case as we prepare them to provide testimony at trial. As you also are aware, we have been retained by these entities to consider independent claims against Motorola on their behalves.

Randy Papetti, Esquire
January 17, 2006
Page 2

_____

      If you should have any questions, please do not hesitate to contact me.

Sincerely,

COZEN O'CONNOR

By:    Sean J. Bellew

SJB/sjs
Enclosures

cc:     Kevin F. Berry, Esquire
        David A. Felice, Esquire
        Cory A. Talbot, Esquire
        Emily S. Cates, Esquire

## EXHIBIT A

## UNDERSTANDING AND AGREEMENT REGARDING "CONFIDENTIAL" DISCOVERY INFORMATION

I hereby state that I have read and received a copy of the Protective Order (the "Order") in J-Squared Technologies, Inc. v. Motorola, Inc. C.A. No. 04-CV-960-SLR, which is pending before the United States District Court, District of Delaware (the "Court"). I understand the terms of the Order, agree to be bound by those terms, and consent to the jurisdiction of the Court with respect to enforcement of the Order.

WALTER C. REYNOLDS
Name

_Walter C. Reynolds_
Signature

13 DEC 2005
Date

DB01:1721580 1                                        063528 1001

## EXHIBIT A

## UNDERSTANDING AND AGREEMENT REGARDING
## "CONFIDENTIAL" DISCOVERY INFORMATION

I hereby state that I have read and received a copy of the Protective Order

(the "Order") in J-Squared Technologies, Inc. v. Motorola, Inc. C.A. No. 04-CV-960-

SLR, which is pending before the United States District Court, District of Delaware (the

"Court"). I understand the terms of the Order, agree to be bound by those terms, and

consent to the jurisdiction of the Court with respect to enforcement of the Order.

*JOSEPH J. PALERMINO JR.*
Name

Signature

*12/14/05*
Date

## EXHIBIT A

## UNDERSTANDING AND AGREEMENT REGARDING
## "CONFIDENTIAL" DISCOVERY INFORMATION

I hereby state that I have read and received a copy of the Protective Order

(the "Order") in J-Squared Technologies, Inc. v. Motorola, Inc. C.A. No. 04-CV-960-

SLR, which is pending before the United States District Court, District of Delaware (the

"Court"). I understand the terms of the Order, agree to be bound by those terms, and

consent to the jurisdiction of the Court with respect to enforcement of the Order.

_Mark Gernhardt_____    _Scott Williams_____
Name

_M.S. Schutt_____    _____
Signature

_12-14-05_____    _12-14-05_____
Date