# EXHIBIT
# No. 6

# Cates, Emily

**From:** Cates, Emily
**Sent:** Tuesday, February 21, 2006 5:33 PM
**To:** 'Felice, David A.'; 'Bellew, Sean'
**Cc:** Talbot, Cory; Papetti, Randy; 'Bowser, William'; Patrick, SherryAnn
**Subject:** RE: J-Squared v. Motorola - Draft of Motion to Compel

Sean and David,

I haven't heard back from you in response to my e-mail below. As I indicated, Randy and Cory are out of the office most of the week. Accordingly, we will get you our response on Friday. Thank you.

Emily

-----Original Message-----
From: Cates, Emily
Sent: Monday, February 20, 2006 4:15 PM
To: 'Felice, David A.'; Bellew, Sean
Cc: Talbot, Cory; Papetti, Randy; Bowser, William; Patrick, SherryAnn
Subject: RE: J-Squared v. Motorola - Draft of Motion to Compel

Sean and David,

We received your draft motion to compel. We are looking into the issues you raised and ask that you give us until Friday to respond, as Randy and Cory are out of the office most of the week. Let me know. Thank you.

Emily

-----Original Message-----
From: Felice, David A. [mailto:DFelice@cozen.com]
Sent: Friday, February 17, 2006 5:04 PM
To: Cates, Emily
Cc: Talbot, Cory; Papetti, Randy; Bowser, William; Bellew, Sean
Subject: J-Squared v. Motorola - Draft of Motion to Compel

Emily:

Pursuant to D. Del. LR 7.1, we are providing you with a draft copy of Plaintiffs' motion to compel. A final version of this motion may have revisions, but the requested documents and information should remain the same.

Please review this motion to determine whether Motorola will voluntarily produce the documents and/or information requested. Please provide me with your response by Wednesday at 4:00 pm EST. Thank you and have a good weekend.

David

David A. Felice
Cozen O'Connor
1201 North Market Street
Wilmington, Delaware 19801
302-295-2011 (voice)
866-776-8911 (direct fax)

-----------------------------------------------------------

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.