# EXHIBIT
# No. 9

1719101_1.DOC



Emily S. Cates
40 North Central Avenue
Phoenix, Arizona 85004-4429

Direct Dial: 602 262-5757
Direct Fax: 602 734-3947
ECates@lrlaw.com
Admitted in: Arizona

Our File Number: 23897-00071

February 15, 2006

*Via Facsimile and Regular Mail*

Sean Bellew, Esq.
Cozen O'Connor
1201 N. Market Street
Chase Manhattan Centre, Suite 1400
Wilmington, DE 19801-1147

    Re: *J-Squared v. Motorola Technologies, Inc. v. Motorola, Inc.*, C.A. No. 04-960-SLR:
        Responses to Interrogatories

Dear Sean:

    By letter dated December 22, 2005, we requested that your clients promptly supplement their interrogatory answers because most were incomplete or non-responsive. Motorola renewed this request on January 12, 2006.

    We appreciate that this week's mediation may have put a hold on your efforts to respond to our requests, but we do need this information very shortly to complete discovery. We therefore reiterate our requests of December 22 and January 12.

    Accordingly, please supplement your discovery responses by February 24, 2006, as these are central issues in the case. Thank you.

                        Sincerely,

                          Emily S. Cates

ESC/ESC
cc:   Randy Papetti
       Cory Talbot