# EXHIBIT No. 10

# Cates, Emily

| | |
|---|---|
| **From:** | Felice, David A. [DFelice@cozen.com] |
| **Sent:** | Thursday, February 23, 2006 5:25 PM |
| **To:** | Cates, Emily |
| **Cc:** | Bellew, Sean |
| **Subject:** | J-Squared v. Motorola - Response to Motorola's Deficiency Letter |

Emily:

We intend to respond to Motorola's deficiency letter on Monday. Thanks.

David

David A. Felice
Cozen O'Connor
1201 North Market Street
Wilmington, Delaware 19801
302-295-2011 (voice)
866-776-8911 (direct fax)

-----------------------------------------------------------

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
-----------------------------------------------------------

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.
-----------------------------------------------------------