# EXHIBIT
# No. 13

**Michelle Cole - J-Squared Contrac**

**From:** Guibor Nina-Q10503 <IMCEAEX-_O=MOT_OU=MCG+5FDIABLO+5FIT_CN=RECIPIENTS_CN=NINA+5FGUIBOR@
**To:** Parslow Kevin-BLUW72 <Kevin.Parslow@motorola.com>
**Date:** 12/6/2002 4:40 PM
**Subject:** J-Squared Contract
**CC:** Kolasa Jeanne-MCG32018 <Jeanne.Kolasa@motorola.com>, Holt Paul-LPH001 <paul.holt@motorola.com>

---

Kevin,

Just an update finance met with Jeanne and contracts today to address our concerns with regards to the J-Squared contract. After the review, we determined that we are OK with it as written and the signed copy will be sent to them as soon as possible. We have noted some verbage changes for future contracts to clarify a few issues, but are comfortable with this one as is. Essentially, finance (including me) we mis-reading some of the requirements. Please note that with the contract as written, they will only receive commissions on POS activity until new direct opportunities are registered. This means that we are well under the $10k per month budget - good news.

Thanks,

Nina

MOTJ 00522

CONFIDENTIAL

Interphase engaged with GL Williams in New Jersey.

Jeanne M. Kolasa
Motorola Computer Group
602-438-3145

CONFIDENTIAL

From: Kolasa Jeanne-MCG32018
Sent: 9/20/2002 3:48:32 PM (Eastern Time)
To: Parslow Kevin-BLUW72; Holt Paul-LPH001
CC: Liston Jay-MCX1326; MCG-SALES_NAMBDMs; Bodine Michael-RTDV80
Subject: Weekly Update on Rep Engagements

Kevin/Paul:

Below is progress made this week on rep firm engagements (In order of agreed upon priority). We're trying to align with Interphase and Zynx, where possible.

Bay Area - Dennis Robinson:

Dennis Robinson and Thorson met on 9-17 for update.
JK and Sue Hamlett meeting on 9-20 to review Thorson's contract response.
Dennis Robinson, Michael Bodine, and JK meeting with Thorson in Bay Area on 9-23.
Con Call with Interphase, they're pursuing AACT as rep and will also contact Thorson.

Eval of other possible firms: ES West, Channel Access, AACT (Call into Leslie Canerday at Zynx to find out who they use)

So Cal - Jim McGregor

Liston and Sue Hamlett meeting on 9-20 to review West Coast Reps contract response.
Interphase engaged with Dilet and has a favorable relationship there....Jay to revisit Dilet

Canada - Larry Terry

J2, Larry Terry, Linsey Miller (Interphase), Jay, and JK to con call on 9-25 for initial
meeting.
Generic rep contract sent to Larry Terry for review.

South East - Ed Helder

JK, Lisotn and Ed Helder con called regarding moving forward with EMA.
Interphase also engaged with EMA.
Initial engagement con call to be scheduled during week of 9-23 with JK, Liston and Helder.
Face to Face meeting on East Coast planned for week of 10-28 or 11-4.

East Coast Mil Aero - Al Currano

Initial con call on 9-20 with JK and Joe Palermino from RT Technology.
Possible Tempe meeting being planned sometime in next 3 - 4 weeks.
For the DC area, Interphase is considering Reptron and NewTec in addition to RT.

Other:

Received contact info from Ken Curran for Panatek in Chicago (Interphase also engaged with Panatek)

From: Blair Julie-C17394
Sent: 12/26/2003 1:52:31 PM (Mountain Time)
To: Parslow Kevin-BLUW72
CC: Guibor Nina-Q10503; Bensted David-G19500; Whitfield Lisa-MCX1611; Crawford Kim-SCN105; Machernis Steven-QVCL80
Attachments: MR 2004 projection.xls
Subject: RE: MR performance documentation

Kevin, here is an update:

David has been working on a legal summary of our options, but got pulled into an emergency on Tuesday, so will try to do for us on Monday, 12/29. He left me some notes which I will use to summarize the analysis to date:

The attached excel file indicates that whether we cancel for convenience or let the contracts lapse, a conservative estimate (based on 2003 history) of our commission expense for Jan - Jul 2004 would be $650k. We suspect that the 2004 POS in some of the MR territories could be significantly higher than in 2003 (Kim has given examples).

Therefore, as of now, our best alternative is to cancel for performance, but this is going to take input/work from your team. There is a 30 day "remedy" period related to this alternative, so we need to see some of Steve and Kim's data and have David advise us further.

Time is of the essence, so it would be ideal for Steve and Kim gather the details of each MRs performance according to the Exhibit 4 in their contracts. Can this be done by 12/30? or 1/6?

David is continuing to look for verbiage in the contract that may give us a better out. One avenue we are exploring is to notify specific or all MR's on Jan 7 (?) of a territory change per Section 3.1, in which we could remove particular POS accounts from their territory where we know they have had no involvement and we know the forecasted POS is significant. This would still entitle them to 120 days' commission, but that would be 2 months less than what they get based on cancellation for convenience or expiration. Then subsequent to the notification of territory change, we could possibly proceed with termination for performance. Steve and Kim would have to provide a list of these new exclusions.

Please share your inputs with the team.
Julie

-----Original Message-----
From: Blair Julie-C17394
Sent: Thursday, December 18, 2003 4:45 PM
To: Crawford Kim-SCN105; Machernis Steven-QVCL80
Cc: Guibor Nina-Q10503; Parslow Kevin-BLUW72; Bensted David-G19500; Whitfield Lisa-MCX1611
Subject: MR performance documentation
Importance: High

Steve & Kim,

David and I are going to spend some time on this analysis of the MR contracts Mon & Tues of next week. To outline what Kevin asked us to do we are going to look at these 3 termination options:

1) For cause (need to demonstrate how they have performed against the performance standards in their contract)
2) For convenience (we may be obligated to pay commissions for about 6 months for most MRs)
3) Let the contract lapse without renewal

Please send a summary of each of your MRs and their performance by 10am Tempe time, Monday, Dec 22 - this will be used in analyzing #1. If you don't have time to do a thorough analysis, please involve the help of the primary BDM if you see fit. I'm guessing we should only communicate it is for the purposes of an annual review and not the possibility of canceling so the word doesn't get out prematurely.
Please do what you can to make this a thorough analysis, as it seems like we are projecting significant POS activity in some of these territories in 2004, so #2 may be an expensive option which prohibits hiring requisition approval.

CONFIDENTIAL



| | A | B |
|---|---|---|
| 1 | | **Letting contract lapse** |
| 2 | | |
| 3 | 1 | **J2 CAN** |
| 4 | 2 | **EMA** |
| 5 | 3 | **WCR** |
| 6 | 4 | **ES West** |
| 7 | 5 | **RT Tech** |
| 8 | 6 | **J2 NW** |
| 9 | 7 | **C&S** |
| 10 | 8 | **GL Williams** |
| 11 | 9 | **Max Tech** |
| 12 | | |
| 13 | | |
| 14 | | David, if we do not agree to renew, there is no commission commitment beyond contract end date, correct? |
| 15 | | In all cases there is less financial obligation when letting contract lapse, than when cancelling for convenience. BUT the exposure is huge POS months |
| 16 | | |
| 17 | | |
| 18 | | **Cancelling for convenience** |
| 19 | | |
| 20 | 1 | **J2 CAN** |
| 21 | 2 | **EMA** |
| 22 | 3 | **WCR** |
| 23 | 4 | **ES West** |
| 24 | 5 | **RT Tech** |
| 25 | 6 | **J2 NW** |
| 26 | 7 | **C&S** |
| 27 | 8 | **GL Williams** |
| 28 | 9 | **Max Tech** |
| 29 | | |

CONFIDENTIAL



| | C | D | E | F | G | H |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | Contract Exp | Comm through | Monthly Avg | **Jan** | **Feb** |
| 3 | | 12/5/03 | 12/5/03 | 3,929 | 0 | 0 |
| 4 | | 3/18/04 | 3/18/04 | 11,474 | 11,474 | 11,474 |
| 5 | | 3/18/04 | 3/18/04 | 11,929 | 11,929 | 11,929 |
| 6 | | 3/20/04 | 3/20/04 | 15,454 | 15,454 | 15,454 |
| 7 | | 5/15/04 | 5/15/04 | 10,575 | 10,575 | 10,575 |
| 8 | | 5/15/04 | 5/15/04 | 15,760 | 15,760 | 15,760 |
| 9 | Kim, 2004 projection? | 5/20/04 | 5/20/04 | 10,967 | 10,967 | 10,967 |
| 10 | | 7/1/04 | 7/1/04 | 11,819 | 11,819 | 11,819 |
| 11 | | 8/12/04 | 8/12/04 | 4,790 | 4,790 | 4,790 |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | Contract Exp | Date of notification | Date of Termination | Comm through | Monthly Avg |
| 20 | | 12/5/03 | na | na | na | 3,929 |
| 21 | | 3/18/04 | 1/1/04 | 1/31/04 | 7/29/04 | 11,474 |
| 22 | | 3/18/04 | 1/1/04 | 1/31/04 | 7/29/04 | 11,929 |
| 23 | | 3/20/04 | 1/1/04 | 1/31/04 | 7/29/04 | 15,454 |
| 24 | | 5/15/04 | 1/1/04 | 1/31/04 | 7/29/04 | 10,575 |
| 25 | | 5/15/04 | 1/1/04 | 1/31/04 | 7/29/04 | 15,760 |
| 26 | | 5/20/04 | 1/1/04 | 1/31/04 | 7/29/04 | 10,967 |
| 27 | **can't cancel until 1/1/04** | 7/1/04 | 1/1/04 | 1/31/04 | 7/29/04 | 11,819 |
| 28 | **can't cancel until 2/12/04** | 8/12/04 | 2/12/04 | 3/13/04 | 9/9/04 | 4,790 |
| 29 | | | | | | |

MOT 02515

CONFIDENTIAL



| | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
| 3 | 0 | | | | | | | |
| 4 | 6,663 | | | | | | | |
| 5 | 6,926 | | | | | | | |
| 6 | 9,970 | | | | | | | |
| 7 | 10,575 | 10,575 | 5,117 | | | | | |
| 8 | 15,760 | 15,760 | 7,626 | | | | | |
| 9 | 10,967 | 10,967 | 7,075 | | | | | |
| 10 | 11,819 | 11,819 | 11,819 | 11,819 | 381 | | | |
| 11 | 4,790 | 4,790 | 4,790 | 4,790 | 4,790 | 1,854 | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | on 12/23, david informed me that we are tied to 6 months even for expiration | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | 11,474 | 11,474 | 11,474 | 11,474 | 11,474 | 11,474 | 11,474 | |
| 22 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 | 11,929 | |
| 23 | 15,454 | 15,454 | 15,454 | 15,454 | 15,454 | 15,454 | 15,454 | |
| 24 | 10,575 | 10,575 | 10,575 | 10,575 | 10,575 | 10,575 | 10,575 | |
| 25 | 15,760 | 15,760 | 15,760 | 15,760 | 15,760 | 15,760 | 15,760 | |
| 26 | 10,967 | 10,967 | 10,967 | 10,967 | 10,967 | 10,967 | 10,967 | |
| 27 | 11,819 | 11,819 | 11,819 | 11,819 | 11,819 | 11,819 | 11,819 | |
| 28 | 4,790 | 4,790 | 4,790 | 4,790 | 4,790 | 4,790 | 4,790 | 4,790 |
| 29 | | | | | | | 92,767 | |



MOT 02516

CONFIDENTIAL



| | Q | R |
|---|---|---|
| 1 | | |
| 2 | **TOTAL** | |
| 3 | - | |
| 4 | 29,611 | less |
| 5 | 30,784 | less |
| 6 | 40,877 | less |
| 7 | 47,418 | less |
| 8 | 70,665 | less |
| 9 | 50,943 | less |
| 10 | 71,294 | less |
| 11 | 35,381 | less |
| 12 | 376,972 | NOT valid |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | **TOTAL** | |
| 20 | - | |
| 21 | 80,321 | |
| 22 | 83,500 | |
| 23 | 108,175 | |
| 24 | 74,026 | |
| 25 | 110,318 | |
| 26 | 76,768 | |
| 27 | 82,731 | |
| 28 | 38,316 | |
| 29 | 654,156 | |

From: Watts Marc-BLUW124
Sent: 5/30/2003 8:26:55 AM (Mountain Time)
To: Bensted David-G19500; Blair Julie-C17394; Hamlett Sue-P25026
CC: Guibor Nina-Q10503; Robinson Dennis-BLUW119; Whitfield Lisa-MCX1611; Parslow Kevin-BLUW72; Holt Paul-LPH001
Subject: FW: Contract for J-squared Oregon

Sue/David/Julie,

Here is the information that was requested from Kevin on the intent for Payment of J-Squared based on
the March 31st signing from J-Squared President and the May 20th signing from Eamon with signature
authority for Wendy.

Sue,

Can you please send to the team any approvals to move forward with back pay to J-Squared Oregon.

If there are any additional questions, please let me know.

Best Regards,
Marc Watts
Account Representative
Motorola Computer Group
2410 Luna, Suite 132
Carrollton, TX 75006
Voice: 972-277-4613
Fac: 972-277-4666
Text page: 8779700180@skytel.com
Email: marc.watts@motorola.com

-----Original Message-----
From: Parslow Kevin-BLUW72
Sent: Friday, May 30, 2003 9:49 AM
To: Hamlett Sue-P25026
Cc: Watts Marc-BLUW124; Guibor Nina-Q10503
Subject: Contract for J-squared

Sue

Just to confirm that the contract for J-squared should be dated effective 1st April 2003. They have been working since that date and should receive payment for April. The hold up was through me taking a more detailed examination of all the Rep agreements.

Thanks

Kevin

Motorola Computer Group
Loughborough Park
Loughborough
LE11 3NE. UK

Telephone +44 (0) 1509 634346
Mobile +44 (0) 7771 724010
Fax +44 (0) 1509 634333
Mailto:Kevin.Parslow@motorola.com

**Brooke Myers - critical - need your input**

---

**From:** Blair Julie-C17394 <J.Blair@motorola.com>
**To:** Crawford Kim-SCN105 <Kim.Crawford@motorola.com>, Machernis Steven-QVCL80 <Steven.Machernis@motorola.com>
**Date:** 1/7/2004 4:56 PM
**Subject:** critical - need your input
**CC:** Guibor Nina-Q10503 <Q10503@motorola.com>, Parslow Kevin-BLUW72 <Kevin.Parslow@motorola.com>, Bensted David-G19500 <david.bensted@motorola.com>

---

Steve & Kim, David, Kevin and I just met to further our strategy on the MRs. By 10am tempe time, tomorrow, Thursday, please validate your MRs' compliance with section 2.7 of the contract as follows:

"Noncompetition. Representative will not sell, offer for sale, or act as sales agent for the solicitation of orders for any products that are competitive with any of the Products as defined by Motorola; nor will Representative engage in any activity that may result in a relationship with current or future customers that creates a conflict of interest as defined by Motorola"

If they were carrying competitive products on their line card or doing anything else that conflicts with this clause, it would be grounds for immediate termination with no financial liability. Kevin felt you could do this very quickly.

Then by 2pm tempe time, please provide a list of customers and/or programs that each of your MR's HAS had interaction with. To Steve's good point, for each identify whether they brought this in as new business (without the help of MCG or the distributor) or whether they have been supporting a design we brought in or a current run rate program.

We are all in agreement that no BDM should be brought into these discussions until this preliminary detail is analyzed. When we are close to taking action, you may be able to ping them for more accurate details.

Kevin would like to be able to take decisive action on this by Monday, Jan 12. Your help is critical. Please call me asap if you are unclear on what we are looking for. Thanks. jb

MOT 00773