# EXHIBIT No. 14

1719101_1.DOC



Cory A. Talbot
40 North Central Avenue
Suite 1900
Phoenix, Arizona 85004-4429

Direct Dial: 602.262.5362
Direct Fax: 602.734.3905
CTalbot@lrlaw.com
Admitted in: Arizona

Our File Number: 23897-00071

*Via Federal Express*

November 10, 2005

David A. Felice, Esq.
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801-1147

      Re:    *Motorola, Inc. adv. J-Squared Tech, Inc.*
             *C.A. No. 04-960 SLR*

Dear David:

     Motorola is producing additional documents on CD identified as MCG013539 through MCG019613. These documents were recently provided by Dennis Robinson. All should be treated as confidential pursuant to the Stipulated Protective Order.

                                      Best regards,

                                      LEWIS AND ROCA LLP

                                      Cory A. Talbot

CAT:ppn
Enclosures:   *CD*

cc:    William W. Bowser, Esq.
        Randy S. Papetti, Esq.

PHOENIX  •  TUCSON  •  LAS VEGAS  •  ALBUQUERQUE
www.lewisandroca.com
1686291.1




**FedEx US Airbill** Express

**1 From** *Please print and press hard.*

Date: 0850-0367-4
Sender's FedEx Account Number
FedEx Tracking Number: 8481 7042 6327

Sender's Name: Emily S. Cates
Phone: (602) 262-5399

Company: LEWIS & ROCA

Address: 40 N CENTRAL AVE

City: PHOENIX    State: AZ    ZIP: 85004-4419

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.*
Phoenix (av) JS/MRD 23897-00071

**3 To**
Recipient's Name: David Felice, Esq.
Company: Cozen O'Connor
Address: 1200 N. Market Centre
Chase Manhattan Centre, Suite 1400
City: Wilmington, DE 19801

**4a Express Package Service**
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes, As per attached Shipper's Declaration
- [ ] Yes, Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value†
$                 .00

**8 Sign to Authorize Delivery Without a Signature**

0284077071

466