# EXHIBIT
# No. 15

**Exchange Email Backup and Recovery Standards**

Exchange servers will be backed-up only for the purposes of Server Disaster Recovery and Motorola legal requirements.

<u>No recovery of individual customer mailboxes will occur from tape for reasons other than listed above.</u>

**DETAILS OF THE POLICY –**

- **Single Mailbox item recovery for customers**:
    - ○ Requests for customer mailbox item data recovery will be managed by the **Deleted Item Retention** process on each Exchange server. All customer mailbox data will be recovered using the DELETED MAIL RECOVERY option.  Deleted Item Retention is the ability for Exchange servers to retain, in a special manner, a deleted message in the database even after a customer has "permanently" deleted it for a specified period of time.  This allows the restoration of these messages without having to go through a mailbox restore from backup tapes.  <u>Motorola will implement a global standard of 14-day retention for deleted items in the Exchange environment.</u>
    - ○ Motorola will not recover:
        - ▪ Single mailbox data using Backup tapes.
        - ▪ Single mailbox data that is downloaded (POP'd) to home computer devices unless this data can be recovered via the Deleted Item Retention recovery process.
        - ▪ Single mailbox data that is downloaded to a .PST file or Palm/PDA/SmartPhone device unless this data can be recovered via the Deleted Item Retention recovery process.

- **Single Mailbox recovery for customers**:
    - ○ Requests for customer mailbox recovery will be managed by the **Deleted Mailbox Retention** process on each Exchange server. Deleted Mailbox Retention is the ability for Exchange servers to retain, in a special manner, a deleted mailbox in the database even after the mailbox was deleted for a specified period of time.  This allows the restoration of these mailboxes without having to go through a mailbox restore from backup tapes.  <u>Motorola will implement a global standard of 30-day retention for deleted mailboxes in the Exchange environment.</u>

- **Backup/Recovery process for Exchange servers:**

- o Backup Tape recovery processes will be managed for Exchange servers should we suffer a server failure, storage group failure or database corruption.
- o Full backups of each Exchange storage group/database will occur on a nightly basis.
- o Backup tapes will be managed via a 14-day rotation method; tapes outside the 14-day rotation will be destroyed or re-used. No tapes (or data contained on those tapes) will be archived for any reason beyond the 14-day retention period.
- o Off-site storage of tapes will be included in the two-week period.
- o Detailed instructions and methodology regarding the integration of the EASI process and recovery from tape of database or storage group failures will be managed via separate documentation.

**Effective Date:** November 15, 2002

**Implementation Method:** All Exchange servers and future versions will have this policy enforced.

***NOTE: This policy will be modified/updated to reflect any changes to Motorola's Data Retention policies as they occur and pertain to messaging.***