# EXHIBIT
# No. 17

1719101_1.DOC

```
From: Blair Julie-C17394
Sent: 3/23/2004 10:41:05 AM (Mountain Time)
To: 'langlois@jsquared.com'; 'sblomme@jsquared.com'
CC: Machernis Steven-QVCL80
Attachments: JSquared CAN data.xls
Subject: Jan 04 comm detail - JSC
```

Claude, here is the ytd file.  The January commissions should be paid by 3/31.

Regards,
Julie Blair
602-438-3594

MCG004988

JSquared CAN data.xls                                                                              Sheet1

|    | A             | B            | C      | D           | E                 |
|----|---------------|--------------|--------|-------------|-------------------|
| 1  | Shipment Date | Fiscal Month | Disty  | Branch Code | End Customer Code |
| 2  | 12/17/2002    | 2002-12      | Avnet  | HHONT       | K74600209000      |
| 3  | 12/17/2002    | 2002-12      | Avnet  | HHONT       | K74600209000      |
| 4  | 12/20/2002    | 2002-12      | Arrow  | ACBOS       | 616101224         |
| 5  | 12/27/2002    | 2002-12      | Arrow  | ACBOS       | 313010546         |
| 6  | 12/13/2002    | 2002-12      | Tracan | Tracan      | DRSU              |
| 7  | 12/16/2002    | 2002-12      | Tracan | Tracan      | OPTECU            |
| 8  | 12/16/2002    | 2002-12      | Tracan | Tracan      | OPTECU            |
| 9  | 12/23/2002    | 2002-12      | Tracan | Tracan      | OPTECU            |
| 10 | 12/23/2002    | 2002-12      | Tracan | Tracan      | OPTECU            |
| 11 | 12/23/2002    | 2002-12      | Tracan | Tracan      | OPTECU            |
| 12 | 12/30/2002    | 2002-12      | Tracan | Tracan      | BROOKU            |
| 13 | 1/2/2003      | 2003-01      | Tracan | Tracan      | OPTECU            |
| 14 | 1/2/2003      | 2003-01      | Tracan | Tracan      | OPTECU            |
| 15 | 1/2/2003      | 2003-01      | Tracan | Tracan      | OPTECU            |
| 16 | 1/27/2003     | 2003-02      | Tracan | Tracan      | NRCOU             |
| 17 | 1/27/2003     | 2003-02      | Tracan | Tracan      | NRCOU             |
| 18 | 1/27/2003     | 2003-02      | Tracan | Tracan      | NRCOU             |
| 19 | 1/27/2003     | 2003-02      | Tracan | Tracan      | OPTECU            |
| 20 | 1/27/2003     | 2003-02      | Tracan | Tracan      | OPTECU            |
| 21 | 1/29/2003     | 2003-02      | Tracan | Tracan      | NRCOU             |
| 22 | 1/29/2003     | 2003-02      | Tracan | Tracan      | NRCOU             |
| 23 | 1/31/2003     | 2003-02      | Tracan | Tracan      | BROOKU            |
| 24 | 2/7/2003      | 2003-02      | Tracan | Tracan      | OPTECU            |
| 25 | 2/7/2003      | 2003-02      | Tracan | Tracan      | OPTECU            |
| 26 | 2/10/2003     | 2003-02      | Tracan | Tracan      | NRCOU             |
| 27 | 2/12/2003     | 2003-02      | Tracan | Tracan      | MDWU              |
| 28 | 2/12/2003     | 2003-02      | Tracan | Tracan      | OPTECU            |
| 29 | 2/12/2003     | 2003-02      | Tracan | Tracan      | OPTECU            |
| 30 | 2/12/2003     | 2003-02      | Tracan | Tracan      | OPTECU            |
| 31 | 2/12/2003     | 2003-02      | Tracan | Tracan      | OPTECU            |
| 32 | 2/20/2003     | 2003-02      | Arrow  | ACBOS       | 616012494         |
| 33 | 2/25/2003     | 2003-03      | Tracan | Tracan      | OPTECU            |
| 34 | 2/28/2003     | 2003-03      | Tracan | Tracan      | RAUTE             |
| 35 | 3/25/2003     | 2003-03      | Avnet  | HHONT       | K74600209000      |
| 36 | 3/26/2003     | 2003-03      | Avnet  | HHBBC       | H04504073000      |
| 37 | 3/25/2003     | 2003-03      | Tracan | Tracan      | CAENEU            |
| 38 | 3/25/2003     | 2003-03      | Avnet  | HHBBC       | K75003959001      |
| 39 | 4/10/2003     | 2003-04      | Avnet  | HHBBC       | K75004073000      |
| 40 | 4/10/2003     | 2003-04      | Avnet  | HHONT       | K74600041000      |
| 41 | 4/14/2003     | 2003-04      | Arrow  | ACBOS       | 313360072A        |
| 42 | 4/14/2003     | 2003-04      | Arrow  | ACBOS       | 313360072A        |
| 43 | 4/14/2003     | 2003-04      | Arrow  | ACBOS       | 313360072A        |
| 44 | 4/14/2003     | 2003-04      | Arrow  | ACBOS       | 313360072A        |
| 45 | 4/7/2003      | 2003-04      | Tracan | Tracan      | SOFT              |
| 46 | 4/28/2003     | 2003-05      | Avnet  | HHONT       | K74606000000      |
| 47 | 4/28/2003     | 2003-05      | Avnet  | HHONT       | K74606000000      |
| 48 | 4/30/2003     | 2003-05      | Avnet  | HHONT       | K74600209000      |
| 49 | 5/8/2003      | 2003-05      | Arrow  | ACBOS       | 616012494         |
| 50 | 5/20/2003     | 2003-05      | Avnet  | HHONT       | K74703011000      |
| 51 | 5/20/2003     | 2003-05      | Avnet  | HHONT       | K74703011000      |
| 52 | 4/29/2003     | 2003-05      | Tracan | Tracan      | OPTECU            |
| 53 | 4/30/2003     | 2003-05      | Tracan | Tracan      | OPTECU            |

MCG004989

JSquared CAN data.xls                                                                  Sheet1

|    | F                              | G            | H         | I        |
|----|--------------------------------|--------------|-----------|----------|
|    |                                |              |           |          |
| 1  | End Cust. Name                 | End City     | End State | End Zip  |
| 2  | RAYTHEON CANADA                | WATERLOO     |           | N2J 4k6  |
| 3  | RAYTHEON CANADA                | WATERLOO     |           | N2J 4k6  |
| 4  | SIBERCORE TECHNOLOGIES INC     | KANATA       |           | K2K3C7   |
| 5  | BRECONRIDGE MANUFACTURING      | KANATA       |           | K2K1Y6   |
| 6  | DRS Technologies               | OTTAWA       |           |          |
| 7  | Optech Inc.                    | TORONTO      |           |          |
| 8  | Optech Inc.                    | TORONTO      |           |          |
| 9  | Optech Inc.                    | TORONTO      |           |          |
| 10 | Optech Inc.                    | TORONTO      |           |          |
| 11 | Optech Inc.                    | TORONTO      |           |          |
| 12 | Brooks Automation Software Corp. | VANCOUVER  |           |          |
| 13 | Optech Inc.                    | TORONTO      |           |          |
| 14 | Optech Inc.                    | TORONTO      |           |          |
| 15 | Optech Inc.                    | TORONTO      |           |          |
| 16 | National Research Council      | OTTAWA       |           |          |
| 17 | National Research Council      | OTTAWA       |           |          |
| 18 | National Research Council      | OTTAWA       |           |          |
| 19 | Optech Inc.                    | TORONTO      |           |          |
| 20 | Optech Inc.                    | TORONTO      |           |          |
| 21 | National Research Council      | OTTAWA       |           |          |
| 22 | National Research Council      | OTTAWA       |           |          |
| 23 | Brooks Automation Software Corp. | VANCOUVER  |           |          |
| 24 | Optech Inc.                    | TORONTO      |           |          |
| 25 | Optech Inc.                    | TORONTO      |           |          |
| 26 | National Research Council      | OTTAWA       |           |          |
| 27 | MacDonald Dettwiler            | VANCOUVER    |           |          |
| 28 | Optech Inc.                    | TORONTO      |           |          |
| 29 | Optech Inc.                    | TORONTO      |           |          |
| 30 | Optech Inc.                    | TORONTO      |           |          |
| 31 | Optech Inc.                    | TORONTO      |           |          |
| 32 | RADICAL HORIZON INC.           | MONTREAL     |           | H3K1G6   |
| 33 | Optech Inc.                    | TORONTO      |           |          |
| 34 | Raute Wood Ltd.                | VANCOUVER    |           |          |
| 35 | RAYTHEON CANADA                | WATERLOO     |           | N2J 4k6  |
| 36 | E-ONE MOLI ENERGY              | MAPLE RIDGE  |           | V2X-9E7  |
| 37 | COE Newnes/McGehee ULC.        | VANCOUVER    |           |          |
| 38 | DEPARTMENT OF NATIONAL DEFENSE | VICTORIA     |           | V9A-7N2  |
| 39 | E-ONE MOLI ENERGY              | MAPLE RIDGE  |           | V2X 9E7  |
| 40 | ACTRONIX ANTRUM INC            | PICKERING    |           | L1W 4A5  |
| 41 | CAE ELECTRONICS                | ST LAURENT   |           | NAH4L4X4 |
| 42 | CAE ELECTRONICS                | ST LAURENT   |           | NAH4L4X4 |
| 43 | CAE ELECTRONICS                | ST LAURENT   |           | NAH4L4X4 |
| 44 | CAE ELECTRONICS                | ST LAURENT   |           | NAH4L4X4 |
| 45 | SOFTAC Systems Ltd.            | VANCOUVER    |           |          |
| 46 | SITA INC CANADA INC            | BURLINGTON   |           | L7N 2G1  |
| 47 | SITA INC CANADA INC            | BURLINGTON   |           | L7N 2G1  |
| 48 | RAYTHEON CANADA                | WATERLOO     |           | N2J 4k6  |
| 49 | RADICAL HORIZON INC.           | MONTREAL     |           | H3K1G6   |
| 50 | INTERACTIVE CIRCUITS           | GLOUCESTER   |           | K1J 9G2  |
| 51 | INTERACTIVE CIRCUITS           | GLOUCESTER   |           | K1J 9G2  |
| 52 | Optech Inc.                    | Toronto      |           |          |
| 53 | Optech Inc.                    | Toronto      |           |          |

MCG004990

JSquared CAN data.xls                                                                 Sheet1

| | J | K | L |
|---|---|---|---|
| 1 | End Province | End Country | Distributor Invoice |
| 2 | ON | CA | K7960001119168 |
| 3 | ON | CA | K7960001119169 |
| 4 | ON | CA | 8143646002 |
| 5 | ON | CA | 8175147001 |
| 6 | ON | CA | PETRA SBC, FX,32MHZ,16MB,2SIO: DRS #900851-1 |
| 7 | ON | CA | 60MHZ 68060 SBC cw 16MB Mem , |
| 8 | ON | CA | 60MHZ 060 SBC cw 16MB SDRAM, |
| 9 | ON | CA | MCP750-1352 SBC cw Conformal Coating |
| 10 | ON | CA | 60MHZ 68060 SBC cw 16MB Mem , |
| 11 | ON | CA | 60MHZ 060 SBC cw 16MB SDRAM, |
| 12 | BC | CA | PETRA SBC, FX,32MHZ,16MB,2SIO |
| 13 | ON | CA | 60MHZ 68060 SBC cw 16MB Mem , |
| 14 | ON | CA | 60MHZ 060 SBC cw 16MB SDRAM, |
| 15 | ON | CA | P2 Adapter for MVME712 |
| 16 | ON | CA | Rear I/O PMC Module cw UWSCSI |
| 17 | ON | CA | MPC7410-400MHZ SBC cw256MB ECC SDRAM/SCANBE FP |
| 18 | ON | CA | P2 SCSI Transition Board |
| 19 | ON | CA | 60MHZ 68060 SBC w 16MB,2 SIO,4 DMA IP,SCSI,ENET |
| 20 | ON | CA | 60MHZ 060 SBC cw 128MB SDRAM,SCSI and Ethernet |
| 21 | ON | CA | MPC7410-400MHZ SBC cw256MB ECC SDRAM/SCANBE FP |
| 22 | ON | CA | P2 SCSI Transition Board |
| 23 | BC | CA | PETRA SBC, FX,32MHZ,16MB,2SIO |
| 24 | ON | CA | 60MHZ 060 SBC cw 16MB SDRAM, |
| 25 | ON | CA | P2 Adapter for MVME712 |
| 26 | ON | CA | MPC7410-400MHZ SBC cw256MB ECC SDRAM/SCANBE FP |
| 27 | BC | CA | MPC7410-400MHZ SBC with 512MB |
| 28 | ON | CA | 60MHZ 68060 cw 16MB Mem ,2SIO,4DMA IP, SCSI, ENET |
| 29 | ON | CA | 60MHZ 060 SBC cw 16MB SDRAM,SCSI & ENET |
| 30 | ON | CA | P2 Adapter for MVME712 |
| 31 | ON | CA | P2 Adapter for MVME712 |
| 32 | QC | CA | 8553651001 |
| 33 | ON | CA | Transition Module for MCP750 |
| 34 | BC | CA | PETRA SBC, FX,32MHZ,16MB,2SIO |
| 35 | ON | CA | K7960001139602 |
| 36 | BC | CA | K7960001139953 |
| 37 | BC | CA | INV0000248 |
| 38 | BC | CA | K7960001139662 |
| 39 | BC | CA | K7960001143094 |
| 40 | ON | CA | K7960001143199 |
| 41 | PQ | CA | 8985335002 |
| 42 | PQ | CA | 8985335004 |
| 43 | PQ | CA | 8986191001 |
| 44 | PQ | CA | 8986191003 |
| 45 | BC | CA | INV0000278 |
| 46 | ON | CA | K7960001146988 |
| 47 | ON | CA | K7960001147072 |
| 48 | ON | CA | K7960001147508 |
| 49 | QC | CA | 9197517001 |
| 50 | ON | CA | K7960001151413 |
| 51 | ON | CA | K7960001151413 |
| 52 | ON | CA | INV0000314 |
| 53 | ON | CA | INV0000320 |

MCG004991

JSquared CAN data.xls                                                                 Sheet1

|    | M                    | N                | O                  | P          |
|----|----------------------|------------------|--------------------|------------|
|    |                      | Quantity Shipped | Ext. Broken Price  | Commission |
| 1  | Item Number          |                  |                    |            |
| 2  | MVME167PA-36SE       | (3)              | (12,589)           | (629)      |
| 3  | MVME167PA-36SE       | 3                | 12,589             | 629        |
| 4  | PPMCBASE-001         | 1                | 627                | 31         |
| 5  | CPX1204ACHAS         | 3                | 3,015              | 151        |
| 6  | MVME162PA-344SE-DRS  | 2                | 3,662              | 183        |
| 7  | MVME172P-644SE       | -                | -                  | -          |
| 8  | MVME177P-64SE        | -                | -                  | -          |
| 9  | MCP750-1352-CCOAT    | 1                | 2,771              | 139        |
| 10 | MVME172P-644SE       | 1                | 1,947              | 97         |
| 11 | MVME177P-64SE        | 1                | 4,709              | 235        |
| 12 | MVME162PA-344SE      | 1                | 1,831              | 92         |
| 13 | MVME172P-644SE       | 1                | 1,947              | 97         |
| 14 | MVME177P-64SE        | -                | -                  | -          |
| 15 | MVME712P2            | -                | -                  | -          |
| 16 | IPMC761-001          | 3                | 849                | 42         |
| 17 | MVME5110-2161        | -                | -                  | -          |
| 18 | MVME761P2-011        | -                | -                  | -          |
| 19 | MVME172PA-644SE      | 1                | 2,246              | 112        |
| 20 | MVME177PA-67SE       | 1                | 4,496              | 225        |
| 21 | MVME5110-2161        | -                | -                  | -          |
| 22 | MVME761P2-011        | 3                | 348                | 17         |
| 23 | MVME162PA-344SE      | 5                | 9,155              | 458        |
| 24 | MVME177P-64SE        | -                | -                  | -          |
| 25 | MVME712P2            | 1                | 114                | 6          |
| 26 | MVME5110-2161        | 3                | 6,738              | 337        |
| 27 | MVME5110-2163        | 2                | 3,774              | 189        |
| 28 | MVME172P-644SE       | 2                | 3,894              | 195        |
| 29 | MVME177P-64SE        | -                | -                  | -          |
| 30 | MVME712P2            | 2                | 228                | 11         |
| 31 | MVME712P2            | 2                | 228                | 11         |
| 32 | CPV8540B             | 2                | 593                | 30         |
| 33 | TMCP700-001          | 1                | 259                | 13         |
| 34 | MVME162PA-344SE      | 1                | 1,831              | 92         |
| 35 | MVME761-001          | 6                | 1,304              | 65         |
| 36 | MVME162P-242LE       | 2                | 3,522              | 176        |
| 37 | MVME5100-0163        | 2                | 3,774              | 189        |
| 38 | PCI-C6600S4-2-67-167 | 1                | 3,382              | 169        |
| 39 | MVME162P-242E        | 2                | 3,270              | 163        |
| 40 | CPX8200SMTCBL1       | 2                | 218                | 11         |
| 41 | MVME761-001          | 1                | 217                | 11         |
| 42 | MVME761-001          | 1                | 217                | 11         |
| 43 | MVME2604-3361        | 1                | 2,832              | 142        |
| 44 | MVME2604-3361        | 1                | 2,832              | 142        |
| 45 | MVME162PA-344        | 1                | 1,831              | 92         |
| 46 | PRPMC800-1269        | 2                | 2,993              | 150        |
| 47 | PRPMC800-1169        | 1                | 1,159              | 58         |
| 48 | MVME2700-3361        | 6                | 13,211             | 661        |
| 49 | CPV8540B             | 1                | 296                | 15         |
| 50 | IPMC761-001          | 1                | 274                | 14         |
| 51 | MVME5110-2163        | 1                | 1,887              | 94         |
| 52 | MVME177P-64SE        | 1                | 4,709              | 235        |
| 53 | MCP750-1352          | 1                | 2,771              | 139        |

MCG004992

JSquared CAN data.xls

Sheet1

| | Q | R | S |
|---|---|---|---|
| 1 | Paydate | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | 3/14/2003 | | |
| 6 | 4/23/2003 | | |
| 7 | 4/23/2003 | | |
| 8 | 4/23/2003 | | |
| 9 | 4/23/2003 | | |
| 10 | 4/23/2003 | | |
| 11 | 4/23/2003 | | |
| 12 | 4/23/2003 | | |
| 13 | 4/23/2003 | | |
| 14 | 4/23/2003 | | |
| 15 | 4/23/2003 | | |
| 16 | 4/23/2003 | | |
| 17 | 4/23/2003 | | |
| 18 | 4/23/2003 | | |
| 19 | 4/23/2003 | | |
| 20 | 4/23/2003 | | |
| 21 | 4/23/2003 | | |
| 22 | 4/23/2003 | | |
| 23 | 4/23/2003 | | |
| 24 | 4/23/2003 | | |
| 25 | 4/23/2003 | | |
| 26 | 4/23/2003 | | |
| 27 | 4/23/2003 | | |
| 28 | 4/23/2003 | | |
| 29 | 4/23/2003 | | |
| 30 | 4/23/2003 | | |
| 31 | 4/23/2003 | | |
| 32 | 4/23/2003 | | |
| 33 | 5/28/2003 | | |
| 34 | 5/28/2003 | | |
| 35 | 5/28/2003 | | |
| 36 | 5/28/2003 | | |
| 37 | 5/28/2003 | | |
| 38 | 6/25/2003 | | |
| 39 | 6/25/2003 | | |
| 40 | 6/25/2003 | | |
| 41 | 6/25/2003 | | |
| 42 | 6/25/2003 | | |
| 43 | 6/25/2003 | | |
| 44 | 6/25/2003 | | |
| 45 | 6/25/2003 | | |
| 46 | 7/23/2003 | | |
| 47 | 7/23/2003 | | |
| 48 | 7/23/2003 | | |
| 49 | 7/23/2003 | | |
| 50 | 7/23/2003 | | |
| 51 | 7/23/2003 | | |
| 52 | 7/23/2003 | | |
| 53 | 7/23/2003 | | |

5 of 16

MCG004993

```
From: Whitfield Lisa-MCX1611
Sent: 7/18/2003 1:06:14 PM (Pacific Time)
To: 'sblomme@jspuared.com'; 'iwellman@jsquared.com'
CC: Robinson Dennis-BLUW119; Watts Marc-BLUW124
Attachments: data to JSquared NW.xls, Whitfield Lisa-MCX1611.vcf
Subject: data to JSquared NW.xls
```

Attached is the detail of your May03 Commissions of $6713.41 which we have requested to be processed no later than 7/23. I am sending this data to you as you were listed as the Receivables contact on the Vendor set up form submitted to us. If I should send this to someone else, please let me know.

Thank You,
Lisa Whitfield
Motorola Computer Group
Finance-DW104
2900 S Diablo Way
Tempe, AZ  85282
602-438-3496p
602-437-6273f

MCG016983

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Shipment Date | Fiscal Month | Disty | Branch Code | End Customer Code |
| 2 | 4/8/2003 | 2003-04 | Arrow | AAPTD | 000071891A |
| 3 | 4/9/2003 | 2003-04 | Arrow | AAPTD | 000071891A |
| 4 | 4/10/2003 | 2003-04 | Arrow | AAPTD | 000071891A |
| 5 | 4/10/2003 | 2003-04 | Arrow | AAPTD | 000071891A |
| 6 | 4/4/2003 | 2003-04 | Arrow | AASEA | 105020741 |
| 7 | 4/15/2003 | 2003-04 | Arrow | AASEA | 970000358A |
| 8 | 4/23/2003 | 2003-04 | Avnet | HHRED | K70708885002 |
| 9 | 4/24/2003 | 2003-04 | Avnet | HHRED | K70708885002 |
| 10 | 4/16/2003 | 2003-04 | Avnet | HHRED | K70709067037 |
| 11 | 5/7/2003 | 2003-05 | Arrow | AASEA | 7728 |
| 12 | 5/20/2003 | 2003-05 | Arrow | AASEA | 7728 |
| 13 | 5/13/2003 | 2003-05 | Arrow | AAPTD | 000071891A |
| 14 | 5/13/2003 | 2003-05 | Arrow | AAPTD | 000071891A |
| 15 | 5/23/2003 | 2003-05 | Arrow | AAPTD | 000071891A |
| 16 | 5/23/2003 | 2003-05 | Arrow | AAPTD | 000071891A |
| 17 | 5/23/2003 | 2003-05 | Arrow | AAPTD | 000071891A |
| 18 | 5/13/2003 | 2003-05 | Arrow | AASEA | 006014564M |
| 19 | 5/20/2003 | 2003-05 | Arrow | AASEA | 006014564M |
| 20 | 5/22/2003 | 2003-05 | Arrow | AASEA | 006014564M |
| 21 | 5/13/2003 | 2003-05 | Arrow | AASEA | 36001637 |
| 22 | 4/28/2003 | 2003-05 | Arrow | AASEA | 105020741 |
| 23 | 5/20/2003 | 2003-05 | Arrow | AASEA | 105020741 |
| 24 | 5/15/2003 | 2003-05 | Arrow | AASEA | 970302785A |
| 25 | 4/30/2003 | 2003-05 | Avnet | HHRED | K70708885002 |
| 26 | 5/20/2003 | 2003-05 | Avnet | HHSOL | K76202263003 |
| 27 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 28 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 29 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 30 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 31 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 32 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 33 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 34 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 35 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 36 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 37 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 38 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 39 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 40 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 41 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 42 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 43 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 44 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 45 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 46 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 47 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 48 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 49 | 4/30/2003 | 2003-05 | | | G101629305168 |
| 50 | 4/30/2003 | 2003-05 | | | G101629305168 |

MCG016984

| | F | G | H | I | J |
|---|---|---|---|---|---|
| 1 | End Cust. Name | End City | End State | End Zip | End Province |
| 2 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 3 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 4 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 5 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 6 | BOEING COMMERCIAL AIRPLANE | SEATTLE | WA | 98108 | |
| 7 | UNIVERSITY OF WASHINGTON | SEATTLE | WA | 98195 | |
| 8 | ZETEC INC | ISSAQUAH | WA | 98027 | |
| 9 | ZETEC INC | ISSAQUAH | WA | 98027 | |
| 10 | SUPPLY OFFICER | KEYPORT | WA | 98345 | |
| 11 | SAVOIA AERO | SEATTLE | WA | 98115 | |
| 12 | SAVOIA AERO | SEATTLE | WA | 98115 | |
| 13 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 14 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 15 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 16 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 17 | COE MANUFACTURING | TIGARD | OR | 97223 | |
| 18 | USNR | WOODLAND | WA | 98674 | |
| 19 | USNR | WOODLAND | WA | 98674 | |
| 20 | USNR | WOODLAND | WA | 98674 | |
| 21 | BALLARD TECHNOLOGY | EVERETT | WA | 98201 | |
| 22 | BOEING COMMERCIAL AIRPLANE | SEATTLE | WA | 98108 | |
| 23 | BOEING COMMERCIAL AIRPLANE | SEATTLE | WA | 98108 | |
| 24 | ZETECH | ISSAQUAH | WA | 98027 | |
| 25 | ZETEC INC | ISSAQUAH | WA | 98027 | |
| 26 | LOCKHEED MARTIN | MOUNTAIN HOME | ID | 83648 | |
| 27 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 28 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 29 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 30 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 31 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 32 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 33 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 34 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 35 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 36 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 37 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 38 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 39 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 40 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 41 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 42 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 43 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 44 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 45 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 46 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 47 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 48 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 49 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |
| 50 | AIR | AIRBIQUITY | BAINBRIDGE ISLAND | WA | 98110 |

MCG016985

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 1 | End Country | Distributor Invoice | Item Number | Quantity Shipped | Ext. Broken Price |
| 2 | US | 8938427001 | MVME162PA-344SE | 1 | 2,246.25 |
| 3 | US | 8956149001 | MVME162PA-344SE | 3 | 6,738.75 |
| 4 | US | 8963874001 | MVME162PA-344SE | 1 | 2,246.25 |
| 5 | US | 8968734001 | MVME162PA-344SE | 4 | 8,985.00 |
| 6 | US | 8919295001 | MVME5110-2263 | 2 | 4,025.70 |
| 7 | US | 9002316001 | MVME2304-0123 | 5 | 11,072.25 |
| 8 | US | K7960001145850 | MVME2304-900 | 4 | 6,791.40 |
| 9 | US | K7960001146249 | MVME761-001 | 24 | 5,216.40 |
| 10 | US | K7960001144496 | MVME761-011 | 2 | 434.7 |
| 11 | US | 9184537001 | MVME5110-2263 | 10 | 20,128.50 |
| 12 | US | 9288477002 | MVME162PA-344SE | 2 | 4,492.50 |
| 13 | US | 9231660001 | MVME162PA-344SE | 12 | 26,955.00 |
| 14 | US | 9231767001 | MVME162PA-344SE | 2 | 4,492.50 |
| 15 | US | 9320795001 | MVME712P2 | 9 | 992.25 |
| 16 | US | 9320795002 | MVME712P2 | 4 | 441 |
| 17 | US | 9322699002 | MVME712P2 | 7 | 771.75 |
| 18 | US | 9231733001 | MVME162PA-344SE | 3 | 6,738.75 |
| 19 | US | 9288488001 | MVME162PA-344SE | 2 | 4,492.50 |
| 20 | US | 9307595001 | MVME162PA-344SE | 1 | 2,246.25 |
| 21 | US | 9227109001 | MVME162PA-344SE | 2 | 4,492.50 |
| 22 | US | 9095749001 | MVME5110-2263 | 6 | 12,077.10 |
| 23 | US | 9286690001 | MVME5110-2263 | 4 | 8,051.40 |
| 24 | US | 9253350001 | MVME2434-1 | 4 | 10,924.20 |
| 25 | US | K7960001147501 | MVME2304-900 | 6 | 10,187.10 |
| 26 | US | K7960001151331 | MVME2700-3461 | 1 | 2,516.85 |
| 27 | | 103017117 | 5051 | 1 | - |
| 28 | | 103017117 | CPTM-04-F | 1 | 345 |
| 29 | | 103017117 | CPV5370-700-06-F | 1 | 4,095 |
| 30 | | 103017117 | CPX1200AC2DIST-F | 1 | 70 |
| 31 | | 103017117 | CPX1200AC2PSFN-F | 1 | 365 |
| 32 | | 103017117 | CPX1200ALRMFNA-F | 1 | 395 |
| 33 | | 103017117 | CPX1200FCC-F | 1 | - |
| 34 | | 103017117 | CPX1205TACHAS | 1 | 1,395 |
| 35 | | 103017117 | CPXBAFFRNT-F | 1 | - |
| 36 | | 103017117 | CPXFP-F | 10 | 150 |
| 37 | | 103017117 | INTELINTEGRATION-F | 1 | - |
| 38 | | 103017117 | WIN2000P | 1 | 319 |
| 39 | | 103017118 | 5051 | 1 | - |
| 40 | | 103017118 | CPTM-04-F | 1 | 345 |
| 41 | | 103017118 | CPV5370-700-06-F | 1 | 4,095 |
| 42 | | 103017118 | CPX1200AC2DIST-F | 1 | 70 |
| 43 | | 103017118 | CPX1200AC2PSFN-F | 1 | 365 |
| 44 | | 103017118 | CPX1200ALRMFNA-F | 1 | 395 |
| 45 | | 103017118 | CPX1200FCC-F | 1 | - |
| 46 | | 103017118 | CPX1205TACHAS | 1 | 1,395 |
| 47 | | 103017118 | CPXBAFFRNT-F | 1 | - |
| 48 | | 103017118 | CPXFP-F | 10 | 150 |
| 49 | | 103017118 | INTELINTEGRATION-F | 1 | - |
| 50 | | 103017118 | WIN2000P | 1 | 319 |

MCG016986

|    | P          | Q   | R            | S                     | T     |
|----|------------|-----|--------------|-----------------------|-------|
| 1  | Commission | PD  | Comm Payable | Paydate-no later than |       |
| 2  | 112        |     |              | 6/25/2003             |       |
| 3  | 337        |     |              | 6/25/2003             |       |
| 4  | 112        |     |              | 6/25/2003             |       |
| 5  | 449        |     |              | 6/25/2003             |       |
| 6  | 201        |     |              | 6/25/2003             |       |
| 7  | 554        |     |              | 6/25/2003             |       |
| 8  | 340        |     |              | 6/25/2003             |       |
| 9  | 261        |     |              | 6/25/2003             |       |
| 10 | 22         |     |              | 6/25/2003             | 2,388 |
| 11 | 1,006      |     |              | 7/23/2003             |       |
| 12 | 225        |     |              | 7/23/2003             |       |
| 13 | 1,348      |     |              | 7/23/2003             |       |
| 14 | 225        |     |              | 7/23/2003             |       |
| 15 | 50         |     |              | 7/23/2003             |       |
| 16 | 22         |     |              | 7/23/2003             |       |
| 17 | 39         |     |              | 7/23/2003             |       |
| 18 | 337        |     |              | 7/23/2003             |       |
| 19 | 225        |     |              | 7/23/2003             |       |
| 20 | 112        |     |              | 7/23/2003             |       |
| 21 | 225        |     |              | 7/23/2003             |       |
| 22 | 604        |     |              | 7/23/2003             |       |
| 23 | 403        |     |              | 7/23/2003             |       |
| 24 | 546        |     |              | 7/23/2003             |       |
| 25 | 509        |     |              | 7/23/2003             |       |
| 26 | 126        |     |              | 7/23/2003             |       |
| 27 | -          |     |              | 7/23/2003             |       |
| 28 | 17         |     |              | 7/23/2003             |       |
| 29 | 205        |     |              | 7/23/2003             |       |
| 30 | 4          |     |              | 7/23/2003             |       |
| 31 | 18         |     |              | 7/23/2003             |       |
| 32 | 20         |     |              | 7/23/2003             |       |
| 33 | -          |     |              | 7/23/2003             |       |
| 34 | 70         |     |              | 7/23/2003             |       |
| 35 | -          |     |              | 7/23/2003             |       |
| 36 | 8          |     |              | 7/23/2003             |       |
| 37 | -          |     |              | 7/23/2003             |       |
| 38 | 16         |     |              | 7/23/2003             |       |
| 39 | -          |     |              | 7/23/2003             |       |
| 40 | 17         |     |              | 7/23/2003             |       |
| 41 | 205        |     |              | 7/23/2003             |       |
| 42 | 4          |     |              | 7/23/2003             |       |
| 43 | 18         |     |              | 7/23/2003             |       |
| 44 | 20         |     |              | 7/23/2003             |       |
| 45 | -          |     |              | 7/23/2003             |       |
| 46 | 70         |     |              | 7/23/2003             |       |
| 47 | -          |     |              | 7/23/2003             |       |
| 48 | 8          |     |              | 7/23/2003             |       |
| 49 | -          |     |              | 7/23/2003             |       |
| 50 | 16         |     |              | 7/23/2003             | 6,713 |

MCG016987

**Cell:** S1
**Comment:** jblair:
  request date

MCG016988