# EXHIBIT
# No. 19

1719101_1.DOC

**EXCERPT FROM MOTOROLA'S PRIVILEGE LOGS DETAILING:**

1. **THE SPREADSHEETS IDENTIFIED IN PLAINTIFFS' EXHIBIT I; AND**
2. **THE ATTORNEY-CLIENT COMMUNICATIONS (E-MAILS) TO WHICH THEY ARE ATTACHED.**

Identification of Senders/Recipients:

Michael Annes, Esq., Attorney, Motorola Legal Department

John Garner, Esq., Attorney, Motorola Legal Department

Jeff Moran, Esq., Attorney, Motorola Legal Department

Amy Hardy, Esq., Attorney, Motorola Legal Department

Barry Medintz, Esq., Attorney, Motorola Legal Department

Randy Papetti, Esq., Attorney, Lewis and Roca, LLP

Cory Talbot, Esq., Attorney, Lewis and Roca, LLP

Emily Cates, Esq., Attorney, Lewis and Roca, LLP

Kam Pebler, Paralegal, Lewis and Roca, LLP

| DOCUMENT NO. | DATE | TIME | DESCRIPTION | PRIVILEGE | STATUS | PRODUCTION LOG DATE |
|---|---|---|---|---|---|---|
| MCG000794-0795 | 01/28/04 | 1:24 p.m. | Email from Michael Annes to John Garner re: Manufacturer Reps - next steps | Attorney/Client | Withheld | 11/21/05 |
| MCG000796-0996 | Undated | | MR 2004 projection with new analysis perf criteria1.xls prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MCG001925 | 1/28/2004 | 12:00 p.m. | Email from Julie Blair to John Garner, David Bendsted, Nina Guibor, Kim Crawford, Steve Machernis, Kevin Parslow, Michael Annes, Janie Nevarez Re: Manufacturer Reps - next steps | Attorney/Client | Withheld | 11/21/05 |
| MCG001926-2125 | Undated | | MR 2004 projection with new analysis perf criteria1.xls prepared at request of counsel | Work Product | Withheld | 11/21/05 |
| MCG002456-2457 | 01/22/04 | 5:36 p.m. | Email from Julie Blair to Kevin Parslow, Steven Machernis, Kim Crawford cc: Nina Guibor, David Bensted, John Garner Re: MR Financial Analysis & Performance Data Request | Attorney/Client | Withheld | 11/21/05 |
| MCG002458-2653 | Undated | | Excel MR 2004 projection with new analysis perf criteria.xls created at direction of counsel | Work Product | Withheld | 11/21/05 |

| DOCUMENT NO. | DATE | TIME | DESCRIPTION | PRIVILEGE | STATUS | PRODUCTION LOG DATE |
|---|---|---|---|---|---|---|
| MCG002760-2771 | 02/02/04 | 5:50 p.m. | Email from Julie Blair to John Garner, David Bensted, Kim Crawford, Nina Guibor, Steven Machernis, Kevin Parslow cc: Michael Annes, Randy Papetti Re: Manufacturer Reps - next steps | Attorney/Client | Withheld | 11/21/05 |
| MCG002772-2971 | Undated | | MR 2004 projection with new analysis perf criteria.xls created at direction of counsel | Work Product | Withheld | 11/21/05 |
| MCG003189-3194 | 02/01/03 | 10:11 p.m. | Email from Kim Crawford to David Benstad, Julie Blair, Kim Crawford, Nina Guibor, Steve Machernis, Kevin Parslow, John Garner cc: Michael Annes, Randy Papetti Re: Crawford Inputs - Manufacturer Reps | Attorney/Client | Withheld | 11/21/05 |
| MCG003195-3386 | Undated | | MR 2004 projection with new analysis perf criteria.xls created at direction of counsel | Work Product | Withheld | 11/21/05 |
| MCG003611 | 02/06/04 | 5:07 p.m. | Email from Steven Machernis to Randy Papetti cc: David Bensted, Julie Blair, John Garner Re: RT Technologies Performance Analysis | Attorney/Client | Withheld | 11/21/05 |
| MCG003612-3821 | Undated | | MR 2004 projection with new analysis perf criteria.xls prepared at direction of counsel | Work Product | Withheld | 11/21/05 |
| MCG005096 | 08/10/04 | 9:16 a.m. | Email from Julie Blair to Steven Machernis cc: Randy Papetti, Tom Nallen Re: June MR commissions computed | Attorney/Client | Withheld | 11/21/05 |
| MCG006222-6437 | 03/23/04 | | MR 2004 projection with new analysis perf criteria.xls prepared at direction of counsel | Work Product | Withheld | 11/21/05 |
| MOT 00861 | 01/22/04 | 4:09 p.m. | E-mail from Julie Blair to David Bensted, John Garner re MR Summary Info. XLS – updated | Attorney/client | Withheld | 07/06/05 |
| MOT 00862 | Undated | | Spreadsheet of MR Summary Info. | Work product | Withheld | 07/06/05 |

2

| DOCUMENT NO. | DATE | TIME | DESCRIPTION | PRIVILEGE | STATUS | PRODUCTION LOG DATE |
|---|---|---|---|---|---|---|
| MOT 00864 | 01/22/04 | 4:36 p.m. | E-mail from Julie Blair to Julie Blair, Kevin Parslow, Steven Machernis, Kim Crawford, cc Nina Guibor, David Bensted, John Garner re MR Financial Analysis and performance Data Request | Attorney/client | Withheld | 07/06/05 |
| MOT 00865-878 | Undated | | MR 2004 Projection with new analysis per criteria - XLS | Work product | Withheld | 07/06/05 |
| MOT 00879 | 01/22/04 | 4:36 p.m. | E-mail from Julie Blair to Julie Blair, Kevin Parslow, Steven Machernis, Kim Crawford cc Nina Guibor, David Bensted, John Garner re MR Financial Analysis and Performance Data Request | Attorney/client | Withheld | 07/06/05 |
| MOT 00880-893 | Undated | | MR 2004 Projection with New Analysis Perf. Criteria – XLS | Work product | Withheld | 07/06/05 |
| MOT 00896-897 | 01/23/04 | 8:48 a.m. | E-mail string from Julie Blair to John Garner cc David Bensted, Michael Annes, Kevin Parslow, Nina Guibor, Kim Crawford, Steven Machernis re: Manufacturer's Rep. Agreement | Attorney/client | Withheld | 07/06/05 |
| MOT 00898 | Undated | | MR Summary Info. – XLS | Work product | Withheld | 07/06/05 |
| MOT 00908 | 01/28/04 | 11:00 a.m. | E-mail from Julie Blair to John Garner cc David Bensted, Nina Guibor, Kim Crawford, Steven Machernis, Kevin Parslow, Michael Annes, Janie Nevarez re Manufacturer's Rep's – Next Steps | Attorney/client | Withheld | 07/06/05 |
| MOT 00909-922 | Undated | | MR 2004 Projection with New Analysis Perf. Criteria 1-XLS | Work product | Withheld | 07/06/05 |
| MOT 00934-937 | 02/01/04 | 10:11 p.m. | E-mail string from Kim Crawford to John Garner, David Bensted, Julie Blair, Nina Guibor, Steven Machernis, Kevin Parslow, cc Michael Annes, Randy Papetti re Crawford input – Manufacturer Rep | Attorney/client | Withheld | 07/06/05 |

3

| CONTROL NO. | DATE | TIME | DESCRIPTION | PRIVILEGE | STATUS | PRODUCTION LOG DATE |
|---|---|---|---|---|---|---|
| MOT 00938-956 | Undated | | Crawford MR 2004 Projection with New Analysis Perf. Criteria – XLS | Work product | Withheld | 07/06/05 |
| MOT 00961-965 | 02/02/04 | 4:50 p.m. | E-mail string from Julie Blair to John Garner, David Bensted, Kim Crawford, Nina Guibor, Steven Machernis, Kevin Parslow, cc Michael Annes, Randy Papetti re Manufacturer Rep – Next Steps | Attorney/client | Withheld | 07/06/05 |
| MOT 00966-983 | Undated | | Manufacturer Rep Data for 2004 (MR 20041.XLS) | Work product | Withheld | 07/06/05 |
| MOT 02169 | 08/27/04 | 3:42 p.m. | E-mail string from John Garner to Michael Annes Re: C&S – Clark Conversation | Attorney/client | Withheld | 07/06/05 |
| MOT 01622-1633 | Undated | | Workbook MR 2004 project with new analysis perf criteria.xls prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MOT 02913 – 02914 | 01/29/04 | 7:06 p.m. | E-mail string from John Garner to Randy Papetti cc: David Bensted; Michael Annes Re: Manufacturer Reps. – Next Steps | Attorney/Client | Withheld | 11/21/05 |
| MOT 02915 – 03114 | Undated | | Excel Spreadsheet - MR Projections prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MOT 03382 – 03387 | 02/01/04 | 10:11 p.m. | E-mail string from Kim Crawford to John Garner; David Bensted; Julie Blair; Nina Guibor; Steven Machernis; Kevin Parslow cc: Michael Annes & Randy Papetti Re: Crawford Inputs – Manufacturer Reps | Attorney/Client | Withheld | 11/21/05 |
| MOT 03388 – 03579 | Undated | | Excel Spreadsheet - - MR Projections prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MOTJ 01241 | 1/22/04 | 5:09 p.m. | Email to David Bensted and John Garner from Julie Blair re: MR_Summary_info.xls update | Attorney/Client Work Product | Withheld | 11/21/05 |
| MOTJ 01242 | 1/22/04 | | Spreadsheet MR-Summary_info.xls prepared at counsel's request | Work Product | Withheld | 11/21/05 |

4

| | | | DESCRIPTION | PRIVILEGE | STATUS | PRODUCTION LOG DATE |
|---|---|---|---|---|---|---|
| MOTJ 1243 | 1/22/04 | 5:36 p.m. | Email string to Julie Blair, Kevin Parslow, Steve Machernis, Kim Crawford, cc Nina Guibor, David Bensted, John Garner re: MR Financial Analysis & Performance Data Request | Attorney/Client Work Product | Withheld | 11/21/05 |
| MOTJ 01244-1253 | 1/22/04 | | Workbook re: MR 2004 projection with new analysis perf criteria.xls, Hi_Lo summary prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MOTJ 01316 | 1/23/04 | 9:49 a.m. | Email string to John Garner, cc David Bensted, Michael Annes, Kevin Parslow, Nina Guibor, Kim Crawford, Steve Machernis from Julie Blair re: Manufacturer's Rep Agreement Issues | Attorney/Client Work Product | Withheld | 11/21/05 |
| MOTJ 01317 | 1/26/04 | | Spreadsheet MR_Summary_info.xls prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MOTJ 01575-1581[1] | 2/3/04 | | Workbook MR 2004 projection with new analysis perf criteria.xls prepared at counsel's request with handwritten notes of counsel Randy Papetti | Work Product | Withheld | 11/21/05 |
| MOTJ 01650-1651 | 3/23/04 | 8:00 p.m. | Email string to Julie Blair, Kim Crawford, Steve Machernis, cc Dana Huth, John Garner, Tom Nallen from Randy Papetti re: Manuf Rep – Currant Action Status – Impact on Commissions | Attorney/Client Work Product | Withheld | 11/21/05 |
| MOTJ 01659 | Undated | | Spreadsheet Crawford MR 2004 projection with new analysis perf criteria.xls prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MOT 01661 | Undated | | Spreadsheet Crawford MR 2004 projection with new analysis perf criteria.xls prepared at counsel's request | Work Product | Withheld | 11/21/05 |

---

[1] MOTJ 01575-1581 contains hand-written notes from Mr. Randy Papetti, Motorola's litigation counsel.

5

| DOCUMENT | DATE | AUTHOR | DESCRIPTION | PRIVILEGE | STATUS | PRODUCTION LOG DATE |
|---|---|---|---|---|---|---|
| MOTJ 01664-1665 | Undated | | Spreadsheet MR 2004 projection.xls prepared at counsel's request | Work Product | Withheld | 11/21/05 |
| MOT 02512-02517[2] | Undated | | Spreadsheet depicting performance analysis | Unknown | Redacted | Produced on 7/6/05 and 11/09/05 |

---

[2] MOT 02512-02517 was produced in redacted form on 7/06/05 and in unredacted form on 11/09/05 and had been used by Plaintiffs at several depositions as Exhibit 20.