IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES (OREGON), INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 04-960-SLR <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Plaintiffs, J-Squared Technologies, Inc. and J-Squared Technologies (Oregon), Inc., respectfully request that the Court schedule oral argument on Plaintiffs' Motion to Compel (D.I. 76).

Dated: March 24, 2006

                                                       /s/ David A. Felice
                                                      Sean J. Bellew (#4072)
                                                      David A. Felice (#4090)
                                                      Cozen O'Connor
                                                      1201 North Market Street, Suite 1400
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 295-2000
                                                      Facsimile: (302) 295-2013
                                                        *Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

WILM1\34080\1

**CERTIFICATE OF SERVICE**

I, David A. Felice, Esquire, do hereby certify that on March 24, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>William W. Bowser
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

I further certify that on March 24, 2006, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

>Randy Papetti
>Cory Talbot
>Lewis and Roca LLP
>40 N. Central Avenue
>Phoenix, AZ 85004

>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>sbellew@cozen.com