IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation <br><br> Defendant. | C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Wendy Vittori, pursuant to Rule 30 of the Federal Rules of Civil Procedure on Thursday, April 13, 2006, beginning at 1:00 p.m. This deposition will take place at the offices of Lewis and Roca, 40 North Central Avenue, Phoenix, Arizona, before an officer authorized to take such deposition. The deposition shall continue from day to day until completed, and will be videotaped and simultaneously recorded by stenographic means.

Dated: April 6, 2006

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on April 6, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>William W. Bowser
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801

I further certify that on April 6, 2006, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

>Randy Papetti
>Cory Talbot
>Emily Cates
>Lewis and Roca LLP
>40 N. Central Avenue
>Phoenix, AZ 85004

>/s/ Sean J. Bellew
>Sean J. Bellew (No. 4072)

WILM1\34216\1153371.000