IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No.04-CV-960-SLR |
| v. | ) ) | |
| MOTOROLA, INC., a Delaware corporation. | ) ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION OF
<u>EMILY S. CATES, ESQUIRE, TO APPEAR *PRO HAC VICE*</u>**

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned counsel moves the admission *pro hac vice* of Emily S. Cates, Esquire, to represent Defendant Motorola in this matter.

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ William W. Bowser
                              William W. Bowser, Esquire (Bar I.D. 2239)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              P.O. Box 391
                              Wilmington, Delaware 19899-0391
                              Telephone: (302) 571-6601
                              Facsimile: (302) 576-3282
                              wbowser@ycst.com
                              Attorneys for Defendants

DATED:     April 7, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No.04-CV-960-SLR |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Emily S. Cates, Esquire, is GRANTED.

DATE:_____       _____
                                                                Judge Robinson

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARED TECHNOLOGIES, (OREGON) INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MOTOROLA, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 04-960-SLR |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Emily S. Cates (Arizona Bar #:022703)
LEWIS AND ROCA, L.L.P.
40 N. Central Avenue
Phoenix, Arizona 85004
Phone: (602) 262-5757
Fax: (602) 262-3927
ecates@lrlaw.com

DATED: April ___, 2006

1726287.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 7th day of April 2006, I electronically filed a true and correct copy of the foregoing **Motion and Order for Admission of Emily S. Cates, Esquire, to Appear *Pro Hac Vice*** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 7th day of March 2006, I mailed by United States Postal Service the foregoing **Motion and Order for Admission of Emily S. Cates, Esquire, to Appear *Pro Hac Vice*** to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
―――――――――――――――――――
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com