IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 04-960-SLR ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that a copy of the *Subpoena in a Civil Case* (a copy of which, along with proof of service, is attached hereto as Exhibit A) was served on April 7, 2006 upon the following entity calling for it to produce and permit inspection and copying of records on April 12, 2006:

Electronic Manufacturers Agents, Inc.
2104 West Ferry Way
Huntsville, AL 35801

Dated: April 10, 2006

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

WILM1\34264\1153371.000