IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>　　　　　Plaintiffs,<br>　　v.<br>MOTOROLA, INC., a Delaware corporation.<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>) |

## MOTOROLA'S SUPPLEMENTAL RESPONSE
## TO PLAINTIFFS' MOTION TO COMPEL

In their Reply Brief, Plaintiffs for the first time allege that "Motorola instruct[ed] its witnesses not to respond to questions eliciting factual information concerning performance under the Agreements." (Reply p. 11 ¶27). In response to this assertion, Motorola asks that the record include the following exhibits:

　　Exhibit 21:  Excerpts from deposition transcript of Mr. Dennis Robinson regarding performance beginning at: p. 72:15; p. 109:1; p. 214:7; and p. 326:22.

　　Exhibit 22:  Motorola's Response to JSO Interrogatory Nos. 1, 2, 3, 4, and 5 regarding performance, and Motorola's Supplemental Response to JSO Interrogatory Nos. 1, 2, and 3 regarding performance.

　　Exhibit 23:  Deposition Exhibit 73 regarding performance produced by Motorola.

　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　/s/ William W. Bowser
　　　　　　　　　　　William W. Bowser (Bar I.D. 2239)
　　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　　1000 West Street
　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　wbowser@ycst.com
　　　　　　　　　　　OF COUNSEL:  Randy Papetti, Richard A. Halloran,
　　　　　　　　　　　Cory A. Talbot, Emily S. Cates
　　　　　　　　　　　Lewis and Roca LLP
　　　　　　　　　　　40 N. Central Avenue, Phoenix, Arizona 85004
　　　　　　　　　　　Attorneys for Defendant

DATED:　　　April 13, 2006