IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian ) corporation, and J-SQUARE TECHNOLOGIES ) (OREGON) INC., an Oregon corporation, ) <br> Plaintiffs, ) <br> v. ) <br> MOTOROLA, INC., a Delaware corporation. ) <br> Defendant. ) | C.A. No. 04-CV-960-SLR |

# **EXHIBIT 23**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
wbowser@ycst.com
OF COUNSEL: Randy Papetti, Richard A. Halloran,
Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue, Phoenix, Arizona 85004
Attorneys for Defendant

DATED:    April 13, 2006

Page 1 of 2

## Tolene, Samantha

| | |
|---|---|
| **From:** | Robinson Dennis-BLUW119 [dennis.robinson@motorola.com] |
| **Sent:** | Thursday, January 29, 2004 12:22 AM |
| **To:** | Blair Julie-C17394 |
| **Cc:** | Crawford Kim-SCN105; Guibor Nina-Q10503 |
| **Subject:** | RE: mr performance data |
| **Attachments:** | ES West performance criteria.xls; J2NW performance criteria.xls |

I put in yearly cumulative numbers only as I do not have them broken out by quarter.

A separate spreadsheet is attached for J Squared and ES West.

Regards,

Dennis

-----Original Message-----
**From:** Blair Julie-C17394
**Sent:** Wednesday, January 28, 2004 9:11 AM
**To:** Robinson Dennis-BLUW119
**Cc:** Crawford Kim-SCN105
**Subject:** RE: mr performance data

thanks, I will be out of the office thurs and fri. Please cc Nina Guibor so she can update our master file. Thanks!

-----Original Message-----
**From:** Robinson Dennis-BLUW119
**Sent:** Wednesday, January 28, 2004 10:04 AM
**To:** Blair Julie-C17394
**Cc:** Crawford Kim-SCN105
**Subject:** RE: mr performance data

Hi Julie,

I am traveling now, and out of the hotel now. I will be able to re-connect late tonight. You should see an e-mail by then.

Thanks,

Dennis

-----Original Message-----
**From:** Blair Julie-C17394
**Sent:** Wednesday, January 28, 2004 8:37 AM
**To:** Robinson Dennis-BLUW119
**Subject:** mr performance data

Dennis, I understand Kim has already discussed needing your help filling in the blue sections. This is the performance criteria right from ES West and J2 NWs contracts, Exhibit 4. If you don't have the "by quarter" results, at least fill in the cumulative as of Jan04 in column H



EXHIBIT 73

MOTJ 01617

8/26/200?

73

| Performance Criteria per Exhibit 4 | 2003 Jun - Aug | | 2003 Sep - Nov | |
|---|---|---|---|---|
| | Goal | Actual | Goal | Actual |
| Uncommitted - cumulative | 2 | | 5 | |
| Uncommitted - per quarter | 0 | | 3 | |
| Committed - cumulative | 0 | | 1 | |
| Committed - per quarter | 0 | | 1 | |
| Design Wins - cumulative | 0 | | 0 | |
| Design Wins - per quarter | 0 | | 0 | |
| Total New Revenue - cumulative | 0 | | 50k | |
| Total New Revenue - per quarter | 0 | | 50k | |



A. In conjunction with MCG, participate/promote a minimum of 4 public seminars per year?
B. In conjunction with Motorola and/or its distributors, participate in a minimum of one Motorola-sponsored territory specific sales promotion per year.
C. Support Motorola's efforts at shows with promotion and personnel attendance.
D. Submit monthly account update reports on lead follow up, account calls and other pertinent activity.  yes
E. Insure all sales personnel receive a minimum of 24 hours of training on MCG products and services. This may include recorded webinars and/or live training presented by Motorola.  yes



Goal     Actual

Territory Revenue - to be achieved within 1 year from contract date         contract start through Nov03

MOTJ 01619

| 2003/2004 Dec - Feb | | 2004 Mar - May | | MADE GOAL? | |
|---|---|---|---|---|---|
| Goal | Actual | Goal | Actual | YES or NO | |
| 11 |  | 17 | 9 |  | the math doesn't work, but this is what's in the contract |
| 6 |  | 6 |  |  | the math doesn't work, but this is what's in the contract |
| 3 |  | 5 | 0 |  |  |
| 2 |  | 2 |  |  |  |
| 1 |  | 2 | 0 |  |  |
| 1 |  | 1 |  |  |  |
| 100k |  | 250k | $2,415,350 |  |  |
| 50k |  | 150k |  |  |  |

3                                                                YES

MOTJ 01620

| Performance Criteria per Exhibit 4 | 2003 Jun - Aug | | 2003 Sep - Nov | |
|---|---|---|---|---|
| | Goal | Actual | Goal | Actual |
| Uncommitted - cumulative | 2 | | 5 | |
| Uncommitted - per quarter | 0 | | 3 | |
| Committed - cumulative | 0 | | 1 | |
| Committed - per quarter | 0 | | 1 | |
| Design Wins - cumulative | 0 | | 0 | |
| Design Wins - per quarter | 0 | | 0 | |
| Total New Revenue - cumulative | 0 | | 50k | |
| Total New Revenue - per quarter | 0 | | 50k | |

A. In conjunction with MCG, participate/promote a minimum of 4 public seminars per year?

B. In conjunction with Motorola and/or its distributors, participate in a minimum of one Motorola-sponsored territory specifc sales promotion per year.

C. Support Motorola's efforts at shows with promotion and personnel attendance.

D. Submit monthly account update reports on lead follow up, account calls and other pertinent activity.

E. Insure all sales personnel receive a minimum of 24 hours of training on MCG products and services. This may include recorded webinars and/or live training presented by Motorola.



| | Goal | Actual | |
|---|---|---|---|
| Territory Revenue - to be achieved within 1 year from contract date | 1.464m | 2.5m | contract start through Nov03 |



| 2003/2004 Dec - Feb | | 2004 Mar - May | | MADE GOAL? | |
|---|---|---|---|---|---|
| Goal | Actual | Goal | Actual | YES or NO | |
| 11 | | 17 | 6 | | the math doesn't work, but this is what's in the contract |
| 6 | | 6 | | | the math doesn't work, but this is what's in the contract |
| 3 | | 5 | 6 | | |
| 2 | | 2 | | | |
| 1 | | 2 | 4.5 | | |
| 1 | | 1 | | | |
| 100k | | 250k | | | |
| 50k | | 150k | $2,135,000 | | |

YES

MOTJ 01622

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>     Plaintiffs,<br>    v.<br>MOTOROLA, INC., a Delaware corporation.<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 13th day of April 2006, I electronically filed a true and correct copy of the foregoing **Motorola's Supplemental Response to Plaintiffs' Motion to Compel and its Exhibits** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>David Allan Felice
>Cozen O'Connor
>Chase Manhattan Centre, 1201 North Market, Suite 1400
>Wilmington, DE 19801

I further certify that on this 13th day of March 2006, I mailed by United States Postal Service the foregoing **Motorola's Supplemental Response to Plaintiffs' Motion to Compel and its Exhibits** to the following non-registered participant:

>Kevin F. Berry
>Cozen O'Connor
>1900 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ William W. Bowser
>_____
>William W. Bowser, Esquire (Bar I.D. 2239)
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com