IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and<br><br>J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>MOTOROLA, INC., a Delaware corporation<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-960-SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that a copy of the *Subpoena in a Civil Action* (a copy of which, along with proof of service, is attached hereto as Exhibit "A") was served on the 6th day of April, 2006 upon the following entity calling for it to produce documents on April 13, 2006:

>Max Technical Sales
>2121 West Army Trail Road, Suite 112
>Addison, IL  60101

Dated: April 14, 2006

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
*Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on April 14, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

William W. Bowser, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Cory Talbot, Esquire
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
email:  dfelice@cozen.com