IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>                Plaintiffs,<br>v.<br>MOTOROLA, INC., a Delaware corporation,<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-CV-960-SLR<br>)<br>) |

**JOINT STIPULATION AND ORDER TO AMEND
MOTOROLA'S EXPERT REPORT DEADLINE**

The parties hereby stipulate and agree that the deadline for submission of Motorola, Inc.'s expert report is extended to April 27, 2006.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ William W. Bowser_
William W. Bowser (Bar I.D. 2239)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Richard A. Halloran, Cory A. Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

COZEN O'CONNOR

_/s/ David A. Felice_
Sean J. Bellew (Bar I.D. 4072)
David A. Felice (Bar I.D. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000; Facsimile: (302) 295-2013
OF COUNSEL:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Attorneys for Plaintiff

IT IS SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson

DB01:2078331 1            063528 1001