IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that a copy of the *Subpoena in a Civil Action* (a copy of which, along with proof of service, is attached hereto as Exhibit "A") was served on the 30th day of March, 2006 upon the following entity calling for it to produce documents on April 10, 2006:

Engineering Solutions – West
1400 Coleman Avenue, Suite 812
Santa Clara, CA 95050

Dated: April 21, 2006

                                        /s/ David A. Felice
                                        Sean J. Bellew (#4072)
                                        David A. Felice (#4090)
                                        Cozen O'Connor
                                        1201 North Market Street, Suite 1400
                                        Wilmington, DE 19801
                                        Telephone: (302) 295-2000
                                        Facsimile: (302) 295-2013
                                            *Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| William W. Bowser, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Cory Talbot, Esquire<br>Lewis and Roca LLP<br>40 N. Central Avenue<br>Phoenix, AZ 85004 |

                                                */s/ David A. Felice*
                                            David A. Felice (#4090)
                                            Cozen O'Connor
                                            1201 North Market Street, Suite 1400
                                            Wilmington, DE 19801
                                            Telephone: (302) 295-2000
                                            Facsimile: (302) 295-2013
                                            email: dfelice@cozen.com