IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., and <br> J-SQUARED TECHNOLOGIES (OREGON) INC., | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 04-960-SLR |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| MOTOROLA, INC., a Delaware corporation | ) <br> ) <br> ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, Plaintiffs J-Squared Technologies, Inc. and J-Squared Technologies (Oregon), Inc., having moved for a protective order in connection with the subpoena directed to GE Fanuc Automation, Inc.; and

WHEREAS, the Court having determined that good cause therefore;

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that the protective order is GRANTED and that Motorola only be permitted discovery of that information to which the parties have previously agreed.

_____
Chief Judge Sue L. Robinson