## **CERTIFICATION PURSUANT TO RULE 7.1.1**

Counsel for Plaintiffs consulted with counsel for Defendant pursuant to District of Delaware Local Rule 7.1.1 and determined that Defendant was not in a position to agree to the relief requested in the preceding Motion.

*David A Felice*
David A. Felice (#4090)
