## CERTIFICATION PURSUANT TO RULE 26(c)

Pursuant to Federal Rule of Civil Procedure 26(c), counsel for Plaintiffs certifies that it has conferred in good faith with counsel for Defendant and deponent GE Fanuc Automation, Inc. to resolve the preceding dispute without Court action; however, the parties were unable to resolve their outstanding disputes.

　　　　　　　　　　　　　　　　　　　　　　　　_David A. Felice_
　　　　　　　　　　　　　　　　　　　　　　　　David A. Felice (#4090)

WILM1\34459\1153371.000