IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>                Defendant. | )<br>)<br>)<br>)<br>) C.A. No.04-CV-960-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTOROLA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), Defendant Motorola, Inc., moves for summary judgment on all remaining counts. Motorola also moves for summary judgment regarding Plaintiffs' claims for reliance and lost profits damages. The grounds for this motion are set out in Motorola's Opening Brief in Support of Its Motion for Summary Judgment filed herewith.

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP
                            /s/ William W. Bowser
                            William W. Bowser (Bar I.D. 2239)
                            The Brandywine Building, 17th Floor
                            1000 West Street
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6601; Facsimile: (302) 576-3282
                            wbowser@ycst.com
                            OF COUNSEL:
                            Randy Papetti, Cory A. Talbot, Emily S. Cates
                            Lewis and Roca LLP
                            40 N. Central Avenue
                            Phoenix, Arizona 85004
                            Telephone: (602) 262-5311
                            Attorneys for Defendant

DATED:    May 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation. <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-CV-960-SLR |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 1st day of May 2006, I electronically filed a true and correct copy of the foregoing **Motorola's Motion for Summary Judgment** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 1st day of May 2006, I mailed by United States Postal Service the foregoing **Motorola's Motion for Summary Judgment** to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com