IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>            Defendant. | )<br>)<br>)<br>)<br>) C.A. No.04-CV-960-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTOROLA'S APPENDIX IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL PURSUANT TO D.I. 33

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
--------------------------------
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:     May 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br>         Plaintiffs, <br>     v. <br> MOTOROLA, INC., a Delaware corporation. <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 04-CV-960-SLR <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I, William W. Bowser, Esquire, hereby certify that on this 1st day of May 2006, I electronically filed a true and correct copy of the foregoing **Motorola's Appendix in Support of its Motion for Summary Judgment (Sealed)** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 1st day of May 2006, I mailed by United States Postal Service the foregoing **Motorola's Appendix in Support of its Motion for Summary Judgment (Sealed)** to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
───────────────────────────────
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com