IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and <br><br> J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation <br><br> Defendant. | C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Wendy Vittori, pursuant to Rule 30 of the Federal Rules of Civil Procedure on Monday, May 8, 2006, beginning at 11:00 a.m. This deposition will take place at the offices of Cozen O'Connor, 1201 North Market Street, Suite 1400, Wilmington, DE 19801, before an officer authorized to take such deposition. The deposition shall continue from day to day until completed, and will be videotaped and simultaneously recorded by stenographic means.

Dated: May 2, 2006

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000