## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> William W. Bowser
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

I further certify that on May 2, 2006, I did cause copies of the foregoing to be mailed via the United States Postal Service to the following non-registered participant:

> Randy Papetti
> Cory Talbot
> Emily Cates
> Lewis and Roca LLP
> 40 N. Central Avenue
> Phoenix, AZ 85004

/s/ Sean J. Bellew
Sean J. Bellew (No. 4072)