IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No.04-CV-960-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTOROLA'S APPENDIX IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

# REDACTED

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:     May 4, 2006

# TABLE OF CONTENTS

Manufacturer's Representative Agreement between Motorola Computer Group and J-Squared Technologies........................................................................... A1

Manufacturer's Representative Agreement between Motorola Computer Group and J-Squared Technologies (Oregon) Inc............................................................ A18

Letter from Huth to Gibson ................................................................................ A38

Kolasa e-mail dated October 7, 2002 .................................................................. A39

Redacted: Entirety of Document Confidential ..................................................... A-42

Redacted: Entirety of Document Confidential ..................................................... A-115

Redacted: Entirety of Document Confidential ..................................................... A-158

Redacted: Entirety of Document Confidential ..................................................... A-173

Redacted: Entirety of Document Confidential ..................................................... A-177

Nykoluk e-mail dated October 27, 2003 ............................................................. A-182

MCG Performance Standards Analysis Data-PNW ............................................ A-186

Langlois e-mail dated September 19, 2002 ........................................................ A-189

Terry e-mail dated October 25, 2002 .................................................................. A-191

Redacted: Entirety of Document Confidential ..................................................... A-199

Redacted: Entirety of Document Confidential ..................................................... A-206

Redacted: Entirety of Document Confidential ..................................................... A-208

Langlois e-mail dated October 22, 2003 ............................................................ A-211

Redacted: Entirety of Document Confidential ..................................................... A-215

Redacted: Entirety of Document Confidential ..................................................... A-246

Redacted: Entirety of Document Confidential ..................................................... A-250

Plaintiff J-Squared Technologies, Inc.'s Responses to Defendant's First Set of Interrogatories, Requests for Admission and Requests for Production........ A-272

Plaintiff J-Squared Technologies (Oregon), Inc.'s Responses to Defendant's First
    Set of Interrogatories and Requests for Production..................................................A-288
*Mitchell v. Franklin Bank*, 2005 WL 2406034 (D. Minn. Sept. 29, 2005)........A-307
*Tractor & Equipment Co. v. Kobelco America, Inc.*, 1988 WL 71243 (N.D. Ill.
    June 28, 1988).................................................................................................A-311
Steven Blomme deposition excerpts.........................................................................A-314
Jeffrey Gibson deposition excerpts...........................................................................A-325
Claude Langlois deposition excerpts........................................................................A-364
Michael Nykoluk deposition excerpts......................................................................A-415
Steven Machernis deposition excerpts.....................................................................A-437
Kevin Parslow deposition excerpts..........................................................................A-440
Dennis Robinson deposition excerpts......................................................................A-455
[Redacted: Entirety of Document Confidential]......................................................A-462
Kolasa e-mail dated October 30, 2002......................................................................A-514
Langlois e-mail dated October 28, 2002..................................................................A-516
Kolasa e-mail dated November 15, 2002.................................................................A-518
Kolasa e-mail dated October 11, 2002......................................................................A-519
Terry e-mail dated November 5, 2002......................................................................A-524
Terry e-mail dated September 9, 2002.....................................................................A-526
Draft agreement.......................................................................................................A-528
Kaczor e-mail dated May 30, 2003...........................................................................A-544
Kolasa e-mail dated July 7, 2003..............................................................................A-546
Data points...............................................................................................................A-549
Langlois e-mail October 16, 2003............................................................................A-551
Letter from Huth to Gibson.....................................................................................A-553
Blomme e-mail dated January 10, 2004..................................................................A-554
International Distributor Agreement......................................................................A-556

Watts e-mail dated May 30, 2003 ................................................................ A-558
Steven Blomme deposition excerpts ........................................................... A-560
Declaration of Dennis Robinson .................................................................. A-568