**MOTOROLA**

February 26, 2004

VIA OVERNIGHT DELIVERY

J-Squared Technologies, Inc.
4015 Carling Avenue, Suite 101
Kanata, Ontario
K2K 2A3, Canada

Attn: Mr. Jeff Gibson

Dear Mr. Gibson:

Motorola Computer Group ("Motorola") entered into a Manufacturer Representative Agreement (the "Agreement") with J-Squared Technologies, Inc. (Canada) ("JSC") effective December 5, 2002. That Agreement, by its terms, expired December 4, 2003.

Under the Agreement, JSC is entitled to certain compensation rights for a period of 180 days following expiration. (*See* Agreement ¶ 7 3(D)). Motorola has been honoring, and will continue to honor, those rights since December 4, 2003. The 180-day period expires on June 1, 2004

Motorola wishes JSC the best of luck in the future. Should JSC have any questions about this letter, please call Steve Machernis.

Sincerely,

*Dana Huth*

Dana Huth
Vice President, Motorola Computer Group, Inc
Worldwide Sales & Market Development

MOTJ 00166



A–38

Hamlett-Dean Sue-P25026

| | |
|---|---|
| From: | Kolasa Jeanne-MCG32018 |
| Sent: | Monday, October 07, 2002 5:10 PM |
| To: | Hamlett-Dean Sue-P25026 |
| Subject: | FW: Contract, points of discussion J2 Rep Firm |

CONFIDENTIAL

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Due By: | Tuesday, October 08, 2002 3:00 PM |
| Flag Status: | Flagged |

 

Motorola contract    Example rep
issues.doc          contract.doc

Hi Sue:

I'm going to be going to Toronto for a meeting with this Rep firm on
Wednesday. We've given them the generic rep contract, the G9 form and
Code of Ethics.   Here are there initial list of issues....nothing
major, except again asking for exclusivity in their territory.   Please
take a look and let me know if you see any red flags.   I'll be leaving
Wednesday afternoon to make this meeting, so I'd like to get feedback on
Tuesday if possible...sorry to rush you...the meeting came up fast.
I've also attached the contract that was sent to them.

I'll set up a follow up contract discussion with you after this initial
meeting.

Thanks,
JK

-----Original Message-----
From: Terry Larry-MCGJ2003
Sent: Monday, October 07, 2002 11:12 AM
To: Kolasa Jeanne-MCG32018; Liston Jay-MCX1326
Subject: FW: Contract, points of discussion



-----Original Message-----
From: Claude Langlois [mailto:langlois@jsquared.com]
Sent: Monday, October 07. 2002 12:08 PM
To: Larry Terry (E-mail)
Subject: Contract, points of discussion


Larry.

As discussed, attached are points of concern that need to be discussed.
Give me a call to review.


Thanks,

Claude Langlois
Vice-President, Eastern Canada Sales
J-Squared Technologies
www.jsquared.com
514 / 747-1211 ( Office )
514 / 944-7949 ( Cellular )

MOTJ 01287

1

78


EXHIBIT
Kolasa
78
12-7-05

A-39

CONFIDENTIAL

- Section 3    add a paragraph covering design splits and compensation. ~propose
- Section 2.2    J2 Appointment should be exclusive. ~NO
- Section 2.7    If J2 appointment is not exclusive then J2 should be allowed to represent manufacturers that compete with MCG. NO
- Section 3.1    J2 commission based on distribution cost not resale. Should be based on resale. NO
- Section 3.1    in last paragraph, change "... for a period of 120 days" to "... for a period of 180 days". NO
- Section 3.4    Commissions are paid to J2 after customer has paid MCG invoice. Should be after customer has been invoiced. If not how will this apply to distribution POS sales? NO yes?
- Section 3.6    change "... will be effective 90 days" to " ... will be effective 180 days". NO yes?
- Section 3.7    What is purpose of this paragraph? Foreign Military Sales - Corp. Request
- Section 3.9    change "...within 90 days" to "... within 180 days". ok
- Section 4.3    J2 will not translate documents at Motorola's request O
- Section 4.9    in 2nd paragraph, 2nd line. The word "may" is used twice ( typo ) ok
- Section 6.1    Confidentiality and Proprietary rights clause must apply for both parties ok
- Section 7.1    change "...hereof and thereafter may be renewed only upon the written Agreement of both parties" to "... hereof and will automatically be renewed unless terminated in writing by either party per section 7.2". NO
- Section 7.2 change all "( 30 ) days" to "( 60 ) days". NO
- Section 7.2G    Delete paragraph NO
- Section 7.3    J2 wants to see a 30 days written notice prior to termination taking effect and receive full compensation for direct and distribution shipments 180 days following the date of termination. maybe 30 is well defined or defined
- Section 7.3 B    clause has to apply to both parties. O
- Section 7.3 D    change " ...period of 120 days " to " ... period of 180 days". NO?
- Section 9.    Add " MCG and J2 can not solicit each other's employees without written approval". ok

MOTJ 01288

A-40

CONFIDENTIAL

- Section 3     add a paragraph covering design splits and compensation.  *propose*
- Section 2.2     J2 Appointment should be exclusive.  *No*
- Section 2.7     If J2 appointment is not exclusive then J2 should be allowed to  *NO*
  represent manufacturers that compete with MCG.
- Section 3.1     J2 commission based on distribution cost not resale. Should be  *NO*
  based on resale.
- Section 3.1     in last paragraph, change "... for a period of 120 days" to "... for  *NO*
  a period of 180 days".
- Section 3.4     Commissions are paid to J2 after customer has paid MCG invoice  *NO*
  Should be after customer has been invoiced. If not how will this apply to
  distribution POS sales?
- Section 3.6     change "... will be effective 90 days" to " ... will be effective 180  *NO  yes*
  days".
- Section 3.7     What is purpose of this paragraph?  *Foreign Military Sales - Corp. Requirement*
- Section 3.9     change "...within 90 days" to "... within 180 days"  *yes*
- Section 4.3     J2 will not translate documents at Motorola's request  *0*
- Section 4.9     In 2nd paragraph, 2nd line. The word "may" is used twice ( typo )  *ok*
- Section 6.1     Confidentiality and Proprietary rights clause must apply for both  *ok*
  parties.
- Section 7.1     change "...hereof and thereafter may be renewed only upon the  *NO*
  written Agreement of both parties" to "... hereof and will automatically be
  renewed unless terminated in writing by either party per section 7.2".
- Section 7.2 change all "( 30 ) days" to "( 60 ) days".  *No*
- Section 7.2G    Delete paragraph  *No*
- Section 7.3     J2 wants to see a 30 days written notice prior to termination taking  *maybe J2 is well defined*
  effect and receive full compensation for direct and distribution shipment 180
  days following the date of termination.
- Section 7.3 B   clause has to apply to both parties.  *0*
- Section 7.3 D   change " ...period of 120 days " to " ... period of 180 days".  *No.*
- Section 9     Add " MCG and J2 can not solicit each other's employees without  *ok*
  written approval".

MOTJ 01289

A-41

This is

Exhibit No. 11 P

on the examination of:

Mike NYKOLUK in

J Squared v. Motorola

held on Mar 31/06

CORNELL • CATANA

PER  QW

at OTTAWA, ONTARIO

06-0288

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-43 THROUGH A-61)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:      May 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-62 THROUGH A-89)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:      May 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**<u>REDACTED DOCUMENT</u>**

# ENTIRETY OF DOCUMENT
# (A-90 THROUGH A-114)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser

William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:        May 4, 2006

This is
Exhibit No. ......................... 115
on the examination of:
Mike NYKOLUK .......in
T-Squared ....v.... Motorolla
held on ....Mar 31 06,
CORNELL • CATANA
PER / (W ( ..................)
at OTTAWA, ONTARIO
06-0288

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-116 THROUGH A-157)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:    May 4, 2006

This is 116

Exhibit No. ....

on the examination of:

Mike NYKOLUK in

J-Squared v. Motorola

Mar 21/06

held on

CORNELL • CATANA

PER / Ow (              )

at OTTAWA, ONTARIO

06-0288

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-159 THROUGH A-172)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____

William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:      May 4, 2006

This is
Exhibit No. 117

on the examination of: UK
MIKE NYKOL

J-Squared        Motorola
                v.
held on Mar 21/06

CORNELL · CATANA

PER

at OTTAWA, ONTARIO
06-0288

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT (A-174 THROUGH A-176) CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:      May 4, 2006



This is
Exhibit No. _118_
on the examination of:
_Mike Nykoluk_ in
_T-Squared v. Motorola_
held on _Mar 21/06_
CORNELL · CATANA
PER _____(_____)
at OTTAWA, ONTARIO
06-0288

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a        )
Canadian corporation, and J-SQUARE     )
TECHNOLOGIES (OREGON) INC., an         )
Oregon corporation,                    )
                        Plaintiffs,    )
                v.                     )        C.A. No. 04-CV-960-SLR
MOTOROLA, INC., a Delaware corporation.)
                        Defendant.     )

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-178 THROUGH A-181)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:        May 4, 2006

This is
Exhibit No. _120_
on the examination of:
_Mike Nykoluk_ in
_J Squared Motorola_
held on _Mar 21/06_ __
CORNELL • CATANA
PER _Bdv_ (_____)
at OTTAWA, ONTARIO
_06-0288_

## Laura Di Gennaro

| | |
|---|---|
| From: | Mike Nykoluk |
| Sent: | Monday, October 27, 2003 1:50 PM |
| To: | jeff Gibson |
| Subject: | FW: "QBR" and Sales Calls |

```
Regards

Mike Nykoluk
President
J-Squared Technologies Inc.
Office: 905-672-2030
Mobile: 416-417-8671

-----Original Message-----
From: Mike Nykoluk
Sent: Monday, October 27, 2003 12:45 PM
To: Claude Langlois
    ject: RE: "QBR" and Sales Calls


That is truely unbelievable!
I guess you should reply to him that the cost of J2 sitting in on the
review
(he wants) would be just about equal to the commissions we are receiving

from Motorola for the quarter. So he has a choice: Review or Sales
Effort
(I think he would prefer the review, for some strange reason!)!

Regards

Mike Nykoluk
President
J-Squared Technologies Inc.
Office: 905-672-2030
Mobile: 416-417-8671

    --Original Message-----
From: Claude Langlois
Sent: Monday, October 27, 2003 10:36 AM
To: Mike Nykoluk
Subject: RE: "QBR" and Sales Calls


Area Sales Mgr ( responsible for 1/2 of NA, reports directly to K.
Parslow, director WW Sales ). He's been directly involved in the
numerous discussions relating to J2/MCG but hasn't demonstrated the
willingness or capability to get anything done. In my last discussion
with him ( last thursday ), he mentioned that perhaps J2 was spending
too much time on MCG, IE: our cost on MCG was may'be too high!

C.

-----Original Message-----
From: Mike Nykoluk
Sent: Monday, October 27, 2003 10:29 AM
To: Claude Langlois; jeff Gibson
Subject: RE: "QBR" and Sales Calls
```

1

J2 1651

A-183

Who is Machernis?

Regards

Mike Nykoluk
President
J-Squared Technologies Inc.
Office: 905-672-2030
Mobile: 416-417-8671

-----Original Message-----
From: Claude Langlois
Sent: Monday, October 27, 2003 10:27 AM
To: jeff Gibson; Mike Nykoluk
Subject: RE: "QBR" and Sales Calls


Machernis likes to do reviews with distribution, they can afford to take
the time to prepare for these!

C.

-----Original Message-----
From: Claude Langlois
  nt: Monday, October 27, 2003 10:22 AM
.u: jeff Gibson; Mike Nykoluk
Subject: FW: "QBR" and Sales Calls
Importance: High


FYI,

I feel like telling MCG to go pound sand. Let's discuss.

C.


-----Original Message-----
From: Kaczor Edwin-BLUW112 [mailto:ed.kaczor@motorola.com]
Sent: Monday, October 27, 2003 10:01 AM
To: Claude Langlois
Subject: "QBR" and Sales Calls
  portance: High


Hi Claude,

I've been speaking with Steve and he wants to set up a "Quarterly
Business Review" with J Squared before the end of November. With US
Thanksgiving being the 27th, what that really means is we'd like to do
it before the 21st.

The main point of this is to do a review of New Business Opportunities.
In general we'll want to cover:

*       New opportunity summary
*       Forecast and Status of run-rate business
*       Review POS
*       Lead Follow-up
*       Any other issues.

We also want to incorporate sales visits as part of this.    As Steve
will be coming up, it is important that we fill the schedule as
completely as possible.    We need to demonstrate to him that J Squared
is out there finding new opportunities as well as servicing existing
accounts.

2

J2 1652

I'm thinking this is 2 days. One for the meeting, and one for sales calls. I'm assuming we would do this in Ottawa, but Montreal is ok too. Your call on that. I can stay on for an additional day of sales calls if needed ... i.e. if we need to go to Toronto or the other of Ottawa or Montreal.

Let me know what your schedule is looking like and let's get something on the calendar.

Thanks,
Ed

3

J2 1653

A-185

This is
Exhibit No. _125_
on the examination of:
_Steven Dimmie_ in
_JSquared_ _Motorola_
v.
held on _May 21/06_ 19
**CORNELL • CATANA**
PER _du_ ( _____ )
at OTTAWA, ONTARIO
_06-0288_

MCG Performance Standards Analysis Data - PNW 2003-4

Revenue notes:

| Uncommitted Opportunities | Q1 | Q2 | Q3 | Q4 | Q5 | | |
|---|---|---|---|---|---|---|---|
| Stargazer | | x | | | | | |
| Midstream - Video Server | | | | x | | | |
| Boeing FCS | | | x | | | | |
| Boeing AWACS Data 1 VxWorks | | | x | | | | |
| Boeing AWACS Data 2 Win2K | | | x | | | | |
| University of Washington MVME5110 | | | | x | | Likely converted to design win.   SBCs | $250,000 |
| Broadstorm | x | | | | | (100/year) | |
| FEI - PPC Controller | x | | | | | | |
| FEI - DSP Element | | x | | | | | |
| Cimmaron | x | | | | | | |
| B&K.opt DM | x | | | x | | | |
| VideoTek MATRIX | x | | | | | | |
| Zetec - MiniMeasure Tool | | x | | | | | |
| Boeing P22 - Simulator | | | x | | | | |
| Boeing P22 - Instrumentation | | | x | | | | |
| ODE Manufacturing - Sven Durland Project | | x | | | | | |
| Boeing - Segoxy | | x | | | | | |
| ETEC - PPPAC360 | | | | x | | | |
| Tektronix - DSP | | x | | | | | |
| Xenex - PPC Marvel Controller | | x | | x | | | |
| NScole - Intel Tiser | | x | | | | | |
| Landis-Benneriosactor - AMR Transceiver | | | x | | | | |
| ScaryCool - P4 | | | x | | | | |
| NodeLogica | | x | | | | | |
| Kleinrox - CSU/DSU | x | | | | | | |
| Amiga - 86K Controller | | x | | | | | |
| NUWC - Range Controller | x | | | | | | |
| Videotek - PVB8912 | | | | x | | | |
| ETEC - PPPAC360 | | | | | 27 | | |
| Total (Cumulative) | 6 | 6 | 13 | 20 | 27 | | |

| Committed Opportunities | | | | | | | |
|---|---|---|---|---|---|---|---|
| Boeing FCS | | | x | | | Converted to design win below. | |
| Boeing AWACS - Data 1 | | x | | | | Converted to design win below. | |
| Boeing AWACS - Data 2 | | | x | | | Converted to design win below. | |
| Boeing P22 Simulator | | x | | | | Converted to design win below. | |
| Boeing P22 Instrumentation | | x | | | | Lost track of this. | |
| Boeing Segoxy | | | | x | | Out of business | |
| B&K.opt DM | | | | x | | ETEC dropped design after we were terminated | |
| ETEC PPPAC360 | | | | x | | | |
| Total (Cumulative) | | 3 | 6 | 8 | | | |

| Design Win | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | a)WildAero b)Other | | | | 360 Boards over life of program   SBCs | $720,000 project |
| Boeing AWACS - Data 1 | | x | | | | RTMs | $72,000 project |
| Boeing AWACS - Data 2 | | x | | | | 20 boards per year   SBCs | $60,000 per year |
| Boeing P22 Simulator | | x | | | | 100 DSP boards a year   DSPs | $1,000,000 likely shipped a small batch before went out of business due to a change in state law |
| B&K.opt DM | | | x | | | | |
| Total (Cumulative) | | | 4 | | | | |

$1TKYTD
$20KYTD
$30KYTD
$1HKYTD FACT

Note: In Jeff's well probably have trouble with the total new cumulative revenue bar.
The programs are slow to start up and will be showing revenue this year.
Note: The B&K practical opportunity brought in by John Mitchell could see $1M/year
in revenue and will start in the second half of 2004.

B) Territorial Development Requirement

A) MCG did not set up any seminars.
B) MCG did not organize a specific sales promotion.
C) J-Squared attended the RTC show in Portland on Jan 27/2004 and represented MCG (without their attendance) at the RTC show in Seattle on December 7th.
D) Dennis did not want monthly reports and we have an email record of immediate response to every one of his requests (with his thanks attached).

E) I have fairly extensive records of training materials I put together. We'd have a good run at proving we did this plus Deidrelq R. came up once to provide 3 hours each of training.

This is
Exhibit No. _128_

on the examination of:
_Claude Langlois_ In
_T-Squared_ v _Motorola_
held on _May 27/06_ to

**CORNELL • CATANA**

PER _JW_ ( )

at OTTAWA, ONTARIO
_06-0288_

**Laura Di Gennaro**

| | |
|---|---|
| **From:** | Claude Langlois |
| **Sent:** | Thursday, September 19, 2002 4:11 PM |
| **To:** | Jeff Gibson; Mike Nykoluk; Paul Mannone |
| **Subject:** | Motorola/ Interphase meeting highlights |

Paul and I met with Larry Terry/Ed Kaczor ( ROW BDM ) from MCG and
Linsey Miller ( Sr Mgr, Strategic Partnerships ),  MIchael Sellwood (
RSM ) and Rich ?, Channel Mgr from Interphase.  Interphase is a MCG
business partner that builds communication PCMs ( E1/T1, Sonet, ATM, etc
). There are strongly coupled with MCG and have decided to partner with
the same rep firms  across NA wherever possible. They have no revenue in
Canada at this point. They in turn are partnered with a company called
Hughes ( not sure about the spelling ) who develops SS7/IP stacks for
Interphase's PCMs, This allows a fully integrated and tested solution.
Lindsey mentioned this was strong differentiator when going to market.
It is reasonable to believe ( as per Lindsey )that Hughes would be
interested in lining themselves up with the MCG/Interphase rep. I
informally presented a brief presentation ( see attached ).

   got the following information from the meeting:

- MCG/Interphase believe the fastest way to gaining market share is by
aligning themselves with a semi rep thus getting access to customers who
may be influenced in designing or buying an existing solution. Customers
sitting on the fence are the customers they want the rep to aggressively
pursue.

What came out from this meeting are the following issues/concerns:

- "Why would the J2 OS within his assigned account base go out of his
way to "push" a board level solution, especially if the customer's
initial decision is to design a discrete solution."

- They didn't entirely buy into our "Prime in each  market" model where
the local prime gets involved early on all opportunities to drive the
agenda. They want to see the J2 OS to do more than discovery, to be able
to influence the customer's direction ( Build Vs   Buy ) by having a
clear understanding of target applications, product offering and
verbalizing a "Buy" value proposition ie:
cost, time-to-market, low risk of a fully tested and integrated
solution, reliability, etc and ultimately influence the customer's
direction.

All of this adds an extra burden on our sales staff and with the recent
Principle additions this may be a stretch.

Additional data points:

- while not confirmed it is expected the contract will state a 3% ( low
volume ) to 6% ( high volume ) commission rate will apply
- Western Canada, NW/SE USA are up for grabs.
-Target account selling ( TAS ), is MCG's defacto tools for strategy
setting. let's add a bullet in next week's presentation about our J2 and
TAS

In conclusion, I'm not sure MCG will be as compelling as we initially
believed but we must also consider the potential tag-along lines that
may come along with them ie: Interphase, Hughes, etc and the potential
they represent.

I will be speaking with Performance Tech tomorrow or very early next
week to get the rundown

J2 1809

A-190

This is
Exhibit No. _130_
on the examination of:
Claude Longpoi in
Squared v Motorola
held on Mar 22/06
CORNELL • CATANA
PER 9W (        )
at OTTAWA, ONTARIO
06-0288

Lewis and Roca LLP    3/21/2006 4:16 PM  PAGE  23/029    Fax Server

From: Terry Larry-MCG32003
Sent: 10/25/2002 9:14:51 AM (Eastern Time)
To: 'Claude Langlois'
CC: Kaczor Edwin-BLUW112
Attachments: 2001_2002 YTD POS rev b.xls
Subject: 2001 and 2002 YTD POS

Claude,

This is under NDA.  This data is fairly accurate and exclusive of Harris,
Nortel and Tracan; Ed may want to comment further.


Cheers!
LBT
Larry B. Terry
Senior Account Executive
Business Development
Motorola Computer Group
( Tel: (613) 652-2971 ÆFax: (519) 940-4413 ÈCell: (613) 286-3934
+ EMAIL: larry.terry@motorola.com
EPAGE Text Messages: larry.terry@e.pagenet.ca
MOTOROLA COMPUTER GROUP WEB PAGE: http://www.mcg.mot.com
The Contents of this Email are Motorola Computer Group Confidential

"Whatever you can do or dream you can - begin it!  Boldness has genius, power
and magic in it."  Goethe

MCG010382

A-192

Lewis and Roca LLP   3/21/2006 4:16 PM   PAGE   24/029   Fax Server

2001_2002 YTD POS rev b xls                                    2001 Cdn POS Final

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Sum of Ext. Broken Price | Qtr | | |
| 3 | End Cust. Name | Q1 | Q2 | Q3 |
| 4 | ACCELIGHT NETWORKS | | | |
| 5 | ACELIGHT NETWORK CDA LTD | 25410 | | |
| 6 | ACELIGHT NETWORKS | | 11550 | |
| 7 | COMPUTING DEVICES CANADA | | | 3594 |
| 8 | CVDS INC | | 0 | 12464 |
| 9 | EDGEFLOW | | | 10314 |
| 10 | EMPRESS SOFTWARE | | | |
| 11 | E-ONE MOLI ENERGY | | | |
| 12 | ESION NETWORKS | | 70004 | |
| 13 | INNOMEDIA LOGIC INC | | 6404 | |
| 14 | INNOMEDIALOGIC INC | 789 | | |
| 15 | INTERACTIVE CIRCUITS | | | 11556 |
| 16 | LOCKHEED CANADA LTD. | | 12945 | |
| 17 | LOCKHEED MARTIN | | | |
| 18 | NETPOINT CORP (SEDONA) | 1794 | | |
| 19 | NEWNES MACHINE LTD | | 23112 | 160956 |
| 20 | NEWNES MACHINE LTD | | 160254 | |
| 21 | NORTEL NETWORKS | 1361944 | 823608 | 429516 |
| 22 | NORTEL NETWORKS/USCO CIA | 213035 | | |
| 23 | OCTASIC INC | 12801 | | |
| 24 | OFFSHORE SYSTEMS LTD | | | 474 |
| 25 | PMC-SIERRA INC. | 1834 | | |
| 26 | PORTER ENGINEERING LTD | | 768 | 8136 |
| 27 | PORTER ENGINEERING LTD | | 5610 | 6378 |
| 28 | PRIMTECH ELECTRONICS | 1822 | | |
| 29 | RAYTHEON CANADA | | | |
| 30 | SCI BROCKVILLE | | | |
| 31 | SIMPLER NETWORKS | 6377 | | |
| 32 | SPECTRUM SIG PROC | 17929 | 9573 | 6642 |
| 33 | SPECTRUM SIGNAL | 2493 | | |
| 34 | SPECTRUM SIGNAL PROCESSING | | | 4678 |
| 35 | STARTEK CANADA | | | 11036 |
| 36 | TROPIC NETWORKS INC | 3836 | 44752 | |
| 37 | TUNDRA SEMICONDUCTOR CORP. | 4197 | | |
| 38 | V TECHNOLOGY NORTH AMERICA INC | | 4848 | 828 |
| 39 | Grand Total | $1,654,261.00 | $1,173,428.00 | $666,572.00 |

1 of 6

MCG010383

A-193

YTD POS rev b xls                                    2001 Cdn POS Final

| | F |
|---|---|
| | |
| Grand Total | |
| i416 | 13416 |
| | 25410 |
| | 11550 |
| | 3594 |
| | 12464 |
| 044 | 117358 |
| i498 | 3498 |
| 570 | 15570 |
| | 70004 |
| | 6404 |
| | 789 |
| | 11556 |
| | 12945 |
| 376 | 50376 |
| | 1794 |
| :028 | 198096 |
| 2o2 | 155052 |
| | 2615068 |
| | 213035 |
| | 12801 |
| | 474 |
| | 1834 |
| | 8904 |
| | 11988 |
| | 1822 |
| i46 | 48146 |
| 52C | 98520 |
| | 6377 |
| i90 | 44434 |
| | 2493 |
| 464 | 5162 |
| | 11036 |
| | 48588 |
| | 4197 |
| i24 | 19800 |
| i.00 | $3,864,555.00 |

MCG010384

A-194

Lewis and Roca LLP    3/21/2006 4:18 PM    PAGE 26/029    Fax Server

2001_2002 YTD POS rev b.xls                                    2002 YTD

| | A | B | C |
|---|---|---|---|
| 1 | End Cust. Name | End State | Branch Code |
| 2 | INTERACTIVE CIRCUITS & SYSTEMS | ON | ACONT |
| 3 | INTERACTIVE CIRCUITS & SYSTEMS | ON | ACONT |
| 4 | INTERACTIVE CIRCUITS & SYSTEMS | ON | ACONT |
| 5 | INTERACTIVE CIRCUITS & SYSTEMS | ON | ACONT |
| 6 | INTERACTIVE CIRCUITS & SYSTEMS | ON | ACONT |
| 7 | ACCELIGHT NETWORKS | | HHONT |
| 8 | ACCELIGHT NETWORKS | | HHONT |
| 9 | BRECONRIDGE | | HHBOS |
| 10 | BRECONRIDGE | | HHBOS |
| 11 | BRECONRIDGE MANUFACTURING | | ACBOS |
| 12 | BRECONRIDGE MANUFACTURING | | ACBOS |
| 13 | BRECONRIDGE MANUFACTURING | | ACBOS |
| 14 | CAE NEWNES | | HHBBC |
| 15 | CAE NEWNES | | HHBBC |
| 16 | CAE NEWNES | | HHBBC |
| 17 | CAE NEWNES | | HHBBC |
| 18 | COMPUTING DEVICES CANADA | | ACBBC |
| 19 | COMPUTING DEVICES CANADA | | ACBBC |
| 20 | EDGEFLOW | | HHONT |
| 21 | EDGEFLOW | | HHONT |
| 22 | EDGEFLOW | | HHONT |
| 23 | EDGEFLOW | | HHONT |
| 24 | EDGEFLOW | | HHONT |
| 25 | EDGEFLOW | | HHONT |
| 26 | EDGEFLOW | | HHONT |
| 27 | EDGEFLOW | | HHONT |
| 28 | EDGEFLOW | | HHONT |
| 29 | EDGEFLOW | | HHONT |
| 30 | EDGEFLOW | | HHONT |
| 31 | EDGEFLOW | | HHONT |
| 32 | EDGEFLOW | | HHONT |
| 33 | EDGEFLOW | | HHONT |
| 34 | EDGEFLOW | | HHONT |
| 35 | EDGEFLOW | | HHONT |
| 36 | EDGEFLOW | | HHONT |
| 37 | EDGEFLOW | | HHONT |
| 38 | EDGEFLOW | | HHONT |
| 39 | EDGEFLOW | | HHONT |
| 40 | EDGEFLOW | | HHONT |
| 41 | EDGEFLOW | | HHONT |
| 42 | EDGEFLOW | | HHONT |
| 43 | EDGEFLOW | | HHONT |
| 44 | EDGEFLOW | | HHONT |
| 45 | EDGEFLOW | | HHONT |
| 46 | EDGEFLOW | | HHONT |
| 47 | EDGEFLOW | | HHONT |
| 48 | EDGEFLOW | | HHONT |
| 49 | EDGEFLOW | | HHONT |
| 50 | EDGEFLOW | | HHONT |
| 51 | EDGEFLOW | | HHONT |
| 52 | EDGEFLOW | | HHONT |
| 53 | EDGEFLOW | | HHONT |

3 of 6

MCG010385

A-195

2001_2002 YTD POS rev b.xls                                                    2002 YTD

| | D | E | F | G |
|---|---|---|---|---|
| 1 | Item Number | Fiscal Month | Ext. Broken Price | Quantity Shipped |
| 2 | MVME761-001 | Jan-02 | $207.00 | 1 |
| 3 | MVME2700-1441 | Feb-02 | $2,973.00 | 1 |
| 4 | MVME2700-1441 | Feb-02 | $2,973.00 | 1 |
| 5 | MVME2700-1441 | Feb-02 | $2,973.00 | 1 |
| 6 | MVME761-001 | Feb-02 | $207.00 | 1 |
| 7 | PRPMC800-5251 | May-02 | $12,215.00 | 10 |
| 8 | PRPMC800-5251 | May-02 | $12,215.00 | 10 |
| 9 | PRPMC800-5279 | Jun-02 | $54,162.50 | 25 |
| 10 | PRPMC800-5279 | Sep-02 | $32,497.50 | 14 |
| 11 | CPX1204ACHAS | Sep-02 | $3,015.00 | 3 |
| 12 | CPX1204ACHAS | Sep-02 | $1,005.00 | 1 |
| 13 | CPX1204ACHAS | Sep-02 | $4,020.00 | 4 |
| 14 | MVME5100-0133 | Apr-02 | $4,193.00 | 2 |
| 15 | MVME5100-0133 | May-02 | $4,193.00 | 2 |
| 16 | MVME5100-0133 | May-02 | $6,289.50 | 3 |
| 17 | MVME2432-3 | Aug-02 | $5,462.10 | 2 |
| 18 | MVME172PA-644SE | Jan-02 | $3,594.00 | 2 |
| 19 | MVME172PA-644SE | Jan-02 | $3,594.00 | 2 |
| 20 | PPMC-CABLE-001 | Jan-02 | $225.00 | 5 |
| 21 | PPMC-CABLE-001 | Jan-02 | $225.00 | 5 |
| 22 | PRPMC800-5251 | Jan-02 | $1,361.50 | 1 |
| 23 | PRPMC800-5251 | Jan-02 | $1,361.50 | 1 |
| 24 | PRPMC800-5251 | Jan-02 | $47,652.50 | 35 |
| 25 | PRPMC800-5251 | Jan-02 | $47,652.50 | 35 |
| 26 | PRPMC800-5261 | Jan-02 | $30,177.00 | 18 |
| 27 | PRPMC800-5261 | Jan-02 | $30,177.00 | 18 |
| 28 | PRPMC-CABLE-003 | Jan-02 | $16.80 | 1 |
| 29 | PRPMC-CABLE-003 | Jan-02 | $16.80 | 1 |
| 30 | PPMC-CABLE-001 | Feb-02 | -$225.00 | -5 |
| 31 | PPMC-CABLE-001 | Feb-02 | -$225.00 | -5 |
| 32 | PRPMC-CABLE-003 | Feb-02 | $151.20 | 9 |
| 33 | PRPMC-CABLE-003 | Feb-02 | $151.20 | 9 |
| 34 | PRPMC800-5261 | May-02 | $12,292.00 | 8 |
| 35 | PRPMC800-5261 | May-02 | $12,292.00 | 8 |
| 36 | PRPMC800-5251 | Jun-02 | $18,322.50 | 15 |
| 37 | PRPMC800-5251 | Jun-02 | $18,322.50 | 15 |
| 38 | PRPMC800-5261 | Jun-02 | $4,609.50 | 3 |
| 39 | PRPMC800-5261 | Jun-02 | $4,609.50 | 3 |
| 40 | PRPMC800-5261 | Jun-02 | $3,073.00 | 2 |
| 41 | PRPMC800-5261 | Jun-02 | $3,073.00 | 2 |
| 42 | PRPMC800-5251 | Jul-02 | $4,886.00 | 4 |
| 43 | PRPMC800-5251 | Jul-02 | $4,886.00 | 4 |
| 44 | PRPMC800-5251 | Jul-02 | $11,778.75 | 9 |
| 45 | PRPMC800-5251 | Jul-02 | $11,778.75 | 9 |
| 46 | PRPMC800-5251 | Jul-02 | $10,470.00 | 8 |
| 47 | PRPMC800-5251 | Jul-02 | $10,470.00 | 8 |
| 48 | PRPMC800-5251 | Jul-02 | $2,617.50 | 2 |
| 49 | PRPMC800-5251 | Jul-02 | $2,617.50 | 2 |
| 50 | PRPMC800-5261 | Jul-02 | $13,828.50 | 9 |
| 51 | PRPMC800-5261 | Jul-02 | $13,828.50 | 9 |
| 52 | PRPMC800-5261 | Jul-02 | $3,292.50 | 2 |
| 53 | PRPMC800-5261 | Jul-02 | $3,292.50 | 2 |

4 of 6

A-196

MCG010386

2001_2002 YTD POS rev b.xls                                    2002 YTD

| | A | B | C |
|---|---|---|---|
| 54 | EDGLEFLOW | | HHONT |
| 55 | EDGLEFLOW | | HHONT |
| 56 | EMS TECHNOLOGIES CANADA LTD | | ACBOS |
| 57 | E-ONE MOLI ENERGY | | HHBBC |
| 58 | E-ONE MOLI ENERGY | | HHBBC |
| 59 | E-ONE MOLI ENERGY | | HHBBC |
| 60 | E-ONE MOLI ENERGY | | HHBBC |
| 61 | NEWNES MACHINE LTD | | HHQUB |
| 62 | NEWNES MACHINE LTD | | HHQUB |
| 63 | NEWNES MACHINE LTD | | HHBBC |
| 64 | NEWNES MACHINE LTD | | HHBBC |
| 65 | NEWNES MACHINE LTD | | HHBBC |
| 66 | NEWNES MACHINE LTD | | HHBBC |
| 67 | NEWNES MACHINE LTD | | HHBBC |
| 68 | NEWNES MACHINE LTD | | HHBBC |
| 69 | NEWNES MACHINE LTD | | HHQUB |
| 70 | NEWNES MACHINE LTD | | HHQUB |
| 71 | NEWNES MACHINE LTD | | HHBBC |
| 72 | NEWNES MACHINE LTD | | HHBBC |
| 73 | NEWNES MACHINE LTD | | HHBBC |
| 74 | NEWNES MACHINE LTD | | HHBBC |
| 75 | NEWNES MACHINE LTD | | HHBBC |
| 76 | NEWNES MACHINE LTD | | HHBBC |
| 77 | NEWNES MACHINE LTD | | HHBBC |
| 78 | NEWNES MACHINE LTD | | HHBBC |
| 79 | NEWNES MACHINE LTD | | HHQUB |
| 80 | NEWNES MACHINE LTD | | HHQUB |
| 81 | NEWNES MACHINE LTD | | HHQUB |
| 82 | NEWNES MACHINE LTD | | HHQUB |
| 83 | NEWNES MACHINE LTD | | HHBBC |
| 84 | NEWNES MACHINE LTD | | HHBBC |
| 85 | NEWNES MACHINE LTD | | HHBBC |
| 86 | NEWNES MACHINE LTD | | HHBBC |
| 87 | SCI BROCKVILLE | | HHONT |
| 88 | SCI BROCKV LLE | | HHONT |
| 89 | SILICON ACCESS NETWORK | | ACBOS |
| 90 | SILICON ACCESS NETWORK | | ACBOS |
| 91 | SILICON ACCESS NETWORK | | ACBOS |
| 92 | SILICON ACCESS NETWORK | | ACBOS |
| 93 | SILICON ACCESS NETWORK | | ACBOS |
| 94 | SILICON ACCESS NETWORK | | ACBOS |
| 95 | SILICON ACCESS NETWORK LTD | | ACONT |
| 96 | SPECTRUM SIG PROC | | HHBBC |
| 97 | SPECTRUM SIG PROC | | HHBBC |
| 98 | SPECTRUM SIG PROC | | HHBBC |
| 99 | SPECTRUM SIG PROC | | HHBBC |
| 100 | SPECTRUM SIG PROC | | HHBBC |
| 101 | SPECTRUM SIG PROC | | HHBBC |
| 102 | SPECTRUM SIG PROC | | HHBBC |
| 103 | SPECTRUM SIG PROC | | HHBBC |
| 104 | SPECTRUM SIG PROC | | HHBBC |
| 105 | SPECTRUM SIG PROC | | HHBBC |
| 106 | | | |

5 of 6

MCG010387

A-197

Lewis and Roca LLP    3/21/2006 4:16 PM    PAGE 29/029    Fax Server

2001_2002 YTD POS rev b.xls                                              2002 YTD

|     | D | E | F | G |
|-----|---|---|---|---|
| 54 | PRPMC800-5251 | Sep-02 | $2,617.50 | 2 |
| 55 | PRPMC800-5251 | Sep-02 | $2,617.50 | 2 |
| 56 | MVME147-022A | Jul-02 | $3,146.85 | 1 |
| 57 | MVME162P-242E | Mar-02 | $1,557.00 | 1 |
| 58 | MVME162P-242E | Mar-02 | $1,557.00 | 1 |
| 59 | MVME162P-242E | Jul-02 | $1,634.85 | 1 |
| 60 | MVME162P-242E | Jul-02 | $1,634.85 | 1 |
| 61 | MVME2432-3 | Jan-02 | $52,020.00 | 20 |
| 62 | MVME2432-3 | Jan-02 | $52,020.00 | 20 |
| 63 | MVME2432-3 | Feb-02 | $2,601.00 | 1 |
| 64 | MVME2432-3 | Feb-02 | $2,601.00 | 1 |
| 65 | MVME2434-1 | Feb-02 | $9,810.00 | 2 |
| 66 | MVME2434-1 | Feb-02 | $9,810.00 | 2 |
| 67 | MVME2434-1 | Feb-02 | -$9,810.00 | -2 |
| 68 | MVME2434-1 | Feb-02 | -$9,810.00 | -2 |
| 69 | MVME5100-0133 | Feb-02 | -$4,193.00 | -2 |
| 70 | MVME5100-0133 | Feb-02 | -$4,193.00 | -2 |
| 71 | MVME2432-1 | Mar-02 | $5,202.00 | 2 |
| 72 | MVME2432-1 | Mar-02 | $5,202.00 | 2 |
| 73 | MVME2432-1 | Mar-02 | -$5,202.00 | -2 |
| 74 | MVME2432-1 | Mar-02 | -$5,202.00 | -2 |
| 75 | MVME2432-3 | Mar-02 | -$2,601.00 | -1 |
| 76 | MVME2432-3 | Mar-02 | -$2,601.00 | -1 |
| 77 | MVME2432-3 | Mar-02 | $2,601.00 | 1 |
| 78 | MVME2432-3 | Mar-02 | $2,601.00 | 1 |
| 79 | MVME2432-3 | Mar-02 | -$2,601.00 | -1 |
| 80 | MVME2432-3 | Mar-02 | -$2,601.00 | -1 |
| 81 | MVME2432-3 | Mar-02 | $52,020.00 | 20 |
| 82 | MVME2432-3 | Mar-02 | $52,020.00 | 20 |
| 83 | MVME2432-3 | Jul-02 | $5,462.10 | 2 |
| 84 | MVME2432-3 | Jul-02 | $5,462.10 | 2 |
| 85 | MVME2432-3 | Aug-02 | $62,814.15 | 23 |
| 86 | MVME2432-3 | Aug-02 | $62,814.15 | 23 |
| 87 | PRPMC800-5269 | Jan-02 | $3,353.00 | 2 |
| 88 | PRPMC800-5269 | Jan-02 | $3,353.00 | 2 |
| 89 | PRPMC800-1259 | Jun-02 | $2,233.00 | 2 |
| 90 | PRPMC800-1259 | Aug-02 | $3,588.75 | 3 |
| 91 | PRPMC800-1259 | Aug-02 | $5,981.25 | 5 |
| 92 | PRPMC800-1259 | Aug-02 | $1,196.25 | 1 |
| 93 | PRPMC800-1259 | Aug-02 | $1,196.25 | 1 |
| 94 | PRPMC800-1259 | Sep-02 | -$2,392.50 | -2 |
| 95 | PRPMC-SYS-0002 | Jan-02 | $1,606.50 | 1 |
| 96 | MCP750-1252A | Feb-02 | $2,930.90 | 1 |
| 97 | MCP750-1252A | Feb-02 | $2,930.90 | 1 |
| 98 | MCP750-1252A | Mar-02 | $8,792.70 | 3 |
| 99 | MCP750-1252A | Mar-02 | $8,792.70 | 3 |
| 100 | MCP750-1252A | Apr-02 | $2,930.90 | 1 |
| 101 | MCP750-1252A | Apr-02 | $2,930.90 | 1 |
| 102 | MCP750-1252A | Jun-02 | $2,930.90 | 1 |
| 103 | MCP750-1252A | Jun-02 | $2,930.90 | 1 |
| 104 | MCP750-1252A | Oct-02 | $5,242.50 | 2 |
| 105 | MCP750-1252A | Oct-02 | $5,242.50 | 2 |
| 106 | | | $801,630.45 | |

6 of 6

MCG010388

A-198

This is
Exhibit No. _131_
on the examination of:
_Claude Longlas_ in
_1 Squared_ v _Motrola_
held on _Mar 22/06_ 19
CORNELL • CATANA
PER _OW_ ( _____ )
at OTTAWA, ONTARIO
_06-008_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-200 THROUGH A-205)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:        May 4, 2006

This is
Exhibit No. *134*

on the examination of:

*Claude Langlas* in

*TSquared Motrol*

held on *Mar 22/05*

**CORNELL • CATANA**

PER *(W)* (                    )

at OTTAWA, ONTARIO
*06-0288*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a | ) | |
| Canadian corporation, and J-SQUARE | ) | |
| TECHNOLOGIES (OREGON) INC., an | ) | |
| Oregon corporation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-207)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:      May 4, 2006

This is
Exhibit No. *136*
on the examination of:
*Claude Langlois* in
*F Squared* v *Motorola*
held on *Mar 22/06*
CORNELL • CATANA
PER *W*   (                    )
at OTTAWA, ONTARIO
*06-0288*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a    )
Canadian corporation, and J-SQUARE    )
TECHNOLOGIES (OREGON) INC., an    )
Oregon corporation,    )
                    Plaintiffs,    )
                  v.    )     C.A. No. 04-CV-960-SLR
MOTOROLA, INC., a Delaware corporation.    )
                  Defendant.    )

**<u>REDACTED DOCUMENT</u>**

# ENTIRETY OF DOCUMENT
# (A-209 THROUGH A-210)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:     May 4, 2006

This is
Exhibit No. *137*
on the examination of:
*Claude Langlois* in
*I Squared Motorok*
*Nov 22/06*
held on .................................... 19
CORNELL • CATANA
PER ................................ ( *DW* ........... )
at OTTAWA, ONTARIO
*06-0988*

**Claude Langlois**

| | |
|---|---|
| **From:** | Claude Langlois |
| **Sent:** | Wednesday, October 22, 2003 10:06 AM |
| **To:** | 'Kaczor Edwin-BLUW112' |
| **Subject:** | RE: Raytheon 4Q03 sales forecast |

Ed, I certainly agree with regards to direct involvement but one needs
to have the financial means to do so ( I know you understand this and
that I'm preaching to the converted ). This is why it is very important
we come-up with a new financial arrangement with MCG.

Optech typically purchases from Tracan.

C.


-----Original Message-----
From: Kaczor Edwin-BLUW112 [mailto:ed.kaczor@motorola.com]
Sent: Wednesday, October 22, 2003 9:53 AM
To: Claude Langlois
Subject: RE: Raytheon 4Q03 sales forecast


Claude,

I agree, we can't rely on Steve Chan, or any distributor for that
matter, to create new business.    I'm really not surprised at all with
this kind of response from Steve based on what we've heard in other
accounts.

I think rather than putting more energy into things with him, we need to
be engaging these accounts directly.

By the way though, Steve does ask a good question about where Optech is
placing their orders.  Do you know?    Is it via Tracan?   Arrow?

 -Ed

 -----Original Message-----
From: Claude Langlois [mailto:langlois@jsquared.com]
Sent: Wednesday, October 22, 2003 9:47 AM
To: Ed Kaczor (E-mail); Steve Machernis (E-mail)
Subject: FW: Raytheon 4Q03 sales forecast


These are the challenges we face. Perhaps I'm wrong in having any
expectations at all!

Claude.

-----Original Message-----
From: Claude Langlois
Sent: Wednesday, October 22, 2003 9:46 AM
To: 'Chan, Stephen'
Subject: RE: Raytheon 4Q03 sales forecast


Steve, pls read my email, I don't care about purchasing what about
engineering? What are you doing to generate MCG activity?

1

J2 1181

A-212

Rgds

Claude.

-----Original Message-----
From: Chan, Stephen [mailto:Stephen.Chan@Avnet.com]
Sent: Wednesday, October 22, 2003 9:21 AM
To: Claude Langlois
Subject: RE: Raytheon 4Q03 sales forecast


Hi Claude,

Looks like John Thornhill from Optech are buying their four MCP750 from
somebody else.  I'm kind of surprised, because I gave them a quote based
on
what they purchased the previous one for ...  I also thought Optech was
registered to us?

Regards,

-----Original Message-----
 rom: Claude Langlois [mailto:langlois@jsquared.com]
 ent: Tuesday, October 21, 2003 4:45 PM
To: Chan, Stephen
Subject: RE: Raytheon 4Q03 sales forecast


Steve, what about new programs and engineering activity?

Tks

Claude

-----Original Message-----
From: Chan, Stephen [mailto:Stephen.Chan@Avnet.com]
Sent: Tuesday, October 21, 2003 4:22 PM
To: Claude Langlois
Subject: RE: Raytheon 4Q03 sales forecast


Yes,

 een in contact with Optech and they will be placing orders for the
MCP750.
This is not a real high quantity project yet ... it's just starting so
their
forecast are quite low (4) for this year.

Regards,

-----Original Message-----
From: Claude Langlois [mailto:langlois@jsquared.com]
Sent: Tuesday, October 21, 2003 4:19 PM
To: Chan, Stephen
Subject: RE: Raytheon 4Q03 sales forecast


Thanks Steven.

Tell me have you been @ Optech lately? Do you know what's going on in
engineering?

2

J2 1182

A-213

Tks

Claude.

-----Original Message-----
From: Chan, Stephen [mailto:Stephen.Chan@Avnet.com]
Sent: Tuesday, October 21, 2003 4:05 PM
To: Claude Langlois
Subject: RE: Raytheon 4Q03 sales forecast


Hi Claude,

We invoiced them for 23 MVME167 and 18 MVME2400, about 90K cost to
Avnet.
For 4Q, we'll have about 80 more MVME167 to ship (about 170K), and they
should be ordering three more MVME5500 (10K) for the ADSP project.

Regards,

-----Original Message-----
From: Claude Langlois [mailto:langlois@jsquared.com]
Sent: Monday, October 20, 2003 12:03 PM
 o: Stephen Chan (E-mail)
Subject: Raytheon 4Q03 sales forecast


Hello Steven,

It's time again. Did you invoice anything in September? HOw's
Oct-Nov-Dec
shaping up based on existing backlog and expected new orders? Anything
else
worth mentioning?

Tks again.

Claude.

3

J2 1183


A-214



This is
Exhibit No. 140
on the examination of
JEFFREY GIBSON In
J-Squared v. Motorola
held on Mar 20'06 19
**CORNELL • CATANA**
PER
at OTTAWA, ONTARIO
06-0288

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a )
Canadian corporation, and J-SQUARE )
TECHNOLOGIES (OREGON) INC., an )
Oregon corporation, )
                                 Plaintiffs, )
                    v.                       )        C.A. No. 04-CV-960-SLR
MOTOROLA, INC., a Delaware corporation. )
                                 Defendant. )


**REDACTED DOCUMENT**


# ENTIRETY OF DOCUMENT
# (A-216 THROUGH A-245)
# CONFIDENTIAL


YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant


DATED:        May 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a )
Canadian corporation, and J-SQUARE )
TECHNOLOGIES (OREGON) INC., an )
Oregon corporation, )
                       Plaintiffs, )
                       v. )       C.A. No. 04-CV-960-SLR
MOTOROLA, INC., a Delaware corporation. )
                       Defendant. )

<u>**REDACTED DOCUMENT**</u>

# ENTIRETY OF DOCUMENT
# (A-246 THROUGH A-249)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:     May 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a          )
Canadian corporation, and J-SQUARE       )
TECHNOLOGIES (OREGON) INC., an           )
Oregon corporation,                      )
                        Plaintiffs,      )
            v.                           )        C.A. No. 04-CV-960-SLR
MOTOROLA, INC., a Delaware corporation.  )
                        Defendant.       )

**REDACTED DOCUMENT**

# ENTIRETY OF DOCUMENT
# (A-250 THROUGH A-271)
# CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

DATED:        May 4, 2006