Examination No. 06-0288.2          Court File No. CA 04-960-SLR

(District of Delaware)

## IN THE UNITED STATES DISTRICT COURT

B E T W E E N :

J-SQUARED TECHNOLOGIES, INC., a Canadian Corporation, and

J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon Corporation

PLAINTIFFS

- and -

MOTOROLA, INC. A DELAWARE CORPORATION

DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF STEVEN BLOMME, pursuant to an appointment made on consent of the parties to be reported by Cornell•Catana Reporting Services, on March 21, 2006, commencing at the hour of 1:34 in the afternoon.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEARANCES:

Sean J. Bellow                              for the Plaintiffs

Randy Papetti and Emily S. Cates          for the Defendant

This Examination was taken down by sound recording
by Janice West at Ottawa, Ontario, Canada.

A-314

CORNELL & CATANAS REPORTING SERVICES, 500 - 70 Bond W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

12

1    first step.

2  56.          Q.   Where was he based?

3              A.   He's in Calgary.

4  57.          Q.   And the idea is that you would come to --

5    correct me if I'm wrong, but the idea is that you would

6    come to J-Squared, work with J-Squared and help market

7    Motorola Products for J-Squared in Western Canada?  Is

8    that correct?

9              A.   Well, I think at the time they were already

10   talking about the Oregon Operation because that was

11   really a place where we were jump starting our ESG

12   business, so they would have been talking to me about

13   getting involved, not just in Western Canada, but in

14   Oregon helping mentor that group and get them started as

15   well.

16 58.          Q.   So you come to J-Squared as an employee

17   before there's actually an Agreement in place between

18   Motorola and J-Squared (Oregon)?  Is that correct?

19             A.   That's correct, yes.

20 59.          Q.   Did you play some role in negotiating that

21   Agreement for J-Squared (Oregon) with Motorola?

22             A.   Yes, I did.

23 60.          Q.   Do you recall who you dealt with during the

24   negotiation process?

25             A.   Yes.  Primarily it would have been Dennis

CORNELL • CATANA REPORTING SERVICES, 800-170 Laurier Ave W. Ottawa ON K1P 5V5
Tel: (613) 231-4664     1-800-893-6272     Fax: (613) 231-4605

14

69.      Q.  I'm as guilty as you.  I just wanted to let
you know?

         A.  Okay.

         MR. BELLEW:  It's just -- you're in a rush to
provide, you know, responsive information.   Just take a
slower place.

         THE WITNESS:  Okay.

         BY MR. PAPETTI:

70.      Q.  So the Record's clear, you didn't play any
role in helping negotiate the J-Squared Canada contract?
Correct?

         A.  I did not.

71.      Q.  And the J-Squared (Oregon) contract you
negotiated with Motorola, did you negotiate directly with
Mr. Terry at all in that contract?

         A.  I did not.

72.      Q.  Did either of the people that you negotiated
with -- Mr. Robinson or Mr. Watts, ever provide you
forecasts of what Motorola expected its business to be in
that territory in the coming years?

         A.  Well, you're using the word "forecast", so I
would say, no.  No.

73.      Q.  So no written Forecasts were provided to you
for what Motorola expected its business to be in the
territory in the coming year or years?  Is that correct?

CORNELL • CATANA REPORTING SERVICES, 800-170 Laurier Ave. W. Ottawa ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

Document 26-6     Filed 05/04/2006     Page 4 of 50

15

1          A.   No forecast, no.

2   74.        Q.   You seem to be hedging a little bit on the

3   word "forecast".  Do you want to explain what type of

4   business related information may have been provided to

5   you by Mr. Watts or Mr. Robinson?

6          A.   Historical.

7   75.        Q.   They provided some historical looking

8   backwards information as to how Motorola had performed in

9   that territory?  Is that correct?

10         A.   That's correct.

11  76.        Q.   Was that in written form or was that just in

12  discussions?

13         A.   I can't recollect.  I'm not sure.

14  77.        Q.   Do you recall what the substance of that

15  historical information was?  Numbers or ---

16         A.   I think it would have taken the form more of

17  a ball park number of where that territory had been in

18  the past.

19  78.        Q.   Did they provide you any sort of analysis

20  orally as to what they thought the market would do in the

21  future?

22         A.   I will say no.

23  79.        Q.   Because you can't remember them doing that is

24  what you're saying?

25         A.   It's just so unusual for them to want to

1        offer up a future look.

2   80.          Q.   Because no-one really knows what ---

3               A.   In our business, forecasting is the toughest

4        job.

5   81.          Q.   Was this period of time -- what were the

6        business conditions like in the territories you were

7        taking over during this period of time for MCG type

8        products?

9               A.   I think probably it would have been the

10       lowest it's ever been for them.

11  82.          Q.   You were aware of that at the time?

12              A.   Yes.

13  83.          Q.   You were aware that they had cut their sales

14       force way down from its high of in the fifties to

15       something about a dozen?

16              A.   For sure.

17  84.          Q.   Do you feel that Mr. Watts or Mr. Robinson or

18       anyone else at Motorola misrepresented anything to you

19       about how the territory had done historically during the

20       time you were negotiating with them?

21              A.   No, I don't.

22  85.          Q.   The same holds true of any discussions you

23       have with Mr. Terry?  Do you feel he misrepresented

24       anything to you with how the territory had done in the

25       past?

CORNELL CATANA REPORTING SERVICES, 800-170 Laurier Ave W. Ottawa ON K1P 5V5
Tel: (613) 231-4664     1-800-893-6272     Fax: (613) 231-4605

20

1    what I had to do in the task of getting the territory up

2    and running, we knew, you know that training alone was

3    going to take six months -- eight months.  I mean, we

4    knew we had a big task in front of us, so it just came up

5    over and over again, that you know, this was a long haul

6    type of thing.

7  98.          Q.  Can you recall anyone ever making a statement

8    to you to the effect of don't worry about any particular

9    language in the contract -- here's what the real deal is?

10          A.  Well, I'm probably a little bit at a loss

11    there only because I'm an ex-Motorola employee so I was

12    on the other side doing the contract many times, so

13    possibly coloured by the fact that we felt the contract

14    was something that just had to be done and then it got

15    put in the drawer a lot of times.

16          So everything was done on, you know, people

17    looking each other in the eye and saying this is how

18    we're going to do things.  So I don't know if I've

19    answered your question but, you know, that's the nature

20    of the way I was approaching the negotiation with both

21    Dennis and with Mark.

22  99.          Q.  Do you recall Motorola ever making any

23    statements to the effect that ---

24          A.  No, I can't say that I saw a specific

25    statement.

CORNELL CATANA REPORTING SERVICES, 1706 104+2006 W. Ottawa ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

21

100.          Q.  -- to the effect that don't worry about
what's in the contract, we have a separate deal?

              A.  Body language -- you know, tone -- everything
told me this was a long term deal.  That's all -- that's
the only way I can answer the question for you.

101.          Q.  But as an ex-Motorolan, you know that there's
often times turnover in Management at Motorola, like any
other big company?

              A.  For sure.

102.          Q.  No matter what happens in negotiations, you
understood from your time at Motorola if it was going to
control the relationship between the parties, ultimately
it's the contract?  Is that correct?

              MR. BELLEW:  Objection.          *O*

              THE WITNESS:  Okay, so I would say absolutely not
to that question.  I worked for Motorola a long time -- a
reputable firm.  We never fell back on a contract when we
got into a dispute with a customer or a partner, we fell
back on what we thought ethically we were doing with
those people, so certainly, that's the way I was as a
Motorolan.

              I saw many instances where Motorola Inc. - that's
the way they treated things, so I would say the last
thing in my mind would have been that, you know, somebody
was going to pull out a contract and look at one sentence

1          THE WITNESS:  Okay.

2          BY MR. PAPETTI:

3   117.        Q.  Exhibit 14B and if you turn -- you can look

4   through it.  You'll recognize it as the J-Squared

5   (Oregon) Contract but the last two pages is Exhibit 4 and

6   I think it's Exhibit 4 you're referencing in that last e-

7   mail we looked at?

8          A.  Yes.

9   118.        Q.  Is that correct?

10         A.  Yes, that's correct.

11  119.        Q.  The second page includes those metrics and

12  territory revenue that you were referring to just a

13  minute ago?

14         A.  Yes.

15  120.        Q.  These are figures that you worked out with

16  Motorola or do you have any idea how these figures were

17  agreed to between the parties?

18         A.  Which figures are we talking about?

19  121.        Q.  Let's do the metrics at the top -- the T-1,

20  T-2 figures, you know going forward at the top of the

21  page?

22         A.  I'd say we did very little discussion about

23  these.  I can't recall if I pushed back on these or not.

24  I think they -- I just can't recall if I pushed back on

25  them or not.

CORNELL·CAPANA·REPORTING·SERVICES, 300-170 Laurier Ave. W. Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

28

122.      Q.  Would it have been your practice to recommend that the Agreement be signed if you thought that they were unreasonable?

          A.  No, it would not.

123.      Q.  It would not have been your practice?

          A.  It would not have been my -- sorry.

          MR. BELLEW:  I'm going to put in an objection and maybe we can get the question in a phrase where it's not going to ---                                                    *O*

          BY MR. PAPETTI:

124.      Q.  Would you have recommended to Mr. Gibson that J-Squared go ahead and sign this Agreement if the performance metrics in your mind were unreasonable?

          A.  I would not have recommended it.

125.      Q.  Would it be fair to say that you must have thought that they were reasonable at the time?

          A.  That's correct.

126.      Q.  Even though you don't recall specifically negotiating?

          A.  Yes.  I would have looked at them.

127.      Q.  Do you know who, at Motorola, was primarily responsible for coming up with these performance metrics? Did you have an impression at the time?

          A.  My impression would have been that Dennis Robinson would have input into the process but that's

Case 1:04-cv-00960-SLR    Document 136-6    Filed 05/04/2006    Page 10 of 50

CORNELL•CATANA REPORTING SERVICES, 800-870 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

29

1          only an impression.

2   128.          Q.   What was Dennis Robinson's position at the

3          time?

4                 A.   He was a Regional Sales Manager.

5   129.          Q.   Sometimes called a BDM -- is that correct?

6                 A.   That's correct.

7   130.          Q.   What does BDM stand for?

8                 A.   Business Development Manager.

9   131.          Q.   So he was already working for Motorola in

10         this territory?

11                A.   That's correct.

12  132.          Q.   The same question with respect to the

13         territory revenue -- at the bottom, you had mentioned in

14         your last e-mail that they had snuck in a higher figure

15         than you had seen in a prior draft?   Is that fair?

16                A.   That's correct.

17  133.          Q.   Would you have recommended to Mr. Gibson to

18         sign this if you thought that was an unreasonably high

19         figure?

20                A.   I would not have -- I would have -- I'm

21         having trouble with that form of question but if the

22         number was unreasonable I would have recommended we

23         didn't.

24  134.          Q.   Have you ever sat down and tried to figure

25         out, say after the contract got terminated, whether J-

1          reflecting the wrong situation.

2   388.          Q.  Well, is it fair to say that according to

3          this document the only one that meets the design win

4          requirement of the Contract for revenue baseline is the

5          Boeing AWACS Data 1?  Correct?

6                    MR. BELLEW:  Objection.                          *O*

7                    THE WITNESS:  Sure, yes.

8                    BY MR. PAPETTI:

9   389.          Q.  Even on that one, it hadn't met the actual

10          purchase threshold of $25,000 yet?  Correct?

11                    A.  Sure.  That's correct.

12   390.          Q.  So according to this document, when you apply

13          it to the terms of the contract in Exhibit 4, none of

14          these are design wins under the terms of the Contract?

15          Is that correct?

16                    MR. BELLEW:  Objection.                          *O*

17                    THE WITNESS:  Yes.

18                    BY MR. PAPETTI:

19   391.          Q.  That's correct?

20                    A.  Sure.

21   392.          Q.  When you were working on these -- doing all

22          this work for J-Squared (Oregon) on the Motorola Account,

23          who at Motorola were you doing sales calls with?  Anyone?

24                    A.  We did calls -- well we did calls with Dennis

25          Robinson for sure and with Dave Hinkle, Don Dingee once.

**CORNELL•CATANA REPORTING SERVICES,** 800-170 Laurier Ave. w., Ottawa, ON K1P 5V5

Tel: (613) 231-4664                     1-800-893-6272                     Fax: (613) 231-4605

Examination No. 06-0288.4                     C.A. No. CA 04-960-SLR

(District of Delaware)

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

B E T W E E N:

J-SQUARED TECHNOLOGIES, INC., a Canadian Corporation, and

J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon Corporation

PLAINTIFFS

- and -

MOTOROLA, INC. A DELAWARE CORPORATION

DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF JEFFREY GIBSON, pursuant to an appointment

made on consent of the parties to be reported by

Cornell•Catana Reporting Services, on March 23, 2006,

commencing at the hour of 9:14 in the forenoon.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# COURT COPY

APPEARANCES:

Sean J. Bellow                                         for the Plaintiffs

Randy Papetti and Emily S. Cates                       for the Defendant

This Examination was taken down by sound recording

by Janice West at Ottawa, Ontario, Canada.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

6

1          their Nortel Account Manager.

2   14.          Q.  That was also a Sales position?

3              A.  Yes.

4   15.          Q.  When did you leave that position?

5              A.  1988.

6   16.          Q.  Where did you go in 1988?

7              A.  I went to a company called ElectroSource and

8          they were a Rep Company also in Canada and I worked for

9          them based in Ottawa.

10  17.          Q.  After you left ElectroSource where did you

11         go to work?

12             A.  Well, I started J-Squared Technologies in

13         Canada in January, 1990 so I left ElectroSource to

14         incorporate J-Squared and start the company in Canada.

15  18.          Q.  J-Squared -- is one of the "J's" Jeff?

16             A.  Yes.

17  19.          Q.  Right and who is the other "J"?

18             A.  John.

19  20.          Q.  John -- and who is John?

20             A.  That's my first name.  Jeff's my middle

21         name.

22  21.          Q.  All right, so were you the sole founder of

23         J-Squared Technologies Inc.?

24             A.  Yes.

25  22.          Q.  Are you currently the sole owner of J-

Case 1:04-cv-00960-SLR   Document 126-6   Filed 05/04/2006   Page 14 of 50

7

Squared Technologies Inc.?

A. J-Squared Technology in Canada is owned by a Holding Company called Mazin Investments and I would own 51 percent of the common shares of Mazin Investments and my wife, Alison Gibson, would own the other 49 percent of common shares.

23. Q. So your family owns J-Squared Technology Inc.?

A. Yes.

24. Q. What's your current job title or titles at J-Squared Technology Inc. now besides owner?

A. CEO I guess.

25. Q. Does J-Squared have a Board of Directors?

A. Yes, it does.

26. Q. Do they function as a Board of Directors even though it's a wholly owned Company?

A. It's really just more of an annual meeting to look at the financial performance of the company.

27. Q. Okay, and who's on the Board of Directors?

A. There would be myself and my wife.

28. Q. So the Annual Meeting could be in your home if you wanted it to be?

A. Yes.

29. Q. Who is the Executive Management at J-Squared Technologies Inc.?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                        1-800-893-6272                        Fax:  (613) 231-4605

8

     A.   The Executive Management of the Company -- I guess it depends on what you mean by Executive Management.

30.     Q.  Is that a term you use?

     A.   I use it in terms of -- there are a lot of responsibilities running the Company so at the very top of the Company in Canada, I have myself and Mike Nykoluk in a kind of an Executive Management Portfolio but the company is divided in Canada into four lines of business.  We have a person besides Mike and myself that runs those separate lines of business.

31.     Q.  Does the Company have a Chief Financial Officer?

     A.   No.

32.     Q.  Who performs the functions that the Chief Financial Officer typically would perform for a company -- for J-Squared?

     A.   My Accountant.

33.     Q.  So you have an Accountant that works out the numbers?

     A.   Yes.

34.     Q.  Who is principally responsible at the company for Forecasting?

     A.   Financial Forecasting?

35.     Q.  Correct?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

9

1          A.   Financial Forecasting is more bottoms up, so

2    we get Forecasts from the individual sales people and we

3    roll it up, get the numbers from there and then we would

4    -- we would I guess scrutinize the numbers and make sure

5    that, you know, do a sort of a self-audit -- make sure

6    they make sense.

7   36.        Q.   You referred to "we" scrutinize the numbers

8    out of ---

9          A.   I mean Mike Nykoluk and myself.

10  37.       Q.   What are -- I realize as the CEO of a

11  company you touch a lot of different responsibilities

12  but what are your primary job responsibilities?

13        A.   My primary job responsibility is probably

14  more forward looking in terms of where we want to take

15  the company six to 24 months out.

16  38.       Q.   Does that include trying to identify

17  potential new product lines to represent?

18        A.   It could be that.  It could be also looking

19  at trying to identify additional customers we want to

20  engage with or additional market places we might want to

21  venture into -- things of that nature.

22  39.       Q.   You described J-Squared Technologies Inc. as

23  being owned by a Holding Company called Mazin

24  Investments?  Correct?

25        A.   Yes.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

10

40.              Q.   Does J-Squared have subsidiaries?

                 A.   Indirectly.  J-Squared Mazin -- or Mazin

Investments Limited would own a company in Delaware

called J-Squared U.S.A. and like Mazin is the Holding

Company in Canada, J-Squared U.S.A. would be sort of --

would be like the Holding Company in the U.S. for the

U.S. Organizations and J-Squared U.S.A. would have an

equity stake in J-Squared Oregon.

41.              Q.   Does J-Squared U.S.A. wholly own J-Squared

Oregon?

                 A.   J-Squared U.S.A. -- No, J-Squared U.S.A.

would own 55 percent of the common shares of J-Squared

Oregon.

42.              Q.   Who owns the other 45 percent?

                 A.   Three individuals -- two based in the North

West and one based in Calgary.

43.              Q.   Who worked for J-Squared Oregon?

                 A.   The two in the North West would work for J-

Squared Oregon and the person in Calgary would be

employed by J-Squared in Canada but does work for the

North West also.

44.              Q.   Does J-Squared Oregon have its own

employees?

                 A.   Yes.

45.              Q.   How many total employees does J-Squared

Case 1:04-cv-00960-SLR    Document 126-6    Filed 05/04/2006    Page 18 of 50

11

1     Technologies Inc. have?

2          A.   In Canada?

3  46.     Q.   Wherever there's J-Squared Technologies

4     Inc.?

5          A.   Wherever there's a J-Squared entity?

6  47.     Q.   No, J-Squared Technologies Inc. -- the

7     Canadian entity?

8          A.   It's approximately 45 people right now.

9  48.     Q.   Approximately how many did it have back in

10    say the beginning of 2003?

11         A.   Maybe 50 -- around that.

12  49.    Q.   How many employees roughly does J-Squared

13    Oregon have?

14         A.   J-Squared Oregon would have six employees.

15  50.    Q.   And approximately how many did J-Squared

16    Oregon have back in the beginning of 2003?

17         A.   Three.

18  51.    Q.   Can you -- I realize you don't have the

19    figures necessarily in front of you, but can you

20    approximate for me what J-Squared Technologies Inc.

21    revenues were in 2005?

22         A.   When you say "revenue", do you mean the

23    commission dollars?

24  52.    Q.   Well, as I understand it -- correct me if

25    I'm wrong -- J-Squared Technologies Inc. makes money

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

12

1    through commission dollars and in some cases some margin

2    percentage?  Correct?

3         A.  Yes, yes.

4    53.         Q.  So combined between those two sources what

5    would you say the revenue was in 2005?

6         A.  In 2005 -- I typically look at more than

7    commissions/margin dollars?

8    54.         Q.  That's what I thought I was referring to?

9         A.  No, revenue in the Distribution Business

10   would be the top level number you'd invoice the

11   customer.  Margin would be the part of that -- so I look

12   at more the commission margin.

13   55.         Q.  And that's what I meant to ask you about.

14   Yes, that's fine?

15        A.  Okay.  In terms of commission plus margin

16   dollars, J-Squared Canada would have done around $5.5 -

17   $6 million in 2005.

18   56.         Q.  How about in 2004?

19        A.  Probably in the $4.5 to $5 million range.

20   57.         Q.  I'm only going to ask you one more year --

21   2003?

22        A.  You're testing my memory.  I would say in

23   2003 it was probably again around $4.5 million.

24   58.         Q.  Does J-Squared Technologies Inc. regularly

25   produce Income Statements?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

15

1          A.   Yes.  We call them groups, not divisions.

2   70.          Q.   When I was asking you questions a minute ago

3       about P and L Statements for Divisions, you're referring

4       to the groups?  Correct?

5          A.   Yes.

6   71.          Q.   The ESG Group was started when at J-Squared?

7          A.   The ESG Group was started in the second half

8       of the fall of 2002.

9   72.          Q.   The fall of 2002.  Who was its first product

10      line?

11         A.   Well, the concept of the division before we

12      even looked at a product line, we made the decision to

13      go with the Embedded space and form that group so we

14      could diversify the company a bit more.

15         We'd come to feel that if you look at the

16      financials of the company they were heavily skewed

17      towards our Component Group at that point in time, so we

18      wanted to get some other Groups in the Company that we

19      could build up over three, four, five years so that we

20      could diversify away from just one group being the bulk

21      of the revenue.

22  73.          Q.   Then after a decision was made to diversify

23      by creating a ESG Group, you had to get some product

24      lines to actually create the group and when did you

25      start actively looking for product lines?

CORNELL·CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

16

1     A.  I would say we started in the June, July,
2     August time-frame of that year.
3  74.     Q.  When was the -- do you recall any of the
4     first ones you approached or that approached you?
5     A.  Well the first thing I did is I assigned
6     Claude Langlois to head the group up.
7  75.     Q.  And roughly when was that?
8     A.  I believe he was on a sabbatical in the
9     summer of 2002 at J-Squared so it would have been when
10    he came back from sabbatical, I would have talked to him
11    about it before his sabbatical so that when he came back
12    we started that group with him heading it up in probably
13    the August time-frame.
14 76.     Q.  Do you recall who the first group or groups
15    -- first manufacturer or manufacturers you talked to?
16    A.  Motorola would have been one of them.  I
17    think they were the only one.  I mean Claude would be
18    the better person to answer that.
19 77.     Q.  Let me show you Exhibit 114 -- the Court
20    Reporter has a bunch of Exhibits she should be able to
21    hand you -- 114 please?  I take it, on a quarterly or a
22    semi-quarterly basis J-Squared prepared some sort of
23    presentation to up-date the company employees as to
24    where the company's at?  Is that correct?
25    A.  Yes, two to three times a year.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

36

```
 1            what that references?  At the top?

 2                    A.  Where do you see that?

 3   188.            Q.  If it's helpful, look at Page 1887 too?

 4                    A.  All right.

 5   189.            Q.  Page 1889 -- excuse me?

 6                    A.  Which one, sorry -- 1887?

 7   190.            Q.  No, 1889 and 1882 -- both have references to

 8            GE?

 9                    A.  Right.

10   191.            Q.  Maybe we'll just look at 1889 if that's

11            easier?

12                    A.  Okay.

13   192.            Q.  It says, "ESG Issues concern challenges" and

14            one of them says, "Close GE..." -- do I say "Fanuc" --

15            is that it?

16                    A.  Fanuc.

17   193.            Q.  Can you tell me what that references?

18                    A.  That references our lead line had gone away

19            and we needed to replace it with another line that could

20            be a lead line on a line card, so Motorola had gone away

21            so we needed to replace it with GE Fanuc.

22   194.            Q.  How long after Motorola had gone away --

23            well just when did -- did J-Squared approach GE or did

24            GE approach J-Squared?

25                    A.  I honestly don't remember.
```

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

37

195.            Q.  Do you recall roughly when the
        communications began between the companies?

                A.  It was right around the same time of the
        Motorola termination.  It was in the January - February
        time-frame of that year I believe.

196.            Q.  Were there some communications with GE prior
        to receiving the February 26th letter from Motorola?

                A.  Yes, I believe so.  We'd had to have had
        some preliminary conversations.

197.            Q.  Is the GE Fanuc line in competition with the
        MCG Line that J-Squared had been repping?

                A.  It depends on what you sign on with GE
        Fanuc.  GE Fanuc required multiple companies over time,
        so for example -- some products would and other products
        wouldn't.

                So, for example GE Fanuc had acquired a company
        called CDI that did displays so we could have
        theoretically repped the CDI portion of GE Fanuc with
        Motorola and that would not have been in conflict but
        our conversations hadn't gotten to that point when the
        Motorola termination occurred.

198.            Q.  Okay, so there was preliminary discussions
        with GE Fanuc.  Do you have any correspondence or any --
        what else can you tell me about those initial
        communications?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5

Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

43

1          A.  With Motorola?

2   230.   Q.  Correct?

3          A.  No.

4   231.   Q.  That was principally Mr. Blomme?

5          A.  Yes.

6   232.   Q.  But you're aware that that Contract

7    contained certain Performance Standards?

8          A.  Yes.

9   233.   Q.  Is it your understanding now that J-Squared

10   Oregon met those Performance Standards?

11         A.  Yes.

12  234.   Q.  Is it your understanding that Motorola told

13   J-Squared Oregon in a Termination Letter that Motorola

14   didn't believe that J-Squared Oregon had met the

15   Performance Standards?

16         A.  Yes.

17  235.   Q.  What have you done as President of J-Squared

18   Oregon to understand whether or not J-Squared Oregon in

19   fact met the Performance Standards in the Contract?

20         A.  I asked Steve to put a spreadsheet together

21   that somewhat matched up to your Exhibit 4 in the

22   Contract to see, you know, what we had done to date.

23  236.   Q.  You've seen that spreadsheet recently?

24         A.  I've seen it.  I haven't looked at it

25   recently.

78

was that there might be a better way from a sales

channel point of view for Motorola to go to Market,

better for them and better for J-Squared that would be a

mutual win-win than the present way it was structured.

404.        Q.    The next page?

            A.    Yes.

405.        Q.    Says, "MCG Sales Force Redeployment", and it

refers to a telecom collapse in the first bullet point?

            A.    Yes.

406.        Q.    What can you tell me about which telecom

collapse you're referring to?

            A.    Well, the telecom market collapsed in the

February, March, April time-frame of 2001.  So for

example in Canada we have Nortel here and they basically

overnight went from about a $30 billion company to an $8

billion company -- the same type effect -- same type of

thing that affected Lusin and a bunch of other telecom

companies.

407.        Q.    And -- I'm sorry -- go ahead?

            A.    Well, Motorola at that time was selling a

fairly big percentage of their number from talking to

Larry Terry and when that collapse hit, Motorola MCG's

numbers went down substantially and that caused a ripple

effect where they had to go from a deployment I think of

50, 55 sales people in North America to 12 to, you know,

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

79

1    get their costs in line based on what -- to what their

2    present business was after that happened.

3  408.         Q.  What you just described -- the issues with

4    the telecom collapse and MCG sales force redeployment

5    and cut-backs -- those were issues that were discussed

6    with Motorola prior to J-Squared Canada entering into

7    the contract with Motorola?  Correct?

8            A.  Larry mentioned it.  Larry mentioned it from

9    the perspective -- of framing it from the perspective of

10   this is why we need to go to a manufacturer's sales rep

11   because we don't have enough feet on the street to go do

12   the job.

13          So we need to find a way to put more feet on the

14   street and we can't afford to hire direct people so we

15   need to go and look at a manufacturer's rep and that

16   work to give us the opportunity to go do that.  It was

17   kind of framed in that light.

18  409.         Q.  At that time, prior to the contract getting

19   entered into, J-Squared was well aware of the telecom

20   collapse generally?  Correct?  It affected some of your

21   other lines as well, didn't it?

22          A.  Absolutely.

23  410.         Q.  Let's keep going.  How about -- there's a

24   chart in here.  Mr. Langlois said that he did not create

25   it.  Did you create it or create it in conjunction with

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                     1-800-893-6272                     Fax: (613) 231-4605

82

1    2004, 2005, 2006 -- is that okay?

2         A.   The intent of this slide is to try to show

3    that the commissions or the money into J-Squared is

4    trying to chase the other curve which is the cost and

5    from our perspective on a ROI, we want obviously the

6    bottom, the lighter coloured line to cost over the cost

7    line.

8         So we're showing that we're actually net

9    positive on the line from start date to whatever point

10   in time that is in the future.  The intent on this was

11   shown after four years under the present modus operandi

12   we might not get there.

13   417.      Q.   I understand that.  I just meant that for

14   the discussion we're about to have about this, instead

15   of First Year, I've labelled that 2003?

16        A.   Okay, sure.

17   418.      Q.   The Second Year -- 2004?

18        A.   Can I write on this?

19   419.      Q.   Please?  No?  Yes, go ahead?  Well, it's an

20   Exhibit but go ahead?

21        MR. BELLEW:  You can take mine and you can write

22   on it.

23        MR. PAPETTI:  I wrote on mine, to be fair.

24        BY MR. PAPETTI:

25   420.      Q.   All right, so let's agree that the First

83

1          Year, we'll call 2003, the Second Year - 2004, the Third

2          Year - 2005, and the Fourth Year - 2006?

3                    A.   Right.

4    421.            Q.   Then the numbers up the left side are in

5          thousands?  Correct?

6                    A.   Yes.

7    422.            Q.   Both these figures are for J-Squared Canada,

8          not J-Squared Oregon?  Correct?

9                    A.   Yes.

10   423.            Q.   What do you mean by J-Squared MCG Cost of

11         Sales?

12                   A.   Our cost of sales from a J-Squared

13         perspective to sell the Motorola product offering.

14   424.            Q.   What goes into the cost of sales?  I cut you

15         off.  Let me -- is that a term that's regularly used at

16         J-Squared -- cost of sales?

17                   A.   Yes.

18   425.            Q.   What does cost of sales include?

19                   A.   It would include the individual's pay, so it

20         would include their base salary.

21   426.            Q.   Their base salary?

22                   A.   It would include their bonuses.  It would

23         include payroll taxes.  It would include car expense,

24         entertainment expense, travel expense.  There'd be some

25         percentage corporate cost allocated to the individual.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

84

1  427.              Q.  So it includes allocations of all the costs?

2                    A.  All those costs.

3  428.              Q.  Is that the same as what you sometimes see

4        the term "fully loaded"?  Is that a "fully loaded" cost

5        or is it just a "loaded cost"?

6                    A.  Fully loaded for that line, so Motorola

7        would be one line in the Embedded Group, so that would

8        be the fully loaded cost for selling Motorola.

9  429.              Q.  I realize these are cumulative, okay but I

10       want to ask you about particulars.  This shows J-Squared

11       losing money in 2003?  Correct?

12                   A.  Yes.

13 430.              Q.  If it's helpful, look at the chart -- the

14       data that Mr. Bellew provided me?

15                   A.  Yes.

16 431.              Q.  For 2003, what's the estimated cost?  The J-

17       Squared, MCG Cost of Sales?

18                   A.  $150,000.

19 432.              Q.  $150,000 -- and what's the estimated

20       revenue?

21                   A.  $60,000.

22 433.              Q.  So this chart is predicting a $90,000 loss

23       for J-Squared in 2003?  Correct?

24                   A.  That's just the cost of the Embedded Group.

25 434.              Q.  I'm sorry.  It's actually the cost and

A-342

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

85

1          revenue of the Motorola ---

2                    A.   For the Embedded Group.

3    435.            Q.   Correct?

4                    A.   Right.

5    436.            Q.   So it's predicting on the Motorola line for

6          the Embedded Group a loss of $90,000 for 2003?

7                    A.   When we put that beside the year, yes.

8    437.            Q.   How about for 2004?

9                    A.   What's your question?   Sorry?

10   438.            Q.   Does it predict a profit or a loss for 2004?

11                   A.   At that run rate it's projecting a loss of

12         $160,000.

13   439.            Q.   And costs of how much for 2004?

14                   A.   $400,000.

15   440.            Q.   And costs -- excuse me, and revenues of how

16         much?

17                   A.   $240,000.

18   441.            Q.   How about 2005?

19                   A.   The costs?

20   442.            Q.   Costs?

21                   A.   $700,000.

22   443.            Q.   And the revenue?

23                   A.   The commissions are at $510,000.

24   444.            Q.   The numbers you're giving me are on a

25         cumulative basis though aren't they?

86

1        A.  Yes, sorry.

2   445.        Q.  We need to start over?  Okay?  Sorry?  I

3   want to know for each individual year ---

4        A.  Okay.

5   446.        Q.  All right?

6        A.  Can I write on this then because I'm going

7   to have to calculate it.

8        MR. PAPETTI:  Why don't we take a five minute

9   break.

10       MR. BELLEW:  Let's do that.  I can get some

11  copies made and we can write on everything we want.

12       THE WITNESS:  Okay because you're asking me to

13  do a mental -- math so it's ---

14       MR. PAPETTI:  Fair enough.  Well let's just take

15  a break and copy it and you can write on whatever you

16  want.  Maybe provide them two copies?

17       MR. BELLEW:  I think what we'll do -- what's

18  that Exhibit -- we'll make this 116A.  All right?

19       MR. PAPETTI:  Sure.  Exhibit 116A.

20       **EXHIBIT NO. 116A:**  Actual data used to prepare

21       Exhibit 116 Chart.

22       MR. COURVILLE:  This marks the end of Tape

23  Number 1 in the Deposition of Jeffrey Gibson.  The time

24  is now 10:46:32 -- going off the Record.

25            ( SHORT RECESS )

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

87

1          MR. COURVILLE:  Back on the Record.  Here marks

2     the beginning of Tape Number 2 in the Deposition of

3     Jeffrey Gibson.  The time is now 10:57:52.  Please

4     continue.

5          BY MR. PAPETTI:

6   447.      Q.  Mr. Gibson, before we broke we were looking

7     at Exhibit 116 which is the e-mail attaching the

8     presentation we've been discussing and then we marked as

9     an Exhibit, I believe 116A?

10         A.  Right.

11  448.      Q.  Which is some data that Mr. Bellew provided

12    which is the data points for the chart on J21675 in

13    Exhibit 116?  Is that correct?

14         A.  Correct.

15  449.      Q.  I wanted to ask you some questions about the

16    data.  In 2003 as I understand Exhibit 116A, there was -

17    - your chart estimates in J2MCG Cost of Sales of

18    $150,000.  Is that correct?

19         A.  Yes.

20  450.      Q.  It estimates MCG commissions for the year of

21    $60,000?  Is that correct?

22         A.  Correct.

23  451.      Q.  So a projected loss of $90,000?  Correct?

24         A.  Correct.

25  452.      Q.  For 2004, if I'm correct it projects J2MCG

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

88

1          Cost of Sales of $250,000?   Is that correct?

2                    A.   Yes.

3    453.          Q.   And MCG Commissions of $180,000?

4                    A.   Correct.

5    454.          Q.   And that predicts thus a $70,000 loss for

6          2004?

7                    A.   Correct.

8    455.          Q.   For 2005, it projects a J2MCG Cost of Sales

9          of $300,000?

10                   A.   Correct.

11   456.          Q.   And MCG Commissions of $270,000?

12                   A.   Correct.

13   457.          Q.   So, it projects a loss for 2005 of $30,000?

14                   A.   Correct.

15   458.          Q.   And for 2006, it projects $300,000 in sales.

16         Excuse me, let me start over.   For 2006, it projects

17         J2MCG Cost of Sales of $300,000?

18                   A.   In which year?

19   459.          Q.   In 2006?

20                   A.   $400,000 -- sorry, you're right -- $300,000.

21   460.          Q.   Let me start over.   In 2006, it predicts

22         J2MCG Cost of Sales of $300,000?

23                   A.   Correct.

24   461.          Q.   And MCG Commissions of $400,000?

25                   A.   Correct.

A-346

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                     1-800-893-6272                     Fax:  (613) 231-4605

89

1   462.          Q.  Which projects a profit of $100,000?

2               A.  Correct.

3   463.          Q.  Those data points that we just read --

4        excuse me, those data points that are on Exhibit 116A,

5        do they appear to you to be the data points that are

6        Exhibit 116?

7               A.  Yes.

8   464.          Q.  For a cumulative period, 2003 to 2006, this

9        projects a loss of $90,000?  Is that correct?

10              A.  Yes.

11  465.          Q.  You had started to say and we moved on to a

12       different topic that the Presentation, Exhibit 116 is

13       one that you prepared with others at J-Squared to

14       present to Motorola?  Is that correct?

15              A.  I prepared this with Claude Langlois to

16       present to Kevin Parslow and Steve Machernis.

17  466.          Q.  In Boston?

18              A.  In Boston in September.

19  467.          Q.  In September, 2003?

20              A.  Yes.

21  468.          Q.  Did you present it to them?

22              A.  Yes.

23  469.          Q.  Who was at that Presentation and can you

24       tell me where it was?

25              A.  It was Kevin Parslow, Steve Machernis,

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

90

|   |   |   |
|---|---|---|
| 1 | | Claude and myself. |
| 2 | 470. | Q.  The four of you? |
| 3 | | A.  Yes. |
| 4 | 471. | Q.  At a hotel? |
| 5 | | A.  There was a trade show -- at the hotel at |
| 6 | | that trade show. |
| 7 | 472. | Q.  Did you do the Presentation or did Mr. |
| 8 | | Langlois? |
| 9 | | A.  I think we both did actually.  We both would |
| 10 | | interject at different points so it was done in an |
| 11 | | informal setting on paper at a table.  It wasn't really |
| 12 | | like a conference room setting. |
| 13 | 473. | Q.  What was the point you were trying to get |
| 14 | | across in the chart we've been looking at, J-Squared's |
| 15 | | Present MCG RO and Forecast? |
| 16 | | A.  The point I was trying to get across was |
| 17 | | that if we put the right cost of sales in place to do |
| 18 | | the right job for Motorola moving forward -- what I |
| 19 | | deemed at that time in terms of cost of sales for |
| 20 | | Motorola, and the commissions coming in at 5 percent, |
| 21 | | that it was -- there was a problem with a value |
| 22 | | proposition and the conclusion I was trying to draw was |
| 23 | | either Motorola should increase their commission rate or |
| 24 | | they should allow J-Squared to do some of the business |
| 25 | | in Canada from a Distribution point of view so we get 25 |

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                              1-800-893-6272                              Fax: (613) 231-4605

102

1          I put all dollars in U.S.  So, all I did was try

2     to work backwards to say, okay, based on -- if these

3     assumptions are correct then this is the -- if want to

4     be a commissioned agent for Motorola based on what I

5     perceived we can sell of Motorola product in Canada,

6     then these are the type of commission rates we need to

7     get.  We need to get in the eight and 10 percent

8     commission rate area if we're a commissioned rep.

9          If Motorola can't -- if that's not a viable

10    model for Motorola, then we need to find some

11    combination of where we're maybe we're up at 5 percent

12    and we do some distribution business at a higher

13    percentage so it blends to eight to 10 percent.

14  531.          Q.  The 33 points Gross Margin that you refer to

15    in this Exhibit, is that something you use other than

16    for putting this plan together, is it something you use

17    doing other analysis for J-Squared?

18          A.  In the ideal world you'd like to make a 50

19    percent margin.  So the range is probably -- I mean, I

20    just used that as the number in this case but the range

21    is probably 25 percent to 50 percent Gross Margin and

22    they'd like to see us profit if at all possible

23    depending on how healthy the business is.

24  532.          Q.  Out of that Group Gross Margin you have to

25    pay some employee incentive compensation as well?

**CORNELL•CATANA REPORTING SERVICES,** 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                          1-800-893-6272                          Fax: (613) 231-4605

103

Correct?

1    A.  No, no.  What I'm saying is, if we brought a

2    million dollars in commission in, all our costs would be

3    $667,000 and the business would -- if this is a healthy

4    run rate, would be $333,000.  That's what I was implying

5    there.

7    533.       Q.  I guess I'm confused by that because you say

8    total Gross Margin Dollars ESG needs 33 Points Gross

9    Margin on the break-even costs per year or 50 percent

10   mark-up from the break-even costs to cover employee

11   incentive plans and profits for J-Squared?

12   A.  Right but 50 percent mark-up on $667,000

13   would give you the million -- 50 percent of $667,000 is

14   3-3-3 and that would give you a million.

15   534.       Q.  Okay and 50 percent on -- okay, but out of

16   that 50 percent you need to pay employee incentive plans

17   as well?  Correct?

18   A.  That's not what I mean.  That should have

19   been profits to J-Squared but either way, it could be 25

20   percent you'd go for.  I mean, the intent is for J-

21   Squared profitability.  The incentive plan should be

22   paid out of the costs obviously.

23   535.       Q.  So based on the assumption that Motorola

24   would be 50 percent of the Gross Margin dollars for the

25   ESG Group which is the assumption you used in here?

**CORNELL•CATANA REPORTING SERVICES**, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

104

1           Correct?

2                   A.   It was -- the assumption was if it could be.

3           This is a what if scenario.

4    536.           Q.   But it was also your assumption that a lead

5           line should be about 50 percent?

6                   A.   Yes, yes.

7    537.           Q.   So, using that assumption, your assumption,

8           and using your assumption -- excuse me, your projections

9           as to the costs for the group?  Correct?

10                  A.   Correct.

11   538.           Q.   And using your projections as to the

12          expected MCG Revenue, correct -- you need to obtain

13          between an 8.4 and a 10.4 percent commission rate on the

14          work done for Motorola to meet your expectations?

15                  A.   Assuming all those Forecast numbers -- keep

16          in mind I did this in September, 2003 and these numbers

17          are for 2004, 2005 and 2006 but I was just trying to get

18          a sense as to if those numbers materialize what

19          commission rate do you need, and it looked like you'd

20          need to be in the eight to 10 percent range.

21                  That was the -- the whole point of this was just

22          to try to get a sense of what that commission percentage

23          should be if the -- that was roughly the Forecast.

24   539.           Q.   Correct, and the commission rate you compute

25          are between a little over 60 percent and a little over

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                     1-800-893-6272                     Fax: (613) 231-4605

105

1   100 percent higher than the commission rate in your

2   current agreement with Motorola?   Correct?

3            A.   Sorry?

4   540.         Q.   The commission rates you conclude you have

5   to obtain on the Motorola revenue in order to meet the

6   plan that you've designed here are between 60 percent

7   and over 100 percent what the actual commission rate was

8   in the Motorola contract?

9            A.   It could be but again, my point was if this

10  was the -- I'm looking at this from a J-Squared

11  perspective.   I'm saying if J-Squared ESG Group wants to

12  achieve these top level matrix and if you assume

13  Motorola is 50 percent, this is what you need.   It was

14  just -- it was more of a top level assumption.

15  541.         Q.   I understand it's -- and actually exactly

16  what purpose you're using it for but I'm just asking you

17  to explain what you computed.   This last column is the

18  commission rate you'd have to obtain from Motorola on

19  the expected Motorola revenue in order to meet the plan

20  that you've put together here?   Correct?

21           A.   Or it could be a blended commission margin

22  rate depending on how you go -- the point of this was

23  roughly what percentage do you need to get commission or

24  margin blended eight to 10 percent and then from that

25  financially what's the best sales channel model to use

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

106

1    to achieve that, it could be a win-win for both.  That

2    was the purpose of this whole thing.

3  542.          Q.  So the blended commission rate -- whether

4    it's a blending of one factor or multiple factors ---

5              A.  Yes, yes.

6  543.          Q.  The blended commission rate has to be

7    between 8.4 percent and 10.4 percent to make this plan

8    work?  Correct?

9              A.  Based on these assumptions, yes.

10 544.          Q.  And 8.4 percent and 10.4 percent range from

11   a little over 60 percent to a little over 100 percent

12   more than the actual commission agreement you had in

13   place in Motorola at the time?

14             A.  All we're talking about is the commission

15   percentage.

16 545.          Q.  Yes?

17             A.  I didn't understand your earlier question.

18   Yes.

19 546.          Q.  Let's go to the next document which is 118

20   and you might want to keep 117 in front of you?

21             A.  Okay.

22 547.          Q.  So you have this plan at Tab -- to your

23   September 23 e-mail and then you attach the plan again

24   to an e-mail on September 29th in Exhibit 118?  Is that

25   correct?

109

1        fully loaded cost.

2   559.          Q.   For the Group?

3                 A.   For the ESG Group.

4   560.          Q.   Okay, right and that's your projection?

5                 A.   Yes.

6   561.          Q.   The expected MCG Revenue is projections as

7        to sales on the MCG Account?  Correct?

8                 A.   The sales of MCG in Canada, yes.

9   562.          Q.   And so, you've recomputed the commission

10       rate required in order to get the Revenue you need to

11       make this plan meet your expectations?  Correct?

12                A.   Commission or Gross Margin, yes.

13  563.          Q.   And that figure is now between a low of 10.4

14       percent and a high of 13.9 percent?  Correct?

15                A.   Yes, yes.

16  564.          Q.   Which is between 100 and about 170 percent

17       what your actual commission agreement with Motorola is

18       at the time?  Correct?

19                MR. BELLEW:  Objection.                           *O*

20                THE WITNESS:  That's not keeping in mind

21       distribution margins are 25, 30 points at the time.

22                BY MR. PAPETTI:

23  565.          Q.   But you didn't have any agreement in place

24       to get ---

25                A.   No, but the intent was to go and try to do

A-354

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

110

1          that.

2    566.          Q.   You mean it was J-Squared's desire to try

3          and convince Motorola to enter into some sort of

4          distribution arrangement?   Correct?

5                  A.   And we had many conversations with them

6          about it.

7    567.          Q.   With Motorola?

8                  A.   Yes.

9    568.          Q.   Right, but the only compensation agreement

10         you has as of the time of preparing Exhibit 118 was the

11         5 percent commission rate?

12                 A.   Correct.

13   569.          Q.   If you look at Exhibit 118, go to the front

14         of it please?

15                 A.   Okay.

16   570.          Q.   I want to ask you -- at the bottom you're

17         copied on e-mail from Mr. Langlois to Mr. Machernis and

18         Mr. Parslow at Motorola?   Do you see at the bottom?

19                 A.   Yes.

20   571.          Q.   And he's sending along these revised MCG

21         Revenue Figures that we just looked at?   Correct?

22                 A.   Correct.

23   572.          Q.   Did you believe these Revenue Figures to be

24         J-Squared's best estimate at the time of what they were

25         projecting to receive in 2003, 2004 and 2005?

Case 1:04-cv-00960-SLR    Document 126-6    Filed 05/04/2006    Page 43 of 50

CORNELL·CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

140

699.        Q.  Do you have any recollection of being
provided any historic POS Data other than 130 or 1331?

           A.  Me personally, no.

700.        Q.  Do you recall asking for any -- of any of
the Motorola people you had discussions with, asking for
any POS rather -- sales related data?

           A.  I don't remember doing that.

701.        Q.  You've alluded to a couple of times and I
want to give you the opportunity to extrapolate on it a
little bit, you've alluded to comments made by I believe
Mr. Terry about the sales that the territory was likely
to achieve in 2003?  Correct?

           A.  Yes.

702.        Q.  Can you tell me what Mr. Terry told you and
roughly when regarding that issue?

           A.  Well, it would have been I guess somewhere
in between July and October of 2002.  I think the way
Larry framed it is that they -- the sales number was
something like six to $8 million at the market peak in
2000 - 2001 and it had gone down over the course of a
few years to like a two to $3 million base line of
business.

           That should be the number in 2003 and that we
should be able to build the business back up.  The
opportunity was there to build the business back up if

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

145

1    discussing with Motorola?

2           A.  No, I don't remember talking to Larry about

3    it.

4  723.        Q.  So most of your discussions by that point in

5    the process were to Mr. Langlois, who in turn was

6    talking to Motorola?

7           A.  Right.  Claude was running with the

8    negotiation of the contract.

9  724.        Q.  And he was by that point the head of the ESG

10    Project?  Correct?

11           A.  Correct.

12  725.        Q.  Do you recall Mr. Langlois reporting

13    anything to you about his concern about the contract not

14    automatically renewing?

15           A.  That came up because you know J-Squared's

16    probably signed I don't know, a 100 different contracts

17    over time and that was an abnormal clause.

18  726.        Q.  And so, Mr. Langlois flagged that issue for

19    you?

20           A.  Yes.

21  727.        Q.  Do you recall talking to him about it?

22           A.  Yes.

23  728.        Q.  What can you tell me about those

24    conversations?

25           A.  He just wanted to understand why Motorola's

Case 1:04-cv-00960-SLR    Document 126-6    Filed 05/04/2006    Page 45 of 50
CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

146

1    contract was different than everyone elses.

729.    Q.  Do you recall what he reported to you?

A.  He didn't know any -- go ask the question,
find out.

730.    Q.  Do you recall what he reported after he went
and asked the question?

A.  I think it came down to -- it came down to -
- I'm not sure who at Motorola -- someone had conveyed
to Claude that they had to have that in there because of
some corporate policy and when Claude, you know, asked
what corporate policy, some G9 Policy and that was the
rationale for having that clause you're talking about in
there.

731.    Q.  So was it fair to say, Claude wanted them to
adjust the contract so that it would automatically renew
absent somebody serving a Notice of Termination and
Motorola, in the end, refused to do that based on this
Corporate Policy Motorola reported?

A.  I don't know if they refused.  They used the
-- they used the rationale that because of Corporate
reasons they had to keep the clause that way but there
was an understanding that, you know, it would just
automatically happen anyways.

732.    Q.  Who was this understanding between about how
the contract would automatically renew?

147

1        A.   I think it was with Claude and whoever he

2   was talking to at Motorola.

3   733.        Q.   Do you know who that was?

4        A.   No.

5   734.        Q.   Did Claude report to you, I didn't like this

6   provision because it doesn't provide for automatic

7   renewal but I have an understanding with someone at

8   Motorola?

9        A.   No, he would have -- I don't think he would

10  have conveyed it that way.

11  735.        Q.   What do you think he conveyed?

12       A.   Just that this thing is going to have to be

13  automatically renewed or renewed on an annual basis but

14  it's just a formality.

15  736.        Q.   Who did he have that understanding about the

16  Agreement with?

17       A.   Whoever he was dealing with at Motorola.

18  737.        Q.   You don't know though?

19       A.   No.  I wasn't in those, you know, meetings

20  so ---

21  738.        Q.   I understand.  You're the CEO in a company.

22  You've got a lot of other business going on so I'm not

23  saying you should know.  I'm simply asking what do you

24  personally recall at this point in time?  Do you

25  actually recall having conversations with Mr. Langlois

163

1        Group selling the product so that's why there's a delta

2        there and I mean, the idea is we were going to somewhat

3        adjust our costs to Motorola to roughly what the

4        commissions coming in were, so that was the basis.

5  817.        Q.  For 2003 you estimate J-Squared Canada had

6        $550,000 in costs?  Correct?

7        A.  Yes.

8  818.        Q.  And on Exhibit 116 you estimated that the

9        actual costs in 2003 for J-Squared selling Motorola was

10        $150,000?  Correct?

11        A.  No, that was just -- that was the Embedded

12        Group in Canada.  It wasn't the whole cost.

13  819.        Q.  What do you mean, it wasn't the whole cost?

14        A.  Well, we have the Component Guys selling

15        Motorola.

16  820.        Q.  You told me before you're estimating the

17        total J-Squared, MCG Costs.  You didn't say it was the

18        Embedded costs?

19        A.  I did.  I said it was the Embedded Group

20        cost.

21  821.        Q.  So, if the actual cost was plotted on

22        Exhibit 116 ---

23        A.  It would be worse.

24  822.        Q.  It would be much, much worse?  Correct?

25        A.  For the start-up costs for the first year,

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                1-800-893-6272                Fax: (613) 231-4605

164

1    yes but I factored that out purposely because I didn't

2    want to skew the conversation we had in September.

3   823.         Q.  So your explanation now of the J-Squared,

4    MCG Cost of Sales does not include anyone who wasn't in

5    the ESG Group?  Correct?

6              MR. BELLEW:  Objection.                          *O*

7              THE WITNESS:  Say that one more time?

8              BY MR. PAPETTI:

9   824.         Q.  Who is included in the J-Squared, MCG Cost

10   of Sales here?

11              A.  As I represented earlier it was the Embedded

12   -- that was an Embedded Presentation Embedded Cost.

13   Right?  There was other Groups in J-Squared, namely the

14   Component Group.  There were a lot of costs in 2003 for

15   Motorola.

16   825.         Q.  So this line was your best projections

17   except it didn't include anybody outside the Embedded

18   Groups after?  Correct?

19              A.  Correct.

20   826.         Q.  And how much do you ---

21              A.  It didn't include management costs, i.e.

22   Mike and Jeff as an example.  It didn't include some of

23   the added-in costs.

24   827.         Q.  You mean the costs that you put in your --

25   the documents you made for the expert?  Correct?  You

**CORNELL•CATANA REPORTING SERVICES**, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                 1-800-893-6272                 Fax: (613) 231-4605

188

1        Jeffrey Gibson.   The time is now 13:04:06.   Please

2        continue.

3                  BY MR. PAPETTI:

4   950.          Q.   Mr. Gibson, we were looking at that schedule

5        you prepared that estimated the expenses fully loaded in

6        the Schedule that you provided to the Expert.   Are you

7        there -- finding that?

8                  A.   Yes.

9   951.          Q.   You compute $31,497.26 for expenses in

10       November, 2002?   Correct?

11                A.   $31,497.26 -- correct.

12  952.          Q.   These are expenses -- what are you trying to

13       calculate there?

14                A.   All the start-up costs, training -- we

15       pulled all the people together in J-Squared for training

16       on the Motorola products.

17  953.          Q.   That's before the Agreement becomes

18       effective in December?   Correct?

19                A.   Yes.

20  954.          Q.   Then you stop computing costs in March of

21       '04?   Correct?

22                A.   Correct.

23  955.          Q.   Why did you stop computing costs in March of

24       '04?

25                A.   Because they terminated the relationship in

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

189

1      February of '04.

2   956.          Q.  So there were some trailing commissions that

3      came into J-Squared Canada?

4                 A.  Right.

5   957.          Q.  And some that came into J-Squared Oregon in

6      March of '04?

7                 A.  Correct.

8   958.          Q.  Correct?

9                 A.  Correct.

10  959.          Q.  But because the work wasn't being done given

11     the status of the contracts you didn't compute costs for

12     that period?  Is that correct?

13                A.  Well, we were terminated so we stopped

14     working on Motorola.

15  960.          Q.  At the end of February, 2004?

16                A.  I think the letter -- whatever date the

17     letter came in, the day after.

18  961.          Q.  The Schedule you prepared shows that based

19     on your analysis J-Squared lost $31,497.26 in November

20     of 2002 and then at the bottom it has debt figures.  Did

21     it lose money every single month between November, 2002

22     and February, 2004?

23                A.  Yes.

24  962.          Q.  The least amount of money it lost was a

25     little over $22,000 and the most it lost was about