**CORNELL•CATANA REPORTING SERVICES,** 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

Examination No. 06-0288.3                    Court File No. CA 04-960-SLR

                                                        (District of Delaware)

### IN THE UNITED STATES DISTRICT COURT

B E T W E E N:

   J-SQUARED TECHNOLOGIES, INC., a Canadian Corporation, and

   J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon Corporation

                                                                PLAINTIFFS

                            - and -


     MOTOROLA, INC. A DELAWARE CORPORATION

                                                                DEFENDANT


          **********************

DEPOSITION OF CLAUDE LANGLOIS, pursuant to an appointment

made on consent of the parties to be reported by

Cornell•Catana Reporting Services, on March 22, 2006,

commencing at the hour of 9:13 in the forenoon.

          **********************

APPEARANCES:                    **COURT COPY**

Sean J. Bellow                                    for the Plaintiffs

Randy Papetti and Emily S. Cates            for the Defendant


            This Examination was taken down by sound recording
                by Janice West at Ottawa, Ontario, Canada.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                1-800-893-6272                Fax: (613) 231-4605

18

1          In our business, we need to invest from a Demand

2     Creation Standpoint, all the up-front cycles which can

3     take six, 12, 18 months, depending on the customer's

4     design cycle.  We, as a commission Rep Firm are not paid

5     for that time.  We get paid when product gets sold.

6          If we have to take the business through

7     distribution, they make 25 points Gross Margin, J-Squared

8     makes five points for instance, from a commission

9     standpoint.  Hard to justify.  I mean, if it's palatable

10    -- there's got to be volume involved.  So that was my

11    thought process at that time.

12          Q.  So that's what you're explaining here to your

13    Superiors?

14          A.  Yes.

15  82.      Q.  That and the fact that there may be some

16    additional benefits to the relationship with Motorola

17    such as tag-along lines.  It might help get additional

18    lines -- or at least Interphase?

19          A.  That's correct.

20  83.      Q.  So that's September 19th.  Let's move forward

21    slowly.  Let me give you the next exhibit and we'll mark

22    it Exhibit 129.

23          **EXHIBIT NO. 129:**  E-Mail exchange between Claude

24          Langlois, Larry Terry, Mike Nykoluk and Jeff

25          Gibson in September, 2002.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

25

1          A.  I see account names here.

2   118.      Q.  Yes, and if you follow the spreadsheet

3   across, more POS data for the Canadian market exclusive

4   of those accounts?

5          A.  Yes.

6   119.      Q.  It has a figure through September but with a

7   couple of October entries of $901,630?  Is that how you

8   read it?

9          A.  That's how I'd read it.  That's how I'd read

10  it, yes.

11  120.      Q.  Do you recall Mr. Terry providing you the

12  data showing about $901,000 for the first three Quarters

13  of 2002?

14         A.  I do not.

15  121.      Q.  Does that number ring a bell?

16         A.  Nope.

17  122.      Q.  Let's go to the next one.  That one was dated

18  -- the last one we looked at -- Exhibit 130 was dated

19  October 25.  Let's mark the next one.

20         **EXHIBIT NO. 131:**  E-mail dated October 28 from

21         Claude Langlois to Jeff Gibson and Mike Nykoluk

22         regarding MCG Numbers with attachment.

23         BY MR. PAPETTI:

24  123.      Q.  Exhibit 131 is an e-mail from you to Mr.

25  Gibson and Mr. Nykoluk dated October 28, 2002?  Is that

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

26

1           correct?

2                       A.   That is correct.

3   124.            Q.   And the caption of the -- or at least the

4           subject of the e-mail is MCG Numbers?

5                       A.   Correct.

6   125.            Q.   The first page of data you provided, it looks

7           like it's the POS information for 2001 sales in Canada by

8           accounts?  Is that correct?

9                       A.   That seems correct.

10  126.            Q.   It has that same figure we just saw on the

11          information Mr. Terry sent to you -- the $3,864,555?

12                      A.   I don't have the document.

13  127.            Q.   I'm sorry.  You've got to go to the second

14          page of the spreadsheet?

15                      A.   That is correct -- the same number.

16  128.            Q.   So indicating about $3.86 million in sales

17          for 2001 in the territory that Motorola was proposing to

18          J-Squared?  Correct?

19                      A.   Yes.

20  129.            Q.   If you follow through the rest of the data,

21          at the last page there's that same grand total figure of

22          $901,630.45 that we saw in the prior Exhibit as well?

23                      A.   Correct.

24  130.            Q.   That was the POS data for the Canadian

25          market?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                1-800-893-6272                Fax: (613) 231-4605

27

1          A.  Again, correct -- I would only assume that

2      the -- was Harris out, Tracan was out, Nortel -- so one

3      would assume that these were out.

4  131.        Q.  Yes, I believe they are still out but the

5      proposal Motorola was making at the time was that J-

6      Squared would not be paid for Nortel sales or Harris

7      sales or Tracan sales?  Is that correct?

8          MR. BELLEW:  Objection.                              *O*

9          THE WITNESS:  That is not correct.  Tracan -- I

10     don't recall Tracan not being part of the deal.

11         BY MR. PAPETTI:

12 132.        Q.  Okay, do you recall Nortel and Harris not

13     being part of the deal at the outset?

14         A.  I certainly recall Harris because we had to

15     go back and renegotiate Harris.

16 133.        Q.  Do you have a memory one way or the other

17     about Nortel?

18         A.  I don't want to assume here so I don't

19     recall.

20 134.        Q.  But the POS data that they provided you for

21     whatever it's missing was it for about $901,000 through

22     September for that territory?  Correct?

23         A.  Start of Jan. -- through what period of time?

24 135.        Q.  It's through September?

25         A.  There are two entries here for September, so

33

1    then is what you're telling me?  You assume it was from

2    Motorola but you don't know from who?

3                MR. BELLEW:  Objection.  You can answer the

4    question.                                                    *O*

5                THE WITNESS:  I will assume it came from

6    Motorola.

7                BY MR. PAPETTI:

8    157.        Q.  But my question is you don't know who at

9    Motorola you got it from?

10               A.  I do not recall.

11               MR. BELLEW:  Objection.                           *O*

12               THE WITNESS:  I do not recall specifically who

13   from.

14               BY MR. PAPETTI:

15   158.        Q.  Let's go back to Exhibit 130 then?

16               A.  Yes.

17   159.        Q.  Mr. Terry tells you that this data he's given

18   you is exclusive of three accounts, Harris, Nortel and am

19   I saying it right -- Tracan?

20               A.  Tracan.

21   160.        Q.  Tracan, right -- is that correct?

22               A.  That's correct.

23   161.        Q.  And Mr. Terry tells you that the sales

24   through September exclusive of those accounts is only

25   $901,630.45?  Correct?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

34

1          A.  You mean based again on this report?

2  162.     Q.  Yes, that's what he tells you in this Report,

3     right?

4          A.  Seems to be the case.

5  163.     Q.  Which is significantly down according to this

6     report from what Motorola sales in the territory were for

7     2001 exclusive of the same accounts?  Correct?

8          A.  Yes.

9  164.     Q.  They'd gone from 3.864 million in 2001 to

10    roughly on path for about 1.2 million in 2002?  Is that

11    correct?

12         A.  That seems to be correct.

13  165.    Q.  You were aware of that when you got this from

14    Mr. Terry and looked at it?

15         A.  Yes.  The way that that was explained --

16    there's one reality in Embedded Space which is different

17    from a Semi-Conductor Standpoint for instance where you

18    have run rate business in the Semi-Conductor space,

19    typically customers will take -- I'll use an example,

20    10,000 units a month and that's run rate of business.  In

21    Embedded Space, that is different because you have

22    Programs and customers will typically buy a lot for a

23    build and that may happen two or three times a year and

24    that's it -- that's that.

25         So I founded that out fairly early that there was

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

35

1      a main difference between Embedded and where I had been -

2      - the space I'd been for the last 17 years, Semi-

3      Conductor where there's no such thing in the Embedded

4      Space as Run Rate Business.  So it's not abnormal to have

5      -- and I see this from a revenue number as I track our

6      revenue number, we could be definitely down one quarter

7      and the next quarter pops because that's the buy cycle

8      for our customers.  So I realized that fairly early.

9  166.          Q.  As I understand what you're saying is it's

10     different to extrapolate from the first three quarters

11     number what's going to happen in the next quarter?

12             A.  Agreed.  You have to look at the last period

13     -- the last 12 months.  You know, in order to get a good

14     handle.

15  167.          Q.  What was your understanding at the time of

16     how Motorola had done in the last 12 months in this

17     territory?  Is it good or bad?

18             A.  The last -- it was not as good as it was.

19     That was a clear understanding.  That was the cornerstone

20     for Motorola's strategy changing from a channel

21     standpoint.  The Canadian number was going down the

22     tubes.

23  168.          Q.  Relatively speaking?

24             A.  Relatively speaking and that's why they

25     wanted to set up this new strategic approach from a

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                1-800-893-6272                Fax: (613) 231-4605

36

1        channel standpoint.

2    169.        Q.   What do you mean, a channel standpoint?

3              A.   Reps.

4    170.        Q.   How you sell your product?

5              A.   Exactly, how you go to market.  Either direct

6        which incurs overhead, fixed costs versus Reps which is

7        variable costs.

8    171.        Q.   When you were investigating potential ESG

9        lines and doing due diligence into the potential Motorola

10       relationship, what were you learning about the overall

11       status of the ESG Market in Canada at or about that time?

12       Late 2002?

13             A.   We felt -- I felt there was a trend.  I felt

14       that our traditional Semi-Conductor Accounts, not unlike

15       Nortel for instance, let's use them as an example if we

16       wish.  We're migrating from a home grown, home design

17       approach to an off the shelf approach, i.e. embedded --

18       that we realized and that was based on Staff Reduction

19       timed to market pressures, R and D Expenditures going --

20       collapsing basically -- if you recall the Telecom

21       collapse back then.

22   172.        Q.   That was -- the Telecom collapse was at least

23       in the short term, a bad thing for the ESG business?

24             A.   It was a bad thing for the entire High Tech

25       business.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

37

173.        Q.  But including the ESG Business?

            A.  Including the ESG Business.

174.        Q.  Do you recall, other than Exhibit 130 and

     Exhibit 131, receiving any other written historic

     information from Motorola about the Canadian territory

     that Motorola was proposing to J-Squared?

            A.  What time frame?

175.        Q.  Prior to signing the Agreement in December of

     2002?

            A.  I do not.  I may have but I do not recall.

176.        Q.  You don't have any particularly in mind?

            A.  I can't say I do.

177.        Q.  How about any written Forecasts as to what

     Motorola might be forecasting for the market in 2002,

     2003, 2004?  Do you recall getting any written Forecasts?

            A.  I don't recall any.

178.        Q.  Let's talk about verbal or oral now for a

     minute.  In late September we had some discussions about

     Motorola suggesting that they would send J-Squared

     historic sales figures for the territory, J-Squared being

     hesitant at first to accepting them?  Is that correct?

            A.  That is correct.

179.        Q.  By the end of October, Motorola was providing

     some historic data -- sales data to J-Squared?  Correct?

            A.  Correct.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

38

1   180.        Q.   Presumably because some progress had been

2        made towards potentially investing in the relationship on

3        both sides?  Is that fair?

4             A.   That would make sense.

5   181.        Q.   Do you recall discussions with the Motorola

6        people about whether its the sales people or the contract

7        people -- whoever -- anyone at Motorola about what they

8        thought J-Squared might be able to do in the market going

9        forward?

10             A.   Yes.

11  182.        Q.   Do you recall them discussing ---

12             A.   Hold on, with Motorola people.  Let me take

13        that back.  I don't recall any specific conversation to

14        that level.

15  183.        Q.   So, no-one at Motorola told you we have a

16        Forecast showing we're going to do "x" million in this

17        market next year or the year thereafter?

18             A.   Not that I recall?

19  184.        Q.   Did you do any forecasting prior to signing

20        the Motorola -- you didn't sign it -- I apologize, prior

21        to J-Squared signing the Motorola Agreement, did you or

22        anyone else at J-Squared do forecasting to your knowledge

23        as to what J-Squared thought the Motorola sales in the

24        territory would be in 2003 or 2004?

25             A.   That would be practically impossible.  We've

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664              1-800-893-6272              Fax: (613) 231-4605

39

been asked to do this before as new lines come about and
we're asking them, put a small business plan together in
which we would forecast, you know, our sales number and
the obvious answer there is, how do we know?

    We don't have your line.  We don't know your
account base.  Therefore we don't know their Programs and
where they're in within their life cycle -- their Program
life cycle, so it's practically impossible to do so.
That's my opinion.

185.    Q.  Do you feel that anyone from Motorola
misrepresented to you what sales figures J-Squared and
Motorola could expect to achieve in Canada in 2003 or
2004?

    A.  I got the -- our initial -- my initial data
point with regards to sales came from internal -- came
from J-Squared.  I wasn't part of the initial meetings
between Motorola.  I was still taking care of our Semi-
Conductor Group.  So when we started having the
discussions internally as to whether or not it would make
sense for us to spin off a new group, that's where I got
the data from initially.

186.    Q.  Internally?

        A.  Internally.

187.    Q.  And then eventually you get some data from
Mr. Terry, that we just looked at but that's historic?

A-375

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                1-800-893-6272                Fax: (613) 231-4605

40

1        Correct?

2                A.  It is historic and that is only for a partial

3        period of time as we assessed.

4   188.        Q.  You had 2001 data?  Correct?

5                A.  Yes.

6   189.        Q.  And nine months of 2002 roughly?  Correct?

7                A.  Correct.

8   190.        Q.  Did you ask for any data from Motorola

9        regarding historic sales or potential future forecasts

10       that they refused to share that you can recall?

11               A.  Not that I can recall.

12  191.        Q.  Let me give you what's previously been marked

13       in the case as Exhibit 85 which will explain why there's

14       a big "85" at the top of the page?

15               A.  Do you need this?

16               MR. BELLEW:  No.

17               THE WITNESS:  Okay.  Where are we, October 28th.

18       Yes.

19               BY MR. PAPETTI:

20  192.        Q.  Mr. Langlois, Exhibit 85 is right around the

21       time frame of when you're sending your superiors the

22       historic information?  Correct?

23               A.  Correct.

24  193.        Q.  Maybe even the same day it looks like, and

25       it's -- this e-mail has some back and forth between you

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

41

1      and a Jeanne Kolasa at Motorola regarding provisions in a

2      draft contract between Motorola and J-Squared?  Is that

3      correct?

4              A.  That seems to be correct.

5  194.        Q.  Do you recall who Jeanne Kolasa was?

6              A.  Jeanne Kolasa was -- my understanding was

7      Contract Manager for MCG.  That's my understanding.

8  195.        Q.  So she was on the contract side as opposed to

9      the sales side?  Is that fair?

10             A.  I think that's fair.

11 196.        Q.  Did you -- you had a meeting.  It refers to a

12     meeting in the e-mail at the top of the page between you

13     and Ms Kolasa I take it in Toronto?

14             A.  That is correct.

15 197.        Q.  Do you recall that meeting?

16             A.  I do recall the meeting.

17 198.        Q.  Where was that meeting?

18             A.  Where was that -- at J-Squared.

19 199.        Q.  At J-Squared in Toronto?

20             A.  In our Conference Room in Toronto.

21 200.        Q.  Is -- Ms Kolasa is not based in Toronto?  Is

22     that correct?

23             A.  That is correct.

24 201.        Q.  And she flew up to meet with you?

25             A.  Correct.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

42

1   202.        Q.   For what purpose, do you recall?

2              A.   To address some of the contract issues.

3   203.        Q.   So, were you the Chief Negotiator on the

4       actual contract for J-Squared?

5              A.   I was the point person.

6   204.        Q.   You were the point person -- okay.  Then you

7       were reporting back to other people at J-Squared on these

8       issues?

9              A.   Correct.

10  205.        Q.   Who was your main contact by the time you got

11      to addressing contractual issues at Motorola?  Your main

12      contact at Motorola?

13             A.   Who was my main contact -- well, based on

14      this e-mail, obviously Jeanne was the person that seemed

15      responsible for going back to her people.  If you notice

16      I kept people who had a stake in this involved on the e-

17      mail trace, i.e. Larry Terry and Ed Kaczor and of course

18      my management which only makes sense.  So I would have to

19      answer the question with -- it's very likely that Jeanne

20      Kolasa was the person responsible or the point person on

21      behalf of Motorola.

22  206.        Q.   Do you -- there's a number of provisions that

23      are discussed in here where you're going back and forth?

24             A.   Yes.

25  207.        Q.   Do you actually recall, other than looking at

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

43

1          the e-mail, do you actually recall any specific

2          contractual issues you were negotiating with Ms Kolasa or

3          anyone else at Motorola?

4                    A.  I mean they're here.

5    208.         Q.  I mean, that's why I said -- I want to -- if

6          they're on paper, I can just read them but I mean, do you

7          actually have any memory I can explore as to these

8          particular issues?

9                    A.  Sure.

10   209.         Q.  Okay?

11                   A.  Yes.

12   210.         Q.  Well let's talk about some of them.  There's

13         this issue at the bottom of the e-mail on top about

14         whether the Agreement would be automatically renewed or

15         whether it would expire after a year and have to be --

16         renew a written agreement?  Correct?

17                   A.  Right.

18   211.         Q.  Do you recall that issue?

19                   A.  I do recall that issue.

20   212.         Q.  What can you recall about the discussions on

21         that issue with Motorola?

22                   A.  I'll start by saying that the overall

23         contract negotiations with Motorola was extremely

24         painful.  It probably lasted I will say four weeks if not

25         five, whatever.  I have since then and prior to that have

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                          1-800-893-6272                          Fax: (613) 231-4605

44

1          never gone through such a lengthy negotiation with any of

2          our manufacturers.

3    213.          Q.   So it was extended -- you recall that?

4                  A.   It was extremely arduous and difficult.

5    214.          Q.   What do you recall about that?  Was it they

6          were slow getting back to you or they couldn't make up

7          their mind or you guys couldn't come to an agreement, I

8          mean, can you give me any more specifics about ---

9                  A.   I would say all of the above.  All the above.

10

11   215.          Q.   Okay.  We were talking -- I asked you what

12         you remembered about this automatic renewal versus

13         expiration issue?

14                 A.   Yes.

15   216.          Q.   What do you remember about that issue?

16                 A.   That was a big issue for J-Squared.

17   217.          Q.   Okay?

18                 A.   Quite unusual from a contract -- from a Rep

19         Contract standpoint -- quite unusual.  It literally stuck

20         out so needless to say I tried very, very, very hard to

21         get that addressed and change the premise being is this a

22         long term relationship -- yes, no.

23                 We were told a number of times that indeed it was

24         a strategic long term relationship that Motorola wanted

25         to put in place in the Canadian market place, therefore

45

1           I'm going -- if that's the case, why do we have this

2           clause which from my perspective based on my past

3           experience was totally, totally, unusual.

4    218.        Q.   So you tried to get this changed with

5           Motorola and ultimately Motorola refused to take it out

6           of the contract?  Is that correct?

7                A.   That is correct.

8    219.        Q.   Do you remember who you actually had

9           conversations with at Motorola about that issue?  I mean,

10          probably Ms Kolasa?  Is that correct?

11               A.   Definitely so.  I recall having a conference

12          call, perhaps more than one, and you will ask who was on

13          the conference call, wouldn't you?

14   220.        Q.   If you ask me, I'm going to ask you?

15               A.   I cannot state without any doubt who else was

16          on that call.  I know we had a conference call and

17          instead of speculating I'd rather say nothing.

18   221.        Q.   So J-Squared wanted the contract to

19          automatically renew and Motorola was hesitant to do that

20          and ultimately Motorola would not agree?  Is that

21          correct?

22               MR. BELLEW:  Objection.                              *O*

23               THE WITNESS:  The end result was that Motorola

24          did not agree.

25               BY MR. PAPETTI:

46

222.        Q.  And J-Squared knew that at the time that the
contract was signed?

            A.  Here's where we're coming from.  You've got a
small company called J-Squared and you've got what I like
to phrase or call a 4,000 pound gorilla called Motorola
Corporate and after going back and forth a number of
weeks and as from a local standpoint, the Larry Terrys,
the Ed Kaczors and the Claude Langlois were trying to get
this out of the way so we can finally embark and get this
ball rolling, you just go off and being told a number of
times -- don't worry, you know, this is a long term
endeavour, you know, it's corporate stuff, blah, blah,
blah -- after a number of weeks you go, okay, let's get
this done and move forward.

223.        Q.  So by the time it got done, J-Squared was
aware that the automatic renewal provision that it wanted
had not been included in the contract?  Correct?

            A.  We were aware.

224.        Q.  Now in terms of these discussions about the
long term relationship ---

            A.  Yes.

225.        Q.  Tell me more about those.  Who were those
with?

            A.  I vividly recall conversations with Larry
Terry at the very front end of our discussions and for a

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                        1-800-893-6272                        Fax: (613) 231-4605

47

1        number of reasons.

2  226.        Q.  Very front end -- you mean like back in

3        September-ish?

4        A.  Back in September-ish -- whenever -- correct.

5        Where there were two reasons why this was very important

6        to me to understand whether or not this indeed was a long

7        term situation.  One from a company perspective.  We're

8        embarking in this new endeavour -- quote, unquote.  We

9        will spend money getting this ESG Group up and going, so

10       there was a company side of it.

11            There was a personal side of it -- me.  I'm

12       making a shift here from a career standpoint.  I'm in a

13       Director of Eastern Canada position where I've got 20 -

14       30-ish people reporting to me, either directly or

15       indirectly.  I've got three offices reporting in to me.

16       I'm managing a reasonable number.  Right?

17            So the financial pressures are still there.

18       Don't get me wrong, but I don't have to worry about cash

19       flow and so on and so forth?  Right?  Relatively

20       speaking.  Now I'm being asked to move on to a spin off.

21       Let's start this from scratch.

22            So I had to make sure from my own -- yours truly

23       right here that this indeed was a solid relationship, or

24       else I never would have made this move.  Why have the

25       risk when I already had a job basically -- right and was

A-383

48

1       relatively okay.  So I would have had those conversations

2       fairly early -- September-ish -- let's say that with the

3       likes of Larry, definitely so -- definitely so.

4   227.        Q.  Do you recall any other discussions beside

5       the discussions with Mr. Terry about Motorola's general

6       intent with the Program?

7            A.  I recall specifically, right here in this

8       room, we had a meeting with our Semi-Conductor Sales

9       People and this was the first time our Semi-Conductor

10      People were introduced to Motorola.  Basically the first

11      time they were meeting an Embedded Manufacturer.

12           I recall having a discussion with Larry, saying

13      Larry, let's hype it up.  Let's make sure our Semi-guys

14      are excited about this as much as I am, and if you've

15      ever spoken with Larry Terry, you probably understand

16      that he can hype it up whenever he's expected to do so.

17           So, as part of his opening comments, on behalf of

18      Motorola in front of our people right here in this room I

19      recall him saying this was a long term strategic move.

20      We're excited about having a channel strategy and so on

21      and so forth.  That was repeated not only to myself but

22      in front of the entire group -- the entire Semi-Conductor

23      Sales Group.

24  228.        Q.  When Mr. Terry indicated that in his view it

25      was a long term strategic move for Motorola, do you have

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

49

1    any reason to believe now that he didn't believe that to

2    be true when he said it?

3              MR. BELLEW:  Objection.  You may answer the

4    question.                                                    *O*

5              THE WITNESS:  I will answer the question.  Do I

6    have any reason now to think that he was not basically

7    saying the truth?

8              BY MR. PAPETTI:

9    229.      Q.  Correct?

10             A.  I don't have any reason to believe that.

11   230.      Q.  Do you recall roughly when that meeting in

12   this Conference Room occurred with the Semi-Conductor

13   people -- where in the process that occurred?

14             A.  I know it was white -- it was very cold out

15   there.  That I do recall but that's it.

16   231.      Q.  But it's prior to a contract being signed?

17             A.  I believe so.  Let me retract that.  I don't

18   know.  I don't recall.

19   232.      Q.  So, it could have been after the contract was

20   signed or before the contract was signed?

21             A.  I don't recall.

22   233.      Q.  Did Ms Kolasa who you were working on the

23   terms of the contract with ever tell you that you didn't

24   have to worry about the termination or expiration

25   provisions in the contract because she viewed it as a

51

1  236.        Q.   Okay.  Let me separate a couple of concepts.

2      Mr. Terry referring to you -- you're stating that

3      Motorola viewed this as a long term strategy?  Is that

4      correct?

5               A.   That is correct.

6  237.        Q.   Did he ever tell you though that you

7      shouldn't view the contract provision regarding

8      termination or expiration as binding?

9               MR. BELLEW:  Objection.                              *O*

10              MR. PAPETTI:  Words to that effect?

11              THE WITNESS:  He would have -- he told me, if I

12     can recall the specifics here, he told me not to worry

13     about it, whatever that means.

14              BY MR. PAPETTI:

15 238.         Q.   Did your -- at your company could you make

16     statement to another party not to worry about something

17     if Mr. Gibson had insisted upon putting it in a contract?

18              MR. BELLEW:  Objection.                              *O*

19              MR. PAPETTI:  Would you have authority to do

20     that?

21              MR. BELLEW:  Objection.                              *O*

22              THE WITNESS:  It depends what we're talking

23     about.

24              BY MR. PAPETTI:

25 239.         Q.   Fair enough.  If Mr. Gibson had insisted on

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

52

1    having a contract that ended in one year, absent being

2    separately renewed, would you have the ability to go out

3    and tell another party that -- the other party to the

4    contract not to worry about it?

5              MR. BELLEW:  Objection.                              *O*

6              THE WITNESS:  Not without having discussed it

7    with the likes of Mr. Gibson prior to.

8              BY MR. PAPETTI:

9    240.       Q.  But if Mr. Gibson was okay with it, he would

10   just say change the provision?  Correct?

11             MR. BELLEW:  Objection.                              *O*

12             THE WITNESS:  I didn't understand the question.

13             BY MR. PAPETTI:

14   241.       Q.  Let me back up where I'm coming from.  What

15   you're describing was there was a difference between

16   Motorola corporate and Mr. Terry in your view in terms of

17   whether or not that provision regarding expiration needed

18   to be in the contract?  Correct?

19             A.  Correct.

20   242.       Q.  Mr. Terry said don't worry about it.  I think

21   this is a long term strategic decision ---

22             MR. BELLEW:  Objection.                              *O*

23             MR. PAPETTI:  Is that fair?

24             THE WITNESS:  He didn't say "he thought" -- he

25   was adamant.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

53

BY MR. PAPETTI:

243.      Q.   Okay, let me be fair.  Mr. Terry told you

you're stating that don't worry, this is a long term

strategic decision.  Don't worry about the automatic

renewal provision?  Correct?

          A.   Correct.

244.      Q.   Okay.  While Corporate was reporting to you

we can't take that provision out of the contract for

corporate purposes?  Correct?

          A.   Correct.

          MR. BELLEW:  Objection.                          *O*

          BY MR. PAPETTI:

245.      Q.   So you had this decision to make at J-Squared

whether to trust Mr. Terry's assurances or not do the

contract because it had a provision in it you didn't

like?  Correct?

          A.   Correct.

246.      Q.   You chose to sign a contract that contained

language you didn't like based on Mr. Terry's assurances

about Motorola being committed to this long term

strategy?  Is that correct?

          A.   Correct.

247.      Q.   Anybody else make assurances similar to what

you've described than Mr. Terry?

          A.   I believe so but I cannot recall any

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                1-800-893-6272                Fax: (613) 231-4605

55

1           A.   I don't recall specifically time-line wise.

254.        Q.   Do you recall ever meeting with him face-to-

face or having discussions with him about any of these

contractual issues?

            A.   I don't recall.

255.        Q.   Did Mr. Terry ever indicate to you what he

meant by the term long term -- whether one year, 10

years, five years?  I mean, how long did you feel Mr.

Terry was binding Motorola to in terms of a long term

relationship?

            A.   I can speculate but that would only be my

speculation.

256.        Q.   Well ---

            A.   I mean, I never stopped to think, what does

long term mean as we were going back and forth.

257.        Q.   Well, you knew there may be reasons in the

future for either J-Squared or Motorola to assess whether

the current contractual relationship needed to be

changed?  Correct?

            A.   What does that mean?

258.        Q.   Whether say -- let's just take a year from

you know the contract.  Whether one party or another was

losing a lot of money under the contract, it wouldn't be

unusual for one party or the other to say, hey we need to

take a look at our contractual relationship to make sure

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

69

1              A.   That's correct.

2   328.       Q.   One of your goals was to develop a Line Card

3       and Line Card Strategy which included adding five new

4       lines.  Is that correct?

5              A.   Yes, that was -- yes, correct.

6   329.       Q.   Was that achieved in 2003?

7              A.   I don't believe it was.  No.

8   330.       Q.   We talked about the building the staff and I

9       take it, since Motorola is your first big account in this

10      group, you wanted to do a good job for Motorola is what

11      the first one refers to?

12             A.   We absolutely needed to execute for Motorola.

13      They were corner-stone to our strategy.

14  331.       Q.   And by corner-stone, what do you mean by

15      that?

16             A.   They were -- we viewed Motorola as -- they

17      were a good way of establishing ourselves in the Systems

18      Space.

19  332.       Q.   Because they were a well known name or can

20      you put some flesh on that answer?

21             A.   Because they were a well known name.

22  333.       Q.   Let's go to 1835 please?  This is another

23      2003 Sales Forecast for the whole ESG Group -- I should

24      say another one -- it's not just Motorola even though I'm

25      not sure who else you had added by this time.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

77

1          A.   It's definitely a disappointment because it

2     basically meant that we had to wait for the next cycle

3     for a number of accounts.

4  368.         Q.   How about limited demand creation from

5     distributors?  What's your point there?

6          A.   Yes.  The point there is that again, Motorola

7     had a number of Distributors -- or their fulfilment

8     partners and the expectation was that they had certain

9     responsibilities with regards to developing accounts from

10     a technology standpoint, i.e. creating demand on behalf

11     of Motorola and the harsh reality was that there was

12     literally no demand creation activity coming out of

13     distribution that really -- the fulfilment entity -- that

14     was it.

15  369.         Q.   So this is Aero, Avnet, Tracan?

16          A.   Correct.

17  370.         Q.   You had hoped that they would be a greater

18     partner, if you will, in helping develop additional

19     business down the line and they just weren't doing much

20     in terms of effort?  Is that what you're suggesting?

21          A.   That is what I'm suggesting.

22  371.         Q.   Let's go to 1871?  Now we're getting into

23     revised Forecasts here?

24          A.   Reality settles in.

25  372.         Q.   Reality settles in and for ESG the Forecast

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

97

```
 1            services to our account base.  It ends up they could come

 2            into the market place and sell their own products against

 3            us and we discovered that after the fact, so ---

 4     480.           Q.   You mean under the contract they had that

 5            right?

 6                    A.   They had the right because they resold Board

 7            Level Products so we would introduce them to our Account

 8            Base and they could go back and compete with us.  It just

 9            made no business sense so that relationship went south as

10            well.

11     481.           Q.   Did J-Squared terminate that relationship?

12                    A.   I don't believe we ever did but we never did

13            anything with it.

14     482.           Q.   How about SMA?

15                    A.   SMA is still a valid line for us.

16     483.           Q.   Then if you go about four lines down it says,

17            "Harris House Program turned over to J-Squared" and then

18            it looks like it says in parenthesis, "1.5 million plus"?

19                    A.   Yes.

20     484.           Q.   This is going back to that dialogue we saw

21            with Mr. Kaczor about you asking that Harris be taken off

22            the House Account List under the J-Squared contract with

23            Motorola?

24                    A.   Correct.

25     485.           Q.   That was something that Motorola offered to
```

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

101

1               BY MR. PAPETTI:

2    507.        Q.   But from this $43,000 fee you could roughly

3         extrapolate the total ESG Predicted Sales for the year?

4         Right?

5                A.   Yes.

6    508.        Q.   And so what would be a fair approximation

7         from this figure?

8                A.   If you reverse the math you're looking at

9         about 200 -- $250,000 I guess.  No, let me rephrase that.

10

11   509.        Q.   It's going to be more than that?

12               A.   Yes, it's more than that.  It's $800,000.

13   510.        Q.   About $850,000 or so?

14               A.   Yes.

15   511.        Q.   And you had originally predicted $3 million

16        in Motorola sales and $4 million in other ESG sales for

17        the year?  Correct?

18               A.   What are we alluding to?

19   512.        Q.   Let's go back to Exhibit 114 where we'd seen

20        the ESG Forecast for the year -- I'm looking for the

21        page?

22               A.   Yes.

23   513.        Q.   Just give me a sec -- how about Page 1836?

24               A.   Yes.

25   514.        Q.   So originally you were forecasting $7 million

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

102

1       in sales for that year?  Correct?

2                   A.  Based on what I'm seeing here, that seems to

3       be the number forecasted for 2003.

4  515.            Q.  And of that $7 million, $3 million was

5       projected for Motorola for the year?  Correct?

6                   A.  Correct.

7  516.            Q.  As it turns out, for combined there's about

8       $860,000 for both new business and the Motorola Account?

9       Correct?

10                  A.  Correct.  That's in -- that's in -- where are

11      we -- in July here?

12 517.            Q.  Yes, we're in July?  By July it's been down

13      graded to that?

14                  A.  So six months in -- six months in and if you

15      recall the revenue numbers that Mr. Gibson put together,

16      I mean, Q1 was dismal to say the least.  I think we

17      brought in total $250.00.  I mean, no kidding.  This is

18      July so this is with basically nothing in Q1 and four or

19      $5,000 in April, May.  So I can understand that in the

20      July time-frame, things were kind of bleak based on what

21      we knew.

22 518.            Q.  How about 1949?  There's a forecasting

23      comment on here?  I think -- you didn't write this slide

24      did you?

25                  A.  Correct.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

106

1        Correct?

2                A.   Yes.

3    533.        Q.   That's Exhibit 134.  It looks as if you and

4        Mr. Gibson are talking about logistics and subject

5        matters for a meeting with a Steve Machernis of Motorola?

6        Is that correct?

7                A.   That seems to be correct.

8    534.        Q.   Do you remember Mr. Machernis coming up and

9        meeting with you all -- I guess it would have been at the

10       very beginning of August of 2003?

11               A.   Yes, I do.

12   535.        Q.   Was that meeting here in Ottawa?

13               A.   Yes, it was.

14   536.        Q.   This is some ideas you sent to Mr. Gibson for

15       ideas to discuss with Mr. Machernis?

16               A.   Let me read this.

17   537.        Q.   Sure?

18               A.   Okay.

19   538.        Q.   Do you recall why a meeting had been

20       scheduled with Mr. Machernis of Motorola?

21               A.   I think this was called by Motorola.

22   539.        Q.   What was your understanding of the purpose of

23       the meeting?

24               A.   We, at the time, Ed Kaczor, for instance and

25       myself, were having these discussions as to how to move

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

107

1    forward -- can we change the model as alluded to in the

2    latter part of my e-mail there and we viewed this as an

3    opportunity to get Steve in front of us or to come down,

4    get him a bit of a course on organization and so forth

5    and give him a feel, even though Ed was reporting into

6    Steve -- Steve Machernis that is on a regular basis --

7    give him a feel as to where we felt the opportunities and

8    the overall activity was going within the market place,

9    and also again, as I alluded to, to discuss specifically

10   or to throw out some ideas as to, you know, how do we

11   move forward from a model standpoint -- VAR,

12   distribution, and so on and so forth.

13   540.        Q.   How might the relationship be adjusted so

14   that J-Squared felt it was making a reasonable rate of

15   return?  Is that fair?

16          A.   A reasonable rate of return is fair, and also

17   for Motorola to keep their demand creation partner on

18   board.  That's why Ed Kaczor was involved.  We had -- we

19   both had a stake in this.

20   541.        Q.   Okay, so you mean to keep their demand

21   creation partner on board?  The demand creation partner

22   was J-Squared?  Correct?

23          A.   Correct.

24   542.        Q.   Okay and so you and Mr. Kaczor were

25   interested in Mr. Machernis understanding the concerns

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

108

1          that J-Squared had about the relationship?  Is that fair?

2                A.  When you say concerns about the relationship,

3          we had concerns about the financial situation we were in.

4          I don't think there were any issues at the time as to

5          whether or not we wanted to part ways with Motorola.  I

6          mean, it had to make business sense, that being said --

7          so that we were definitely concerned about.

8    543.          Q.  I didn't mean to put words in your mouth --

9          that's why I asked?

10               A.  Okay, fair enough.

11   544.          Q.  And what you're proposing here at the bottom

12         half of the e-mail is sort of an adjustment of the

13         commission structure -- is that a fair way of

14         characterizing it?

15               A.  More so, if you recall I used the term before

16         "Total Available Margin Dollars" which would include Rep

17         Commission, Distribution Margin, so yes -- that's -- I'm

18         proposing here a means to basically just split this --

19         split the pie differently based on who is doing the work

20         and who is investing up front and so forth.

21   545.          Q.  So you were suggesting to Motorola that they

22         pay their Distributors less and the Reps more?

23               A.  Correct.

24   546.          Q.  And the Distributors at the time were Aero,

25         Avnet and Tracan?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                          1-800-893-6272                          Fax: (613) 231-4605

109

1          A.   That is correct.

2   547.        Q.   Then the second to last paragraph, you say,

3       you're talking about your proposal and you say,

4                "The repercussions to MCG from an actual

5                numbers perspective is limited to none

6                since Distees..."

7       Do you mean Distributors?

8          A.   Correct.

9   548.        Q.   "... can't switch board level vendors as

10               with Semis Components."

11      What did you mean by that?

12         A.   Okay, distribution have competing lines so in

13      the Semi-Conductor space it's relatively easy to fulfil

14      Vendor A or Vendor B -- they are what we call pin for pin

15      compatible -- form, fit, function and compatible.

16              In the Board level space there are too many

17      issues from a software driver standpoint and overall

18      application standpoint, so my point here was if

19      distribution were to not take this lightly and want to

20      switch the business over to a competing line, it would be

21      extremely difficult to do so versus the Semi-Conductor

22      space.

23   549.        Q.   Then in the last paragraph, you say,

24               "This would not preclude us..."

25      us being I assume J-Squared?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                                    1-800-893-6272                                    Fax:  (613) 231-4605

110

1              A.  Correct.

2    550.       Q.  "...from migrating to a VAR role when we are

3                   ready (financially\conceptually) to go

4                   there."

5        What did you mean by ready financially to go there?

6              A.  Okay.  VAR stands for value add Reseller.

7    The value add part of VAR means that we can offer

8    services, either integration services and so on and so

9    forth which means we would have required an engineering

10   team of some sort, individual, person, group, team --

11   whatever.  That's what that means.  That's what I'm

12   alluding to.

13   551.       Q.  And so there would have to be a -- there

14   would be a financial cost associated with becoming a VAR?

15             A.  There would be a financial cost associated to

16   it.  My vision here was that it would allow us to move up

17   the food chain with regards to adding value to our

18   customer/manufacturers.

19   552.       Q.  Is this your writing at the top of the page?

20             A.  That is my writing.

21   553.       Q.  Does it pertain to anything other than what's

22   on this e-mail?  I mean, it looks to me like

23   it ---

24             A.  Pretty much rehashes ---

25   554.       Q.  Yes?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

113

1              A.   September -- when was Steve Machernis coming

2         out.

3    570.       Q.   Looked like the first week of August?

4              A.   So that was past that.  That was after our

5         meeting with Machernis.

6    571.       Q.   This is at least about six weeks later?

7              A.   Okay.  Why would I have created that?  Wasn't

8         there an up-coming Boston meeting with Mr. Parslow?

9    572.       Q.   I believe there was an up-coming meeting or

10        at least an up-coming event in Boston?

11             A.   So this could have been the reason why this

12        was put together.

13   573.       Q.   Okay, so let me back up just a second.  Keep

14        this in front of you.  The meeting with Mr. Machernis --

15        what can you tell me about the meeting?  Did it go as you

16        had planned it would go?

17             A.   It was a very positive meeting.

18   574.       Q.   Okay so there were discussions about the

19        sales efforts?  Correct?

20             A.   That was addressed.  We did the funnel

21        overview and so forth and that was healthy.  We talked

22        about again the model first and more so which was

23        obviously our key topic from an agenda standpoint from

24        our perspective.  It was a positive meeting.

25   575.       Q.   Did Mr. Machernis make any promises or

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

139

1          THE WITNESS:  I would have to go back to what I

2     knew at the time.

3          BY MR. PAPETTI:

4  724.     Q.  Well I don't know what you knew at the time?

5          A.  Well, that makes two of us at this point.

6  725.     Q.  When you got this, do you recall having any

7     reaction that this is an unreasonable analysis?

8          A.  Trying to remember -- I don't recall.

9  726.     Q.  So as of September 29th, 2003 -- Mr. Gibson,

10     with some input from you and perhaps others is doing an

11     analysis that concludes that if the commission rate

12     that's in the current Motorola Agreement was kept in

13     place J-Squared would continue to lose a substantial

14     amount of money under this contract?  Correct?

15          A.  Assuming Motorola -- the answer is correct,

16     yes.

17  727.     Q.  Could you give the Witness please Exhibit

18     119?

19          A.  I don't have it.

20          MR. BELLEW:  Exhibit 119 is a one-pager -- it may

21     be tied up.  That's what you're looking at?

22          MR. PAPETTI:  Correct.

23          BY MR. PAPETTI:

24  728.     Q.  This is an e-mail you wrote to Mr. Gibson and

25     Mr. Nykoluk on October 15th, 2003?  Correct?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                      1-800-893-6272                      Fax: (613) 231-4605

140

1              A.   Correct.

2    729.        Q.   And it's an up-date based on a conversation

3         you had with Mr. Machernis?

4              A.   That is correct.

5    730.        Q.   And he reports to you that Motorola's been

6         having multiple conversations related to J-Squared Canada

7         and overall channel strategies at MCG?  Is that correct?

8              A.   That seems to be correct, yes.

9    731.        Q.   And channel strategies you understand to mean

10        how they sell the product?

11             A.   Through a third party, yes.

12   732.        Q.   Through third parties?

13             A.   Yes.

14   733.        Q.   That would include Distributors and Reps and

15        if there were any, VAR's?

16             A.   Yes.

17   734.        Q.   Do you recall having this actual conversation

18        with Mr. Machernis?

19             A.   I recall a conversation with Mr. Machernis.

20        I recall a number of conversations with Mr. Machernis

21        along these lines.

22   735.        Q.   So Mr. Machernis was having some

23        communication with you about the concerns and issues you

24        raised?  Correct?

25             A.   Yes.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                          1-800-893-6272                          Fax:  (613) 231-4605

143

1              A.   I mean, if we spend half our time on a given

2         line, that line has got to bring in half of the revenue

3         in order to make business sense.

4    748.        Q.   So mind share is a term you meant for how

5         much time you're spending?

6              A.   Hours, cycles, yes.  Training is part of

7         that.

8    749.        Q.   The next paragraph, it says,

9              "I did a cost revenue analysis for next CY..."

10        Is that calendar year?

11             A.   That is calendar year.

12   750.        Q.   "...for next calendar year and even under

13             the best scenario, i.e. 100 percent POS

14             growth plus Harris..."

15        That means the Harris Account that had been transferred

16        over to J-Squared?  Is that correct?

17             A.   Yes, yes.

18   751.        Q.   "I'm still a ways off from covering my costs

19             on MCG.  I provisioned for a Toronto

20             Prime in the 2004 Cost Estimates.  I know

21             you're keen on this...",

22        and then you go on to conclude,

23             "You will agree that this is fairly optimistic

24             and a strong Canadian dollar doesn't help

25             either."

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                              1-800-893-6272                              Fax: (613) 231-4605

144

1           Correct?

2                   A.   Yes.

3    752.           Q.   Was that accurate what you were telling Mr.

4           Machernis -- that you had done a cost revenue analysis

5           for the next calendar year and even under the best

6           scenario you still weren't able to cover your costs?

7                   A.   I mean that probably relates to the numbers

8           that Jeff put together.

9    753.           Q.   Okay, so but you believed it to be accurate

10          when you sent it to Mr. Machernis?

11                  A.   You mean this e-mail?

12   754.           Q.   That particular line in particular?  I'm not

13          asking you if you were trying to mislead him but when you

14          told him I did a cost revenue analysis for the next

15          calendar year?

16                  A.   I mean the end result of us having again an

17          issue on the time we were spending on Motorola -- I mean,

18          that's the final statement here and the answer is

19          definitely yes.

20   755.           Q.   The part I was asking about is the analysis

21          that was done -- whether it was your analysis or a

22          separate analysis that you contributed to with Mr.

23          Gibson, for the next calendar year, even assuming 100

24          percent POS Growth, you were still a ways off from

25          covering your costs?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

146

necessarily going to be much higher in 2004?

    A.  I mean, there was -- we were doing some good things in the market place but again design cycles and buy cycles being what they are, right?  I mean, and that's probably where I come to the conclusion that it would have been optimistic even though we were making headway from an account standpoint with regards to demand creation and so forth, design cycles being what they are, you can design something in Q4, 2003 for instance or 2003 and not see revenue until the latter part of 2004.

763.    Q.  Right and this is talking about actual sales revenue?  Correct?

    A.  Right.  This is talking about -- this is talking about sales revenue, yes, not revenue to J-Squared.

764.    Q.  The next paragraph, it reads,

        "Under the present deal, it's pretty obvious we cannot continue to spend an equivalent amount of time on MCG.  We just can't afford it."

Were you sincere about that when you wrote that to Mr. Machernis?

    A.  Absolutely.

765.    Q.  And the current amount of time was a big chunk of your time?  Correct?

    A.  Yes.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                              1-800-893-6272                              Fax: (613) 231-4605

147

766.          Q.  And a big chunk of Mr. Blomme's time in
Western Canada?  Correct?

              A.  Correct.

767.          Q.  At this time, it doesn't appear there was a
Toronto Prime person in place though yet?  Correct?

              A.  It doesn't appear that there was.

768.          Q.  Then you make some suggestions.  The first
suggestion is what about putting -- well you'd better
explain it to me.  What is a Demand Creation Distributor
and then you suggest a retainer amount?  What did you
mean by a Demand Creation Distributor?

              A.  Actually a Distributor that goes out and
creates demand creation on behalf of your product versus
sitting back and waiting for the purchase orders coming
in.

769.          Q.  Which is what you were -- had been describing
Avnet, Tracan and Aero previously?  Correct?

              A.  Yes.

770.          Q.  This is that retainer concept I asked you
about before a little bit.  You're suggesting that J-
Squared be put on a $15,000 a month retainer for the next
18 months?

              A.  Yes.

771.          Q.  And -- but this was not something that was
standard in J-Squared's practice at the time -- a

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax:  (613) 231-4605

148

1       retainer?

2                   A.   No, no.

3   772.            Q.   It was a creative idea you had?

4               MR. BELLEW:  Objection.                              *O*

5               THE WITNESS:  That was an idea we had.

6               BY MR. PAPETTI:

7   773.            Q.   Then Option 2, why don't you explain what

8       Option 2 is please?

9                   A.   We're back to how do we split the available

10      commission/gross margin dollars.  All right?  We're back

11      to how do we adjust the contract as it stands to allow us

12      to continue moving forward with Motorola with the same

13      amount of cycles spent on that line.

14  774.            Q.   What do you mean by cycles?  Effort?

15                  A.   Effort, time -- again cycles would be time,

16      effort and so on.  Out of 40 hours you spend so many

17      hours on you know, and so forth.  So we're back to how do

18      we -- how do we make sense from a business standpoint.

19                  I mean, the intent is to -- we believed in

20      Motorola.  There was no -- from a technology standpoint

21      there was never any doubt about us -- about that, that

22      is.  My point here is that we were losing our shirt while

23      we were doing it.  So how do we creatively --

24      understanding that there's this contract in place.

25                  This had been the conversations between the likes

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

170

1        amount of revenue?  Correct?

2                    MR. BELLEW:  Objection.                          *O*

3                    THE WITNESS:  No, my data point is that we were

4        told there was a run rate piece -- the Canadian market

5        had a two to $3 million run rate.  That is my data point.

6

7                    BY MR. PAPETTI:

8    886.            Q.  And the figures you were given in writing

9        were the $3.8 something million for 2001 and the $900,000

10       through three quarters in 2002?  Correct?

11                   A.  Those are the figures we got.

12   887.            Q.  And you're saying verbally somebody made a

13       comment about two to $3 million?  Is that what you're

14       saying?

15                   A.  That is what I'm saying.

16   888.            Q.  Who told you that it was two to $3 million?

17                   A.  I said that was an internal communication

18       that I would have gotten from my management.

19   889.            Q.  Okay, so internally ---

20                   A.  I was not -- okay, sorry, go ahead.

21   890.            Q.  Internally, J-Squared had an assumption of

22       two to $3 million?  Correct?

23                   A.  Correct.

24                   MR. BELLEW:  Objection.                          *O*

25                   BY MR. PAPETTI:

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                           1-800-893-6272                           Fax:  (613) 231-4605

173

```
 1   901.          Q.  What are you looking at?  The 2002 year to

 2        date sales?

 3                  MR. BELLEW:  He's looking at 130 and I guess 129.

 4                  MR. PAPETTI:  At 130.

 5                  MR. BELLEW:  130 and 131.

 6                  THE WITNESS:  Okay I want to see -- where's the

 7        $900,000 three Quarters in?

 8                  MR. PAPETTI:  I think it's the last page of 131?

 9                  THE WITNESS:  Okay.

10                  BY MR. PAPETTI:

11   902.          Q.  It's reported in the 2001 figure but I don't

12        see it in the 2002 figures?

13                  A.  Yes.  I would challenge that it was partially

14        recorded.

15   903.          Q.  Okay, what's that got to do with Exhibit 127?

16                  A.  I'm just saying that when we were told it was

17        a two to $3 million number that was with Raytheon in.

18        This $900,000 number three quarters in is without

19        Raytheon so Raytheon is out.  There are numbers missing

20        here.

21   904.          Q.  Okay, so the point is the $900,000 figure

22        Motorola gave you may not have accurately represented --

23        the market may have actually been bigger for the

24        territory that you were assigned?

25                  A.  Along the lines of two to $3 million.
```

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                              1-800-893-6272                              Fax: (613) 231-4605

174

1    905.          Q.   Sure?

2                  A.   Two -- $3 million dollars.

3    906.          Q.   But Motorola wasn't over-estimating the

4    market in the written data it gave you?  Is that fair?

5    If anything, they were under-estimating their sales year

6    to date?

7                  A.   Which sales?  Which report are we talking

8    about?

9    907.          Q.   In any of the written reports they gave you

10   that had the $900,000 figure, they're not over-stated in

11   your view, they may be understated?

12                 MR. BELLEW:  Objection.                          *O*

13                 THE WITNESS:  Under-stated, over-stated -- I mean

14   the numbers -- let me think about that.  Do we have an

15   answer to that.

16                 BY MR. PAPETTI:

17   908.          Q.   As I understood what you're saying, you're

18   saying Raytheon should be on the list and it's not?

19   Correct?

20                 A.   Yes.

21   909.          Q.   And if Raytheon is on the list ostensibly the

22   figure would be figure for the actual POS dollars in the

23   whole market?  Correct?

24                 A.   Correct.

25   910.          Q.   Okay, so what you're saying is the $900,000

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

175

1       figure that I keep raising may accurately reflect what's

2       on the paper but the market itself, the sales in the

3       market itself may have actually been higher?

4                   MR. BELLEW:  Objection.  Objection.                    *O*

5                   THE WITNESS:  Correct.  It would certainly be in

6       line with being told that the number is two to $3 million

7       because Raytheon would have been part of that two to $3

8       million.  It just so happens that in this report it

9       wasn't recorded and if I remember why, this business was

10      fulfilled through Avnet and it was shipped to Raytheon's

11      broker in New York.

12                  BY MR. PAPETTI:

13  911.            Q.  I've got a total document on that we'll get

14      to in a minute?

15                  A.  It just rung a bell there.

16  912.            Q.  What I'm trying to establish with you is

17      simply if anything the written document you received from

18      Motorola about the POS activity in the territory before

19      you signed the contract, if anything the written data was

20      too low, not too high is what you're trying to tell me?

21                  A.  Before we signed the contract -- this is

22      before we signed the contract?  Correct?

23  913.            Q.  Yes?

24                  A.  It was too low, not too high is your

25      question?

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

178

1    as long as it has.  Why don't we all stop for just a

2    minute and I'll go and find out if I'm close to done and

3    she'll tell me.

4              MR. BELLEW:  Good idea.

5              MR. COURVILLE:  The time is 12:53:57 and we're

6    going off the Record.

7                    ( SHORT RECESS )

8              MR. COURVILLE:  It is now 13:08:47 and we're back

9    on the Record.

10             BY MR. PAPETTI:

11   927.      Q.  Have you had a chance to look through Exhibit

12   120, Mr. Langlois?

13             A.  Yes, I have.

14   928.      Q.  Okay, and this is a string of e-mails -- well

15   I guess some of it's between you and Motorola people and

16   some of it's internal at J-Squared?  Is that correct?

17             A.  That's correct.

18   929.      Q.  And in this string of e-mails Mr. Kaczor

19   tells you that Steve Machernis wants to set up a

20   quarterly business review with J-Squared before the end

21   of November?  Is that correct?

22             A.  That is correct.

23   930.      Q.  And to talk about sales activity and "any

24   other issues"?

25             A.  Correct.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

179

931.          Q.  And go to the second page -- 1652.  Mr.
Kaczor sends this to you on October 27th at 10:01 AM?
Correct?

          A.  Yes.

932.          Q.  I guess you waited 21 minutes to forward it
but you forwarded it internally to Mr. Gibson and Mr.
Nykoluk that morning?  Correct?

          A.  Correct.

933.          Q.  And your reaction is I feel like telling MCG
to go pound sand.  Let's discuss?

          A.  Correct.

934.          Q.  What were you trying to convey to Mr. Gibson
and Mr. Nykoluk?

          A.  That one is polite.  It could have been a lot
worse.  I was conveying to my management that to spend
time in getting ready for a review and so forth and
pulling sales guys out of the market and so on and so
forth, would be at the very least counter-productive at
this point in time.

935.          Q.  Why would it have been counter-productive at
this point in time?

          A.  Because we were busy trying to rummage up
sales and design wins.

936.          Q.  So you report to your superiors that you feel
like telling Motorola to go pound sand and then you say

A-412

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                          1-800-893-6272                          Fax: (613) 231-4605

193

1  1023.        Q.  ESG wise, okay.  ESG wise in the South East

2       is now over $300,000 a year?

3              A.  Correct.

4  1024.        Q.  Okay and when did that become a substantial

5       source of business?  The ESG Work in South East?

6              A.  It would have been -- well throughout --

7       definitely throughout 2005.  That goes without saying.

8       We created the group.  I would need to go back and check

9       but the group got created I believe in the July time

10      frame.

11 1025.        Q.  July?

12             A.  Of '05 -- hold on -- '05?  '04?  No, '04.

13 1026.        Q.  July, '04?

14             A.  We got terminated by Motorola in '04.

15 1027.        Q.  Right?

16             A.  So we signed on a line in the South East.

17      I'm trying to remember when it was.  Was it the latter

18      part of '04.  I believe it was the latter part of '04.

19      So the group would basically have been up and going

20      throughout 2005.

21 1028.        Q.  And what's that line that's providing the

22      bulk of that revenue?

23             A.  The bulk of it would be GE Fanuc.

24 1029.        Q.  Say it again?

25             A.  GE as in General Electric -- Fanuc -- F-A-N-

A-413

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

194

1          U-C.

2    1030.          Q.   So it's a GE Subsidiary?

3                   A.   It is a GE Subsidiary.

4    1031.          Q.   If you go to the next page ---

5                   A.   Which page was that now?

6    1032.          Q.   Page 1882?

7                   A.   1882.

8    1033.          Q.   Would the reference to GE there have anything

9          to do with what we've been talking about?

10                  A.   That is the GE in Canada.

11   1034.          Q.   And ESG is not representing -- you're not

12         doing ESG Rep work in Canada for GE, are you?

13                  A.   Yes, we are.

14   1035.          Q.   You are for GE?

15                  A.   Yes, we are, yes.

16   1036.          Q.   When did that start?

17                  A.   After the termination with Motorola.

18   1037.          Q.   Do you know when?

19                  A.   I think it was May.

20   1038.          Q.   So after Motorola was -- the relationship

21         with Motorola ended?

22                  A.   Yes.

23   1039.          Q.   Putting aside words like termination or non-

24         renewal or anything -- after the relationship with

25         Motorola ended, J-Squared signed up a Distributor --