IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                     Plaintiffs,<br><br>              v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>                     Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-CV-960-SLR<br>)<br>)<br>) |

## JOINT STIPULATION AND ORDER
## TO AMEND BRIEFING SCHEDULES

      The parties hereby stipulate and agree to amend the briefing schedules, as indicated, for the following Plaintiffs' motions:

### MOTION TO CONSOLIDATE (D.I. 117)

Answering Brief due on or before:    May 11, 2006
Reply Brief due on or before:    May 22, 2006

### MOTION TO AMEND (D.I. 118)

Answering Brief due on or before:    May 11, 2006
Reply Brief due on or before:    May 22, 2006

### MOTION FOR PROTECTIVE ORDER (D.I. 119)

Answering Brief due on or before:    May 11, 2006
Reply Brief due on or before:    May 22, 2006

and, as indicated, for the following Defendant's motion:

### MOTION FOR SUMMARY JUDGMENT (D.I. 121)

Answering Brief due on or before:    May 30, 2006
Reply Brief due on or before:    June 16, 2006

All other deadlines in the Scheduling Order (D.I. 24) shall remain the same.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Richard A. Halloran, Cory A. Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew (Bar I.D. 4072)
David A. Felice (Bar I.D. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000; Facsimile: (302) 295-2013
OF COUNSEL:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Attorneys for Plaintiff

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson