IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | )   C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) |
| Defendant. | ) |

# EXHIBIT B TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
-----------------------------------------
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

Examination No. 06-0288.4                C.A. No. CA 04-960-SLR
                                         (District of Delaware)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

B E T W E E N:

   J-SQUARED TECHNOLOGIES, INC., a Canadian Corporation, and

   J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon Corporation

                                                    PLAINTIFFS

                              - and -

           MOTOROLA, INC. A DELAWARE CORPORATION

                                                    DEFENDANT

                     *********************

   DEPOSITION OF JEFFREY GIBSON, pursuant to an appointment made on consent of the parties to be reported by Cornell•Catana Reporting Services, on March 23, 2006, commencing at the hour of 9:14 in the forenoon.

                     *********************

APPEARANCES:

Sean J. Bellow                                for the Plaintiffs

Randy Papetti and Emily S. Cates              for the Defendant

       This Examination was taken down by sound recording
          by Janice West at Ottawa, Ontario, Canada.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

36

|    |      |    |                                                              |
|----|------|----|--------------------------------------------------------------|
| 1  |      |    | what that references?  At the top?                           |
| 2  |      | A. | Where do you see that?                                       |
| 3  | 188. | Q. | If it's helpful, look at Page 1887 too?                      |
| 4  |      | A. | All right.                                                   |
| 5  | 189. | Q. | Page 1889 -- excuse me?                                      |
| 6  |      | A. | Which one, sorry -- 1887?                                    |
| 7  | 190. | Q. | No, 1889 and 1882 -- both have references to GE?             |
| 9  |      | A. | Right.                                                       |
| 10 | 191. | Q. | Maybe we'll just look at 1889 if that's easier?              |
| 12 |      | A. | Okay.                                                        |
| 13 | 192. | Q. | It says, "ESG Issues concern challenges" and one of them says, "Close GE..." -- do I say "Fanuc" -- is that it? |
| 16 |      | A. | Fanuc.                                                       |
| 17 | 193. | Q. | Can you tell me what that references?                        |
| 18 |      | A. | That references our lead line had gone away and we needed to replace it with another line that could be a lead line on a line card, so Motorola had gone away so we needed to replace it with GE Fanuc. |
| 22 | 194. | Q. | How long after Motorola had gone away -- well just when did -- did J-Squared approach GE or did GE approach J-Squared? |
| 25 |      | A. | I honestly don't remember.                                   |

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

37

| | | |
|---|---|---|
| 195. | Q. | Do you recall roughly when the communications began between the companies? |
| | A. | It was right around the same time of the Motorola termination. It was in the January - February time-frame of that year I believe. |
| 196. | Q. | Were there some communications with GE prior to receiving the February 26th letter from Motorola? |
| | A. | Yes, I believe so. We'd had to have had some preliminary conversations. |
| 197. | Q. | Is the GE Fanuc line in competition with the MCG Line that J-Squared had been repping? |
| | A. | It depends on what you sign on with GE Fanuc. GE Fanuc required multiple companies over time, so for example -- some products would and other products wouldn't. |
| | | So, for example GE Fanuc had acquired a company called CDI that did displays so we could have theoretically repped the CDI portion of GE Fanuc with Motorola and that would not have been in conflict but our conversations hadn't gotten to that point when the Motorola termination occurred. |
| 198. | Q. | Okay, so there was preliminary discussions with GE Fanuc. Do you have any correspondence or any -- what else can you tell me about those initial communications? |