IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>        Plaintiffs,<br>v.<br>MOTOROLA, INC., a Delaware corporation.<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-CV-960-SLR<br>)<br>) |

# EXHIBIT I TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
---
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

# Cates, Emily

| | |
|---|---|
| **From:** | Bellew, Sean [SBellew@cozen.com] |
| **Sent:** | Thursday, April 06, 2006 9:40 AM |
| **To:** | Papetti, Randy |
| **Cc:** | Cates, Emily; Talbot, Cory; Berry, Kevin F.; Felice, David A. |
| **Subject:** | GE Fanuc |
| **Attachments:** | Adeb0d88c-19a6-4750-98cd-2ac271bdaf81.PDF |

Randy:

I attach a copy of the GE Fanuc subpoena that Motorola apparently served on March 27, 2006. Is there a reason why we were not provided a copy of this subpoena until 8 days after you served it?

Please be advised that we intend to file a motion to quash this subpoena unless we can agree on the proper scope of production.

1. We have no objection to the production of contracts between JST/JSO and GE Fanuc that existed prior to Motorola's termination of the Agreements on 2/26/04. These are the only contracts that could be relevant, and we believe there are none. Any contracts after that, as well as any contract dated at any time with the North Carolina entity, are completely irrelevant.

2. We have no objection to this request provided that (1) the end date for the requested time period is 2/26/04 and (2) no documents are requested from the NC entity. Any communications after that point are completely irrelevant to this action as are all documents related to the NC entity.

3. Again, we have no objection to this request to the extent that the cut off date for the request is 2/26/04 and it does not involve the NC entity.

I would appreciate your prompt response. Additionally, if you have made contact with a representative of GE Fanuc, I would appreciate your providing me that person's name and contact information. Thank you.

Sean J. Bellew, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2026 (direct)
(302) 295-2013 (fax)

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or

agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

5/8/2006