IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>MOTOROLA, INC., a Delaware corporation.<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-CV-960-SLR<br>)<br>) |

# <u>REDACTED DOCUMENT</u>

# EXHIBIT J TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

# ENTIRETY OF DOCUMENT CONFIDENTIAL

　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　/s/ William W. Bowser
　　　　　　　　William W. Bowser (Bar I.D. 2239)
　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　1000 West Street
　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　Telephone: (302) 571-6601; Facsimile: (302) 576-3282
　　　　　　　　wbowser@ycst.com
　　　　　　　　OF COUNSEL:
　　　　　　　　Randy Papetti, Cory A. Talbot, Emily S. Cates
　　　　　　　　Lewis and Roca LLP
　　　　　　　　40 N. Central Avenue
　　　　　　　　Phoenix, Arizona 85004
　　　　　　　　Telephone: (602) 262-5311
　　　　　　　　Attorneys for Defendant