IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>            Plaintiffs,<br>v.<br>MOTOROLA, INC., a Delaware corporation.<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-CV-960-SLR<br>)<br>) |

# EXHIBIT U TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS'
# MOTION FOR PROTECTIVE ORDER

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC.; and J-SQUARED TECHNOLOGIES (OREGON), INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MOTOROLA, INC.,<br><br>Defendant. | C.A. No. 04-CV-960-SLR |

## DEFENDANT'S SECOND SET OF INTERROGATORIES, REQUESTS FOR ADMISSION, AND REQUESTS FOR PRODUCTION TO J-SQUARED TECHNOLOGIES, INC.

TO:   PLAINTIFFS J-SQUARED TECHNOLOGIES, INC. AND ITS COUNSEL:

Pursuant to Federal Rule of Civil Procedure 33, Motorola, Inc. ("Motorola") requests that plaintiff answer the following interrogatories in writing and under oath within thirty days from the date hereof. Pursuant to Federal Rule of Civil Procedure 36, Motorola also requests that plaintiff respond to the following requests for admission in writing within thirty days from the date hereof. Pursuant to Federal Rule of Civil Procedure 34, Motorola also requests that plaintiff produce the following documents within thirty days from the date hereof, <u>care of Cory Talbot at Lewis and Roca, 40 North Central, Phoenix, AZ 85004-4429.</u>

### Instructions for Use

A.    All information is to be divulged that is in the possession of the plaintiff, its attorneys, investigators, agents, employees, or other representatives.

B.    When an interrogatory calls for an answer that involves more than one part, each part of the answer should be clearly set out so that it is understandable.

1714940.1

## Requests for Production

16. Please produce any and all documents that support your responses to Motorola's interrogatories or that you consulted or referred to in responding to these interrogatories.

17. Please produce copies of all contracts identified in Interrogatory No. 17. Motorola will accept redacted copies of these contracts so long as the information requested in Interrogatory No. 17 is not redacted.

18. If not produced pursuant to Request No. 17 above, please produce copies of any contracts JST executed with Interphase whether currently in effect or not, as identified in Interrogatory No. 18. Motorola will accept redacted copies of these contracts so long as the information requested in Interrogatory No. 18 is not redacted.

19. Please produce each and every financial forecast that Marc Watts, Jeanne Kolasa, and Larry Terry provided to Claude Langlois, as asserted in JST's response to Motorola's Interrogatory No. 1, and any and all documentary evidence that MOTJ00556 was ever shared with anyone at JST. If JST has already produced documents of this type, please specifically identify them by bates range.

20. Please produce any and all documents that support your response to Interrogatory No. 20. If JST has already produced documents of this type, please specifically identify them by bates range.

21. Please produce any and all documents supporting your response to Motorola's Interrogatory No. 5 that JST incurred substantial expenses from "payroll, technology, training, travel, marketing, etc.," including but not limited to copies of any and all financial or other records reflecting expenses for: 1) payroll costs related to Motorola, 2) technology expenses related to Motorola, 3) training expenses related to Motorola, 4) travel costs associated with Motorola, and 5) marketing costs associated with Motorola, such as copies of paychecks to sales representatives assigned to sell Motorola products; copies of timecards or timesheets for sales representatives assigned to

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br>             Plaintiffs, <br><br>     v. <br><br> MOTOROLA, INC., a Delaware corporation. <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-CV-960-SLR <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on March 1, 2006, copies of **Defendant's Second Set of Interrogatories, Requests for Admissions, and Requests for Production to J-Squared, Inc. and Certificate of Service** were served upon the following counsel:

>David Allan Felice, Esquire (By Hand Delivery)
>Cozen & O'Connor
>Chase Manhattan Centre
>1201 North Market, Suite 1400
>Wilmington, DE 19801

>Kevin F. Barry, Esquire (By First Class Mail)
>Cozen & O'Connor
>1900 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP


>/s/ William W. Bowser
>_____
>William W. Bowser, Esquire (Bar I.D. 2239)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com
>Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                   Plaintiffs,<br>v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>                   Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on March 1, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    David Allan Felice, Esquire
    Cozen & O'Connor
    Chase Manhattan Centre
    1201 North Market, Suite 1400
    Wilmington, DE 19801

I further certify that on March 1, 2006, I mailed by United States Postal Service the foregoing **Notice of Service** to the following non-registered participant:

    Kevin F. Barry, Esquire
    Cozen & O'Connor
    1900 Market Street
    Philadelphia, PA 19103

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ William W. Bowser
    _____
    William W. Bowser, Esquire (Bar I.D. 2239)
    The Brandywine Building
    1000 West Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6601
    Facsimile: (302) 576-3282
    Email: wbowser@ycst.com

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC.; and<br>J-SQUARED TECHNOLOGIES<br>(OREGON), INC.,<br><br>                      Plaintiffs,<br><br>vs.<br><br>MOTOROLA, INC.,<br><br>                      Defendant. | C.A. No. 04-CV-960-SLR |

## DEFENDANT'S SECOND SET OF INTERROGATORIES, REQUESTS FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION TO J-SQUARED TECHNOLOGIES (OREGON), INC.

TO:    J-SQUARED TECHNOLOGIES (OREGON), INC. AND ITS COUNSEL:

Pursuant to Federal Rule of Civil Procedure 33, Motorola, Inc. ("Motorola") requests that plaintiff answer the following interrogatories in writing and under oath within thirty days from the date hereof. Pursuant to Federal Rule of Civil Procedure 36, Motorola also requests that plaintiff respond to the following requests for admission in writing within thirty days from the date hereof. Pursuant to Federal Rule of Civil Procedure 34, Motorola also requests that plaintiff produce the following documents within thirty days from the date hereof, care of Cory Talbot at Lewis and Roca, 40 North Central, Phoenix, AZ 85004-4429.

### Instructions for Use

A.    All information is to be divulged that is in the possession of the plaintiff, its attorneys, investigators, agents, employees, or other representatives.

B.    When an interrogatory calls for an answer that involves more than one part, each part of the answer should be clearly set out so that it is understandable.

1714913.1

## Requests for Production

17. Please produce any and all documents that support your responses to Motorola's interrogatories or that you consulted or referred to in responding to these interrogatories.

18. Please produce copies of all contracts identified in Interrogatory No. 22. Motorola will accept redacted copies of these contracts so long as the information requested in Interrogatory No. 22 is not redacted.

19. If not produced pursuant to Request No. 18 above, please produce copies of any contracts JSO executed with any company or person as a result of its relationship with Motorola.

20. Please produce any and all documents that support your response to Interrogatory No. 23. If JSO has already produced documents of this type, please specifically identify them by bates range.

21. Please produce each and every document supporting your response to Interrogatory No. 1 that "Marc Watts, Jeanne Kolasa, and Dennis Robinson represented that the POS commission payments payable to Plaintiff, based upon a 5% commission and a historical run rate, would be sufficient to permit Plaintiff to realize a substantial revenue source at the commencement of the engagement." If JSO has already produced documents of this type, please specifically identify them by bates range.

22. Please produce all documents supporting your response to Motorola's Interrogatory No. 5 that JSO incurred substantial expenses from "payroll, technology, training, travel, marketing, etc.," including but not limited to copies of any and all financial or other records reflecting expenses for: 1) payroll costs related to Motorola, 2) technology expenses related to Motorola, 3) training expenses related to Motorola, 4) travel costs associated with Motorola, and 5) marketing costs associated with Motorola, such as copies of paychecks to sales representatives assigned to sell Motorola products; copies of timecards or timesheets for sales representatives assigned to sell Motorola

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-CV-960-SLR |

## NOTICE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on March 1, 2006, copies of **Defendant's Second Set of Interrogatories, Requests for Admissions, and Requests for Production to J-Squared (Oregon), Inc. and Certificate of Service** were served upon the following counsel:

　　David Allan Felice, Esquire (By Hand Delivery)
　　Cozen & O'Connor
　　Chase Manhattan Centre
　　1201 North Market, Suite 1400
　　Wilmington, DE 19801

　　Kevin F. Barry, Esquire (By First Class Mail)
　　Cozen & O'Connor
　　1900 Market Street
　　Philadelphia, PA 19103

　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　/s/ William W. Bowser
　　　　　　William W. Bowser, Esquire (Bar I.D. 2239)
　　　　　　The Brandywine Building, 17th Floor
　　　　　　1000 West Street
　　　　　　Wilmington, Delaware 19801
　　　　　　Telephone: (302) 571-6601
　　　　　　Facsimile: (302) 576-3282
　　　　　　Email: wbowser@ycst.com
　　　　　　Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br>        Plaintiffs, <br>v. <br><br>MOTOROLA, INC., a Delaware corporation. <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 04-CV-960-SLR |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on March 1, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice, Esquire
> Cozen & O'Connor
> Chase Manhattan Centre
> 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on March 1, 2006, I mailed by United States Postal Service the foregoing **Notice of Service** to the following non-registered participant:

> Kevin F. Barry, Esquire
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
_____
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com