IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>    Plaintiffs,<br><br>        v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-CV-960-SLR<br>)<br>)<br>) |

# EXHIBIT V TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS'
# MOTION FOR PROTECTIVE ORDER

YOUNG CONAWAY STARGATT & TAYLOR, LLP
/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES (OREGON) INC., | : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 04-960-SLR |
| v. | : <br> : | |
| MOTOROLA, INC., | : <br> : | JURY TRIAL DEMANDED |
| Defendant. | : <br> : | |

RECEIVED 4-10-04 By R. Papetti

### PLAINTIFF J-SQUARED TECHNOLOGIES, INC.'S RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES, REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION

Pursuant to Federal Civil Rules 26, 33 and 34, Plaintiff J-Squared Technologies, Inc. ("Plaintiff"), by its undersigned counsel, hereby responds to Defendant Motorola, Inc.'s ("Defendant") Second Set of Interrogatories, Requests for Admissions and Requests for Production as follows:

### GENERAL OBJECTIONS

1. Plaintiff objects to the overall number of interrogatories propounded, including subparts, as exceeding the 25 permitted under the Federal Rules and the Court's scheduling order. In the spirit of cooperation, Plaintiff will respond to all interrogatories set forth in this, Defendant's Second Set of Interrogatories. Plaintiff does not waive and expressly reserves its right to object to the total number of interrogatories served as exceeding the 25 interrogatories permitted under the Rules.

2. Plaintiff objects to Defendant's Second Set of Interrogatories, Requests for Admission and Requests for Production (collectively, the "Discovery Requests") to the extent that the interrogatories contained therein seek information or documents that are protected by any privilege, including but not limited to the attorney-client privilege. The inadvertent

WILM1\34136\1153371.000

Subject to the general and specific objections stated herein, Plaintiff has or will produce all responsive, non-privileged documents.

17. Please produce copies of all contracts identified in Interrogatory No. 17. Motorola will accept redacted copies of these contracts so long as the information requested in Interrogatory No. 17 is not redacted.

**RESPONSE:**

Plaintiff objects to this request to the extent it calls for documents responsive to an interrogatory that exceeded the total number of interrogatories permitted under the Rules. By way of further response, see answer to Interrogatory No. 17.

18. If not produced pursuant to Request No. 17 above, please produce copies of any contracts JST executed with Interphase whether currently in effect or not, as identified in Interrogatory No. 18. Motorola will accept redacted copies of these contracts so long s the information requested in Interrogatory No. 18. Motorola will accept redacted copies of these contracts so long as the information requested in Interrogatory No. 18 is not redacted.

**RESPONSE:**

Plaintiff objects to this request as being immaterial, not likely to lead to the discovery of admissible evidence nor relevant to any claim or defense asserted in the litigation. Plaintiff further objects to this request to the extent it calls for documents responsive to an interrogatory that exceeded the total number of interrogatories permitted under the Rules.

19. Please produce each and every financial forecast that Marc Watts, Jeanne Kolasa, and Larry Terry provided to Claude Langlois, as asserted in JST's response to Motorola's

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., J-SQUARED TECHNOLOGIES (OREGON) INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., <br><br> Defendant. | C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 4, 2006 true and correct copies of *Plaintiff J-Squared Technologies, Inc.'s Responses Defendant Motorola, Inc.'s Second Set of Interrogatories, Requests for Admissions and Requests for Production* were served upon the following parties:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004

Dated: April 4, 2006

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, David A. Felice, do hereby certify that on April 4, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES (OREGON) <br> INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 04-960-SLR <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : |

RECEIVED
By R. Papetti 4-10-06

**PLAINTIFF J-SQUARED TECHNOLOGIES (OREGON), INC.'S
RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES,
REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION**

Pursuant to Federal Civil Rules 26, 33 and 34, Plaintiff J-Squared Technologies (Oregon), Inc. ("Plaintiff"), by its undersigned counsel, hereby responds to Defendant Motorola, Inc.'s ("Defendant") Second Set of Interrogatories, Requests for Admissions and Requests for Production as follows:

**GENERAL OBJECTIONS**

1. Plaintiff objects to the overall number of interrogatories propounded, including subparts, as exceeding the 25 permitted under the Federal Rules and the Court's scheduling order. In the spirit of cooperation, Plaintiff will respond to all interrogatories set forth in this, Defendant's Second Set of Interrogatories. Plaintiff does not waive and expressly reserves its right to object to the total number of interrogatories served as exceeding the 25 interrogatories permitted under the Rules.

2. Plaintiff objects to Defendant's Second Set of Interrogatories, Requests for Admission and Requests for Production (collectively, the "Discovery Requests") to the extent that the interrogatories contained therein seek information or documents that are protected by any privilege, including but not limited to the attorney-client privilege. The inadvertent

WILM1\34117\1153371.000

## Requests for Production

17. Please produce any and all documents that support your responses to Motorola's interrogatories or that you consulted or referred to in responding to these interrogatories:

**RESPONSE:**

Plaintiff objects to this request to the extent it calls for documents responsive to an interrogatory that exceeded the total number of interrogatories permitted under the Rules. Subject to the general and specific objections stated herein, Plaintiff has or will produce all responsive, non-privileged documents.

18. Please produce copies of all contracts identified in Interrogatory No. 22. Motorola will accept redacted copies of these contracts so long as the information requested in Interrogatory No. 22 is not redacted.

**RESPONSE:**

Plaintiff objects to this request to the extent it calls for documents responsive to an interrogatory that exceeded the total number of interrogatories permitted under the Rules. By way of further response, see answer to Interrogatory No. 22.

19. If not produced pursuant to Request No. 18 above, please produce copies of any contracts JSO executed with any company or person as a result of its relationship with Motorola.

**RESPONSE:**

Plaintiff objects to this request as being immaterial, not likely to lead to the discovery of admissible evidence nor relevant to any claim or defense asserted in the litigation. Plaintiff further objects to this request to the extent it calls for documents responsive to an interrogatory that exceeded the total number of interrogatories permitted under the Rules.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES (OREGON) INC., | : <br> : <br> : <br> : | |
| Plaintiffs, | : | C.A. No. 04-960-SLR |
| v. | : | |
| MOTOROLA, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 4, 2006 true and correct copies of *Plaintiff J-Squared Technologies, (Oregon) Inc.'s Responses Defendant Motorola, Inc.'s Second Set of Interrogatories, Requests for Admissions and Requests for Production* were served upon the following parties:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004

Dated: April 4, 2006

Of counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

_/s/ David A. Felice_
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on April 4, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Randy Papetti
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com

WILM1\34117\1153371.000