IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br>   Plaintiffs, <br> v. <br> MOTOROLA, INC., a Delaware corporation. <br>   Defendant. | C.A. No. 04-CV-960-SLR |
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br>   Plaintiffs, <br> v. <br> MOTOROLA, INC., a Delaware corporation. <br>   Defendant. | C.A. No. 06-cv-00114-SLR |

# EXHIBIT A TO MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



**COZEN**
**O'CONNOR**
ATTORNEYS

RECEIVED
/-23-6
By R. Papetti

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

January 17, 2006

**Sean J. Bellew**
Direct Phone 302.295.2026
Direct Fax   302.295.2013
sbellew@cozen.com

**VIA FACSIMILE AND US MAIL**

Randy Papetti, Esquire
Lewis & Roca, LLP
40 N. Central Avenue
Phoenix, AZ 85004

Re:   *J-Squared Technologies, Inc., et al. v. Motorola Inc.*
      **C.A. No. 04-960-SLR**

Dear Randy:

Enclosed please find an executed *Understanding and Agreement Regarding "Confidential" Discovery Information* for each of the following: West Coast Reps., Inc. (Walter C. Reynolds); R.T. Technology (Joseph J. Palermino, Jr.); and G.L. Williams Associates, Inc. (Mark Gernhardt and Scott Williams). As you know, we have contacted these entities in our investigation of J-Squared Technologies, Inc.'s and J-Squared Technologies (Oregon), Inc's claims against Motorola.

These entities and their principals have information relevant to this litigation. In this connection, we intend to provide them with certain information discovered in this case as we prepare them to provide testimony at trial. As you also are aware, we have been retained by these entities to consider independent claims against Motorola on their behalves.

Randy Papetti, Esquire
January 17, 2006
Page 2

---

If you should have any questions, please do not hesitate to contact me.

Sincerely,

COZEN O'CONNOR

By: Sean J. Bellew

SJB/sjs
Enclosures

cc:   Kevin F. Berry, Esquire
      David A. Felice, Esquire
      Cory A. Talbot, Esquire
      Emily S. Cates, Esquire

# EXHIBIT A

## UNDERSTANDING AND AGREEMENT REGARDING "CONFIDENTIAL" DISCOVERY INFORMATION

I hereby state that I have read and received a copy of the Protective Order (the "Order") in <u>J-Squared Technologies, Inc. v. Motorola, Inc.</u> C.A. No. 04-CV-960-SLR, which is pending before the United States District Court, District of Delaware (the "Court"). I understand the terms of the Order, agree to be bound by those terms, and consent to the jurisdiction of the Court with respect to enforcement of the Order.

**WALTER C. REYNOLDS**
Name

*Walter C. Reynolds* (signature)
Signature

**13 DEC 2005**
Date

## EXHIBIT A

### UNDERSTANDING AND AGREEMENT REGARDING "CONFIDENTIAL" DISCOVERY INFORMATION

I hereby state that I have read and received a copy of the Protective Order (the "Order") in <u>J-Squared Technologies, Inc. v. Motorola, Inc.</u> C.A. No. 04-CV-960-SLR, which is pending before the United States District Court, District of Delaware (the "Court"). I understand the terms of the Order, agree to be bound by those terms, and consent to the jurisdiction of the Court with respect to enforcement of the Order.

JOSEPH J. PALERMINO JR.
Name

*[signature]*
Signature

12/14/05
Date

## EXHIBIT A

## UNDERSTANDING AND AGREEMENT REGARDING "CONFIDENTIAL" DISCOVERY INFORMATION

I hereby state that I have read and received a copy of the Protective Order (the "Order") in J-Squared Technologies, Inc. v. Motorola, Inc. C.A. No. 04-CV-960-SLR, which is pending before the United States District Court, District of Delaware (the "Court"). I understand the terms of the Order, agree to be bound by those terms, and consent to the jurisdiction of the Court with respect to enforcement of the Order.

Mark Gernhardt           Scott Williams
Name

*[signature]*           *[signature]*
Signature

12-14-05                12-14-05
Date

DB01:1721580.1                                  063528.1001