IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOTOROLA, INC., a Delaware corporation.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-CV-960-SLR<br>)<br>)<br>) |

# EXHIBIT B TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

Examination No. 06-0288.1                Court File No. CA 04-960-SLR

(District of Delaware)

**IN THE UNITED STATES DISTRICT COURT**

B E T W E E N:

J-SQUARED TECHNOLOGIES, INC., a Canadian Corporation, and

J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon Corporation

PLAINTIFFS

- and -

MOTOROLA, INC. A DELAWARE CORPORATION

DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF MICHAEL NYKOLUK, pursuant to an appointment made on consent of the parties to be reported by Cornell•Catana Reporting Services, on March 21, 2006, commencing at the hour of 8:44 in the forenoon.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEARANCES:                **COURT COPY**

Sean J. Bellow                                  for the Plaintiffs

Randy Papetti and Emily S. Cates                for the Defendant

This Examination was taken down by sound recording

by Janice West at Ottawa, Ontario, Canada.

Case 1:04-cv-00960-SLR   Document 131-3   Filed 05/11/2006   Page 3 of 6

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664                    1-800-893-6272                    Fax: (613) 231-4605

88

492.    Q.  But you're not close friends?  You haven't known him a long time?

A.  No, no.  If I met him, it would have been in 1992 and the next time I saw him to the best of my knowledge is July of 2002, so 10 years.

493.    Q.  What did you understand when you were part of negotiating this contract with Mr. Terry, what his title or role at Motorola was?

MR. BELLEW:  Objection.   *O*

THE WITNESS:  I don't think we were negotiating the contract with Larry Terry.

BY MR. PAPETTI:

494.    Q.  Okay, what were you doing with Larry Terry?

A.  I think we had -- we were talking to him about possibly representing Motorola in the market.

495.    Q.  Okay, so you were talking to him about possibly representing Motorola in the market and then later J-Squared negotiated a contract with others at Motorola?  Is that fair?

A.  I believe that's the way it went, yes.

496.    Q.  What did you recall about what Mr. Terry's role or title was at Motorola?

A.  I believe he was the Nortel Key Account Manager and maybe was a Regional Manager.  It was kind of a blurry -- I think he was the only sales guy in

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664            1-800-893-6272            Fax: (613) 231-4605

136

```
           off because of losing the Motorola Agreement?
                A.   To the best of my knowledge, no.
 757.           Q.   The people that you mentioned before that
           were working for -- on the Motorola Account, Mr. Blomme
           -- is he still employed by J-Squared?
                A.   Yes, he is.
 758.           Q.   Then there was a Corey -- what was Corey's
           last name?
                A.   Fellows.
 759.           Q.   Yes, is he still working for J-Squared?
                A.   Correct.
 760.           Q.   Then there was I believe one or two other
           people.  Let me see if I can find that document unless
           you remember ---
                A.   I can remember.  Claude Langlois is still
           working for J-Squared and Chris Kambakos is not.
 761.           Q.   When did Chris Kambakos leave?
                A.   We fired Chris.  I believe in -- I'd say the
           summer of two thousand and -- I can't recall when.
 762.           Q.   But Mr. Kambakos was terminated for reasons
           separate and apart from the Motorola Agreement?
                A.   That's correct.
 763.           Q.   Are you aware of any work that J-Squared did
           for Motorola and any commissions that it had earned or
           was entitled to that Motorola failed to pay J-Squared
```

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664        1-800-893-6272        Fax: (613) 231-4605

137

on?

A. Yes. There was one account and I'm not sure if it was cleaned up but there was one account -- I think it was Rathion.

764. Q. There's an issue with Rathion and the parties had discussions about that a couple of years ago?

A. That's correct, yes.

765. Q. Are you aware of any other discrepancy between what J-Squared believes it earned under the Agreement with Motorola and what J-Squared was paid?

A. Yes.

766. Q. What else?

A. I believe that we earned revenue in a period of time from when our contract was terminated prior to when the renewal should have been put in place.

767. Q. You're talking about the two and a half months between December 5 when the contract expired on its terms and the Termination Letter that we've been calling it was received in late February? Is that correct?

MR. BELLEW: Objection. *O*

MR. PAPETTI: Is that what you're referring to?

MR. BELLEW: Objection. *O*

THE WITNESS: Yes.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

138

BY MR. PAPETTI:

768.   Q.   Any other discrepancies that you're aware of between what J-Squared believes it earned and what it was paid?

A.   No.

769.   Q.   No other accounts that you can think of that J-Squared believes it was entitled to be paid on?

A.   No.

770.   Q.   The same answers with respect to J-Squared (Oregon)?

A.   Yes, I haven't heard of anything.

771.   Q.   I asked you some questions on whether J-Squared had ever terminated any lines -- product lines that -- because it didn't believe it was profitable to continue representing those lines?  Do you remember that?

A.   Yes.

772.   Q.   Have any manufacturers ever terminated J-Squared or Suppliers ever terminated J-Squared?

A.   Yes.

773.   Q.   Who?

A.   Zilog.  I believe that's pretty much it.

774.   Q.   So over the years when we've seen -- in some of the documents we're looking at some Product Lines coming and going those are generally because J-Squared