IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>MOTOROLA, INC., a Delaware corporation.<br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 04-CV-960-SLR<br>)<br>) |

# EXHIBIT D TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664        1-800-893-6272        Fax: (613) 231-4605

Examination No. 06-0288.4            Court File No. CA 04-960-SLR

(District of Delaware)

## IN THE UNITED STATES DISTRICT COURT

B E T W E E N:

J-SQUARED TECHNOLOGIES, INC., a Canadian Corporation, and

J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon Corporation

PLAINTIFFS

- and -

MOTOROLA, INC. A DELAWARE CORPORATION

DEFENDANT

*********************

DEPOSITION OF JEFFREY GIBSON, pursuant to an appointment made on consent of the parties to be reported by Cornell•Catana Reporting Services, on March 23, 2006, commencing at the hour of 9:14 in the forenoon.

*********************

**COURT COPY**

APPEARANCES:

Sean J. Bellow                                    for the Plaintiffs

Randy Papetti and Emily S. Cates       for the Defendant

This Examination was taken down by sound recording by Janice West at Ottawa, Ontario, Canada.

132

think it could necessarily be profitable?

A. If we went to market that way but we didn't go to market that way. The Component people -- some of the Component people helped out but it was -- we were careful what percentage of their time they put into it. The initial concept was the Component people would put a reasonably high percentage into Motorola and work with the Prime. Right?

And that's why, you know at 5 percent or 3.6 -- whatever commission, we couldn't afford to go and do that. We still leveraged off the Component People and had them engaged at a much smaller percentage of time than what we initially thought. That's what he's referring to.

662. Q. You had people completely dedicated to ESG?

A. Right, which would be 100 percent ESG but the Component People -- we also have a lot of lines on our Component line -- we have eight or 10 lines there but they were also going to help out for Motorola.

663. Q. At some point in time -- well let me ask you this. By this point in time, have you had any discussions with Mr. Terry about the expected duration for the length of the relationship?

A. Well, the way Larry couched it was that Motorola had a big problem. They had something like 50

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

133

1   side sales guys in North America. They went to 12 and
2   he was one of the 12 and they couldn't get every where
3   they wanted to.
4       Distribution was not cutting it from the
5   perspective of getting new designs for them in the
6   account base, so they needed a way to get more sales
7   people there -- it was going to go to Demand Creation in
8   the account base and that they needed to really think
9   through what their long term strategy would be from a
10  sales coverage perspective.
11      Right -- and in initial conversations with
12  Larry, it was like, hey, he was a big advocate that we
13  need to put reps on and that should be our long term
14  strategy with whatever number of direct people we have.
15  664.    Q. Did you think Mr. Terry, at this time, was a
16  Senior Decision Maker on channel strategies for
17  Motorola?
18      MR. BELLEW: Objection.                                *O*
19      THE WITNESS: I think he was -- I don't know
20  about Decision Maker but certainly influencer, or
21  influencer.
22      BY MR. PAPETTI:
23  665.    Q. Did you think he was a Senior Decision
24  Maker?
25      MR. BELLEW: Objection.                                *O*

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

152

figured out was that it was the result of receiving a New York Shipping Address on the activity from Motorola's Distributor and she apologized for the length of time it took to resolve it?

A. Well, we're the ones that actually pointed that out to Motorola. That's what was happening.

757.   Q. Right and Motorola investigated it and it took awhile to figure out?

A. Right.

758.   Q. When she figured out what happened, she cut J-Squared a cheque? Correct?

A. Correct.

759.   Q. Are you aware of any other accounts covered by the Agreement between J-Squared and Motorola that J-Squared earned a commission on under the Agreement that J-Squared wasn't paid for?

A. Am I aware -- no.

760.   Q. You can't point to any particular account that you believe the commission that J-Squared was paid was less than what J-Squared believes it was owed under the Parties Agreement?

A. No.

761.   Q. Do you have any reason to believe Ms Blair wasn't sincere as to what the confusion was at Motorola as to why they didn't pay this commission properly?