IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br>  Plaintiffs, <br>  v. <br> MOTOROLA, INC., a Delaware corporation. <br>  Defendant. | ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-CV-960-SLR |

# EXHIBIT G TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
---
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664        1-800-893-6272        Fax: (613) 231-4605

Examination No. 06-0288.2          Court File No. CA 04-960-SLR

(District of Delaware)

### IN THE UNITED STATES DISTRICT COURT

B E T W E E N:

J-SQUARED TECHNOLOGIES, INC., a Canadian Corporation, and

J-SQUARED TECHNOLOGIES (OREGON) INC., an Oregon Corporation

PLAINTIFFS

- and -

MOTOROLA, INC. A DELAWARE CORPORATION

DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF STEVEN BLOMME, pursuant to an appointment made on consent of the parties to be reported by Cornell•Catana Reporting Services, on March 21, 2006, commencing at the hour of 1:34 in the afternoon.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEARANCES:

Sean J. Bellow                                     for the Plaintiffs

Randy Papetti and Emily S. Cates            for the Defendant

This Examination was taken down by sound recording by Janice West at Ottawa, Ontario, Canada.

CORNELL•CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa, ON K1P 5V5
Tel: (613) 231-4664          1-800-893-6272          Fax: (613) 231-4605

91

476.    Q.  Where did you get then the revenue year to date figures for the design wins on here?

A.  I probably would have looked at Point of Sale Reports.

477.    Q.  So you've got Point of Sale Reports?

A.  I had access to Point of Sale Reports, yes.

478.    Q.  Access to where?

A.  Sorry?

479.    Q.  I mean, who had the reports that you were given access to?

A.  They would have come from the Head Office, from the Main Office -- yes, Julie Blair was copying me for a while but I'm not sure she copied me every time, so I would have ---

480.    Q.  So Julie Blair provided you on a regular basis -- or a roughly regular basis the POS Reports for your territory?

A.  Correct, correct.

481.    Q.  Do you have any reason to believe that J-Squared (Oregon) was underpaid for any commissions it earned during the time the Agreement was in effect?

A.  Underpaid for commissions that were due and during the term of the Agreement?

482.    Q.  Correct?

A.  No, I don't think so.