IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br>      Plaintiffs, <br>   v. <br> MOTOROLA, INC., a Delaware corporation. <br>      Defendant. | ) ) ) ) ) ) ) ) )    C.A. No. 04-CV-960-SLR |

# EXHIBIT J TO
# MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

From: Bensted David-G19500
Sent: 4/18/2003 10:43:13 AM (Mountain Time)
To: Watts Marc-BLUW124
CC: Hamlett Sue-P25026
Subject: FW: MR contracts on hold per Kevin Parslow

Marc,

Please below directive from Kevin Parslow.

Additionally, I have received the original ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Agreement with Approval Record for signature. As you will note in the email below, the above referenced agreement is on hold until we receive direction from Mr. Parslow.

Also, in an effort to expedite the review and approval/signature process, please send soft copies of the Agreement and Approval Record to those "Reviewers or Designees" that are identified on the Approval Record (excluding the V.P./General Manager) as being required to sign with the instruction:

Please review and provide recommended changes or comments to the Agreement, or sign the Approval Record authorizing the release of the Representative Agreement. Forward the recommended changes or comments to the undersigned and the MCG Contracts department or send the signed hardcopy Approval Record to the MCG Contracts department.

This process will enable those with signature authority to review, modify, and/or approve the Agreement in parallel, thereby saving a lot of time chasing down signatures or making adhoc changes.

Let me know what you think.

Regards,


David J. Bensted
Contract Manager
Motorola Computer Group
2900 S. Diablo Way, DW103
Tempe, Arizona U.S.A. 85282

Phone: 602.438.3830
Fax: 602.437.6246


-----Original Message-----
From:   Hamlett Sue-P25026
Sent: Monday, April 07, 2003 3:45 PM
To: Bensted David-G19500
Subject: FW: MR contracts on hold per Kevin Parslow
Importance: High

FYI

*******************************



MOT 02357

Sue Hamlett
Manager, Group Contracts and
  Legal Support
Motorola Computer Group
2900 S. Diablo Way, DW103
Tempe, Arizona U.S.A. 85282

Phone: 602.438.3794
Fax:   602.437.6246
Mobile: 602.228.9789
********************************

-----Original Message-----
From: Blair Julie-C17394
Sent: Monday, April 07, 2003 3:45 PM
To: Hamlett Sue-P25026; Nevarez Janie-MCX1677
Subject: MR contracts on hold per Kevin Parslow

Sue/Janie, Nina just spoke with Kevin and he asked us to inform you that no more Manufacturer Rep contracts ▮▮▮▮▮▮▮▮▮▮ should be executed until further notice from him. He wants to complete a review of the situation before we make any more commitments. He said he would communicate to Paul's team today, but wanted to let you know right away as we believe you are the control point for the documents. Thanks, Julie

MOT 02358