IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>MOTOROLA, INC., a Delaware corporation. <br>　　　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )　C.A. No. 04-CV-960-SLR <br> ) <br> ) |

## REDACTED DOCUMENT

## EXHIBIT M TO
## MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND

## ENTIRETY OF DOCUMENT CONFIDENTIAL

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
─────────────────────
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant