IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) | |
| Defendant. | ) | |

# EXHIBIT R TO MOTOROLA'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Cory A. Talbot, Emily S. Cates
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 262-5311
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>　　　　　　　　Plaintiffs,<br>　　　v.<br>MOTOROLA, INC., a Delaware corporation.<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-CV-960-SLR<br>)<br>) |

**CERTIFICATE OF SERVICE**

　　　　I, William W. Bowser, Esquire, hereby certify that on the 11th day of May 2006, I electronically filed a true and correct copy of the foregoing **Motorola's Response to Plaintiffs' Motion to Amend and its accompanying Exhibits** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

　　　　　　　　David Allan Felice
　　　　　　　　Cozen O'Connor
　　　　　　　　Chase Manhattan Centre, 1201 North Market, Suite 1400
　　　　　　　　Wilmington, DE 19801

　　　　I further certify that on this 11th day of May 2006, I mailed by United States Postal Service a copy of above-mentioned document to the following non-registered participant:

　　　　　　　　Kevin F. Berry
　　　　　　　　Cozen O'Connor
　　　　　　　　1900 Market Street
　　　　　　　　Philadelphia, PA 19103

　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　/s/ William W. Bowser
　　　　　　　　─────────────────────────
　　　　　　　　William W. Bowser, Esquire (Bar I.D. 2239)
　　　　　　　　1000 West Street
　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　Telephone: (302) 571-6601
　　　　　　　　Facsimile: (302) 576-3282
　　　　　　　　Email: wbowser@ycst.com