IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES <br> (OREGON) INC., | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 04-960-SLR |
| v. | : <br> : | |
| MOTOROLA, INC., | : <br> : | |
| Defendant. | : | |

**MOTOROLA'S NOTICE OF ERRATA AND SUPPLEMENT TO ITS
RESPONSE TO PLAINTIFFS' MOTION TO AMEND**

William W. Bowser (Bar I.D. 2239)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6601 (Telephone)
(302) 576-3282 (Telecopier)
wbowser@ycst.com

OF COUNSEL
LEWIS AND ROCA LLP
Randy Papetti
Cory A. Talbot
Emily S. Cates
40 N. Central Avenue
Phoenix, Arizona 85004
(602) 262-5311

Attorneys for Defendant

DATED:   May 17, 2006

In Section IV(C) of its Response to Plaintiffs' Motion to Amend [D.I. 131], at page 16, Defendant Motorola explained that, in its Complaint, Plaintiff J-Squared Technologies (Oregon), Inc. ("JSO"), alleged that it could be terminated for cause if it were not meeting its contractual performance standards.  Motorola then quoted the text of the Complaint where JSO stated, "Pursuant to 7.2A <u>either party could terminate the JSO Agreement for cause if the other party failed to perform its obligations under the JSO Agreement</u> . . . ."  [D.I. 1 ¶30 (emphasis added).]

Motorola neglected, however, to point out that it had also admitted this allegation in its Answer, [D.I. 21 ¶30], and that, accordingly, the litigation had proceeded on this basis.  *E.g.*, *Consolidated Rail Corp. v. Providence & Worcester*, 540 F. Supp. 1210, 1220 n.12 (D. Del. 1982) ("An admission in a pleading is a judicial admission binding on a litigant.").

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ William W. Bowser
        William W. Bowser (Bar I.D. 2239)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19801
        (302) 571-6601 (Telephone)
        (302) 576-3282 (Telecopier)
        wbowser@ycst.com

        OF COUNSEL
        LEWIS AND ROCA LLP
        Randy Papetti
        Cory A. Talbot
        Emily S. Cates
        40 N. Central Avenue
        Phoenix, Arizona  85004
        (602) 262-5311

        Attorneys for Defendant

DATED:    May 17, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br>　　　　　　Plaintiffs,<br>　v.<br>MOTOROLA, INC., a Delaware corporation.<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on the 17th day of May 2006, I electronically filed a true and correct copy of the foregoing **Motorola's Notice of Errata and Supplement to Its Response to Plaintiffs' Motion to Amend**, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

　　　　David Allan Felice
　　　　Cozen O'Connor
　　　　Chase Manhattan Centre, 1201 North Market, Suite 1400
　　　　Wilmington, DE 19801

I further certify that on this 17th day of May 2006, I mailed by United States Postal Service a copy of above-mentioned document to the following non-registered participant:

　　　　Kevin F. Berry
　　　　Cozen O'Connor
　　　　1900 Market Street
　　　　Philadelphia, PA 19103

　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　/s/ William W. Bowser
　　　　─────────────────────────
　　　　William W. Bowser, Esquire (Bar I.D. 2239)
　　　　1000 West Street
　　　　Wilmington, Delaware 19801
　　　　Telephone: (302) 571-6601
　　　　Facsimile: (302) 576-3282
　　　　Email: wbowser@ycst.com