IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES <br> (OREGON) INC., | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 04-960-SLR |
| v. | : <br> : | |
| MOTOROLA, INC., | : <br> : | |
| Defendant. | : | |

## STATEMENT OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1.1

Counsel for defendant Motorola, Inc., consulted with counsel for plaintiffs pursuant to District of Delaware Local Rule 7.1.1 and determined that plaintiffs would not agree to the relief requested in this Motion.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ William W. Bowser
                William W. Bowser (Bar I.D. 2239)
                The Brandywine Building, 17th Floor
                1000 West Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6601; Facsimile: (302) 576-3282
                wbowser@ycst.com
                OF COUNSEL:
                Randy Papetti, Cory A. Talbot, Emily S. Cates
                Lewis and Roca LLP
                40 N. Central Avenue
                Phoenix, Arizona 85004
                Telephone: (602) 262-5311
                Attorneys for Defendant

DATED:     May 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br>           Plaintiffs, <br>     v. <br> MOTOROLA, INC., a Delaware corporation. <br>           Defendant. | ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-CV-960-SLR |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on the 22nd day of May 2006, I electronically filed a true and correct copy of the foregoing **Statement of Compliance to Motion to Strike** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 22nd day of May 2006, I mailed by United States Postal Service a copy of above-mentioned document to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
──────────────────────────
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com