IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                Plaintiffs,<br>    v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>)<br>)<br>) |

### DEFENDANT'S APPLICATION FOR ORAL ARGUMENT

Defendant Motorola, Inc., pursuant to Local Rule 7.1.4, requests oral argument on the following motions pending before the Court:

1. Plaintiffs' Motion to Consolidate (D.I. 117);

2. Plaintiffs' Motion to Amend (D.I. 118);

3. Plaintiffs' Motion for a Protective Order (D.I. 119); and

4. Defendant's Motion for Summary Judgment (D.I. 120).

        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        /s/ William W. Bowser
        _____
        William W. Bowser (Bar I.D. 2239)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6601; Facsimile: (302) 576-3282
        OF COUNSEL:
        Randy Papetti, Richard A. Halloran, Cory A. Talbot
        Lewis and Roca LLP
        40 N. Central Avenue
        Phoenix, Arizona 85004
        Telephone: (602) 262-5311
        Attorneys for Defendant

DATED:    May 24, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br>         Plaintiffs, <br>   v. <br> MOTOROLA, INC., a Delaware corporation. <br>         Defendant. | ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-CV-960-SLR |

## **CERTIFICATE OF SERVICE**

I, William W. Bowser, Esquire, hereby certify that on the 24th day of May 2006, I electronically filed a true and correct copy of the foregoing **Defendant's Application for Oral Argument**, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 24th day of May 2006, I mailed by United States Postal Service a copy of above-mentioned document to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com