IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., <br> J-SQUARED TECHNOLOGIES (OREGON) INC., | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 04-960-SLR |
| v. | : <br> : | JURY TRIAL DEMANDED |
| MOTOROLA, INC., | : <br> : | |
| Defendant. | : | |

**AMENDED STIPULATION AND ORDER EXTENDING TIME
TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto that, subject to the approval of the Court, the time for Plaintiffs J-Squared Technologies, Inc. and J-Squared Technologies (Oregon), Inc. to serve their Answering Brief to *Defendant's Motion for Summary Judgment* (the "Motion") is further extended up to and including June 6, 2006.  Defendant's Reply Brief in further support of their Motion will be filed by June 22, 2006.

| | |
|---|---|
| */s/ Sean J. Bellew* | */s/ William W. Bowser* |
| Sean J. Bellew (#4072) | William W. Bowser (#2239) |
| David A. Felice (#4090) | Young Conaway Stargatt & Taylor, LLP |
| Cozen O'Connor | The Brandywine Building |
| 1201 North Market Street, Suite 1400 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 295-2000 | Telephone: (302) 571-6601 |
| Facsimile: (302) 295-2013 | Facsimile: (302) 576-3282 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson

WILMINGTON\34934\1153371.000