IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., : <br> J-SQUARED TECHNOLOGIES (OREGON) : <br> INC., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> MOTOROLA, INC., : <br> : <br> Defendant. : | C.A. No. 04-960-SLR <br><br> JURY TRIAL DEMANDED |

**Exhibits to Plaintiffs' Answering Brief in Opposition
to Defendant's Motion for Summary Judgment**

# FILED UNDER SEAL

Dated: June 8, 2006

Of Counsel:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
  *Attorneys for Plaintiffs*

WILMINGTON\35098\1153371.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Cory Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com