IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., | : | |
| J-SQUARED TECHNOLOGIES (OREGON) | : | |
| INC., | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-960-SLR |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| MOTOROLA, INC., | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO:   Clerk of the Court

 Kindly enter the appearance of Sean J. Bellew, Esquire as counsel for Plaintiff in the above-captioned matter.


Dated: June 16, 2006     */s/ Sean J. Bellew*
              Sean J. Bellew (#4072)
              David A. Felice (#4090)
              Cozen O'Connor
              Chase Manhattan Centre
              1201 North Market Street, Suite 1400
              Wilmington, Delaware  19801
              Telephone:  (302) 295-2026
              Facsimile:  (302) 295-2013