## **CERTIFICATE OF SERVICE**

I, Sean J. Bellew, do hereby certify that on June 16, 2006, I electronically filed a notation of the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| William W. Bowser | Cory Talbot |
| Young Conaway Stargatt & Taylor | Lewis and Roca LLP |
| The Brandywine Building | 40 N. Central Avenue |
| 1000 West Street, 17th Floor | Phoenix, AZ  85004 |
| Wilmington, DE  19801 | |

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email: sbellew@cozen.com