IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-CV-960-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION AND ORDER**
**TO AMEND BRIEFING SCHEDULE**

The parties hereby stipulate and agree to extend the deadline for Defendant's Reply Brief in Support of Its Motion for Summary Judgment to June 29, 2006.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ William W. Bowser*
William W. Bowser (Bar I.D. 2239)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com

OF COUNSEL:

Randy Papetti, Esquire
Richard A. Halloran, Esquire
Cory A. Talbot, Esquire
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004

Attorneys for Defendant

COZEN O'CONNOR

*/s/ Sean J. Bellew*
Sean J. Bellew (Bar I.D. 4072)
David A. Felice (Bar I.D. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

OF COUNSEL:
Kevin F. Berry, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Attorneys for Plaintiff


IT IS SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson