IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARED TECHNOLOGIES (OREGON), INC., an Oregon corporation, : : : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 04-960-SLR |
| MOTOROLA, INC., a Delaware corporation, : : : : | |
| Defendant. : | |

## ORDER

At Wilmington this **23rd** day of **June, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 29, 2006 at 11:00 a.m.** with Judge Thynge to discuss the status of negotiations, which would also include C. A. No. 06-114-SLR.  **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE