IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation, <br><br>            Plaintiffs, <br><br>      v. <br><br> MOTOROLA, INC., a Delaware corporation. <br><br>            Defendant. | ) ) ) ) ) ) C.A. No. 04-CV-960-SLR ) ) ) ) ) ) ) ) |

**APPENDIX TO MOTOROLA'S REPLY BRIEF IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL PURSUANT TO D.I. 33

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> /s/ William W. Bowser
> ───────────────────────────────
> William W. Bowser (Bar I.D. 2239)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601; Facsimile: (302) 576-3282
> wbowser@ycst.com
> OF COUNSEL:
> Randy Papetti, Cory A. Talbot, Emily S. Cates
> Lewis and Roca LLP
> 40 N. Central Avenue
> Phoenix, Arizona 85004
> Telephone: (602) 262-5311
> Attorneys for Defendant

DATED:      June 29, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>  Plaintiffs,<br>  v.<br>MOTOROLA, INC., a Delaware corporation.<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-960-SLR<br>)<br>) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on the 29th of June 2006, I electronically filed a true and correct copy of the foregoing **Appendix to Motorola's Reply Brief in Support of its Motion for Summary Judgment (SEALED)**, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Sean J. Bellew
> Cozen O'Connor
> Chase Manhattan Centre, 1201 North Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 29th day of June 2006, I mailed by United States Postal Service a copy of above-mentioned document to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com