IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>                    Plaintiffs,<br>         v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>) C.A. No.04-CV-960-SLR<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## **JOINT STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED this 30th day of June 2006, by the undersigned counsel, subject to the Court's approval, that the time for Plaintiffs to file their Answering Brief to Motorola's Motion to Strike (D.I. 136) is extended up through and including, Friday, June 30, 2006; and that the time for Defendant to files its Reply Brief is extended up through Friday, July 14, 2006.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Attorneys for Defendant

COZEN O'CONNOR

/s/Sean J. Bellew
Sean J. Bellew (Bar I.D. 4072)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2026
Facsimile: (302) 295-2013
Attorneys for Plaintiffs

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson