## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a :
Canadian corporation, and J-SQUARED :
TECHNOLOGIES (OREGON), INC., an :
Oregon corporation, :
                         :
        Plaintiffs, :
                         :
    v. : Civil Action No. 04-960-SLR
                         :
MOTOROLA, INC., a Delaware :
corporation, :
                         :
        Defendant. :

## ORDER

At Wilmington this **30th** day of **June, 2006**,

IT IS ORDERED that the mediation conference is scheduled for **Monday,**

**August 7, 2006 at 10:00 a.m.** Principals for the above-captioned case, as well as C. A.

No. 06-114-SLR, are required to attend. Dress for the mediation is casual.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

                     /s/ Mary Pat Thynge
                     UNITED STATES MAGISTRATE JUDGE



F I L E D

JUL  6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE