# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

WILLIAM W. BOWSER
DIRECT DIAL: 302.571.6601
DIRECT FAX:    302.576.3282
wbowser@ycst.com

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 29, 2006

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

> RE:    J-Squared Technologies, Inc., a Canadian corporation, and
> J-Squared Technologies (Oregon) Inc., an Oregon Corporation, v.
> Motorola, Inc., a Delaware Corporation
> C.A. No. 04-960-SLR
>
> **AND**
>
> G.L. Williams Associates, Inc.; RT Technology, LLC; and
> West Coast Reps, Inc. v.
> Motorola, Inc.
> C.A. No. 06-114-SLR

Dear Judge Robinson:

I am pleased to report that the parties have reached a settlement in the captioned actions. The parties are in the process of documenting the settlement and anticipate filing stipulations of dismissal in the next couple of weeks.

Respectfully submitted,

/s/William W. Bowser
William W. Bowser

DB01:2178210.1

063528.1001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J-SQUARED TECHNOLOGIES, INC., a        )
Canadian corporation, and J-SQUARE     )
TECHNOLOGIES (OREGON) INC., an         )
Oregon corporation,                    )
                Plaintiffs,       )
           v.                          )    C.A. No. 04-CV-960-SLR
MOTOROLA, INC., a Delaware corporation. )
            Defendant.         )

## CERTIFICATE OF SERVICE

       I, William W. Bowser, Esquire, hereby certify that on the 29th of August

2006, I electronically filed a true and correct copy of the foregoing **Letter**, with the Clerk

of the Court using CM/ECF, which will send notification that such filing is available for

viewing and downloading to the following counsel of record:

             David Allan Felice
             Sean J. Bellew
             Cozen O'Connor
             Chase Manhattan Centre, 1201 North Market, Suite 1400
             Wilmington, DE 19801

       I further certify that on this 29th day of August 2006, I mailed by United

States Postal Service a copy of  above-mentioned document to the following non-

registered participant:

             Kevin F. Berry
             Cozen O'Connor
             1900 Market Street
             Philadelphia, PA 19103

             YOUNG CONAWAY STARGATT & TAYLOR, LLP

             /s/ William W. Bowser
             _____
             William W. Bowser, Esquire (Bar I.D. 2239)
             1000 West Street
             Wilmington, Delaware 19801
             Telephone: (302) 571-6601
             Facsimile: (302) 576-3282
             Email: wbowser@ycst.com